**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION at LONDON**
**CASE NO: 6:17-CV-00184-REW**
*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

**The Estate of JESSIE J. MILLS, ex. Rel.**
**Personal Representative,**
**PEARLIE SUE GAMBREL,**                                               **PLAINTIFFS,**

**V.**

**KNOX COUNTY, Knox County**
**Sheriff's Department Officer in his**
**Individual Capacity, MIKEY ASHURST,**
**Knox County Constable BRANDON BOLTON,**
**In his Individual Capacity,**                                        **DEFENDANTS.**

---

**NOTICE OF FILING**

---

      Comes now the Defendant, Knox County, et al, by and through counsel, and hereby gives notice to the Court that they have served Interrogatories and Request for Production of Documents upon counsel for the Plaintiff, on this the 21st day of December, 2018.

                                            Respectfully Submitted,

                                            Jason E. Williams, Esq.
                                            Williams & Towe Law Group, PLLC
                                            303 South Main Street
                                            P.O. Box 3199
                                            London, Kentucky 40743
                                            Telephone (606) 877-5291

                            By:    /s/ Jason E. Williams
                                            Jason E. Williams, Esq.
                                            Counsel for Defendants

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Elliot Slosar, Esq.
Amy Robinson Staples, Esq.
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

                 /s/ Jason E. Williams
                 Jason E. Williams, Esq.
                 Counsel Defendants