The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

1    your understanding of it, that indicates that you asked

2    for backup?

3         A    No, they did not CAD that, but you can hear me

4    ask for backup several times on the recording.

5              MR. LOEVY:  Do we have the recording?

6              COURT REPORTER:  Yeah.  If I can get to it.

7         Right now my computer is just spinning.  But, yes,

8         we have that.

9              MR. LOEVY:  Okay.

10             COURT REPORTER:  I will let you know as soon as

11        I can pull it up.

12   BY MR. LOEVY:

13        Q    Do you know why it wouldn't appear on the CAD

14   incident detail, the fact that you had asked for backup

15   on the radio?

16        A    That would be the dispatcher's issue.

17        Q    Concerning the shooting of Mr. Mills, did you

18   testify before a grand jury?

19        A    No, sir.

20        Q    Were you aware that there was a grand jury

21   investigation concerning the shooting Mr. Mills?

22        A    Yes, sir.  Yes, sir.

23        Q    When were you first made aware of the grand

24   jury investigation?

25        A    Through the state police.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
202

1      Q      Of what year?

2      A      Excuse me?

3      Q      What year?  When were you first made -- what

4    year were you first made --

5      A      What year?

6      Q      Yes, were you made aware that there was a

7    grand jury investigation of the shooting?

8      A      Immediately.

9      Q      Of what year?

10     A      Of what year?

11     Q      Yes.

12     A      2016, when this happened.

13     Q      Okay.  Wasn't 2017?

14     A      No, sir.

15     Q      Or 2018, it was 2016.  Did you have -- were

16   you represented by counsel with respect to the grand

17   jury investigation?

18     A      No, sir.

19     Q      Did Knox County represent you?

20     A      No, sir.

21     Q      Were you interviewed by prosecutors with

22   respect to the investigation of the Mills shooting?

23     A      No, sir.

24     Q      Were interviewed by anyone, other than the

25   testimony that you have just given us, with respect to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

1   the Kentucky State Police with respect to the Mills

2   shooting?

3        A    No, sir.

4        Q    At some point in time, you heard there was an

5   investigation, and then at some point, you heard the

6   investigation was over?

7        A    I didn't hear there was an investigation.  By

8   policy in the State of Kentucky, any officer involved

9   shooting gets presented to the grand jury in that

10  county.

11       Q    And did you learn at some time that the grand

12  jury was no longer convened with respect to this case?

13       A    I was told by the state police that after the

14  grand jury indictment came back that it was no true

15  bill.

16       Q    And when was that?

17       A    I'm not sure when they presented it.

18       Q    Also in the year -- what year did that happen?

19       A    I believe it was still 2016.

20            COURT REPORTER:  I think I have it.

21            MR. LOEVY:  What do you have?  I can't read it.

22            COURT REPORTER:  The audio of the -- it's this

23       audio right here.  It's 21 seconds.  Do you want me

24       to play it?

25  BY MR. LOEVY:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

1    Q    Was there a time going back to your -- was

2  there a time that you believed you had restrained

3  Mr. Mills?

4    A    No, sir.

5    Q    Was there a time that you had advised dispatch

6  that he was restrained?

7    A    No, sir.  Like I stated, that's been a -- I've

8  not ever said -- I don't know if half my transmission

9  got cut off of something I was saying.  Where we're on a

10  analog system, I don't know, but I never did say I had

11  him restrained.

12    Q    Okay.  Did you know Sheriff Smith before you

13  were employed by Knox county?

14    A    No, sir.

15    Q    When's the first time you met him?

16    A    In March of 2015.

17    Q    What were the circumstances that you met him?

18    A    I came down to meet him for an interview.

19    Q    Did you ever campaign for him?

20    A    No, sir.  Not that first time.  I didn't know

21  him.

22    Q    At any time?

23    A    His next term.

24    Q    And what did you do by way of campaigning?

25    A    Just talked about how good of a sheriff he was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

205

1    and...

2        Q    Was it on Facebook?

3        A    Correct.

4        Q    Anything else?

5        A    No, sir.

6        Q    Did he put signs in your yard?

7        A    I had a sign in my yard, yes.

8        Q    What else did you do?

9        A    That's about it.

10       Q    Did you pass out literature?

11       A    No, sir.

12       Q    What did the sign say, just...

13       A    "Reelect Mike Smith."

14       Q    Did Mike Smith interview you before you went

15   to work in Knox county?

16       A    He did.

17       Q    How did that interview come about?

18       A    The captain at the time organized it.

19       Q    Well, how did you happen to contact the

20   captain?

21       A    I know him.

22       Q    Which captain was that?

23       A    Tackett Wilson.

24       Q    And how do you know him?

25       A    Just a long-term friend.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

206

1     Q    A friend of yours or a friend of your family?

2     A    We're both.

3     Q    Both.  And did you to call the captain and ask

4  him to set up an interview?

5     A    He had actually called me prior to me

6  resigning at Laurel County.  He asked me if I was

7  interested in coming in Knox County.  I advised him no,

8  not at the moment, and then when I resigned, I called

9  him back, and I ask -- asked if the offer was still on

10  the table, and he set me up an interview.

11     Q    And why did you resign from him Harlan [sic]

12  County?

13     A    From Laurel County?

14     Q    From Laurel County?

15     A    I've already answered that question.

16     Q    Let's talk about that.  At that time, I didn't

17  know that the captain had called you and asked you if

18  you were still interested.

19     A    I resigned because I had a sexual relationship

20  with the sheriff's daughter in 2012.

21     Q    And did the captain knew about that?

22     A    Yes.

23     Q    How did you know that the captain knew about

24  that?

25     A    Because I told him what had happened.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
207

1      Q      And if you knew whether the captain or anyone

2   else who interviewed the people at Laurel County before

3   you were hired?

4      A      Mike Smith spoke to John Root.

5      Q      Well, how do you know that?

6      A      Because I was told.

7      Q      What did Mike Smith tell you he had done?

8      A      Had contacted my previous employer and he

9   talked to John Root.

10      Q      And did he tell you the result of that

11   conversation?

12      A      He told me John highly recommended me.

13      Q      From Laurel County?

14      A      Yes.

15      Q      Did he talk to chief in the -- was he the

16   chief at that time, Deputy?

17      A      Sheriff.

18      Q      Sheriff.

19      A      Yes.

20      Q      And he said you were highly recommended?

21      A      Yes.

22      Q      That's what he told you?  Okay.  Let's look at

23   some of those Facebook exhibits.

24          MR. LOEVY:  I made some copies.

25          MS. STAPLES:  I'll just give him the whole

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   packet.  That'll probably be the easiest, wouldn't

2   it?

3        MR. LOEVY:  I can do it all together, okay.

4   I'll show counsel what we have.  We have three.

5        MS. STAPLES:  Three?

6        MR. WILLIAMS:  You all gave us one yesterday,

7   and I assume it's the same one.

8        MS. STAPLES:  Yes, you did.

9        MR. LOEVY:  I think it's going to be easier

10  instead of doing it page by page, just have everyone

11  sit down, I can introduce the whole pack.  We only

12  have two of them, not three.

13       MS. STAPLES:  Three -- we have the one that I

14  took apart and the two in your hand, so we've got

15  three.

16       MR. LOEVY:  Put it back together, and then we

17  can -- we'll do it that way, if it's okay with you.

18       MR. WILLIAMS:  Well, I'll just --

19       MR. LOEVY:  Take a look at what we have.

20       MR. WILLIAMS:  Yeah, I'll just --

21       MR. LOEVY:  And I'll just identify them by

22  Bates stamp number?

23       MR. WILLIAMS:  Yeah, I'll just preserve an

24  objection to the wholesale introduction of a stack

25  of Facebook posts and reserve any right to object to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
209

1  any of their use, either at trial or in a

2  dispositive motion just in case.  I will just

3  reserve that.

4       MR. LOEVY:  Well, let me agree to this extent.

5  The purpose is not to introduce the whole package

6  but just the pages -- specific pages that -- if

7  that's okay with you.

8       MR. WILLIAMS:  Yeah, we'll take it one at a

9  time then.  But I just want to make the record

10 clear, I reserve the right to object to the use of

11 any of them at trial or in dispositive motions.

12 Thank you.

13      MR. LOEVY:  So we need a -- this will be

14 Exhibit 2.  Just give you the stack.

15      THE WITNESS:  Thank you.

16         (EXHIBIT 2 MARKED FOR IDENTIFICATION)

17      COURT REPORTER:  Thank you.

18      MR. WILLIAMS:  There's a -- I'm sorry. There's

19 a little number on the bottom of the page, so he'll

20 probably direct you to a certain number when he

21 wants to talk about one, okay?

22      MR. LOEVY:  Exactly.

23      THE WITNESS:  Okay.

24      MR. LOEVY:  Exactly.  Yes.  Just to be sure,

25 maybe give him the one with the Bates stamp on it,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

210

1    with the exhibit.

2         MR. WILLIAMS:  Okay.  This one is already

3    marked, so he'll have to use that one.

4         MR. LOEVY:  Thank you, so -- just for the

5    record to show that I understand the objection, I'm

6    giving you a -- for purposes of convenience, I'm

7    giving you a whole bunch of documents, Deputy, and I

8    will only ask you questions about, well, seven or

9    eight of them.

10        THE WITNESS:  Yes, sir.

11   BY MR. LOEVY:

12        Q    Okay?  So first questions I'm going to ask you

13   about is Bates stamped.  As counsel told you, it's down

14   in the lower right-hand page, 108 -- PL-002 108.

15        A    What page?

16        Q    PL-002, that stands for plan, 00 --

17        A    I have the wrong number.

18        Q    That's the number.

19        A    Where are we going to, 08?

20        Q    108 is what I see here.

21        MR. WILLIAMS:  Might I?

22        A    Yeah, I got it.

23        Q    Okay.

24        MR. WILLIAMS:  You see that number in the

25   bottom there?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

211

1          THE WITNESS:  I got you.

2          MR. WILLIAMS:  Yeah.  Thanks.

3   BY MR. LOEVY:

4          Q     This is a document with two photographs.  One

5   with what appears to be a weapon.  Another which is a

6   picture of a person pointing a gun at another person's

7   head.

8          A     Correct.

9          Q     Are you familiar -- stay on this page, because

10   that's all I'm asking you about.

11          A     Well, it goes with the top of that page, so

12   I'm looking at the quote under it.

13          Q     Okay.  So what we're looking at then is 2108

14   and 2109?

15          A     Correct.

16          Q     All right.  Thank you, and are these -- have

17   you seen this material before, these photos?

18          A     I have.  I posted it.

19          Q     Okay.  And you posted both photos, at least on

20   2108; is that correct?

21          A     Yes, sir.

22          Q     Did you also post the photos on 2109?

23          A     The vehicle?

24          Q     Yeah.

25          A     Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

212

1    Q    And it's cut off at the bottom.

2         MS. STAPLES:  Yeah, that's what at the top of

3    the next page.

4         THE WITNESS:  The bottom is cut out.

5         MR. LOEVY:  Okay.

6         MR. WILLIAMS:  Just wait for his questions.

7         THE WITNESS:  Yes.

8         MR. LOEVY:  It's cut off the top of this one,

9    too.

10        MS. STAPLES:  If you help me.  You are going to

11   have to put that together, so the difference between

12   competition and combat, is rules.  If there are

13   rules, it's a sport.

14        MR. LOEVY:  Putting the two together seems to

15   say, and correct me if I'm wrong, the difference

16   between composition --

17        MS. STAPLES:  Combat.

18        MR. LOEVY:  -- competition --

19        MS. STAPLES:  Competition, I'm sorry.  You're

20   right.

21   BY MR. LOEVY:

22        Q    Competition -- the difference, strike that,

23   please.  If you put the two together it seems to say,

24   "The difference between competition and combat, is

25   rules.  If there are rules, it's a sport."



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. WILLIAMS:  Is that what it says?

2      A    There are some cut -- there's some missing out

3  of it, but that's close enough.

4      Q    And is there a sentence after this, or does it

5  end with "sport"?

6      A    Sport.

7      Q    Okay.

8          MR. WILLIAMS:  Just for the record, it looks to

9      me like there's something under that white line that

10     says, "Add friends," and I can't tell what it says.

11         MR. LOEVY:  Yeah.

12         MR. WILLIAMS:  I've noted it.

13         MR. LOEVY:  Do we have the original?

14         MS. STAPLES:  I can pull it up.

15  BY MR. LOEVY:

16     Q    Well, unless you'd like to help us sort it --

17  what does it say?

18     A    It's a quote from a firearms instructor -- a

19  firearm instructor.  It's pretty much identifying the

20  fact that anybody can go out and shoot a gun as a sport

21  in a training facility, but when you're out in real life

22  in the military or law enforcement, that it's not a

23  sport and all the rules go away, because there's people

24  out there that are trying to hurt you.

25     Q    And who are the people in the photograph?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     I have no idea.

2      Q     Where did you get to pic -- where did you get

3   the photograph?

4      A     Offline.

5      Q     Excuse me, online?

6      A     Online.

7      Q     And what does the photograph with someone

8   pointing a gun in the face of someone else, what did

9   that represent to you?

10      A     In this photograph it represents -- looks like

11   they are on firing range, and he is a firearm's

12   instructor.  It looks like, to me, they are running a

13   scenario.

14      Q     Did you post that for approval of the fact

15   that it was okay to post -- put a gun in someone's face

16   like that?  Or could it --

17      A     Based on a training exercise.

18      Q     You put that up because it's a training

19   exercise?

20      A     As a firearms instructor, yes.

21      Q     And what training exercise had you ever

22   participated in, in the course of your career in law

23   enforcement, where they trained you to put your left

24   hand around someone's neck and a gun against someone's

25   cheek?  Is that what -- where were you trained to do

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

215

1 that?

2      A    I didn't say I was trained to do that. I said

3 that's a training exercise.

4      Q    Well, is it a training exercise that you ever

5 participated in?

6      A    No.

7      Q    Is it a training exercise you ever saw anyone

8 participate in?

9      A    No.

10      Q    Is it a training exercise that you believe

11 that police officers should be trained to do?

12      A    No. I never said that.

13      Q    Why did you post that photograph then?

14      A    Because I liked the quote under it.

15      Q    Well, why didn't you post the quote -- why

16 didn't you post the quote without the photograph?

17      A    Because the quote's attached to the

18 photograph.

19      MS. STAPLES: This is a complete quote.

20      Q    The total quote is, "If you are not cheating,

21 you're not trying hard enough to win." Did you post

22 that as well?

23      A    It's part of that quote.

24      Q    Yes. Did you post the sentence, "If you are

25 not cheating, you're not trying hard enough to win"?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

216

1     A    Yes, sir.  I posted this whole picture with

2  this attached to the bottom.

3     Q    And is this -- did you post --

4        MR. WILLIAMS:  Let me just enter --

5        MR. LOEVY:  Sure.

6        MR. WILLIAMS:  -- a continuing objection to --

7  I think these questions are just designed to badger

8  this witness.  They're not leading to information

9  discoverable in this case.  I'm going to allow him

10  to answer your questions, but I would ask you to

11  refrain from badgering the witness.  Just let him

12  answer as asked -- answer the questions you ask

13  without being combative.

14        MR. LOEVY:  And I apologize if I cut him off.  I

15  disagree.  I think, although it could be

16  problematic, that a judge would allow, wouldn't

17  consider in punitive damages to, one, show a jury

18  the picture and two, to hear his response to why he

19  posted a quote which includes this sentence, "If you

20  are not cheating, you're not trying hard enough to

21  win."  I'm certainly not doing it for purpose of

22  badgering, but I think it could be admissible.  If

23  it's not, of course, that's up to the judge.

24  BY MR. LOEVY:

25     Q    So the last sentence of the quote -- strike



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
217

1   that, please.   Who's the person that you were quoting?

2   Do you know that person?

3        A    No, I don't.

4        Q    Did you know anything about the Dave Spaulding

5   who entered -- whose quote --

6        A    No.

7        Q    Was it of any interest to you who

8   Dave Spaulding was?

9        A    No.

10       Q    Okay.   Did you post this quote, which includes

11  this sentence, "If you are not cheating, you are not

12  trying hard enough to win"?

13       A    Yes, sir.   Once again, I --

14       Q    Did you quote that part -- did you post

15  that --

16            MR. WILLIAMS:   Asked and answered.

17       Q    -- because you believed that that statement is

18  a truthful one?

19       A    Yes.

20       Q    And in your career in law enforcement, have

21  you believed personally that if you are not cheating,

22  you're not trying hard enough to win?

23       A    It just depends on the scenario.

24       Q    Tell me which scenarios exist that include

25  your approval of the sentence -- that portion of the



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
218

1   sentence that says, "If you are not cheating, you are

2   not trying hard enough to win."

3       A    I can't give you a scenario.

4       Q    Well, you said in -- just a moment ago, you

5   said in some scenarios, that's true.

6       A    Yes.

7       Q    Tell me what scenarios those would be?

8       A    I can't lay out a scenario for you.

9       Q    Okay.  And I want to be fair to you.  The full

10  sentence is, and see if this changes, "In a fight, if

11  you are not cheating, you are not trying hard enough to

12  win."

13      A    I've never seen a fair fight.

14      Q    Well, in a fight, do you believe if you are

15  not cheating, you are not trying hard enough win?

16      A    It depends on the circumstances in the fight.

17      Q    Well, were you not fighting with Mr. Mills?

18      A    I was.

19      Q    Okay.  And is it your belief that in fighting

20  with Mr. Mills, if you weren't cheating, you were not

21  trying hard enough to win?

22      A    I don't see how I was cheating in that fight.

23      Q    Well, it's not my question.

24      A    No then.

25      Q    My question is:  In Mister -- in your

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
219

1   altercation with Mr. Mills, did you go into that

2   altercation with the belief that if you were not

3   cheating, you were not trying hard enough to win?

4       A    No.

5       Q    Well, have you now testified as to every

6   reason you have included in your Facebook posting, the

7   picture of a person sticking his gun near the eye of

8   another individual -- why did you post that?

9       A    I feel like I've already answered that three

10  times.

11      Q    No, you didn't.  You just said it was part of

12  the quote.  But you never told me why you wanted to post

13  that picture.

14      A    Because I liked it from a firearms instructor

15  page I had seen.

16      Q    I know you took it, but why did you take that

17  photograph?  There's millions of photographs in the

18  world.

19           MR. WILLIAMS:  The answer -- he's answered your

20      question multiple times now.

21           MR. LOEVY:  No, he hasn't.

22           MR. WILLIAMS:  Yes, he has.  Now it's turning

23      into a badgering of this witness.  I'm going to

24      direct him not answer any more questions on it,

25      because he's asked and answered the same question

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
220

1       three times now. If you want to ask him about

2       another picture, we'll move on.

3   BY MR. LOEVY:

4       Q    Now, you agree with the sentiment set forth in

5   this picture?

6           MR. WILLIAMS:  Asked and answered.

7       A    Yes.

8       Q    You agree that a police officer, in some

9   circumstances, should engage in the conduct that is

10  depicted in this picture?

11          MR. WILLIAMS:  It requires him to speculate.

12      Q    Go ahead.

13      A    Answer?

14      Q    I'm asking if he believes if this is -- this

15  kind of conduct is one that the police --

16          MR. WILLIAMS:  I can object to the form of the

17      question, too.  This is a picture, apparently, from

18      a training exercise for police officers.  I don't

19      even know what the context of it is.

20          MR. LOEVY:  That's what I'm trying to find out,

21      what the context is.

22          MR. WILLIAMS:  And I think he's answered that

23      question.

24  BY MR. LOEVY:

25      Q    Let me ask this:  In what context did you post

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
221

1   this picture?

2        A    What do you mean, "In what context"?

3        Q    Why did you post it?  What were you trying to

4   tell people?

5             MR. WILLIAMS:  He's already answered that

6        question.

7        Q    He hasn't.  Shouldn't be hard to answer it

8   again then.  What were you trying to tell people when --

9        A    I wasn't trying to tell people anything.  I

10  advised that I liked the picture, and I liked the quote

11  on the firearms instructor page.  I feel like I've said

12  that five times.

13       Q    What was your purpose in posting what appears

14  to be an automatic weapon over an American flag?

15       A    That's not an automatic weapon.  That's a

16  semiautomatic rifle.

17       Q    Semiautomatic weapon.  I stand corrected.  What

18  was your purpose in posting the semiautomatic weapon

19  over an American flag?

20       A    I'm patriotic.  I live in the United States.  I

21  build AR-15s, and I'm a gun lover.

22       Q    Okay.  Thank you.  Let's now turn to

23  Plaintiff's 002131.  Okay.  Did you post these

24  photographs?

25       A    Of the rifle?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

1    Q    Excuse me?

2    A    Of the rifle?

3    Q    Yes.  There's two photographs here.

4    A    Yes.

5    Q    Did you post them both?

6    A    Yes.

7    Q    Okay.  How many weapons do you own?

8    A    I feel like that's not necessary for me to

9    answer.

10    Q    How many weapons do you own?

11        MR. WILLIAMS:  What does that have to do with

12    the lawsuit and the allegations contained in the

13    complaint?

14        MR. LOEVY:  Well, you can direct him not to

15    answer.

16        MR. WILLIAMS:  I'm just curious.  I'm trying to

17    make a determination whether to let him go on with

18    this line of questioning.

19        MR. LOEVY:  Well, I think he's --

20        MR. WILLIAMS:  We know in the subject incident,

21    he did not use a semiautomatic rifle.  It's -- he

22    has a constitutional right to own firearms, so...

23        MR. LOEVY:  I have no disagreement with that.

24        MR. WILLIAMS:  I'm just not sure where you're

25    planning on going as far as the number of firearms.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  That's a matter of personal protection and privacy

2  that I'm not sure that he has to put in the public

3  record either.  I --

4      MR. LOEVY:  See --

5      MR. WILLIAMS:  Go ahead.  I'm done now.

6      MR. LOEVY:  In this morning's deposition, I

7  heard testimony under oath of what I believe to be,

8  or what I believe the jury would believe to be,

9  totally inappropriate use of a firearm.  Use it to

10  threaten someone to comply.  I think it might very

11  well be relevant that his attitude towards firearms

12  might very well be relevant to the process of the

13  lawsuit.  I mean, I, as you, have known a lot of

14  policemen, and I know how they respect firearms.  I

15  don't know too many fire -- policemen that have used

16  a firearm the way he used it, and so maybe by his

17  Facebook material, we can find out really what

18  motivated him to actually do that.  I certainly

19  don't mean it to badger him, if you direct him not

20  to answer.

21      MR. WILLIAMS:  I don't see how asking questions

22  about the number of firearms he owns has anything to

23  do with how he might use a firearm.

24      MR. LOEVY:  That's a reasonable -- that's a

25  reasonable thought.



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
224

1    MR. WILLIAMS:  I mean, go ahead and ask your

2    questions, and we'll just take them one at a time, I

3    guess, but...

4    MR. LOEVY:  It's -- as I said, it's maybe a

5    stretch to say that an attitude towards firearms,

6    for a police officer, who I think the experts will

7    testify is using a firearm not only in an

8    unconstitutional way, but a totally inappropriate

9    way.

10   MR. WILLIAMS:  Well, I -- of course we disagree

11   on that characterization --

12   MR. LOEVY:  Of course.

13   MR. WILLIAMS:   -- but let's move on, and like

14   I said, I'll take your questions one at a time.  I

15   do think asking personal questions about the number

16   of firearms he owns is a -- strikes me as a privacy

17   issue and not relevant to the allegations made in

18   the complaint.

19   MR. LOEVY:  I'll put the onus on you as to

20   whether you direct him not to answer or to answer.

21   MR. WILLIAMS:  I think that maybe one where I

22   just have to say we'll take a stand on it and direct

23   him not to answer, but you can go ahead and ask him

24   your next question.

25   BY MR. LOEVY:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q   I will move on.  Turning to Exhibit number

2   002134 -- do we know when these were posted?

3          COURT REPORTER:  Yes, sir.  Shows you right

4   there.

5   Q   Okay.  Did you post the photograph on the

6   bottom of this page?

7   A   I did.

8   Q   Okay.  What was your purpose in doing that?

9   A   To show my wife's new gun and my new gun.

10   Q   And is -- what make and model is that -- the

11   one on top?

12   A   The top one is a Ruger 1911, 45 caliber.

13   Q   Is that the weapon that was -- your police

14   weapon?

15   A   No, sir.

16   Q   That wasn't the weapon that was used in the

17   shooting, correct?

18   A   No, sir.

19   Q   Correct?

20   A   Correct.

21          MR. WILLIAMS:  He's already testified that it

22   was a Glock.

23   Q   Let us turn to Plaintiff 002137.  Did you post

24   those?

25   A   I did.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
226

1    Q    What was your purpose in posting those?

2    A    That was at a gun show when all those anti-gun

3 protests were going on, and that was a T-shirt that was

4 made saying, "Black guns matter."

5    Q    What does that mean, "Black guns matter"?

6         MR. WILLIAMS:  Well, first of all, let me

7    object to the extent that without establishing that

8    a saying or moniker that he created himself, he

9    can't testify as to the intent to whoever created

10   it, but you may answer the question.

11        MR. LOEVY:  And thank you.  You're right.

12 BY MR. LOEVY:

13   Q    That's something that you posted, though?

14   A    Correct.

15   Q    You saw it someplace else, and you sent it to

16 other people, correct?

17   A    Well, I posted it.  Whether people shared it

18 or not, it's up to them.

19   Q    Well, what was your purpose in posting this?

20   A    That I believe in gun -- or the constitutional

21 right to own a firearm, and all guns matter to me.  I

22 think everybody should own a firearm.

23   Q    Turning to Plaintiff's Exhibit 002141.  This

24 was posted by you, correct?

25   A    Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

227

1    Q    What's the date that you posted this?

2    A    July 8, 2016.

3    Q    Was -- this is before you talked to the state

4    police?  I think you talked to them on July 9; is that

5    right?

6    A    I'm not sure what date you said I talked to

7    them.

8    Q    It was within a week or so of the shooting of

9    Mr. Mills.

10   A    The July 8th?

11   Q    Yeah.

12   A    I thought you advised I talked to state police

13   on July 6.

14   Q    No.  How close was it to the shooting?

15   A    More than a week or so.

16   Q    From July [sic] 29th?

17   A    Correct.

18   Q    All right.

19        MR. WILLIAMS:  Just for correction sake.  I

20   think the incident was on June the 29th, not July

21   the 29th.

22        MR. LOEVY:  Thank you.  June 29th.

23        MR. LOEVY:  Yeah.  I just want to set a clean

24   record.

25        MR. LOEVY:  No, you were right, and I'm wrong.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
228

1      June 29.

2   BY MR. LOEVY:

3      Q    And what was it you were trying to communicate

4   to people on July 8, 2016?

5      A    That's a thin blue line that represents law

6   enforcement and the quote, "I'll never apologize for

7   defending this line."

8      Q    Okay.  And did anyone ever ask you to

9   apologize for shooting Mr. Mills?

10     A    No, sir.

11     Q    Let's keep on going.  Let's go to Plaintiff's

12  002129.  That was an update of your profile picture?

13     A    Correct.

14     Q    And what is that gun that you're -- or weapon

15  that you're pointing?

16     A    AR-15.

17     Q    Is that one you owned?

18     A    It was.

19     Q    Excuse me?

20     A    Yes, sir.

21     Q    Let's turn to --

22          MS. STAPLES:  This is the picture of it.

23     Q    -- Plaintiff's 002167.  This is an update, and

24  I think it begins with the words, "I do not fear of your

25  profile," dated August -- excuse me, April 15, 2015,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

229

1    correct?

2        A    I assume.

3        Q    And is that you in the photograph?  There's

4    two photographs, actually.  Strike that, please. There's

5    a photograph below it, and there's something above.  Are

6    you the person with the weapon --

7        A    No.

8        Q    -- here?  Do you know who that is?

9        A    No.  Looks like a military soldier.

10       Q    Tell us what you were trying to communicate by

11   the picture of someone holding a weapon and the words,

12   "I do not fear the valley for I am the shadow."

13       A    That a mil -- a person of the military right

14   here, does not have fear, that he knows what he has to

15   endure every day when he goes to work or into the

16   battlefield.

17       Q    Have you ever been in the military?

18       A    I have not.

19       Q    Have you ever enlisted in the military?

20       A    I did not.

21       Q    Did you ever make application to serve in any

22   of the branches of the military?

23       A    I did not.

24       Q    Ever been drafted?

25       A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
230

1    Q    Can you --

2         MR. WILLIAMS:  Too young for the draft.

3    Q    He could have been drafted in -- he is. You've

4    never been in the military?

5    A    No.

6    Q    Any reason that you never wanted to serve in

7    the military?

8         MR. WILLIAMS:  Object to the form of the

9    question.

10   Q    Go ahead.

11   A    I continued a college career.

12   Q    Well, after you graduated from college while

13   you were pursuing a career in law enforcement, any

14   reason you didn't want to try?

15        MR. WILLIAMS:  Object to the form of the

16   question.

17   Q    Go ahead.

18   A    It's not that I didn't want to.  I just

19   graduated college with a four-year bachelor's degree, so

20   I attempted to use the degree.

21        MR. LOEVY:  One more?  Is there a date on that?

22        MS. STAPLES:  December 25, 2012.

23   BY MR. LOEVY:

24   Q    Calling your attention to Plaintiff's 002202.

25   Is that something you posted?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

231

1    A   It looks like it was posted with me and two

2  other people.

3    Q   And did you write the words, "A very young

4  girl came to the Police Department today with the items"

5  -- oh, that's the other, okay.  Where did you get this

6  photograph of a police officer obviously tasering

7  another individual?

8    A   Somebody found it online, I assume.

9    Q   And what was your purpose in sending this

10  photo?

11    A   Humor.

12    Q   Did you write, "Blah, ha, ha.  This is true"?

13    A   It sure looks like I did.

14    Q   Well, did you?

15    A   It looks like I did.

16    Q   I'm not asking if it looks like it, I'm asking

17  if you did.

18    A   My name is beside it, so I must have.

19    Q   Okay.  And what did you mean by the words,

20  "Blah, ha, ha," of the picture of someone who looks to

21  me like yelling in pain from a taser?

22    A   I'm probably laughing at the comment that

23  somebody wrote under this meme when they created it.

24    Q   Which comment were you saying "ha ha" to?

25    A   Probably from, "Badass to crying pussy in .5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
232

1    seconds." Excuse my language, ladies.

2        Q    And you thought that was a funny comment?

3        A    I'm a humorous person, so yes, I thought that

4    was -- I thought that was funny.

5        Q    That in your mind when you used the taser on

6    Mr. Mills?

7        A    No, sir, not when I was in fear for my life.

8            MR. LOEVY:  Let's mark this as Exhibit 3,

9    please.

10           (EXHIBIT 3 MARKED FOR IDENTIFICATION)

11           MR. WILLIAMS:  Did you end up intending to

12   making this entire stack two or just the ones you

13   referred to in your questioning?

14           MR. LOEVY:  You know, I think it's going to be

15   easier to do the whole stack.  But I tell you, I'd

16   reserve -- if you, after reviewing them, indicate

17   that it's something that you've already objected for

18   relevance, I understand that, but if it's something

19   that didn't come from his Facebook account, you

20   can -- we will have no objection to your objecting

21   to it at any stage in the process; is that fair?

22           MR. WILLIAMS:  I just -- yeah.  I was just

23   trying to want to figure out if you are going to

24   attach the whole thing as one exhibit.

25           MR. LOEVY:  The whole thing is one exhibit. But

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

233

1    we are certainly not asking you to waive any right

2    to --

3         MR. WILLIAMS:  Oh, okay.  I just thought you

4    said you were just going to take the ones that you

5    asked him about, but that's fine.  We'll deal with

6    it.

7         MR. LOEVY:  Either way it's...

8         MR. WILLIAMS:  Thanks.

9    BY MR. LOEVY:

10        Q    I'm showing you what has been marked as

11   Plaintiff's 15600 -- 1560.  Have you ever seen this memo

12   before?

13        A    I had never seen it until I reviewed my

14   documents that your law firm sent.

15        Q    Well, forgetting who's document is it, have

16   you ever seen it before?  Yes or no.

17        A    (No verbal response.)

18        Q    Who is Michael Thomas?

19        A    He was the Chief of Police at Harlan.

20        Q    And how long have you known Michael Thomas?

21        A    From -- probably ten years.

22        Q    What does HPD stand for?

23        A    Harlan Police Department.

24        Q    In this memorandum, he indicated that you had

25   received numerous citizen's complaints on your attitude

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

234

1   and behavior.  Is that an accurate statement?

2       A    I never saw the complaints.

3       Q    That's not my question.  Is that an accurate

4   statement --

5       A    I'm saying --

6       Q    Let me finish my question.

7           MR. WILLIAMS:  He was trying to answer it.

8       A    Yeah.  I was trying to answer it.

9       Q    Is it an accurate statement, did you

10  receive -- strike that.  Is it an accurate statement

11  that there were numerous citizen complaints concerning

12  your attitude and behavior while serving in the Harlan

13  Police Department?

14      A    No.

15      Q    Is it a true statement that you were called in

16  to go to the state basketball tournament even after you

17  knew that the department was shorthanded?

18      A    No.  I scheduled time before that.

19      Q    Do you know any reason that Michael Thomas was

20  not giving an accurate description of at least some of

21  your employment record at Harlan PD?

22      A    Upset because I was leaving.

23      Q    You think he just did it because he was mad

24  because you were leaving?

25      A    I don't know, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
235

1    Q    Any other reason?

2    A    No, sir.  We have a good relationship.

3    Q    Anybody ever tell you that you are not

4  recommended for rehire?

5    A    No, sir.

6         MR. LOEVY:  Okay.  What are we up to?

7         COURT REPORTER:  We're on number 4.

8         MR. LOEVY:  This was 4.

9         COURT REPORTER:  Oh, that was 4?

10         THE WITNESS:  No, it was 3.

11         MR. WILLIAMS:  3?  Okay.  Thanks.

12         MR. LOEVY:  So what is this?

13         MR. WILLIAMS:  This turned out to be 2.

14         COURT REPORTER:  It's collective number 4.

15         MR. WILLIAMS:  Collective number 2, right?

16         THE WITNESS:  Correct.

17         MR. LOEVY:  Got it.

18         THE WITNESS:  The CAD was number 1.

19  BY MR. LOEVY:

20    Q    So I'm showing you now what has been marked as

21  Exhibit number 4.  This is an evaluation performance

22  review for the time that you were in the Danville Police

23  Department.

24         (EXHIBIT 4 MARKED FOR IDENTIFICATION)

25         MR. WILLIAMS:  That would be the original



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

236

1    marking.  That's the one that's marked.  Trade me.

2        Q    At the Danville Police Department -- well,

3    have you ever -- strike that.  Have you ever seen this

4    document before, your evaluation?

5        A    No, sir.  This looks like my field training as

6    soon as I got out of the academy.

7        Q    Well, so you've never seen this, correct?

8        A    No.

9        Q    Okay.

10       A    Each officer I rode with had to fill one of

11   these out every two weeks, I do believe.

12       Q    Well, and did anyone at the Danville Police

13   Department indicate to you that you need to keep your

14   emotions in check, and when you don't, you can display a

15   more hostile attitude toward persons in the public?

16   Referencing the first page.

17            MR. WILLIAMS:  Let me just make a continuing

18       objection to "other incidents," but with that

19       objection made, you can answer that question.

20       A    Where's that at?

21   BY MR. LOEVY:

22       Q    It's under number 2, under "Professionalism in

23   interpersonal skills."

24            MR. WILLIAMS:  Bottom two lines.

25       A    Oh, I got you.  No, I was never disciplined on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
237

1   that.

2        Q    I didn't ask if you were ever disciplined.  I

3   asked you if you were ever made aware of the fact that

4   you needed to keep your emotions in check, and when you

5   don't, you can develop a more hostile attitude towards

6   persons in the public?

7        A    I don't recall that.

8        Q    Take your time to think about it.

9        A    I don't recall.  That was eight years ago.

10           MS. STAPLES:  That's it, both pages.

11           MR. LOEVY:  That's the school.

12           MS. STAPLES:  Okay.

13   BY MR. LOEVY:

14        Q    We're turning on to 001516.  Were you ever

15   made aware of your evaluation with respect to

16   communications?

17        A    I don't recall.

18        Q    How about officer safety?

19        A    I don't recall.

20        Q    And calling your attention to the last page,

21   is that your signature, June 30, 2012?

22        A    Yes.

23        Q    Does that help refresh your memory as to

24   whether or not you were advised of this evaluation?

25        A    Like I said, we've done these to each person I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

238

1  rode with and discussed it.  I don't remember seeing

2  this one.

3      Q    Well, do you remember not just seeing this but

4  being evaluated in the way that this report evaluates

5  you?

6      A    Yes.

7      Q    Oh, you do remember?  So you do remember then

8  being evaluated with respect to the need to keep your

9  emotions in check?

10     A    I don't agree with that being said, no.

11     Q    Okay.  You were aware of it at the time you

12  signed it, though?

13     A    I assume so, because I signed it.

14     Q    All right.  Remember being polygraphed by the

15  Kentucky State Police?

16     A    I do.

17     Q    And that was part of your pre-employment

18  evaluation?

19     A    Yes.

20     Q    Is that correct?

21     A    Yes.

22     Q    And remember me asking you some questions

23  about that earlier in the deposition?

24          MR. WILLIAMS:  Have you got another copy?

25     Q    I'm sorry, let me -- yeah, there.  She's got

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

239

1   to mark this one.  I'm showing you what has been

2   marked --

3          MR. WILLIAMS:  Take as much time as you need to

4       review it.  Go ahead.  I'm sorry.

5       Q    It really was the introductory question.  Do

6   you remember me asking you questions earlier, putting

7   that aside for a moment, about your Kentucky State

8   Police application?

9       A    I do.

10      Q    And you're telling me that you didn't know why

11  you were rejected?

12      A    Uh-uh.  No.

13      Q    Take some time and look at it.  And I would

14  pay particular attention to Plaintiff's 001710 and 1711,

15  and we'll start there, and look at it, because I'm going

16  to ask you about those -- if there is anything in those

17  two pages of your personal history summary which are

18  inaccurate.

19      A    I'm ready.

20          MR. WILLIAMS:  Well, I haven't had a chance to

21      look at it, too.

22          MR. LOEVY:  Thank you.

23          MR. LOEVY:  That's 1710?

24          MS. STAPLES:  Well, that's on the first page.

25          MR. LOEVY:  And Counsel, I'm not going to go

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  into great detail.  I'm just going to ask him, with

2  respect to pages 10 and 11, whether he disagreed

3  with any of that information.

4      MR. WILLIAMS:  Well, there's a lot of

5  information on pages 1710 and 1711, so to ask him if

6  there's anything he disagrees with in the entire

7  narrative --

8      MR. LOEVY:  There is quite a bit in there.

9      MR. WILLIAMS:  -- it's an improper question,

10 but given that that will be your question, I would

11 just advise the witness to -- do you understand,

12 Mikey?  He's is asking you is there anything on

13 those two pages that you feel is incorrect; is that

14 right?

15     MR. LOEVY:  Correct.

16     THE WITNESS:  Which page was it?

17     MR. WILLIAMS:  1710 and 1711.

18     MR. LOEVY:  Yes.  And this has been -- I assume

19 we've sent this to counsel.

20     MS. STAPLES:  Oh, yes.

21     MR. LOEVY:  It is either admissible or not

22 admissible in the total scheme of things.

23     MR. WILLIAMS:  Like the other exhibits, I

24 always reserve my right to object to its

25 admissibility, but I know we're asking about --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  questions about it today.  But make sure that you've

2  read 1710 and 1711 in full, because he's asking --

3  he's going to ask you to comment on the entire

4  contents of that.  Thank you.

5        MS. STAPLES:  Okay.

6        MR. LOEVY:  Yeah.  Let's do it, because it

7  might not be -- you're right.  This isn't the format

8  for what we're going to -- what is going to be

9  admitted and what's not, you know.  Counsel, while

10  he is still reading, we're going to -- I'm not quite

11  sure how to back it up.  We got the audio of the --

12  the audio of his communications with dispatch, and

13  so what I would like to do is just that it's a very

14  short portion --

15        MS. STAPLES:  21 seconds.

16        MR. LOEVY:   -- where he says that he -- where

17  it actually say that he is --

18        MS. STAPLES:  Restrained.

19        MR. LOEVY:  Suspect is restrained.  So I just

20  want to see if it's his voice or not.  I'm not quite

21  sure how to do it either.  But that's the only

22  question I'll have.  See if he recognizes his voice.

23  It might be somebody else.

24        MR. WILLIAMS:  We'll let him comment on that

25  after he's had a chance to review this.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
242

1      A    I'm ready when you're ready.

2   BY MR. LOEVY:

3      Q    Okay.  Is there anything in Plaintiff's 1710

4   and 1711, particularly in the last four paragraphs, that

5   you disagree with?

6           MR. WILLIAMS:  Let me just object to the form

7      of the question.  You may answer.

8      A    Yes.

9      Q    Pardon?

10     A    Yes.

11     Q    Would you tell us, please?

12     A    In the fourth paragraph down, where he says

13  he's talking to me about the incident that happened in

14  Laurel County, the smiling, not feeling the guilt.  I

15  don't -- I don't agree with all that when I spoke with

16  him.  I don't recall saying that I was tired of

17  explaining it, because I pretty well explained that

18  situation to everybody that asked.  I don't agree with

19  the part where it says -- in the fifth paragraph, where

20  there was an incident at a basketball game, where I

21  attempted to separate a verbal disturbance and him

22  stating that it shows my lack of maturity to refer to a

23  retired Kentucky State Police lieutenant as a dick.  I

24  feel like in a situation like that, that everybody's got

25  enough respect for each other.  He's a retired police

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianreporters.com

1  officer.  I'm a police officer, thus he should have

2  helped me separate the situation and go about our

3  business without him telling me that my badge didn't

4  mean shit to him.  So I don't agree with that statement.

5  Just because he's a retired state trooper, doesn't mean

6  I should have to show him any more respect than Susie Q

7  on the street.  He states right here on this last

8  paragraph that I was already home when they gave me this

9  complaint.  That's not true.  I was driving on 25E.  The

10  female was not even in our county.  She was in Whitley

11  County.  I did tell my dispatcher to hold it for the day

12  shift unit, because we always covered each other's

13  calls.  My dispatcher did not give it to the day shift

14  unit, which looks bad on us and the dispatch.  That's

15  pretty much all I disagree with in all that.  I'm glad I

16  got to see this, though.  I never seen none of this.

17      Q    Finished?

18      A    Yes, sir.

19          MR. LOEVY:  Counsel, what I said to you

20      informally, let me say now more formally.  What I'd

21      like to do is read a portion of the audio, and

22      perhaps if you have no objection, let Amy indicate

23      what the foundation of it is, and then we'll ask him

24      if can identify his voice.

25          MR. WILLIAMS:  Just to be clear, Counsel,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    you're asking to play a portion of the recording of

2    the -- what was recorded from dispatch that night?

3           MS. STAPLES:  That's correct.  This is --

4           MR. LOEVY:  It's something that we've received.

5    Just give me --

6           MS. STAPLES:   And disclosed.  This was

7    received from one of our subpoenas and disclosed to

8    counsel.

9           MR. WILLIAMS:  Just note my objection to a

10   piecemeal approach to the recording.  I think to

11   choose a short snippet and allow him to hear it may,

12   in fairness, require him to hear other portions of

13   it, but I understand what you want to do.

14          MS. STAPLES:  If I can clarify, this is the

15   entire snippet of PL track -- PL 30 track 30.  It's

16   only 21 seconds, so it is the entire recording.

17   It's not just a snippet of that recording.

18          MR. WILLIAMS:  Okay.

19          MR. LOEVY:  Okay.

20          MR. WILLIAMS:  Go ahead and listen to this,

21   Mikey.

22          MR. LOEVY:  So listen to it and the question is

23   going to be if you can recognize your voice as the

24   person who makes this.

25          THE WITNESS:  Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

245

1      MR. LOEVY:  And if not, whose voice it is.

2      MS. STAPLES:  Let me back it up just a second.

3  Okay.

4          (AUDIO RECORDING PLAYED)

5      MS. STAPLES:  That's the entire thing.

6      MR. WILLIAMS:  Given your question, I would

7  object to the question to the extent of, in my

8  hearing, it sounds like there's more than one person

9  on that recording, but you can answer.

10     MR. LOEVY:  Let's play it again, and I will

11  rephrase my question.  It's more than one voice, so

12  I'm going to ask you when it's completed to identify

13  both voices and what each voice said, okay?

14          (AUDIO RECORDING PLAYED)

15     MR. LOEVY:  That's it?

16     COURT REPORTER:  Yes, sir.

17  BY MR. LOEVY:

18     Q    Okay.  Did you recognize any of the voices?

19     A    Yes, sir.

20     Q    Whose voice, if anybody, did you recognize?

21     A    The dispatcher and mine.

22     Q    I can't hear you -- your answer.

23     A    The dispatcher and my voice.

24     Q    Okay.  Anybody else's voice?

25     A    No, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

246

1     Q    All right.  And does that refresh your memory

2 with respect to whether or not the suspect, who we now

3 know to be Mr. Mills, was restrained?

4     A   No, I don't agree with that.

5     Q   Okay.  Let me suggest this.  Let us take a

6 break, and then we will either proceed or figure out

7 where we are going to end up, okay?

8        VIDEOGRAPHER:  The time is 2:57.  We are off

9    the record.

10      (OFF THE RECORD)

11        VIDEOGRAPHER:  The time 3:05.  We are back on

12    record.

13 BY MR. LOEVY:

14     Q   In the course of this deposition, I have asked

15 you a number of questions about what you did on

16 June 29, 2016.

17     A   Yes, sir.

18     Q   During the time of your encounter, was

19 everything you did consistent with your understanding of

20 the policy of the Knox County Sheriff's Department?

21     A   Yes, sir.

22        MR. WILLIAMS:  Object to the form of the

23    question.

24     Q   In your encounter with Mr. Mills, was

25 everything you did consistent with your understanding of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

247

1   the practices of the Knox County Sheriff's Department?

2        MR. WILLIAMS:  Same objection.  He can answer.

3     A    What do you mean as "practices"?

4     Q    What was the normal thing that an officer was

5   to do under the circumstances that you faced?

6     A    Yes, sir.

7     Q    Did anyone at any time ever tell you that you

8   had acted in a manner inconsistent with the policies of

9   the Knox County Sheriff's Department?

10    A    No, sir.

11    Q    Did anyone ever tell you that any time you

12  acted inconsistent with the practices of the Knox County

13  Sheriff's Department?

14    A    No, sir.

15    Q    In the course of your employment with the Knox

16  County Sheriff's Department, had you ever pulled out

17  your gun, pointed it at a suspect, other than Mr. Mills?

18        MR. WILLIAMS:  Are you ask -- I'm sorry.  Are

19     you saying prior to the Mills' incident?

20    Q    Thank you.  Prior to the Mills' incident?

21    A    Yes, sir.

22    Q    On how many occasions did that happen?

23    A    I can't give you a number.

24    Q    Can you give us an estimate of the number?

25        MR. WILLIAMS:  And I'll object to "other

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
248

1      instances," but you may still answer the question.

2          A      It could be once a night.  It could be once a

3      week.

4          Q      As much as once a week?

5          A      Yes, sir.

6          Q      And for what reasons would you take out a gun

7      to point it at a suspect?

8          A      As if you're clearing a house and going

9      through the house with your weapon out, find somebody in

10     the closet, you've already got your weapon out, so you

11     got them at gun point immediately, so as long as they're

12     not a threat, you holster your gun back up.

13         Q      What other instances would you take out your

14     gun and point it at a suspect?

15         A      If I another subject noncompliant and had a

16     gun, if they confront you with a gun.  If you have to

17     shoot an animal in the roadway that has been struck by a

18     vehicle.  I mentioned house clearing, building clearing.

19     That's about as much as I can think.

20         Q      In your entire career, prior to the time of

21     your interaction with Mr. Mills in June of 2016, were

22     you ever shot in the course of your duty?

23         A      Was I shot?

24         Q      Yes.

25         A      No, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

249

1     Q    Were you ever -- within that same time period,

2  were you ever injured?  Entire course of your career up

3  until June 29, 2016.

4     A    Yes.

5     Q    How many times were you injured?

6     A    Probably less than five.

7     Q    Any of those injuries result in

8  hospitalization?

9     A    Mainly just on-scene with EMS.

10     Q    Am sorry?

11     A    Mainly just on-scene with EMS.

12     Q    Well, how many times were you injured that

13  resulted in a hospitalization?

14     A    Once.

15     Q    When did that occur?

16     A    There was a dog bite on a complaint.

17     Q    When did that occur?

18     A    Between 2013 and 2015.

19     Q    That the only time that you were ever injured

20  that required some form of medical care?

21     A    That's the only time I went to the hospital

22  for it.

23     Q    And the question:  Is that the only time you

24  were injured that required some kind of medical care?

25     A    Medical what?  I don't understand what you are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
250

1  saying.

2      Q      Medical care.

3      A      Medical care?

4      Q      Medical care.

5      A      I cut my arm open on a domestic one night, but

6  they treated it on-scene.

7      Q      Okay.  Any other instances?

8      A      Not that -- not that sticks out in my mind,

9  no.

10     Q      In 2018, you were involved in shooting at a

11 vehicle; is that correct?

12     A      Yes, sir.

13     Q      Were you shooting at a vehicle in that

14 instance, or were you shooting at someone inside of a

15 vehicle?

16          MR. WILLIAMS:  Let me just object to "other

17     instances."  Make it continuing, but you may answer

18     the question.

19 BY MR. LOEVY:

20     Q      Go ahead.

21     A      Shooting at the front of the vehicle.

22     Q      And were you ever disciplined for that

23 instance?

24     A      No, sir.

25     Q      Were you ever told you did the wrong thing in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that incident?

2        A    No, sir.

3        Q    Have you ever -- outside of the Mills

4  interaction in June of 2016, ever shot anyone?

5        A    No, sir.

6        Q    Outside of the incident in June 2016, have you

7  ever seriously injured anyone?

8        A    No, sir.

9        Q    Does it refresh your memory to tell you that

10  you may have fired your duty weapon in the line of duty

11  while working at Laurel County?

12        A    Yes, I remember that.

13        Q    Tell us about that incident.

14        A    It was a vehicle pursuit where a male subject

15  had stolen a police car and had caused a serious injury

16  accident, and we got in vehicle pursuit of him.  At one

17  point, we attempted to box the male subject in.  I

18  exited my car.  I was pulled in front of him in a

19  turning lane.  I got him at gun point giving him strong

20  verbal commands to turn the vehicle off, and he floors

21  the vehicle, attempts to hit me in my cruiser as he

22  swerves around the car.  I turned and shot the back

23  tires out of the car.

24        Q    Anything else you remember about the incident?

25        A    What else would you like to know?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
252

1        MR. WILLIAMS:  I'm sorry.  I didn't understand

2    the question.

3        Q    Anything else you remember about the incident?

4        A    He -- like I advised, he had caused a very

5    serious accident that he was involved in before he stole

6    the police car and multiple vehicles, then I was given

7    instructions to perform a pin maneuver, which spun his

8    vehicle out.

9        Q    And when did that incident take place, the

10   Laurel County incident?

11       A    Between 2013 and 2015.

12       Q    And you remember the details of that incident

13   pretty well when asked about it, correct?

14       A    Vaguely, yes.

15       MR. LOEVY:  I have nothing for -- let me take

16   one more minute and check with my colleague.

17   Anything else?  That's it.

18                    CROSS EXAMINATION

19   BY MR. WILLIAMS:

20       Q    Mikey, I have a few follow-up questions I want

21   to ask you about some of the things you were asked and

22   some of the responses that you gave.  First of all, I

23   would ask you that this incident that's been alleged in

24   this lawsuit occurred back on June 29, 2016, correct?

25       A    Yes, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

253

1    Q    Is your memory -- do you feel your memory is

2    better today about what happened in June of 2016, or do

3    you feel like it was better back in June of 2016 and

4    early July of 2016?

5    A    I would have to say June and July of 2016.

6    Q    All right.  And back in -- back during that

7    time period, you gave a statement to the Kentucky State

8    Police about what you believe occurred that night?

9    A    Yes, sir.

10   Q    What your observations were, what you could

11   recall?

12   A    Yes, sir.

13   Q    And do you feel like that statement you gave

14   to Kentucky State Police was an accurate statement about

15   what happened that night?

16   A    Yes, sir.

17   Q    Now, there were a few times where you were

18   asked about whether you testified in front of the grand

19   jury or how you might have learned about the grand jury.

20   And as I understand your testimony, at one point, you

21   were told by someone that there was a no true bill.

22   A    Correct.

23   Q    Do you remember who it was that let you know

24   that?

25   A    It was the Kentucky State Police detective.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

254

1      Q    The same one that interviewed you to begin

2  with, or somebody else?

3      A    I believe it was Detective Randy Surber, the

4  one who interviewed me to begin with.

5      Q    All right.  And I'm not trying to get legally

6  technical with you or anything, but just to be clear, if

7  there is a no true bill rendered by the grand jury, that

8  means there's not been an indictment, correct?

9      A    Correct.

10      Q    So when you referred to there being an

11  indictment, that was in error, correct?

12      A    Correct.

13      Q    In fact, the jury had -- grand jury had not

14  indicted you but had returned a no true bill?

15      A    Correct.

16      Q    Thank you.  On the evening of June 29, 2016,

17  you encountered Mr. Mills, correct?

18      A    Yes, sir.

19      Q    And you were asked by counsel a number of

20  questions, kind of in a step-by-step fashion about what

21  happened that night, correct?

22      A    Correct.

23      Q    Would you agree with me that the incident

24  didn't unfold in slow motion but happened very quickly?

25      A    Yes, sir.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

255

1      Q      And you had to react very quickly to the

2   things that Mr. Mills was doing that night?

3      A      Correct.

4      Q      And as I understood your testimony from

5   beginning to the end, any requests that you made to

6   Mr. Mills were disregarded or were not obeyed?

7      A      Yes, sir.

8      Q      During that entire encounter with Mr. Mills,

9   do you remember about how long it was from the time you

10  arrived at the scene until when the shooting occurred?

11     A      It was approximately seven minutes, eight

12  minutes.

13     Q      Okay.  So everything happened that night

14  relatively quickly?

15     A      Yes, sir.

16     Q      During those seven minutes or so, if that's in

17  fact what it was, were you in fear for your life?

18     A      Yes, sir.

19     Q      Were you in fear for Mr. Bolton's life?

20     A      Yes, sir.

21     Q      Were there other members of the public there

22  that you were concerned about?

23     A      Yes, sir, the child.

24     Q      Would you classify Mr. Mills' behavior that

25  night as predictable or unpredictable?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

256

1      A      Unpredictable.

2      Q      Despite your best efforts and Mr. Bolton's

3  best efforts to get Mr. Mills to comply, did he comply

4  with your requests?

5      A      Never one time, no, sir.

6      Q      And from your observation and your encounter

7  with him, did he have -- appear to have the ability to

8  continue fighting no matter what you did?

9      A      Yes, sir

10     Q      You were asked some questions about what has

11  been made Plaintiff's Exhibit number 1, the CAD Sheet,

12  correct?

13     A      Correct.

14     Q      And you made clear this is not a document that

15  you prepared --

16     A      No, sir.

17     Q      -- correct?  And in fact, you were played a

18  recording from Knox County 911 earlier in your

19  testimony, correct?

20     A      Yes, sir.

21     Q      You were asked about this typed statement on

22  the report that says, "Male restrained."

23     A      Correct.

24     Q      Was there at any time during your altercation

25  or encounter with Mr. Mills where you had him

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    restrained?

2        A    No, sir.

3        Q    In fact, was he unrestrained the entire time?

4        A    Yes, sir.

5        Q    Was there a time when you advised 911 that

6    Mr. Mills was, in fact, not restrained?

7        A    Yes, sir.

8        Q    When you listen to the recording of what

9    occurred that night, was there anything that struck you

10   as odd about the recording?

11       A    Yes, sir.

12       Q    Can you tell us what it was?

13       A    When you replay the recording where you can

14   hear me saying restrained, on a radio system when you

15   key that mic, it takes a few seconds -- not a few

16   seconds but less than a second for it to key up, for it

17   to take our transmission from us, for it to bounce off

18   the repeater.  So I can tell in that, it's cut the first

19   part of what I said off, plus with emotions going and

20   everything going on, I said it fast and hit the button,

21   and I can tell that it cut the first part off of what I

22   said on restrained.

23       Q    Okay.  That's what you believe is occurring in

24   that tape?

25       A    Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

258

1    Q    You're not a radio or a communications expert?

2    A    No, sir.

3    Q    You were asked a number of questions about

4  your Facebook posts, or some of them anyway, and are you

5  a gun owner?

6    A    Yes, sir.

7    Q    Are you a proud gun owner?

8    A    Yes, sir.

9    Q    Do you believe that firearms should be used

10  safely?

11    A    Absolutely.

12    Q    Are you a certified firearm instructor?

13    A    Yes, sir.

14    Q    Do you try to teach persons to use firearms

15  safely?

16    A    Absolutely.

17    Q    Everything that you share on Facebook, is that

18  something that you believe 100 percent in your heart to

19  be the truth, or do you post things sometimes as a joke

20  or because they're funny?

21    A    A joke or humor.

22    Q    Are any of these postings that you made

23  designed to convey any hatred of the public or hatred of

24  any persons?

25    A    No, sir.  Absolutely not.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

259

1    Q    You were asked some questions about what's

2 been made Exhibit number 3 to your deposition.  It was a

3 memo from Michael Thomas regarding Mike -- regarding

4 you.

5    A    Correct.

6    Q    Michael Thomas, was he chief at Harlan?

7    A    He was.

8    Q    And to be clear, this is City of Harlan not

9 Harlan County; is that right?

10    A    Correct, the city.

11    Q    Before this lawsuit was filed, had you ever

12 seen Exhibit 3 before?

13    A    No, sir.

14    Q    You were provided, by plaintiff's counsel

15 through me, a copy of your file from the City of Harlan,

16 correct?

17    A    Correct.

18    Q    And this letter is one of the things in that

19 file, correct?

20    A    Yes, sir.

21    Q    One thing that wasn't in that file, at least

22 in what we received, were any written complaints from

23 the public, correct?

24    A    Correct.

25    Q    There weren't any of those like he's



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
260

1    referenced here?

2        A    Correct.

3        Q    Before you left the department or at any time

4    afterwards, did Mr. Thomas indicate to you that he had

5    received any citizen complaints?

6        A    No, sir.

7        Q    Did he show you any?

8        A    No, sir.

9        Q    This Exhibit number 3, it says, "To whom it

10   may concern."  Did you receive this by mail from

11   Mr. Thomas after you left there?

12       A    No, sir.

13       Q    Before this lawsuit was filed and this was

14   received through discovery, had he ever discussed with

15   you any lack of recommendation on rehire that he made?

16       A    No, sir.

17       Q    You were asked about performance evaluation

18   that was -- looks like the period of time was from

19   July 2011 through June of 2012, the Danville City Police

20   Department, number 4.  There were some comments in there

21   that counsel asked you about, correct?

22       A    Correct.

23       Q    This is an evaluation conducted at the

24   Danville Police Department that led to your continued

25   employment at the department, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
261

1    A    Correct, this was a training phase.

2    Q    In other words, after this evaluation

3  occurred, you weren't demoted or fired, were you?

4    A    No, sir.

5    Q    In fact, there's a number of very

6  complimentary things said in this evaluation that

7  plaintiff's counsel didn't ask you about?

8    A    Correct.

9    Q    Give me just a minute.  Going back to the

10  incident with Mr. Mills, there were -- and you described

11  kind of a blow-by-blow in response to plaintiff

12  counsel's questions, but you described a number of times

13  that Mr. Mills would have actually struck you or struck

14  your body or grabbed parts of your body.

15    A    Correct.

16    Q    When that was occurring, did it feel good?

17    A    No, sir.

18    Q    Did it hurt when it happened?

19    A    Yes, sir.

20    Q    There is reference in there and -- I'm sorry.

21  There is reference in the Kentucky State Police

22  report that's been made part of the discovery, and it

23  looks like this is Bates stamped PL608.  There's a

24  reference in the KSP report.  It says, "I photograph

25  Mikey Ashurst, who was behind the front ambulance.  I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

262

1    noticed that he had tape on his pant legs."  Do you

2    recall having some tape on your pant legs?

3          A     I do.

4          Q     Do you know why they put tape on your pant

5    legs?

6          A     From the blood that was on my legs, and just

7    to prevent if there was any kind of disease in the

8    blood.

9          Q     Okay.  Part of that report states that

10   Mikey Ashurst had a large swollen knot on his right leg,

11   and you were asked earlier about any injuries you might

12   have received.

13         A     Correct.

14         Q     Do you recall having a large swollen knot on

15   your right leg?

16         A     Now that you've said it, I do.

17         Q     Okay.  And it says that photographs were taken

18   of an injury at the scene?

19         A     Yes, sir.

20         Q     When you were asked about whether or not you

21   were hurt in this incident or injured, are you thinking

22   on the lines of a permanent injury?

23         A     Yes, sir.

24         Q     As opposed to a transient injury?

25               MR. LOEVY:  Object to this, the form of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
263

1      question.

2          Q    If I understood your testimony correctly, it

3    was officers from the Barbourville City Police

4    Department who were the first to arrive at the scene of

5    the Mills incident?

6          A    Yes, sir.

7          Q    Do you know how it is that they arrived?

8          A    What -- what do you mean?

9          Q    Do you know whether they were dispatched by

10   anybody?

11         A    Yes, dispatched by our dispatch center.

12         Q    Okay.  Do you know why they were dispatched?

13         A    Because I was in need of assistance.

14         Q    Okay.  When you requested assistance, did you

15   specifically call for Barbourville City Police to come?

16         A    No, sir.

17         Q    I understood your testimony to be that you

18   asked for another unit?

19         A    Send another unit.

20         Q    Where did the incident with Mills occur in

21   relation to downtown Barbourville?

22         A    Approximately, I would say, less than

23   15 miles -- around 15 miles or less.

24         Q    You haven't ever measured it, have you?

25         A    No, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

264

1      Q     Did it take the Barbourville City Police

2 longer than seven minutes to get out to the scene?

3      A     Yes, sir.

4      Q     Longer than ten minutes?

5      A     It was in that area.

6           MR. WILLIAMS:  That's all the questions I had.

7      Thank you.

8                    REDIRECT EXAMINATION

9 BY MR. LOEVY:

10     Q     Just to follow through briefly, you testified

11 that one of the reasons that you shot Mr. Mills was

12 because you were in fear for the lives of others; is

13 that correct?

14     A     Yes, sir.

15     Q     Okay.  Who were the others whose lives you

16 were in fear of when you shot Mr. Mills?

17     A     Myself and Brandon Bolton.

18     Q     And where was he standing relative you and

19 Mr. Mills when you shot Mr. Mills?

20     A     I don't recall where Mr. Bolton was during the

21 time the shot was fired.

22     Q     Was he in your eyesight?

23     A     He was not in my line of fire.

24     Q     Was he behind you?

25     A     I don't recall, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

265

```
 1        Q     Was he to the right if you?

 2        A     I don't recall.

 3        Q     To the left of you?

 4        A     I don't recall, I'm sorry.

 5        Q     But one of the reasons you shot Mr. Mills is

 6   because you were in fear of his life, correct?

 7        A     Yes, sir.

 8        Q     Who else were -- life were you in fear of

 9   Mr. Mills taking?

10        A     At that point, no one.  At the beginning of

11   it, the little girl.

12        Q     So when you say that one of the reasons you

13   shot and killed Mr. Mills was in fear for the lives of

14   others, can you name anyone else's life?

15        A     Not at the time of the shot, no, sir.

16        Q     You were concerned about your own life?

17        A     Correct.

18              MR. LOEVY:  That's all I have.

19              MR. WILLIAMS:  You're done.

20              VIDEOGRAPHER:  Okay.  The time is 3:30.  We are

21        off the record.

22                   (EXHIBIT 5 MARKED FOR IDENTIFICAITON)

23                   (EXHIBIT 6 MARKED FOR IDENTIFICATION)

24                   (DEPOSITION CONCLUDED AT 3:30 P.M.)

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

266

## CERTIFICATE OF REPORTER

### STATE OF INDIANA

1
2
3
4   I do hereby certify that the witness in the foregoing
5   transcript was taken on the date, and at the time and
6   place set out on the Title page hereof by me after first
7   being duly sworn to testify the truth, the whole truth,
8   and nothing but the truth; and that the said matter was
9   recorded stenographically and mechanically by me and
10  then reduced to typewritten form under my direction, and
11  constitutes a true record of the transcript as taken,
12  all to the best of my skill and ability. I certify that
13  I am not a relative or employee of either counsel, and
14  that I am in no way interested financially, directly or
15  indirectly, in this action.

16
17
18  
19
20
21
22  LACEE TOWNSEND,
23  COURT REPORTER / NOTARY
24  MY COMMISSION EXPIRES:  06/19/2024
25  SUBMITTED ON:  12/27/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

267

---

**Exhibits**

EXHIBIT 1
196:4,5 256:11

EXHIBIT 2
209:14,16

EXHIBIT 3
232:8,10 259:2,
12 260:9

EXHIBIT 4
235:21,24

EXHIBIT 5
265:22

---

**0**

00 210:16

001516 237:14

001710 239:14

002129 228:12

002131 221:23

002134 225:2

002137 225:23

002141 226:23

002167 228:23

002202 230:24

08 210:19

---

**1**

1 69:7 196:4,5
235:18 256:11

1,000 182:5,10,
12,18

10 125:15 240:2

100 61:18
258:18

102 199:14

105 197:14,15,
18,19,23 198:1

108 210:14,20

---

10:00 82:15

10:43 77:15

10:54 77:18

11 38:21 240:2

11th 5:4

12 125:24

12:50 191:21

15 77:10 98:20,
21,22 99:2
228:25 263:23

1560 233:11

15600 233:11

1710 239:23
240:5,17 241:2
242:3

1711 239:14
240:5,17 241:2
242:4

18 15:21 60:3
112:10

18th 112:13

19 77:21

1911 225:12

1:39 191:24

---

**2**

2 6:8 209:14,16
235:13,15
236:22

20 104:8 117:15
128:1,2 129:14,
16,18

2004 9:24

2008 10:7

2010 14:3
15:15

2011 74:23
76:16,20
260:19

2012 35:13
103:1 206:20
230:22 237:21

---

260:19

2013 19:9
249:18 252:11

2015 19:9 69:7,
8 204:16
228:25 249:18
252:11

2016 27:25
41:4 59:14
77:21 85:7,10,
23 86:2 107:23
111:13 112:8,
10 202:12,15
203:19 227:2
228:4 246:16
248:21 249:3
251:4,6 252:24
253:2,3,4,5
254:16

2017 68:21
202:13

2018 5:5 68:18
202:15 250:10

2019 112:5,7

21 11:3 203:23
241:15 244:16

2108 211:13,20

2109 211:14,22

22 97:9

23 89:14

25 128:2 230:22

25E 243:9

28th 109:20
112:17,18,23
113:3,7

29 41:4 59:14
86:2 107:23
228:1 246:16
249:3 252:24
254:16

29th 83:16,19
108:20 109:3
110:2 114:3,20,
23 139:16
227:16,20,21,
22

---

2:57 246:8

---

**3**

3 232:8,10
235:10,11
259:2,12 260:9

30 86:2 183:2
237:21 244:15

30th 83:16,19

32 19:2

33 89:5

3:05 246:11

3:30 265:20,24

---

**4**

4 197:8 235:7,8,
9,14,21,24
260:20

45 183:2 225:12

---

**5**

5 231:25 265:22

50 61:22,23
121:14

500 62:4,6

---

**6**

6 55:6,12,24
56:10,20
227:13 265:23

6:17-CV-00184
5:13

6th 152:9

---

**8**

8 227:2 228:4

80105 197:17

8th 227:10

---

**9**

9 227:4

911 7:8,9
81:21,24 87:14
103:3 256:18
257:5

9:25 5:5

---

**A**

A-S-H-U-R-S-T
6:21

a.m. 5:5

ability 26:2
256:7

absences
65:12

Absolutely
181:13 258:11,
16,25

academy
12:14,16,19,25
15:8,12,16,20
16:1 60:2,6
62:15 70:5
74:4,5,8 96:2,8,
24 97:5 105:7
107:10 117:2
189:9 236:6

accepted 38:2,
6,9

accident 23:11
251:16 252:5

accompanied
47:25

account
232:19

accounted
38:13

accurate
234:1,3,9,10,20
253:14

acknowledge
66:9

---

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

268

**acknowledgment** 75:7

**acquaintance** 84:6

**act** 24:9 25:1,5, 12 98:4 158:12

**acted** 25:18,21, 22 247:8,12

**acting** 79:19

**action** 20:8

**actions** 26:15 181:24

**activate** 103:16 116:20 145:11

**activated** 103:21 143:9, 10 144:4 153:9 173:23

**activities** 31:11

**add** 19:23 213:10

**added** 66:11

**adding** 67:9 69:14

**addition** 99:6

**additional** 62:16 86:19 98:24 99:5 142:14

**addressed** 26:11

**admin** 8:8 34:17

**administer** 154:22 167:23

**administered** 162:22

**administering** 167:19

**administration** 8:13 20:25 21:2 27:21 66:22,23

**administrative** 53:15,18,24 54:9,11

**administrator** 5:9

**admissibility** 240:25

**admissible** 216:22 240:21, 22

**admitted** 241:9

**advance** 123:10

**advice** 86:19

**advise** 17:11 53:25 240:11

**advised** 38:12 44:7 45:18 47:7 48:25 53:23 57:22,25 75:10 89:4,7,14 95:22 96:6 100:22 118:10 122:6 129:8 136:16 175:9 192:23 195:13 204:5 206:7 221:10 227:12 237:24 252:4 257:5

**affirm** 5:25

**agencies** 107:12

**agency** 95:18 104:10

**agree** 209:4 220:4,8 238:10 242:15,18 243:4 246:4 254:23

**agreement** 109:17,22,24

**ahead** 22:20 30:25 38:20 58:8 90:15 102:8 107:8 143:1 220:12 223:5 224:1,23 230:10,17

239:4 244:20 250:20

**ahold** 153:15, 16,22,23 169:17 177:8

**aiming** 191:9

**air** 170:15

**alcohol** 73:17, 22 110:19,24

**allegations** 222:12 224:17

**alleged** 252:23

**altercation** 95:22 101:19 165:1 177:1 179:25 192:19 193:5,8,9,17 219:1,2 256:24

**altercations** 59:20

**alternating** 103:11

**ambulance** 31:23 32:3,14 41:22 42:25 43:20 44:1,13 261:25

**amend** 6:12

**American** 221:14,19

**amount** 98:9 146:13

**amplify** 123:14

**Amy** 5:17 243:22

**analog** 204:10

**and/or** 72:24

**angle** 142:5 143:17 152:21 174:25 186:9

**angled** 124:23

**animal** 248:17

**ankle** 92:11,12, 17

**annual** 68:7,9, 12 69:10,11

**annually** 68:13

**answering** 8:1,2 16:8,10, 12 80:20

**anti-gun** 226:2

**anybody's** 81:5

**anymore** 164:11 169:20 174:19

**anytime** 109:12

**Apartment** 15:2

**apiece** 99:2

**apologies** 65:10

**apologize** 49:23 112:18 216:14 228:6,9

**apparently** 220:17

**appears** 211:5 221:13

**application** 8:21,24 9:4,7 11:2,7,15,16,23 13:2,7 15:1 17:16 36:20,23 37:4 155:21 229:21 239:8

**applications** 13:18 14:8 17:19 36:18

**applied** 10:23 154:13 156:9 176:3,5

**apply** 37:19 154:20 168:5,8

**applying** 10:22 13:15

**appointment** 53:5

**approach** 244:10

**approached** 143:5,21

**approval** 214:14 217:25

**approximate** 61:13,16 104:4, 5 121:10,11,12 146:15 163:24

**approximately** 16:5 17:8 36:25 53:8 255:11 263:22

**April** 69:7 228:25

**AR-15** 115:6 228:16

**AR-15S** 221:21

**arched** 184:1

**area** 17:4,6,7 95:17 149:20 155:3 162:23 163:16,19 175:22,23 178:7 184:20 191:10 197:4 264:5

**argue** 164:15

**Argumentative** 164:12

**arm** 120:14 158:16 166:15 176:16 178:7 250:5

**armed** 99:12, 15 105:23 106:1

**arms** 143:3 166:16 176:20 178:9

**arrest** 22:16 94:22 95:3,6, 11,21,24 96:12, 15 97:4 104:24 105:7 132:20 133:21 146:2,6 159:10 193:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

269

arrested 105:19

arrests 59:19

arrive 263:4

arrived 28:18 30:13,18 80:1, 23 81:6,9 88:9 90:6 102:20 114:20 118:18 119:2 122:5,9 193:10 194:22 195:1 255:10 263:7

arriving 194:19

Arthur 5:15

artificially 141:14

Ashurst 5:8 6:18 26:2 261:25 262:10

Ashurst's 6:7 19:17

ASP 91:5 96:15,20 97:3 99:20,22 100:13,17 101:12 132:21 134:3,7,20 171:25 172:1,7, 11,18,22 173:23 174:7 175:10,21 176:3,5,25 177:4,5,12 179:9,12,17 181:2 184:23, 24,25 185:3,6, 12,20 187:16, 25 188:14

assignments 81:15 112:2

assist 107:12

assistance 104:10,14 195:4,7,10 263:13,14

assume 115:22 124:18

141:10 181:3 208:7 229:2 231:8 238:13 240:18

AT&T 85:17

attach 232:24

attached 142:8 215:17 216:2

attack 179:12

attempt 148:7 151:10 157:9 162:23 176:13

attempted 166:21 167:3 230:20 242:21 251:17

attempting 170:17

attempts 251:21

attend 12:16 15:20 59:14

attended 15:16 96:8

attention 187:17 230:24 237:20 239:14

attitude 223:11 224:5 233:25 234:12 236:15 237:5

attorney 27:22 30:20,22 39:3, 18 75:19 85:22

audio 203:22, 23 241:11,12 243:21 245:4, 14

August 228:25

authority 94:16,18 104:24 105:6, 12

authorize 94:12

auto 13:11,22

111:21

automatic 221:14,15

Automatically 161:20 162:4

automobile 16:12 17:9

autopsy 39:15, 17

aware 24:2,4 25:3,9,16 106:12 160:7 201:20,23 202:6 237:3,15 238:11

_____

B

baby 120:13,14 133:3,11,25 134:6,12 135:13 136:2,3, 10,17,21 143:3, 15,19,20,23,25 144:6,8,10

bachelor's 230:19

back 16:25 17:2 23:2,5 26:20 31:23 32:3,14 35:13 41:21 42:25 51:21 64:3 88:13 90:14 95:17 97:21 119:23 121:1 122:4 141:15 144:15,19,21 145:8,14,22 146:19 147:6, 25 148:3,21 149:8,25 150:9 151:2,3 153:10, 12 156:19 158:4 159:16 162:14 163:6, 18 170:10,14 174:1,3,8,12, 13,22,24 175:6, 11 176:6,20 177:9 179:4,9

181:2,18 183:22 184:1, 24 185:1,2,22 191:1 193:6,23 203:14 204:1 206:9 208:16 241:11 245:2 246:11 248:12 251:22 252:24 253:3,6 261:9

background 38:3

backpedal 187:23

backpedaled 190:21

backpedaling 189:15,20,25

backpedals 189:17

backside 147:25

backup 192:4, 9,16,18,21 193:18,25 201:2,4,14

backwards 191:3

bad 243:14

Badass 231:25

badge 92:2,3 243:3

badger 216:7 223:19

badgering 21:20 216:11, 22 219:23

bank 10:12,13, 14 11:24 12:22 13:3,5,8,10,14, 16,17

bar 103:4

Barbourville 7:1 41:14 87:15 199:19 200:22 263:3,15,21 264:1

baseball 90:16 124:2

based 36:2 59:5 100:9 105:21 117:8 143:17 187:7 195:15 200:25 214:17

basketball 234:16 242:20

Bates 208:22 209:25 210:13 261:23

baton 91:6 132:22 179:5 193:12

batteries 93:16,18,20 138:17

battery 93:17, 19,22 138:17, 21 139:12

battlefield 229:16

began 122:22 123:13 137:5 139:15 144:14 148:8 167:19 187:23 190:6, 11 192:19 193:8,17

begin 254:1,4

beginning 255:5 265:10

begins 189:14 228:24

behalf 5:15,17, 19

behavior 24:25 234:1,12 255:24

belief 218:19 219:2

believed 204:2 217:17,21

believes 220:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

270

**belly** 150:25 176:19

**belt** 91:1,3,4,16 92:3 98:24 134:20 162:12 179:5 186:14

**bend** 148:11,14 149:19

**bending** 148:12

**benefit** 92:16

**benefits** 37:8

**bent** 167:6,7,15

**big** 93:17,19, 22,23 153:4

**Bigger** 153:6

**bill** 203:15 253:21 254:7, 14

**bit** 14:6 54:3 73:15 95:13 117:24 124:25 126:13 169:17 183:14 187:8 240:8

**bite** 153:20 156:12,15,21 249:16

**black** 90:13 226:4,5

**Blackberry** 197:8

**blacktop** 174:24

**blade** 162:23 163:1,2,4,7,15, 17,18,22,25 164:3

**bladed** 152:21

**blades** 95:16

**Blah** 231:12,20

**Bless** 193:1

**blood** 195:16, 20 262:6,8

**blow-by-blow** 261:11

**blue** 103:5,7,8, 12 118:22,23 228:5

**blunt** 95:7,23

**blurred** 200:2

**body** 95:14 143:16,17 144:24 149:15 151:19 156:9 157:12 168:5 171:9,10 176:22 178:2,3, 5,8 191:9,13 195:20 261:14

**Bolton** 31:21 47:25 50:13,17, 20 52:5 55:24 56:25 99:12 104:22 109:18 128:12,15 129:1 130:8,17, 24 131:8 143:4, 23,25 144:4,5, 7,9 148:20 153:14,16,19, 21 156:13,16, 17,21 158:1,2, 3,6 160:24 183:2 264:17, 20

**Bolton's** 156:11 157:9 255:19 256:2

**book** 69:25 84:25 85:1

**boots** 92:4,5,6, 17,19,23 115:12 141:1

**bottom** 197:11 209:19 210:25 212:1,4 216:2 225:6 236:24

**bought** 161:1

**bounce** 83:7 257:17

**Bowen** 104:23 107:18

**box** 115:11 137:21,25 138:1 251:17

**boxing** 113:11

**BPD** 200:21

**BPDENR** 199:14,18

**branches** 229:22

**Brandon** 264:17

**break** 8:4 77:6, 12,14 142:2,3,4 173:15 180:22 246:6

**breaks** 128:6, 7,9

**breath** 183:5

**breathing** 183:8 194:10, 14,17,21 195:1

**briefly** 6:6 264:10

**bring** 180:6

**bringing** 176:6

**broke** 44:4 89:10

**bruise** 151:22, 24

**bruised** 151:22

**bruises** 152:5

**bruising** 152:1

**brushing** 98:14

**build** 221:21

**building** 198:23 248:18

**bulky** 141:2,6,7

**bullet** 99:4,5

**Bulletproof** 91:23,24

**bullets** 98:19, 23 99:1

**bumper** 103:2, 5

**bunch** 210:7

**business** 243:3

**button** 188:21 257:20

**buttons** 188:23

**buy** 161:9

---

**C**

**CAD** 194:3 196:16,21 199:5 201:3,13 235:18 256:11

**caliber** 225:12

**call** 52:13 53:10 57:7 59:14,15 63:3 80:20 81:11,13 82:9 83:15,23 84:1,4,8 86:23 88:11 89:18 103:16 115:17 116:2,10 192:3 195:17 197:5, 22 206:3 263:15

**called** 17:7 53:4 54:19 83:18 135:8 206:5,8,17 234:15

**caller** 197:3

**calling** 135:11 192:9 230:24 237:20

**calls** 7:8,9 8:1 16:8,10 59:22 81:21,23 88:6 114:24 116:12, 14,15 243:13

**calm** 136:3 159:11,12

**camera** 126:5, 6 189:5

**campaign** 204:19

**campaigning** 204:24

**cap** 90:16 124:2

**capacities** 45:11

**capacity** 7:2 10:17 86:18 104:9

**captain** 8:7 23:21 45:9,14, 15 66:24 205:18,20,22 206:3,17,21,23 207:1

**car** 82:5 91:20 103:4,9 114:8 121:15 123:7, 12 135:20 251:15,18,22, 23 252:6

**care** 249:20,24 250:2,3,4

**career** 61:10 164:10 214:22 217:20 230:11, 13 248:20 249:2

**careful** 100:17

**Carl** 21:6 28:8 31:21 44:17,19 86:20

**carried** 115:9

**carry** 91:17 93:6 94:13,15, 16,18 115:3 162:12 192:13

**carrying** 80:25 83:12 89:5 97:6,8 114:13 119:19 122:8 135:13 160:8

**cartridge** 137:20,25

**case** 5:12 20:9 22:16 23:11



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
271

203:12 209:2
216:9

catch 183:14

catching 135:1

caused 251:15
252:4

caution 89:15

cell 52:23,25
53:3 83:13,15,
19,23 84:19
85:6,22

center 7:8
153:4 191:10
263:11

certificate
75:4,6

certificates
96:9

certification
74:22,24 75:5
154:21 158:21

certified 74:16,
19,20,21 75:8,
11,12,18,21
105:8 258:12

chamber
98:21,22 99:5
115:8

chance 28:5
239:20 241:25

change 66:9
67:4 123:22
181:25

changed 10:22
13:8 85:15
123:23,24

channel
193:20

channels 83:1
87:1,3,7

characterizati
on 224:11

charge 118:9
138:20 142:14

charged 138:9,
19,24 139:1,10,

12,13

Charger 103:1

cheating
215:20,25
216:20 217:11,
21 218:1,11,15,
20,22 219:3

check 29:19
31:2,4 44:5
50:20 57:3
139:3,7,18
187:19 236:14
237:4 238:9
252:16

checked 28:17
30:13,18 31:8

checking
48:22 50:18
57:1

cheek 214:25

CHENS 198:5

chest 149:18

chief 11:18
53:17 207:15,
16 233:19
259:6

child 80:15,24
81:9 89:5,21,22
119:19,20
122:8 136:4
255:23

choice 54:25

choked 193:4

choose 82:3,5,
7 244:11

chose 104:9

circular 120:19

circumstance
s 101:6,9
204:17 218:16
220:9 247:5

citations 38:21

citizen 234:11
260:5

citizen's
233:25

citizens 88:3

city 12:10
41:14 104:15
199:19 259:8,
10,15 260:19
263:3,15 264:1

clarification
6:6

clarify 244:14

classes 72:4

classified
101:13

classify
255:24

clean 227:23

clear 141:13,15
163:3,14
209:10 243:25
254:6 256:14
259:8

clearing 248:8,
18

clenched
175:16 189:13
190:1,10

clergymen
55:22

clock 82:16

close 124:13
148:13 162:21
171:9 184:8
190:5,11,13
213:3 227:14

closer 177:7

closes 190:7

closet 248:10

clots 195:17

code 65:13

coffee 82:7

cold 136:21

colleague
252:16

collective
235:14,15

college 9:25
10:3,9,10 11:4,
6 230:11,12,19

collisions 8:1

color 90:11,12
103:1

combat
212:12,17,24

combative
216:13

comfortable
26:9

command
123:22,24
146:9

commands
122:22 123:13,
19,23 124:6
135:25 144:15
145:13,14,25
146:7 159:15
174:5 178:12,
18,19 181:19
184:17 189:15
190:4 251:20

comment
231:22,24
232:2 241:3,24

comments
260:20

committed
24:18,22 25:1,
5,10

committing
25:12

common
175:21

communicate
228:3 229:10

communicatio
ns 113:19
114:22 237:16
241:12 258:1

community
7:7

competition
212:12,18,19,

22,24

complain
51:13,19

complained
50:17

complaint
6:11 24:12
78:12 79:7 80:9
83:20 87:18,24
88:3,12,20,23,
24 222:13
224:18 243:9
249:16

complaints
8:2 16:13
34:12,15 57:12
81:25 107:11,
13 182:23
233:25 234:2,
11 259:22
260:5

complete
78:21 215:19

completed
245:12

completing
62:14

compliance
142:17

complimentar
y 261:6

comply 142:21
223:10 256:3

components
186:2

composition
212:16

computer
198:17 201:7

computers
198:24

concern
260:10

concerned
136:4 255:22
265:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

272

**CONCLUDED**
265:24

**conduct** 65:13
220:9,15

**conducted**
260:23

**confront**
248:16

**confused**
109:16

**connect** 87:3

**connotation**
7:15

**consequences**
35:20,21

**consistent**
99:10 159:25
168:15 246:19,
25

**consists** 7:6

**constable**
31:21 47:25
86:14 104:22,
23 107:18
108:11 109:18
115:19 116:4,
22 117:5,13
118:16 122:2
124:19 128:15
143:4,22,25
144:5,7 148:19
149:8 152:22
153:14,15,16,
19 156:11,15,
17,20 158:1,3
160:24 183:1
186:7 189:22
195:6

**constables**
106:22

**constitutional**
25:11 222:22
226:20

**consume**
110:19

**contact** 35:14
73:8 86:18,24
118:11 133:17

135:5 143:24
144:7 151:17,
19 160:22
168:12 205:19

**contacted**
207:8

**contacting**
86:21

**contained**
222:12

**contend**
180:19

**contents** 241:4

**context**
220:19,21,25
221:2

**continue** 256:8

**continued**
29:19 31:2,4
121:15 137:8
230:11 260:24

**continuing**
7:13,15 96:21
105:11 107:3
216:6 236:17
250:17

**continuity**
173:17

**continuum**
73:12,15
101:10 180:1

**control** 8:16
95:25 147:7
180:8,9,11
183:12

**convened**
203:12

**convenience**
210:6

**conversation**
29:5,6,10,13,25
30:12 42:6
43:25 44:8
46:2,17,19
47:1,6 54:2
118:3 125:14
129:9 207:11

**conversations**
30:22 43:9

**convey** 53:22
117:12 180:17
258:23

**copies** 38:22
195:22 207:24

**copy** 238:24
259:15

**Corbin** 10:16
14:11,13
111:23,24

**core** 60:14

**correct** 9:21
10:1 12:17
13:20,21 15:9
16:2,21,22
18:5,14 20:10
22:1,2,8 26:17
29:24 31:18
32:7,23,24 33:4
34:2,6,7,16
35:2,5,6 39:12
41:10,24 42:16
49:6 51:20
52:22 56:9,25
57:15 60:3
61:11 65:18,23
74:8,14,19
76:20,22 78:8
80:3,22 81:13,
14 83:10 84:16,
17 85:5,25 86:7
87:19 88:1 90:9
96:2,5,24 97:6
101:25 102:16
105:24 108:21
109:21 110:3,4,
22 115:16,19,
25 118:7
119:21 121:8
123:4 125:6
128:11 130:12,
14 131:9,12,13,
18,23 132:1,4,
17,19,23
133:16,20
134:4,10
135:15 138:7,8
140:3,4 142:12,
17,23 143:6,7,
12 145:9,10,17
148:4,16 149:1,

7,13 151:15
152:19 153:11
154:16,25
155:10,11
156:24 157:1
158:9,18,23
159:5,22
160:12 161:17
162:10 163:8
164:22 165:10
166:4 167:14,
17 169:6,7,22
170:21 171:7,
22,23 173:9,24,
25 175:7 179:2,
21 181:4,5
182:7,8 183:19,
20 185:10
188:3,16
191:14 194:4,5,
9,25 196:25
198:16 199:9,
12,16 200:7,20
205:3 211:8,15,
20 212:15
225:17,19,20
226:14,16,24,
25 227:17
228:13 229:1
235:16 236:7
238:20 240:15
244:3 250:11
252:13,24
253:22 254:8,9,
11,12,15,17,21,
22 255:3
256:12,13,17,
19,23 257:25
259:5,10,16,17,
19,23,24 260:2,
21,22,25 261:1,
8,15 262:13
264:13 265:6,
17

**corrected**
180:12 221:17

**correction**
62:22 227:19

**correctly**
11:19 139:2
263:2

**could've**
162:15

**counsel** 5:13
6:5 19:16 22:23
26:12 77:8
172:16 173:14
180:21 191:19
202:16 208:4
210:13 239:25
240:19 241:9
243:19,25
244:8 254:19
259:14 260:21
261:7

**counsel's**
261:12

**counseling**
33:18,21

**count** 165:1
168:10 177:18,
19

**counted** 165:3

**county** 5:10
6:10,25 7:9,11,
19 8:6,11,15,
17,19,22 9:19
11:9 12:3,5
17:23 18:18
19:19 20:4,13,
16,20 22:14
23:14,19 24:24
25:4,6,9,13,17,
23 26:14,23
27:4,9,15,23
33:24 34:1,9,18
35:8 36:12,15
37:2,4,24
40:21,24 42:12,
16 52:15 54:15
62:15,20,21,23
63:2,24 64:5,11
66:2 69:17
70:13,15,18
71:7,18,21 74:9
81:12 83:6,8
87:14 90:17
93:4 97:13
102:4 103:3
104:17 105:7
106:4,8,21,22
111:4 112:1
116:13 130:6
131:19 140:7
173:6 192:2
202:19 203:10

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

273

204:13 205:15
206:6,7,12,13,
14 207:2,13
242:14 243:10,
11 246:20
247:1,9,12,16
251:11 252:10
256:18 259:9

**couple** 44:10
127:19,20
151:4,13
190:14

**courses** 60:5,
7,8,9,10,12,15,
17 72:8

**court** 5:4,11,24
6:4 23:4 61:1,
10 88:15
126:23,25
195:24 196:2
201:6,10
203:20,22
209:17 225:3
235:7,9,14
245:16

**courtroom**
60:24

**cover** 7:21

**covered**
243:12

**covering**
195:20

**CPR** 60:8

**create** 58:15

**created** 226:8,
9 231:23

**creating**
199:10

**Creek** 80:9

**cried** 33:10,13

**crime** 24:18,22

**criminal** 15:18
24:9 25:1,5,12
72:12 74:2

**CROSS** 252:18

**crouched**
153:1,2 159:4

**cruiser** 30:6
32:8 195:17
251:21

**crying** 120:16
136:18 143:19,
20 231:25

**Cumberland**
11:9

**cup** 82:7

**curious** 222:16

**current** 85:18,
22

**custody** 89:22
197:5

**customer**
13:25

**cut** 12:7 204:9
212:1,4,8 213:2
216:14 250:5
257:18,21

**cuts** 44:4

**cycle** 147:17

---

**D**

**damages**
216:17

**danger** 133:3,
11

**dangerous**
117:6,10

**Danners** 92:7

**Danville** 14:2
15:2,4,14 16:2,
4,7,15,24 17:6,
11,15,20 62:19
70:10 74:12,23
75:5,9 76:23
235:22 236:2,
12 260:19,24

**dark** 182:7

**darkness**
160:21

**darn** 184:8

**date** 15:14
21:13 55:3,5,7,

12 64:3,4
68:14,20
112:18,22
113:22 227:1,6
230:21

**dated** 228:25

**daughter**
35:13 206:20

**Dave** 217:4,8

**day** 5:4 21:11,
14,19,25 22:6
54:21 57:4,6,7,
9 64:8 81:18
108:13 109:19
110:14,16,20
111:1 112:14,
19 128:21
129:1,4 138:12
139:3,5 141:9
229:15 243:11,
13

**days** 47:8 53:8,
9 58:5 59:1
65:7 112:16

**dead** 136:19,22
175:19 189:14

**deadly** 99:21,
22 100:2,4

**deal** 233:5

**dealing** 71:14

**dealt** 121:7
182:22

**December** 5:5
15:15 230:22

**decide** 81:20,
21

**decision** 138:4

**decrease**
124:9

**defendant**
5:20

**defending**
228:7

**Defensive**
167:22

**define** 41:2

**degree** 59:9
230:19,20

**deliberate**
158:12

**demeanor**
182:1

**demonstrate**
120:19 191:5

**demonstrating**
144:23

**demoted** 261:3

**department**
6:25 8:6,11
9:19 11:9 12:2,
23 14:3,11
15:18 16:7,15,
24 17:11,16,24
18:1 19:3,13,21
20:4,14,17,21
26:24 27:23
34:19 35:3
36:8,14 55:22
59:24 63:2
64:21 70:10,18
71:8 72:12
74:2,23 81:12
84:16 87:15
92:24 93:5
94:11 102:4
104:15 105:16
106:9 130:7
160:6,13,22
173:7 192:20,
22 199:20
200:22 231:4
233:23 234:13,
17 235:23
236:2,13
246:20 247:1,9,
13,16 260:3,20,
24,25 263:4

**department's**
138:23

**departments**
12:5 65:18
70:5,8 104:12

**depending**
83:7

**depends** 87:9
217:23 218:16

**degree** (cont.)

**depicted**
220:10

**deploy** 146:3

**deposition** 5:7
38:25 223:6
238:23 246:14
259:2 265:24

**deputies** 66:22

**deputy** 7:3,5,6,
10,18 8:19
59:22 63:4
116:13 192:2,3
196:10,21
207:16 210:7

**describe** 33:11
102:25 115:5
119:10 120:12,
20 125:22
126:12 137:16
156:1 160:23
176:2 183:3

**description**
234:20

**designed**
216:7 258:23

**desks** 125:25

**detail** 196:24
201:14 240:1

**details** 252:25

**detective**
45:24 152:8
253:25 254:3

**determination**
107:22,23
222:17

**determine**
194:16

**develop** 125:2
237:5

**device** 172:21

**devices**
126:16

**diagnose**
49:15

**dial** 84:18,20
103:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

274

dialogue 181:1

dick 242:23

difference 212:11,15,22, 24

differently 26:22

direct 6:15 38:7 209:20 219:24 222:14 223:19 224:20, 22

direction 26:5

directly 35:24 60:20 87:3 103:25 108:17 181:13 182:15

disability 72:22,24

disagree 165:9,13 216:15 224:10 242:5 243:15

disagreed 240:2

disagreement 222:23

disagrees 240:6

discipline 15:23 16:14 19:12,20,22 20:5 34:5,8,21, 23

disciplined 16:20,21 236:25 237:2 250:22

disclosed 244:6,7

discoverable 216:9

discovery 260:14 261:22

discussed 27:5,10,14,24 113:20 127:20

130:5 238:1 260:14

discussion 41:21 200:23

disease 262:7

Disinfectant 115:12

disobeyed 124:6 135:25

disobeying 145:13 146:7 178:18

disobeys 175:13

dispatch 81:24 83:10 86:23 87:4,7,8,11,12 88:8,11,20 102:19 103:16, 25 104:15 122:4,9 192:10 195:12 198:21, 22,23 199:2,15, 23 204:5 241:12 243:14 244:2 263:11

dispatched 87:12 88:22 263:9,11,12

dispatcher 198:8 243:11, 13 245:21,23

dispatcher's 201:16

dispatches 81:24

dispatching 198:9,10

display 236:14

dispositive 209:2,11

dispute 60:8 197:5

disregarded 255:6

dissimilar 65:17

distance 90:24 121:23 169:17 170:18 187:23 189:21

distances 121:8

District 5:11

disturbance 242:21

Division 5:12

DOCJT 95:22 96:18

doctor 49:8

document 196:10,14 200:25 211:4 233:15 236:4 256:14

documentatio n 96:23 97:1

documents 38:24 39:2,3,4, 7,10,13 40:23 41:8 58:16 64:10,13 75:15 96:7 210:7 233:14

Dodge 103:1

dog 249:16

domestic 8:1 60:8 250:5

domestics 16:13

double 89:5,15 97:25 98:2 119:18 122:7

downtown 87:14 263:21

draft 230:2

drafted 229:24 230:3

dress 65:13

drinking 110:18,24

drive 32:10

82:1 106:9,10 107:14 138:2,5 140:8 149:3

drive- 154:4 158:11

drive-stun 154:12,13,21, 23 155:21 158:7,8,15,16

drive-stunned 154:15,24 155:1,9,14,17

drive-stunning 156:16 157:2,8, 11

drive-stuns 154:6,9

driver's 122:17

driving 60:8 102:16 115:22 129:18 243:9

drop 91:6

drug 72:9,24 73:17

drugs 73:22

due 12:25

duties 7:4,10, 14,18,21 16:6 107:2 196:21

duty 41:10 59:21 83:24 84:2 86:12,15, 22 91:6,8,10,11 93:7 94:9 109:22 110:2,5, 15 139:5,21 140:1 248:22 251:10

_____

E

_____

earlier 44:22 54:3 81:11 100:25 113:14, 20 129:10 238:23 239:6 256:18 262:11

early 29:23 43:13 45:8 48:4 253:4

easier 208:9 232:15

easiest 208:1

East 182:11

Eastern 5:11

effect 95:24 132:20 133:21 159:10

effective 140:24 156:5

effectuate 94:21 95:3,6,21 96:12,15 97:4, 23

effort 95:2,5 172:2

efforts 186:1 256:2,3

Either/or 83:21

elastic 186:16

elbow 153:25

elbows 136:1

elected 106:16,19,20, 21

electricity 156:2

else's 245:24 265:14

emergency 43:20 103:6,15 116:20 118:19

emotion 136:20

emotional 33:6,9 164:6

emotions 236:14 237:4 238:9 257:19

employed 6:22 7:2 106:15 204:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

275

employee 66:1

employer 6:24
207:8

employment
10:9 13:2 18:20
35:4 36:9,11
234:21 247:15
260:25

EMS 31:23
43:18 194:7
195:10 249:9,
11

en 88:22,24
198:3

encounter
246:18,24
255:8 256:6,25

encountered
254:17

end 137:21
213:5 232:11
246:7 255:5

endure 229:15

energy 183:13

enforcement
10:22,24 11:2,
23 12:21 13:7,
15 14:9 17:17
35:4 36:5,18
58:2 59:6 61:10
95:18 107:9,10
213:22 214:23
217:20 228:6
230:13

engage 220:9

engaging
158:1,2,4

engender 79:9

engine 122:14

enlisted
229:19

enter 216:4

entered 15:8
199:4 217:5

entering 199:3

entire 128:5
195:20 232:12
240:6 241:3
244:15,16
245:5 248:20
249:2 255:8
257:3

entry 14:16,17

equipment
103:15 115:9
116:20 118:19
123:15

error 254:11

establishing
226:7

estate 5:9

estimate 104:7
121:5,6,9,10,
11,12 145:16
177:20 190:23
247:24

estimates
121:8

et al 5:10

evaluated
238:4,8

evaluates
238:4

evaluation
235:21 236:4
237:15,24
238:18 260:17,
23 261:2,6

evening 42:7,
10 254:16

event 58:4
112:3,5,10,12

events 56:12

eventually
42:15

Everett 23:23
45:9

everybody's
179:7 190:2
242:24

evidence

165:12

exact 21:13
60:14 68:14
128:3 143:24
146:13 154:18

examination
6:15 9:16
252:18 264:8

examples 61:7

excuse 16:9
17:1,5 32:1
35:10 41:17
43:19 49:25
50:24 57:5
70:14 78:24
87:6 129:15
147:21 202:2
214:5 222:1
228:19,25
232:1

exercise
214:17,19,21
215:3,4,7,10
220:18

exhibit 196:2,
4,5 209:14,16
210:1 225:1
226:23 232:8,
10,24,25
235:21,24
256:11 259:2,
12 260:9
265:22,23

exhibits
207:23 240:23

exist 217:24

existed 58:23

existing 67:15

exit 122:12

exited 122:17
123:12 251:18

exiting 122:21

expect 65:11

experience
59:5 192:2

expert 258:1

experts 224:6

explain 14:19
81:22 98:9

explained
137:25 154:22
242:17

explaining
47:11 242:17

Express 5:6

extend 172:2

extended 80:2,
3 172:18

extent 6:11
7:10,18,20 49:7
61:6 167:15
209:4 226:7
245:7

extra 112:2
115:12

eye 219:7

eyes 101:21
168:17 169:6

eyesight
264:22

─────────

F

─────────

F-R-I-T-H
28:13

face 78:17
141:21,24
143:2 144:16
149:21 150:15,
25 155:3 168:7,
9,22,24 169:2,
5,6,12 174:19,
20,21 214:8,15

Face-to-face
136:8

Facebook
205:2 207:23
208:25 219:6
223:17 232:19
258:4,17

faced 247:5

faces 186:8

facility 213:21

facing 136:10
186:4,6,9

fact 24:21 75:8,
17 117:1
201:14 213:20
214:14 237:3
254:13 255:17
256:17 257:3,6
261:5

Facts 165:11

fail 14:20

failure 146:8

fair 69:23 85:4
130:15 138:24
218:9,13
232:21

fairness
244:12

fall 76:7 142:2,
3,4 143:16,17
167:9

falling 144:5

familiar 211:9

familiarize
63:24

familiarized
63:5

family 55:21
79:24 80:2,3
81:5 89:7,9
206:1

fancier 126:13

fashion 254:20

fast 124:10,17
135:3,9 136:23
190:6 257:20

Faster 124:13

father-in-law
80:16

fatigue 183:5,
12

fault 174:21

faze 147:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

276

**fear** 101:20 228:24 229:12, 14 232:7 255:17,19 264:12,16 265:6,8,13

**feel** 26:9 90:21 219:9 221:11 222:8 240:13 242:24 253:1,3, 13 261:16

**feeling** 132:24 185:10 242:14

**feet** 121:2,13 134:25 137:14 140:16 149:18, 20,22,23 150:3, 4,9,11,17,22,24 151:3,13,16 169:21 172:24 174:16,25 181:10 190:7, 10,14,15,18,21, 24

**fellow** 84:21

**felt** 101:8

**female** 243:10

**field** 63:4 104:16 236:5

**fight** 171:9 182:2 187:7 218:10,13,14, 16,22

**fighting** 157:21,23 159:15 177:10 178:4,22 179:7, 8 181:17,20 187:18 218:17, 19 256:8

**figure** 124:1 232:23 246:6

**figured** 102:10

**file** 19:21 20:13,23 21:3, 10,15 22:12,16 23:10,12,13,16, 20,25 259:15, 19,21

**filed** 6:9 19:19 20:9 23:9 259:11 260:13

**files** 39:9

**filing** 115:11

**fill** 236:10

**filling** 34:7

**find** 24:17 59:16 75:17 112:22 220:20 223:17 248:9

**finding** 59:21

**fine** 12:8 53:21 175:4 180:23 233:5

**finger** 97:23 98:14

**finish** 26:7 79:13,15 234:6

**Finished** 243:17

**fire** 98:10 137:22 223:15 264:23

**firearm** 30:5,6 71:3 97:19 213:19 223:9, 16,23 224:7 226:21,22 258:12

**firearm's** 97:15 214:11

**firearms** 60:7 70:20,22 213:18 214:20 219:14 221:11 222:22,25 223:11,14,22 224:5,16 258:9, 14

**fired** 11:18 190:7,19,20 194:4,7 200:4 251:10 261:3 264:21

**fires** 97:21

**firing** 214:11

**firm** 39:11,12, 18 233:14

**fist** 120:16,19 157:16 158:19 171:16 175:16 189:13

**fists** 171:11 190:1,9

**flag** 221:14,19

**flash** 159:20 160:20

**flashing** 119:4

**flashlight** 91:7,8 92:23,24 93:1,9,11 94:12,15,17,19, 21 95:2,5,11, 15,19,20,23 96:12 100:21 101:11 119:4, 12 134:9,13,21 159:18,19 160:3,8,14,16, 23 161:14 162:1,13,19 163:25 164:2,9, 14,25 165:5,8, 14,18 166:6,9 171:22 173:8

**flashlight's** 91:9

**flat** 150:25 153:12 156:19 174:16,22,25 175:6 184:1

**flexibility** 173:2

**flip** 118:24 137:22 139:24

**floors** 251:20

**flops** 118:24

**focused** 187:6

**focusing** 187:1

**follow** 73:12 264:10

**follow-up** 252:20

**force** 6:9 19:15,18,22,25 20:2,5,7,9,13, 17,19,24 21:3, 10,16 22:12 34:8 65:8,12 70:6,8,11,19,25 71:7,11,14,25 72:8 73:3,12, 14,21 74:7,9 76:23 95:7,23 96:21 132:20 133:21 158:21 176:9,12,15 180:1

**Forcht** 10:14

**forever** 93:3

**forgetting** 233:15

**forgot** 101:2,3

**form** 22:18 26:18 34:10 39:12 58:6 59:3,25 69:20 71:16 72:2 73:5 79:20 94:23 97:24 99:24 102:7 132:8,14 133:14 138:25 164:21 168:25 169:13 179:14 185:13 196:14 220:16 230:8, 15 242:6 246:22 249:20 262:25

**formal** 34:12 75:7

**formally** 243:20

**format** 241:7

**forms** 20:20 64:14 115:11

**found** 38:21,22 39:8 231:8

**foundation** 243:23

**four-year** 230:19

**fourth** 242:12

**free** 148:14 149:14 157:9, 16,17 167:20 168:11 169:24 170:6,12

**freed** 158:3

**freeing** 158:5

**frequency** 83:7

**friend** 205:25 206:1

**friends** 107:20, 21 213:10

**Frith** 21:6 28:6, 8 31:3,21 44:17,19 86:20

**front** 60:25 90:17 115:24 136:6 150:22 151:12 163:18 168:22 250:21 251:18 253:18 261:25

**FTO** 63:3,7,12

**full** 89:21 135:22,23,24 176:16,17 218:9 241:2

**fully** 138:9,19, 20,24 139:1,10, 12

**function** 139:2

**funny** 232:2,4 258:20

――――――――

**G**

**gain** 95:24 124:13 147:7 169:16 183:12

**gained** 170:17

**Gambrel** 5:8

**game** 242:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

277

gap 124:13 190:11 191:3

gauge 191:1

gave 32:15 52:17,22 54:21 55:3 64:16 70:8,21 88:12, 23 94:16 118:5 127:4 140:23 145:24 195:14 208:6 243:8 252:22 253:7, 13

general 65:5 100:8

generally 60:22 64:23

gesture 120:19 176:2

girl 231:4 265:11

give 5:25 12:12 18:25 23:4 35:20 47:9 52:14 54:25 61:7,19 63:9 68:14 70:5,18, 24 75:18 88:15, 25 92:18 93:5 104:8 116:22 121:11 141:3 145:15 154:6 173:16 176:16 184:16 194:18 195:15 196:9 207:25 209:14, 25 218:3 243:13 244:5 247:23,24 261:9

giving 30:6 60:10,12,17 123:13,19 144:14 154:4 159:14 174:5 181:19 189:15 190:4 198:15 210:6,7 234:20 251:19

glad 243:15

glasses 90:18, 20

Glock 97:6,8,9 98:1 99:16,18 106:1,4 134:20 173:10 179:20, 22 180:10 188:15 225:22

Glocks 97:25

good 26:25 36:2 56:20 57:11 77:5,7 173:14 193:4 204:25 235:2 261:16

grab 153:14, 17,23 165:24 166:2,12,18 169:17 177:8 190:14 193:23

grabbed 143:23,25 144:8 153:15, 16,19 156:20 165:20,22,24 166:4,17 261:14

grabbing 166:10

graduate 9:21, 23,25 10:6

graduated 10:10 11:5 16:1 117:2 230:12, 19

graduation 10:8 96:9

grand 201:18, 20,23 202:7,16 203:9,11,14 253:18,19 254:7,13

grandfather 80:6,7,14,15,24

grandparents 89:21

great 240:1

greatest

180:21

green 90:12

ground 76:4,7 143:15,24 144:7 145:12 147:14 155:2 156:16 157:21 166:20,23,25 167:12 175:1 177:10 179:23 181:16 183:19 184:2 190:4,5

guess 63:3 96:6 224:3

guilt 242:14

gun 91:4 92:3 98:14 143:8 155:21 179:5,9, 10,11,16 180:10 181:2,3, 9,12,14,15 182:3,24 183:16 184:16, 25 187:4,6,9,12 188:1,6,11 189:3,6 191:6 211:6 213:20 214:8,15,24 219:7 221:21 225:9 226:2,20 228:14 247:17 248:6,11,12,14, 16 251:19 258:5,7

guns 226:4,5, 21

gunshot 195:14

guy 9:8 153:4

guys 129:17

gym 111:3 113:6

─── H ───

ha 231:12,20, 24

hair 184:4

half 204:8

hand 5:22 46:5 120:24 143:8, 13 148:8,14,15 149:14 153:18, 24 157:17 158:10,24,25 159:2,3 162:10, 16,17 169:18, 19,25 170:4 171:14,22 181:3 187:25 208:14 214:24

Handcuff 91:14,22

handheld 114:9

handle 21:1 72:21 117:5 118:6

handled 20:11

hands 93:15 136:22 144:15 145:14,22 146:19 148:13, 21 153:25 159:16 174:7 175:10 181:18 186:23,24,25

hands-on 148:7,20 150:20 162:22

happen 35:18 203:18 205:19 247:22

happened 30:7,9 32:17,20 42:1 43:7 57:21 59:16 94:5 124:4 130:18, 25 131:3 148:6 156:8 165:19 169:11,14 170:19 178:11, 23,24 179:3 183:18 189:11 190:1 202:12 206:25 242:13 253:2,15 254:21,24 255:13 261:18

hard 8:4 38:22 98:7 167:24 176:8 215:21, 25 216:20 217:12,22 218:2,11,15,21 219:3 221:7

Harlan 11:9 12:2,3,5,10,23 17:23 18:1,6, 11,15,17,19 19:3 125:15 206:11 233:19, 23 234:12,21 259:6,8,9,15

Harrogate 10:4

hatred 258:23

he'll 209:19 210:3

head 26:20 149:18 168:7,9, 22 174:23 184:5 211:7

headlights 184:10

headquarters 129:13,19

healthcare 49:9

hear 23:7 40:15 88:3,6 178:16 201:3 203:7 216:18 244:11, 12 245:22 257:14

heard 40:14 41:7 102:19 122:20 124:5 144:13 156:3 203:4,5 223:7

hearing 61:1 245:8

hearsay 38:10, 11,14,17

heart 155:6 258:18

heavy 183:8,9

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

278

held 76:8 191:6

helped 165:4 243:2

Helton 197:2

hesitation 140:23 141:3

hey 108:24 136:1

high 9:21,23 92:8 107:19

High-end 37:8

highly 207:12, 20

hire 12:20 15:14 18:2,3 64:4

hired 12:11,16, 25 14:2 15:5,6, 11 18:6,10,19 19:5 37:11,12, 15 62:22,23 64:9,10 207:3

hiring 12:12

history 239:17

hit 94:21 95:8, 10,14 133:19, 23,25 134:3,6, 9,12 141:20,23 143:15 157:16, 17 163:1,7,21, 25 164:2,25 168:17,19,23 171:8,11,15 177:6,11 179:16 185:5, 11,12,20 251:21 257:20

hits 152:17

hitting 100:20 132:18,21 166:5,9 168:21 170:1 187:16

hold 26:22 76:5 93:15,16 153:17 182:24 243:11

holder 179:5

holding 120:12 148:15 149:14 168:1 188:15 229:11

Holiday 5:6

holst 179:4

holster 91:6 188:15,17,25 189:2 248:12

home 16:25 17:2,3 32:10 52:21,24 140:5, 8,10 243:8

horse 124:18

hospital 249:21

hospitalizatio n 249:8,13

hostile 236:15 237:5

hour 59:20 77:9 108:4,6 129:14,16,18

hour-and-a-half 17:8

hours 82:11,13

house 109:6 140:13,14 248:8,9,18

how'd 193:21

HPD 233:22

hug 32:15

hugged 33:12

humor 231:11 258:21

humorous 232:3

hundred 61:25

hurt 48:24,25 49:23 50:3,4,5 76:14,15 101:22 147:8 185:16 188:10 213:24 261:18 262:21

hurts 142:19, 20

hysterical 136:3

**I**

idea 154:24 214:1

IDENTIFICAIT ON 265:22

IDENTIFICATI ON 196:5 209:16 232:10 235:24 265:23

identified 165:14

identify 5:13 73:7 208:21 243:24 245:12

identifying 213:19

illuminate 160:21 161:23 162:3

illuminated 161:19,20,24 162:8 184:9

illumination 162:7

immediately 123:12 141:25 202:8 248:11

important 51:17 139:23

impression 80:12,14

improper 240:9

inaccurate 239:18

inappropriate 223:9 224:8

incapacitated 72:4,6,9 73:10, 16,23

incapacitation 73:16,17

inch 92:13

inches 92:11, 17

incident 22:14 24:7 48:2,3 56:3 129:25 130:4,8,13 131:8,20 152:10,11 161:11 164:22 196:24 201:14 222:20 227:20 242:13,20 247:19,20 251:1,6,13,24 252:3,9,10,12, 23 254:23 261:10 262:21 263:5,20

incidents 236:18

include 65:6 73:17 118:21, 23 217:24

included 65:7, 12 132:21 219:6

includes 19:22 26:24 55:24 169:6 216:19 217:10

including 8:13 52:5 116:15 152:5 186:1

income 108:10

inconsistent 84:14 247:8,12

incorrect 240:13

increase 124:9

independent 41:2,3,6 199:23,25

indicating 64:18

indication 93:6

indicator 138:18

indicted 254:14

indictment 27:2 203:14 254:8,11

indirectly 38:8 60:22

individual 49:8 219:8 231:7

individuals 71:25

inflict 142:14

influence 72:21 73:11

info 195:14

informally 243:20

information 83:10 86:19 87:13,16,21,25 89:24 90:5 97:3 113:24,25 114:12,18 117:9,12 195:13 196:14 198:18 199:3,4 216:8 240:3,5

initial 88:11,20 133:17 141:19 193:7

injured 49:13, 18 51:8 249:2, 5,12,19,24 251:7 262:21

injuries 33:4 49:5 152:6 249:7 262:11

injury 49:15 51:14,19 251:15 262:18, 22,24

Inn 5:6

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

279

inside 113:25
114:8 119:2,16,
21 120:13
123:5,7 250:14

instance
250:14,23

instances
248:1,13 250:7,
17

institute
193:16

instruction
118:6 186:2

instructions
116:22 117:1
135:11 252:7

instructor
60:25 70:20,22
75:13 97:16
213:18,19
214:12,20
219:14 221:11
258:12

instrument
95:23

intend 180:4

intended
159:23

intending
232:11

intent 191:16
226:9

intention
191:15

interaction
25:18 26:16,25
27:11,13,15
55:17 57:18
58:25 131:21
248:21 251:4

interactions
27:24 155:12,
16

interest 217:7

interested
206:7,18

intermediate
35:3 100:1
101:13 180:1

interpersonal
236:23

Interrogatory
6:8

interrupt 6:5

intervene
195:19

interview 39:6
47:9 54:24
55:14,15 57:23
121:16 127:15,
16,18,24 128:6,
11,14 129:1
137:2 204:18
205:14,17
206:4,10

interviewed
55:25 58:16,19
59:2 128:21
130:9 131:8,22
202:21,24
207:2 254:1,4

interviewing
152:9

Intoxicated
182:22

introduce
208:11 209:5

Introduced
127:6

introduction
208:24

introductory
239:5

investigated
25:17

investigating
24:1,3,5,8,11,
12,14,17,21,25
130:16

investigation
25:4,10 28:20,
22 29:3 31:1
53:24 58:9,10,
12 59:7 201:21,

24 202:7,17,22
203:5,6,7

investigations
58:10

invoke 78:9
79:23

involuntary
151:7 158:17,
22

involved 24:15
164:8,18 203:8
250:10 252:5

iphone 85:12

issue 173:8,10,
12 197:7
201:16 224:17

issued 92:24
173:7 195:18

item 159:19

items 231:4

___

J

jacket 141:2,6,
7,8

jail 8:15,16

James 197:2

January 69:6

Jason 5:19

Jessie 5:9 20:9
21:15 23:13
47:21 58:25
77:22 197:8

job 10:24
11:15,19,23
12:21 26:25
36:5 111:5,7,9,
14 112:3,10,12

jobs 10:22
13:8,15 17:16
36:18 112:1,5

John 5:7 6:18
67:19 207:4,9,
12

Johnson 23:23
45:9,11,16

joined 149:9

joke 258:19,21

judge 216:16,
23

judgment
119:13 181:11

July 55:6,12,24
56:10,20 227:2,
4,10,13,16,20
228:4 253:4,5
260:19

June 27:25
41:4 59:14
77:21 85:7,10,
23 86:2 107:23
111:13 112:5,
10,13,19,23
113:4 227:20,
22 228:1
237:21 246:16
248:21 249:3
251:4,6 252:24
253:2,3,5
254:16 260:19

jury 201:18,20,
24 202:7,17
203:9,12,14
216:17 223:8
253:19 254:7,
13

Justice 15:18
72:12 74:2

___

K

KACO 30:20

karate 113:12

keeping
119:14

Keith 63:8

Kentucky 5:7,
11,12 7:1 10:16
11:10 13:12
14:13 15:19
20:11 23:18
36:21,24 37:5,
10,16,20 39:6
42:11 47:8
53:10 54:18

55:25 57:23
58:13,14,18
74:3 96:1,8
103:18 111:23
125:15,16
131:22 182:11,
17 203:1,8
238:15 239:7
242:23 253:7,
14,25 261:21

key 91:22
257:15,16

keys 91:19,20

kick 150:10,17
171:19

kicked 170:24
171:3,4

kicking
132:11,18
148:9 151:4,10
170:16,22
171:2,6 177:8

kicks 151:6,7,
16,23 170:19,
25 171:4,18

kidnapped
89:21

kill 100:5,6,14,
17,21 191:17

killed 164:19
265:13

killing 191:15

kind 22:17 35:4
60:5 65:14
84:4,8,11 92:6,
19 111:11
112:3 138:2
152:21 158:16
174:15 186:10,
11 220:15
249:24 254:20
261:11 262:7

kinds 116:14
161:4

Kleenex 193:3

knee 148:10
152:17 166:3,
19,24 167:6,16,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

280

19,21,22,24,25
168:1,2,6,8,13,
21 169:5,9,12

**knees** 148:10
149:11 151:4,
21 152:13
168:3 178:14,
15

**knew** 109:1,4
122:23 130:16
206:21,23
207:1 234:17

**knocked**
157:17 169:18,
23 170:8
171:13

**knocking**
158:9

**knocks** 158:24
171:22

**knot** 262:10,14

**knowledge**
100:9

**Knox** 5:10 6:25
7:9,11,19 8:6,
11,15,17,19,22
9:19 20:4,13,
16,20 22:14
23:13,19 24:24
25:4,6,9,13,17,
23 26:14,23
27:4,9,15,23
36:12,15 37:2,
4,24 40:21,24
42:12,16 52:15
54:15 62:15,20,
21,23 63:2
64:5,11 66:2
69:17 70:18
71:7,18,21
81:12 87:14
90:17 93:4
97:13 102:4
103:3 105:7
106:4,8 111:4
112:1 116:13
130:6 131:19
140:7 170:8
192:2 202:19
204:13 205:15
206:7 246:20
247:1,9,12,15

256:18

**KSP** 261:24

——— L ———

**laced** 92:23

**Lacee** 5:3

**laces** 92:21

**lack** 242:22
260:15

**ladies** 8:13
232:1

**lane** 197:8
251:19

**language**
232:1

**lapsed** 135:19

**large** 262:10,14

**laughing**
231:22

**Laurel** 6:10
17:23 18:8,12,
18,20 19:4,5,8,
13,19 33:24
34:1,9,18 35:3,
8 36:8,14
70:13,15 74:9
206:6,13,14
207:2,13
242:14 251:11
252:10

**law** 10:22,24
11:2,23 12:21
13:7,15 14:9
17:17 35:4
36:5,18 39:11,
12,18 40:19
58:1 59:5 60:7
61:9 95:18
107:9,10
213:22 214:22
217:20 228:5
230:13 233:14

**Lawford** 63:8

**lawsuit** 222:12
223:13 252:24
259:11 260:13

**lawyer** 56:13

**lay** 76:6 97:18
218:8

**laying** 150:9

**lays** 170:14

**leading** 216:8

**leaned** 149:22
174:16

**learn** 38:15
203:11

**learned** 253:19

**leave** 53:15,18,
24 54:9,11
65:7,12 118:18
122:15

**leaving** 10:21
13:14 16:23
17:13 18:17
35:7 121:25
234:22,24

**led** 161:7
260:24

**left** 11:24 13:17
35:2 89:22
91:20 120:14
122:16 135:7
144:22 158:25
166:13,14,15
167:6 175:25
214:23 260:3,
11 265:3

**leg** 50:4,10,13
91:6 92:8
153:20 156:12,
21 166:1,12,13,
14 167:20
168:3 184:20
185:12,20
262:10,15

**legal** 7:14

**legally** 254:5

**legs** 152:12
153:19 156:11,
21 157:9
165:20,25
166:1,5,10,12,
17 170:15
174:15,25

184:1 185:7
262:1,2,5,6

**length** 63:21
94:2 172:20,21,
22

**Lester** 63:8

**letter** 37:13
259:18

**lies** 174:11

**lieutenant**
45:24 242:23

**life** 42:20 182:9
213:21 232:7
255:17,19
265:6,8,14,16

**light** 103:4
117:1 118:23
126:19 127:1,8
141:14 159:20
160:20 162:2

**lights** 103:4,5,
7,8,10,11,17
118:22

**Lincoln** 10:4

**lined** 36:5

**lines** 236:24
262:22

**listen** 39:25
40:6,20 179:8
190:3 200:1,3
244:20,22
257:8

**listened** 40:3,
17 200:16

**listening**
178:12,17

**listens** 190:6

**literature**
205:10

**live** 111:24
221:20

**lives** 197:8
264:12,15
265:13

**Loaded** 115:7,
8

**located** 5:6
10:15 14:12
87:14 111:22

**location**
154:18

**lock** 147:6

**Loevy** 5:15
6:13,16 7:17
19:24 21:24
22:20,22 23:2,6
30:23,24 38:19
49:11,17,22
77:7,12,20 79:5
94:25 95:1
100:11,15
105:14,17
107:5,7 114:4,
10 117:23
164:16,17
169:3 173:16,
20,21 179:15
180:21,25
191:18 192:1
195:22,25
196:4,8 200:24
201:5,9,12
203:21,25
207:24 208:3,9,
16,19,21 209:4,
13,22,24 210:4,
11 211:3 212:5,
8,14,18,21
213:11,13,15
216:5,14,24
219:21 220:3,
20,24 222:14,
19,23 223:4,6,
24 224:4,12,19,
25 226:11,12
227:22,23,25
228:2 230:21,
23 232:8,14,25
233:7,9 235:6,
8,12,17,19
236:21 237:11,
13 239:22,23,
25 240:8,15,18,
21 241:6,16,19
242:2 243:19
244:4,19,22
245:1,10,15,17
246:13 250:19
252:15 262:25
264:9 265:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

281

log 199:5,14

logged 198:18, 20

logging 198:16

London 5:7,12

long 10:19 14:1,4 15:20 16:4,19 18:14, 23,24 19:8 36:7 44:8 46:19 54:8,11 63:19 85:9 93:11,13 103:23 104:3,6 107:18 127:17 129:12 135:18 137:19,20 141:23 150:21 151:13 161:5,6, 9 172:9,18 182:24 194:14, 17 233:20 248:11 255:9

long-term 205:25

longer 63:22 179:24 203:12 264:2,4

looked 38:24 39:2,5 158:19 186:25

loop 162:14

lose 65:8 94:7

lost 11:19 94:6 160:4

lot 116:12 223:13 240:4

Louisville 12:23

lover 221:21

lower 210:14

lunch 173:15

lying 149:25 179:23

M

machine

126:10,12,18

mad 159:8,9 234:23

madder 182:1, 2,4

made 8:21 11:1 13:1 58:24 59:19 65:8 73:8 90:1 105:2 107:23 109:22 112:21 123:18 136:20 138:4 182:3 186:1 188:9 201:23 202:3,4,6 207:24 224:17 226:4 236:19 237:3,15 255:5 256:11,14 258:22 259:2 260:15 261:22

magazine 91:4 98:19,21,22 99:4,6

magazines 91:5 98:24 99:1

Maglite 93:12, 25 94:2 161:7 165:2 169:18, 19,23,25 170:1, 5,12

Maglites 161:2,4,5

mail 260:10

major 69:16 197:4

make 6:6 7:13 8:24 9:4 11:7, 22 14:8 15:1 17:16,19 36:17, 20,23 37:4 38:16 56:6,16 79:2 90:3 93:23 98:8,10 104:24 105:7 109:17, 24 118:10 121:9 139:8 144:6 151:17, 19 155:24 159:8,9 168:12,

19 172:10 189:17 194:11 209:9 222:17 225:10 229:21 236:17 241:1 250:17

makes 107:22 164:10 244:24

making 9:7 11:15 13:7,18 29:14 121:8 143:24 232:12

male 89:20 119:3,18 122:7 199:21 200:10 251:14,17 256:22

maneuver 252:7

manner 26:8 247:8

manual 65:3,6

March 19:9 69:7 204:16

mark 196:4 232:8 239:1

marked 102:23 106:10 196:5 209:16 210:3 232:10 233:10 235:20,24 236:1 239:2 265:22,23

marking 236:1

Martin 14:5,8

Martin's 13:11 14:25

mass 191:10, 13

material 211:17 223:17

matter 5:8 223:1 226:4,5, 21 256:8

matters 114:25

maturity 242:22

meaning 142:11 156:22 165:8 174:2

means 83:5 97:17,18,19 151:10 197:18 254:8

meant 71:21 180:12,17 182:15 188:14

measured 93:14 263:24

Measuring 115:14

mechanical 172:1

mechanism 97:20 98:3,4

medical 194:22 195:1,3, 7,10 249:20,24, 25 250:2,3,4

meet 204:18

meeting 67:14 68:7,9,18,19,25 69:2,10,11

meetings 68:12

member 26:24 80:2 131:18

members 8:10 55:21,22 80:1 255:21

meme 231:23

memo 233:11 259:3

memorandum 233:24

Memorial 10:4

memorize 40:12

memorized 40:13 84:24

memory 78:9 81:3 110:17 118:15 162:2

164:6,7,24 165:4,6,10 237:23 246:1 251:9 253:1

mental 71:15 72:1,6,22,23 73:4,15

mentally 72:4 73:10,22

mention 100:25

mentioned 248:18

met 30:20 77:22,24 204:15,17

metal 172:25 173:2

method 102:19 185:8

mic 193:23 257:15

Michael 5:8 233:18,20 234:19 259:3,6

middle 162:14

Mike 45:3 53:16 68:2,3 205:13,14 207:4,7 259:3

Mikey 240:12 244:21 252:20 261:25 262:10

mil 229:13

mile 182:10,18

miles 263:23

military 213:22 229:9,13,17,19, 22 230:4,7

Mill's 69:18,24

millions 219:17

Mills 5:10 20:9 21:15 23:13 25:11,19 26:16 27:1,6,11,13,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018
282

14,24 33:19
42:1 47:21
55:18 57:18
58:25 77:22
80:24 87:13,17,
22,25 88:4,7
89:19 90:6
95:8,10,21
98:12 102:21
105:19 115:17
122:22,25
123:3 129:23
130:1 131:21
132:25 133:3,
10,16,19,23
134:1,3,6,9,12,
15,24 136:14,
16 140:18
149:16 153:4
154:13 156:15,
22 162:21
165:8,15 174:2
181:6 194:10
197:8 201:17,
21 202:22
203:1 204:3
218:17,20
219:1 227:9
228:9 232:6
246:3,24
247:17 248:21
251:3 254:17
255:2,6,8
256:3,25 257:6
261:10,13
263:5,20
264:11,16,19
265:5,9,13

**Mills'** 80:16
247:19,20
255:24

**mind** 29:2
173:16 232:5
250:8

**mine** 245:21

**minute** 179:24
252:16 261:9

**minutes** 44:10
46:20 47:6
104:8 117:15
127:19,21
128:1,2 129:14,
16,18 135:21

173:17 255:11,
12,16 264:2,4

**misheard** 90:4

**mislead** 175:5

**missed** 22:25

**missing** 213:2

**mistake**
112:21 175:5

**Mister** 218:25

**misunderstoo
d** 13:13 90:4
109:11

**mobile** 114:8

**mock** 60:24

**model** 94:2
97:8 98:1
172:11 225:10

**models** 172:23

**modification**
73:20

**moment** 18:22
39:21,22 127:8
206:8 218:4
239:7

**moniker** 226:8

**month** 36:10
111:18

**months** 18:16
111:16

**Moore** 80:9

**morning** 29:24
43:13 45:8
47:24 48:4,10
110:2,11

**morning's**
223:6

**mornings**
110:6

**mother** 81:8

**motion** 120:20
150:13 176:6
209:2 254:24

**motions**
209:11

**motivated**
223:18

**mounted**
91:10

**mouth** 169:6

**move** 150:14,
19 220:2
224:13 225:1

**Moved** 16:25
17:2

**moving** 135:8
144:24 153:2
163:5 177:3,5
178:4

**multiple**
219:20 252:6

**muscle** 162:2

**muscles** 50:1,
4,11,14 51:11

─────────

**N**

─────────

**Nalley** 5:2

**names** 40:8
84:21

**narrative**
240:7

**Narratives**
197:12

**naturally**
151:12

**nature** 6:10
19:20

**neck** 155:4
214:24

**needed** 31:7
42:24 44:5
57:22 101:8
136:3 237:4

**night** 24:7
27:11,12,13,17
28:17 29:23
30:19 31:12,17
32:2,9,12,20
41:10 43:13
44:15 45:2,8,16
47:23 48:1,3,9

54:1 56:20
77:21 78:1,18
82:12,21 83:13,
22 86:9 87:18,
24 98:11 99:12
101:16 105:2
108:1,19
109:12,13,18
114:3 132:5
139:17,25
152:10,11
160:25 184:8
197:22 244:2
248:2 250:5
253:8,15
254:21 255:2,
13,25 257:9

**nighttime**
160:17,21

**non-
responsive**
184:18,19

**noncompliant**
248:15

**normal** 120:8
247:4

**nose** 168:17
169:6

**note** 105:11
244:9

**noted** 213:12

**notes** 46:10,12
56:6,16

**noticed** 187:5
262:1

**notification**
103:25

**NR** 198:1

**number** 5:13
6:8 52:14,17,
21,23,24,25
53:3 60:14
61:13,19 85:13,
14,22,23 95:12
157:11 158:15
165:14 177:20
182:6 197:14,
22 199:2
200:18 208:22

209:19,20
210:17,18,24
222:25 223:22
224:15 225:1
235:7,14,15,18,
21 236:22
246:15 247:23,
24 254:19
256:11 258:3
259:2 260:9,20
261:5,12

**numerous**
144:14 145:13,
15,24 233:25
234:11

**nylon** 91:4

─────────

**O**

─────────

**oath** 77:13
131:6 223:7

**obey** 146:8
185:9 186:2

**obeyed** 255:6

**object** 21:20
22:18 26:18
34:10 58:6
59:3,25 69:20
71:16 72:2 73:5
79:20 95:7
97:24 99:24
102:7 132:14
133:14 138:25
164:21 168:25
169:13 179:14
185:13 208:25
209:10 220:16
226:7 230:8,15
240:24 242:6
245:7 246:22
247:25 250:16
262:25

**objected**
232:17

**objecting**
232:20

**objection**
7:14,24 38:17
49:19 94:23
105:11,12
107:3 132:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

283

164:12 165:11
194:11 208:24
210:5 216:6
232:20 236:18,
19 243:22
244:9 247:2

**objections**
22:23

**obligation**
21:9

**observation**
194:12 256:6

**observations**
253:10

**observe** 145:3
194:17,21
195:6

**observed**
122:7 144:9
194:25

**occasion** 48:9

**occasions**
8:24 28:15
30:11 247:22

**occur** 249:15,
17 263:20

**occurred** 24:7,
9 27:25 41:4,12
47:17,19 56:7,
12,21 58:11
59:20 69:1,2
129:25 252:24
253:8 255:10
257:9 261:3

**occurrence**
58:11 192:6,7

**occurring**
257:23 261:16

**occurs** 22:14

**OD** 90:12

**odd** 257:10

**OFF-THE-**
**RECORD**
200:23

**offer** 18:5
195:3,7 206:9

**offering**
195:10

**office** 8:14
17:23 18:18
22:15 23:14,20
25:6,13,24
26:15,23 27:5,
10,16 32:4
36:12 37:2,4
40:19,21,24
45:10 52:16
53:16,17 54:15
58:14 64:5
70:13,15,23
71:19,21,22
97:16 106:11,
12,16 111:5
112:24 123:25
124:1 138:15
197:19,21,25
198:1

**officer** 24:15
53:11 54:19
58:15,18 63:4
86:11 105:8
107:10 121:9
125:19 144:4,9
153:21 156:13
158:6 203:8
220:8 224:6
231:6 236:10
237:18 243:1
247:4

**officers** 83:24
84:1,22 86:10,
15 107:9
215:11 220:18
263:3

**official** 105:16
106:16

**Offline** 214:4

**on-scene**
249:9,11 250:6

**ongoing** 38:16

**online** 13:25
214:5,6 231:8

**onus** 224:19

**open** 250:5

**operating**
69:24

**opinion** 151:7

**opportunity**
192:3

**opposed**
113:20 138:5
262:24

**optional** 93:9
94:13

**oral** 16:15
34:21

**order** 24:17
38:24 54:22,23
94:21 98:8

**organized**
205:18

**original** 89:18
213:13 235:25

**other's** 243:12

**outdoors**
102:14

**owned** 228:17

**owner** 258:5,7

**owns** 223:22
224:16

———

**P**

———

**p.m.** 82:15
265:24

**pace** 120:8,10
124:10,12,20
125:1 135:4,9,
20 136:23
189:14 190:6

**paced** 124:17

**pack** 91:5
208:11

**package** 209:5

**packet** 208:1

**pages** 209:6
237:10 239:17
240:2,5,13

**paid** 108:4,6,7

**pain** 142:16,22

**paint** 115:14

**pair** 115:12
140:25

**pant** 262:1,2,4

**pants** 90:12
152:12,14
186:11 187:13,
15

**paper** 7:7
11:16 115:12
160:9

**papers** 107:12
108:8,10

**paperwork**
39:8 63:6,18
64:15 115:11

**parade** 112:3

**paragraph**
242:12,19
243:8

**paragraphs**
242:4

**Pardon** 69:21
114:15 131:25
242:9

**parked** 119:3

**part** 13:11
19:25 23:1 83:7
95:14 96:23
100:9,11
111:10,16
115:10 139:23
149:15 151:19
154:17 156:9
157:12 168:5
176:22 193:5
215:23 217:14
219:11 238:17
242:19 257:19,
21 261:22
262:9

**participate**
215:8

**participated**
214:22 215:5

**parts** 111:10,
12,14,17 171:9,
10 178:2,3,5,8
261:14

**pass** 14:16,18,
20 205:10

**passed** 14:21

**past** 97:5

**patriotic**
221:20

**pause** 26:21

**pavement**
174:24

**pay** 239:14

**paying** 187:17

**PD** 234:21

**Pearlie** 5:8

**pedals** 189:17

**pending** 5:10
79:6

**penetrate**
141:5,8

**people** 40:9
42:15 71:14
72:5,8,21 73:4
86:8 97:18
126:1 160:20
164:9 182:22
194:19,22
195:1 207:2
213:23,25
221:4,8,9
226:16,17
228:4 231:2

**pepper** 100:23
101:4,7,10,15,
20,23 102:5,14
134:20

**percent** 258:18

**percentage**
138:21

**perform** 252:7

**performance**
235:21 260:17

**period** 14:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

284

15:22 36:17 54:13 56:23 57:2 62:18 64:1 194:24 249:1 253:7 260:18

**permanent** 262:22

**peroneal** 175:22

**person** 41:13 42:9 43:12,16, 22 44:2,14,15 45:1,7,22 73:21 79:16 80:5 82:21 100:23 107:16 113:21 114:2,9,13,19 117:10 119:10, 12,24,25 123:2 138:15 182:21 192:13 211:6 217:1,2 219:7 229:6,13 232:3 237:25 244:24 245:8

**person's** 211:6

**personal** 83:12 91:19 114:25 126:21 138:14,22 223:1 224:15 239:17

**personally** 217:21

**personnel** 39:9

**persons** 42:9 44:2,16 236:15 237:6 258:14, 24

**perspective** 142:1

**phase** 38:4 149:3,4 261:1

**phone** 52:13, 14,17,21,23,25 83:12,13,15,19, 23 84:18,19 85:6,9,13,14,

22,23 86:2 92:13 109:24

**phonetic** 63:8

**photo** 231:10

**photograph** 152:14 213:25 214:3,7,10 215:13,16,18 219:17 225:5 229:3,5 231:6 261:24

**photographed** 152:3

**photographs** 152:2,7,16 211:4 219:17 221:24 222:3 229:4 262:17

**photos** 39:15, 17 211:17,19, 22

**phrase** 73:15

**physical** 33:4 49:5,15 60:7 73:13 181:24 183:3

**physically** 50:3

**physician** 49:8,12

**pic** 214:2

**pick** 128:17 140:9

**picked** 109:5,6 128:19 162:20

**picture** 152:13 211:6 216:1,18 219:7,13 220:2, 5,10,17 221:1, 10 228:12,22 229:11 231:20

**pictures** 152:1

**piecemeal** 244:10

**pile** 196:3

**pin** 252:7

**PL** 244:15

**PL-002** 210:14, 16

**PL608** 261:23

**place** 12:20 13:1,22 15:2 68:12 72:14 74:7 91:20 100:16 125:14 128:6 173:15 186:25 195:11 252:9

**plaintiff** 5:16, 18 225:23 261:11

**plaintiff's** 221:23 226:23 228:11,23 230:24 233:11 239:14 242:3 256:11 259:14 261:7

**plan** 210:16

**planning** 222:25

**play** 203:24 244:1 245:10

**played** 245:4, 14 256:17

**PLAYS** 23:5

**plenty** 196:9

**plungers** 147:11

**pocket** 91:20

**pockets** 187:13,15,18, 19

**point** 11:8 82:23 96:22 106:9 121:25 122:5,11,23 135:5 136:5 137:9 142:9 144:17 145:3 146:22 148:1 149:16 152:23 153:9 154:3,7 155:2 157:20

163:10 164:1,3 165:5,17 170:20,25 171:12,19,21 172:15 174:1, 22 176:25 178:23 179:8, 11 180:16 181:1,6,22 184:12 186:7 188:1,2,5 189:3,22 191:18 192:18 193:9 203:4,5 248:7,11,14 251:17,19 253:20 265:10

**pointed** 181:9, 15 183:16 189:6 247:17

**pointing** 92:15,17 181:12 182:3 211:6 214:8 228:15

**police** 11:9 12:2,4,23 14:2, 11 16:7,15,24 17:11,15,24 18:1 19:13,25 20:11 21:1 23:18 24:1,2,4 27:8 28:20,21, 22 29:3 30:6 32:8 36:21,24 37:5,10,16 39:6 41:14 45:25 47:9 52:8 53:10 54:18 55:15,22, 25 57:23 58:4, 13,15,18 62:15 66:2 70:10 74:23 75:15 86:9,15 93:2 102:4,16,23 103:19 104:10, 15 106:4 107:12,14,16 112:2 114:1,24 121:7,9,16 125:7,13,15 128:22,24,25 129:13,19 130:7,9 131:9,

19,22 136:25 140:8 152:8 155:13,17 161:2,7 173:6 182:7,14 199:20 200:22 201:25 203:1, 13 215:11 220:8,15,18 224:6 225:13 227:4,12 231:4, 6 233:19,23 234:13 235:22 236:2,12 238:15 239:8 242:23,25 243:1 251:15 252:6 253:8,14, 25 260:19,24 261:21 263:3, 15 264:1

**policeman** 37:20 130:16

**policemen** 51:21 86:1 223:14,15

**policies** 64:23 65:5,17,19,25 66:5,8,10 68:4, 7,10 247:8

**policy** 59:24 64:14,17,25 65:3 66:11 67:4,12,13,23 69:16,25 198:17 203:8 246:20

**polygraphed** 238:14

**popped** 65:8

**popping** 156:2

**port** 111:19

**portion** 14:17 166:1,17 167:24 191:9 217:25 241:14 243:21 244:1

**portions** 244:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

285

position 9:9
152:25 174:16
191:5

post 47:9
125:15 211:22
214:14,15
215:13,15,16,
21,24 216:3
217:10,14
219:8,12
220:25 221:3,
23 222:5 225:5,
23 258:19

posted 211:18,
19 216:1,19
225:2 226:13,
17,24 227:1
230:25 231:1

posting 219:6
221:13,18
226:1,19

postings
258:22

posts 208:25
258:4

potential 152:5

potentially
117:5,9

pouch 91:14,
22 179:5

PPCT 167:22

practice 59:24
67:4,12 69:17

practices 68:4
69:25 247:1,3,
12

pre-agreement
109:9,10

pre-
employment
238:17

predictable
255:25

prepare 20:17
38:25

prepared
256:15

present 31:20
46:16 52:3
104:25 105:8
126:1 133:25
134:6,12

presented
203:9,17

preserve
208:23

pressure 98:9,
11 161:22
162:5,6

pretty 9:12,13
65:16 108:25
184:8 213:19
242:17 243:15
252:13

prevent 183:10
262:7

previous
207:8

prior 11:23
12:21 13:3
14:25 59:16
88:9 114:19
194:21 206:5
247:19,20
248:20

prisoners 8:2

privacy 223:1
224:16

probation
63:22,23,25

probationary
62:18 64:1

problem 73:7
86:17 173:19

problematic
216:16

problems
71:15 72:1,6
73:4,16

procedure
64:14 65:3 98:1

procedures
64:18,24,25
65:5,17,20,25

66:5,8,10 67:14
68:8,10

proceed 85:24
246:6

PROCEEDING
S 5:1

process 9:18
18:9,10,12
37:11,14 42:23
64:20 139:18
150:13 223:12
232:21

professional
119:13

Professionalis
m 236:22

profile 228:12,
25

program 63:16

progress
63:13

promoted 9:18

promotion
8:22,25 9:2

prong 149:4

prongs 138:1,5
140:16,24
141:17,23
142:8

proper 26:16

properly
25:18,21,22

prosecutors
202:21

protection 7:6
223:1

protests 226:3

protocol 47:7,
12 51:22 52:2
58:1,3,23

proud 258:7

provide 85:21

provided 39:3
63:12 259:14

provider 49:9
85:16,18

proximity
162:22 171:9

pry 136:21

public 223:2
236:15 237:6
255:21 258:23
259:23

pull 97:20 98:1,
2,7 147:13
152:12 156:16
159:18 165:21
166:20,21,23,
25 167:3,12,13
171:25 188:19
201:11 213:14

pulled 121:15,
17 167:2,15
172:7 179:5,9
184:25 247:16
251:18

pulling 147:12

pulls 154:11

punching
148:9 170:22
171:14

punitive
216:17

purchase 93:1

purchased
173:4,5

purpose
161:15 179:19,
22 209:5
216:21 221:13,
18 225:8 226:1,
19 231:9

purposes
173:18 210:6

pursuant
191:13

pursuing
230:13

pursuit 251:14,
16

push 103:2,5
188:21

pussy 231:25

put 53:17 60:24
63:24 136:17
144:15 145:14,
21 146:19
148:13 159:16
162:6 174:7
175:10 181:2,
18 184:24
205:6 208:16
212:11,23
214:15,18,23
223:2 224:19
262:4

putting 99:4
176:19 188:14
212:14 239:6

---

Q

qualified
49:15,17

qualify 70:23
71:5

question 7:16
19:14,22 20:12
22:19,25 23:2
26:4,7,8 34:4,
22 38:18 43:2
49:10,20 58:7
69:11 71:17
78:23 79:6,14,
15 94:23,25
98:13 99:25
100:12 114:6
117:24 131:11,
14,15 132:2,15
146:1 164:16
166:22 167:5
169:1 179:14
206:15 218:23,
25 219:20,25
220:17,23
221:6 224:24
226:10 230:9,
16 234:3,6
236:19 239:5
240:9,10
241:22 242:7
244:22 245:6,7,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

286

| | | | | |
|---|---|---|---|---|
| 11 246:23 248:1 249:23 250:18 252:2 263:1 | 88:24 89:11 91:14 113:17, 20,21,25 114:2, 12,13,18,19 117:9 192:10, 12 194:4 199:8 200:6,11 201:15 257:14 258:1 | **reactivated** 146:24 147:21 148:2,5,22 149:2 | 16 71:18 75:6 77:1,2,4,23 78:2,11 80:11 83:22 85:2,14 86:1 89:1,2,6, 10,12,16,17,18 93:3 95:12,16 108:18 110:8, 10,16 111:1 112:9,11 113:1, 3,6 115:15 116:6,7,8,9 117:21,25 118:1,2,5 125:3,9 126:6 127:10,12,22 129:20,21,24 130:2,3,4,5,10 131:1,4,5,10, 13,14,15 139:17 140:19 141:12 145:2 151:24 152:15 154:7,14,19 155:5,7 161:10, 12 163:2 164:4, 5 166:16 168:18 171:20 175:24 176:1 177:13,15 178:10 186:12, 13,16 187:20 191:2 237:7,9, 17,19 242:16 253:11 262:2, 14 264:20,25 265:2,4 | 63:1 64:13 65:22 70:4 71:13 74:13,24 76:21 89:19 96:2,7,24 97:12 103:24 114:18 115:17 116:12 117:5,9 171:5 233:25 244:4,7 259:22 260:5, 14 262:12 |
| **Question's** 187:8 | | **reactivation** 147:2 148:25 | | **receiving** 77:2 89:24 103:16 116:2 142:22 198:14 |
| **questioning** 222:18 232:13 | | **read** 23:2 40:2 65:2 88:13 203:21 241:2 243:21 | | **recertification** 74:25 |
| **questions** 28:5 39:17 43:15 61:2,3,5 65:19 66:15 79:1,3 113:14 164:13 196:10 210:8,12 212:6 216:7,10,12 219:24 223:21 224:2,14,15 238:22 239:6 241:1 246:15 252:20 254:20 256:10 258:3 259:1 261:12 264:6 | **raining** 141:13 | **reading** 90:23 241:10 | | **recharge** 138:16 |
| | **raise** 5:22 22:23 | **ready** 239:19 242:1 | | **rechargeable** 93:17,21 |
| | **raised** 184:5 | **real** 183:9 213:21 | | **recognize** 244:23 245:18, 20 |
| | **ran** 135:25 | **reason** 10:21 12:12 13:14 16:23 17:12 18:17 19:23 23:24 35:7 38:7 101:23 104:20 155:20 164:5 195:9 219:6 230:6,14 234:19 235:1 | | **recognizes** 241:22 |
| | **Randy** 45:24 48:24 254:3 | | | **recoil** 72:18 |
| | **range** 214:11 | | | **recollection** 41:2,3,6 47:4 56:7,19 72:16 76:17 110:12 |
| **quick** 120:10 195:17 | **rank** 21:7 | **reasonable** 133:22 223:24, 25 | | |
| **quickly** 254:24 255:1,14 | **ranks** 8:5 | | | **recommendati on** 260:15 |
| | **rate** 152:17 | **reasons** 248:6 264:11 265:5, 12 | | |
| **quit** 123:19 145:21 146:20 170:22 171:2 179:7,8 181:18 | **re-holster** 183:21 184:16 185:2 | | | **recommended** 207:12,20 235:4 |
| **quote** 211:12 213:18 215:14, 15,16,19,20,23 216:19,25 217:5,10,14 219:12 221:10 228:6 | **re-holstered** 179:9,10 182:25 184:25 | **recall** 11:25 13:6 16:17,19, 20,22 18:21,23 21:11,17,19,21 27:7 28:3 29:5, 6,8,11,12 33:24 34:25 42:10 44:14 45:22 46:3,6,11,24 47:13,15,18,20, 22 48:18,20 50:9,10,12,15, 16 51:12,15,24 52:19,20 54:5 55:7,19 57:16, 19 58:20,22 59:10,11 62:5 64:24 66:6 67:2 68:16 69:12,13, | **receive** 11:11 12:9,24 14:14 15:3,22,25 16:14 18:1,8 19:12 37:10 64:18 71:6 72:11,24 73:25 74:7,21 75:4,7 83:9,10 87:16, 21 96:11,14,17 97:1,2 106:3 113:19,24,25 114:11,22 116:10,14 234:10 260:10 | **record** 5:14 38:13 46:1 77:16,17,19 85:20 92:16 103:14,10 160:6, 9 180:24 191:22,23,25 194:2 209:9 210:5 213:8 223:3 227:24 234:21 246:9, 10,12 265:21 |
| | **reach** 153:23 169:22 | | | |
| | **reached** 143:23 153:14 | | | |
| | **reaches** 153:17 158:16 | | | |
| **quote's** 215:17 | **react** 185:11 255:1 | | | |
| **quoting** 217:1 | **reacted** 158:8 | | **received** 11:20 33:18 34:5,8, 15,21 53:10 | |
| R | **reaction** 33:6 76:1 79:10 147:2,18,19 158:11 164:11 166:8 | | | |
| **R-O-O-T** 67:21 | **reactions** 33:9 158:22 | | | **recorded** |
| **racks** 97:21 | **reactivate** 142:11 147:10 148:17 188:25 | | | |
| **radio** 81:23 82:17,18,20,23 83:2,6,9 86:25 | | | | |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

287

39:24 127:14 244:2

**recorder** 46:4 127:23

**recording** 126:10,12,16, 17,20 200:1,2 201:4,5 244:1, 10,16,17 245:4, 9,14 256:18 257:8,10,13

**recordings** 200:17

**recount** 132:9

**red** 126:19 127:1,8

**REDIRECT** 264:8

**reduced** 135:3

**Reelect** 205:13

**refer** 242:22

**reference** 58:24 70:25 90:2 157:23 261:20,21,24

**referenced** 260:1

**Referencing** 236:16

**referred** 232:13 254:10

**referring** 41:8

**reflect** 6:8

**reflection** 199:7 200:5,10

**reflects** 199:13

**refrain** 216:11

**refresh** 118:14 237:23 246:1 251:9

**regular** 63:9 192:6

**regulations** 84:15

**rehire** 235:4 260:15

**rejected** 18:5 239:11

**related** 75:17

**relates** 73:3

**relating** 75:15

**relation** 149:16 263:21

**relationship** 36:2 206:19 235:2

**relative** 108:13 264:18

**release** 104:16 169:8

**releases** 169:16

**relevance** 232:18

**relevant** 223:11,12 224:17

**relieve** 22:24

**remarks** 197:7

**remember** 11:19 22:7 29:21 30:4 32:15 40:15 41:7 42:20 43:16,21 45:1,7 46:8,13 60:20 64:15 67:6,7,8, 10,13,22 68:3, 20,23,24,25 69:3 72:20 76:23 86:4 110:18,21,23 111:19 118:12 125:5,10,11 130:11,19,21 131:2,4,7,18,24 132:2,6,7,9,10, 11,12,16,18,20, 22,24,25 133:13 140:19, 21,22,25 141:1 146:13 152:15

**reporter's** 126:24,25

**reports** 19:18, 21,22 20:19

154:10,15,17 155:1,8,15,19 156:10 157:12, 13 161:1,24 162:8,17 170:5 177:17 187:12, 17 191:3 238:1, 3,7,14,22 239:6 251:12,24 252:3,12 253:23 255:9

**reminding** 77:13

**remove** 180:3

**removed** 134:21,24

**removing** 179:20,22

**rendered** 254:7

**repeat** 69:10 88:17,18

**repeater** 83:6 257:18

**repeaters** 83:3

**rephrase** 245:11

**replay** 26:20 257:13

**report** 6:9 20:1, 2,6,7,10,13,17, 24 21:3,10,16 22:12 34:8 122:4 238:4 256:22 261:22, 24 262:9

**reporter** 5:4, 23,24 6:4 23:4, 5 88:15 195:24 196:2 201:6,10 203:20,22 209:17 225:3 235:7,9,14 245:16

22:15,16 23:8, 10,11,13,17,20, 25 63:9,13

**reposition** 152:18,20

**represent** 55:12 202:19 214:9

**represented** 202:16

**represents** 198:14 214:10 228:5

**request** 79:2 104:14 192:16, 18,22 193:6,10

**requested** 23:5 33:21 192:21 263:14

**requests** 255:5 256:4

**require** 244:12

**required** 20:1, 6 22:16 23:10 82:1 249:20,24

**requirement** 19:20

**requires** 76:9 133:6,12 142:25 151:8 165:12 220:11

**reserve** 208:25 209:3,10 232:16 240:24

**residence** 89:20,22

**resign** 35:15, 16,19,25 206:11

**resignation** 36:7

**resigned** 35:9, 11 36:4 206:8, 19

**resigning** 206:6

**resistance** 146:8

**resisting** 145:21,23 146:1,2,4,6,20 176:19 180:15, 18 181:18

**resolve** 136:17

**respect** 71:25 73:3 90:6 202:16,22,25 203:1,12 223:14 237:15 238:8 240:2 242:25 243:6 246:2

**respond** 51:1, 6 57:10 181:21

**responded** 44:6

**responding** 179:1

**response** 11:11,13,14 12:6,9,24 14:14 15:3 17:25 18:7 37:9 162:11,18 185:24 216:18 233:17 261:11

**responses** 252:22

**responsibilities** 7:23,25 16:6

**responsibility** 22:24 138:22, 23

**restate** 22:25

**restrain** 137:6

**restrained** 199:21 200:10 204:2,6,11 241:18,19 246:3 256:22 257:1,6,14,22

**result** 9:6 33:19 101:21 207:10 249:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

288

resulted 249:13

retain 96:7

retention 188:18

retired 242:23, 25 243:5

retreat 190:18

retrospect 116:25

returned 27:2 254:14

reupholstered 188:24

review 40:23 235:22 239:4 241:25

reviewed 39:14 40:16 65:18 233:13

reviewing 232:16

Richmond 15:19 72:13 74:3

ride 63:17 108:12,16,18, 24,25 109:2,4, 18

riding 107:24

rifle 115:4,5 221:16,25 222:2,21

right-hand 210:14

right-handed 143:10

rights 25:11

Riley 13:12

road 8:9,12 80:9 197:8

roads 63:5,17

roadway 119:3 157:18 159:7 174:16 184:9

---

248:17

Robinson 5:17

rode 63:4 236:10 238:1

roll 59:14,15 81:11,13 145:1, 17,19 146:12, 17,18,19 175:10 179:6

rolled 144:17, 18 145:7 153:15 156:20 177:1

rollover 144:15

room 125:17, 20,22,23,24,25 126:5,10 127:9, 17 128:5

Root 67:19 207:4,9

roughly 19:10 117:15

round 97:21

rounds 98:20 190:8

route 82:1 88:22,24 198:3

Ruger 225:12

rules 65:13 84:15 212:12, 13,25 213:23

run 8:3 125:2 138:17,20

running 120:5 122:15,16 125:4,8 214:12

---

**S**

safely 258:10, 15

safety 97:10, 14,17 98:5 137:22 237:18

sake 227:19

---

sales 13:11,25

save 42:20

scan 194:3

Scanned 197:4

scanning 187:5

scare 180:7

scared 136:18

scattering 194:20

scenario 76:25 214:13 217:23 218:3,8

scenarios 217:24 218:5,7

scene 28:17 30:13,18 41:16, 18 42:13,16,23 43:1 78:6 80:1, 23 81:6,9 88:10 90:7 102:20 104:1 105:18 114:20 117:16 118:6,18 122:6 152:2 255:10 262:18 263:4 264:2

scheduled 234:18

scheme 240:22

school 9:21,23 70:20 107:19 237:11

screamed 76:3 184:20

screaming 120:15 136:18 178:21,25 179:7

seat 115:24 127:4

seconds 148:19 150:23 151:4,14 183:2 203:23 232:1

---

241:15 244:16 257:15,16

secure 36:11

secured 36:8

securing 30:5 42:23

seeking 18:20

selected 37:14,18

selector 137:22

self-defense 113:12

sells 161:2

semiautomatic 97:19 99:16 221:16,17,18 222:21

send 192:10,23 193:23,24,25 194:1,7 263:19

sending 198:22 231:9

seniority 64:3, 8

sense 65:5 78:9 164:14

sentence 213:4 215:24 216:19,25 217:11,25 218:1,10

sentiment 220:4

separate 32:6 72:24 73:1 80:9 89:8 198:20 242:21 243:2

sergeant 8:8 9:3 21:8 22:11 28:6,8,14,16 29:4,25 31:3 44:17,19

sergeant's 28:11

---

serve 107:11 108:8,10 229:21 230:6

service 7:7,8 16:8,10 80:20 81:24 192:7

Services 43:20

serving 7:7 234:12

set 53:4 206:4, 10 220:4 227:23

sets 184:9

sexual 35:14 206:19

shadow 229:12

shaped 137:21

share 258:17

shared 226:17

sheet 196:16 256:11

sheriff 7:3,5,6 8:7 28:1 30:12 31:2,17,21 32:3,13,19 33:12 35:16 45:3 53:19,20 66:24,25 67:3, 11,18,25 69:15 90:13,14,17 103:3 106:4,16 130:23 140:8 173:6 204:12, 25 207:17,18

sheriff's 6:25 8:6,11 9:19 17:23 18:18 20:4,14,16,20 22:15 23:14,19 25:6,13,23 26:15,23 27:4, 9,15,23 32:4 34:18 35:3,13 36:8,12,14 37:2,4 40:21,24 45:9 52:16 53:16,17 54:15 62:15 63:2 64:5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

289

66:2 70:13,15,
18,22 71:7,19,
21,22 81:12
87:15 90:16
93:4 97:16
102:4 106:8,11,
15,21 111:4
112:2,24
116:13 123:25
124:1 130:6
131:19 138:14
197:19,21,25
198:1 206:20
246:20 247:1,9,
13,16

**sheriffs** 67:16

**shift** 81:15
82:11,12
139:16 243:12,
13

**shifts** 59:17

**shinning** 162:1

**shirt** 91:25
141:1 186:10

**shit** 243:4

**shock** 193:8,18

**Shoes** 92:4

**shoot** 137:24
180:15,18
190:5 213:20
248:17

**shooting**
21:12 23:12
24:15 27:5,11,
12,19 29:23,24
30:15,19 31:9,
17 33:7,19
41:12 44:15
47:16,19,23,24
48:9,13 55:11,
24 56:10,11,14,
21 57:14 69:18,
24 85:24
106:23 112:14,
16,19 129:23
130:17 132:11,
16 164:19
192:15 195:10
201:17,21
202:7,22 203:2,

9 225:17 227:8,
14 228:9
250:10,13,14,
21 255:10

**shoots** 137:25

**short** 141:10
241:14 244:11

**shorter** 172:23

**shorthanded**
234:17

**shot** 21:14
27:14 47:21
75:25 76:1
78:18 98:8,12
133:3 140:16
141:15 163:3,
14 190:15
191:6,14
193:14 194:10
248:22,23
251:4,22
264:11,16,19,
21 265:5,13,15

**shots** 194:3,7
200:4

**shoulder** 50:8,
9 95:16 120:15
162:23 163:1,2,
4,7,15,17,18,
22,25 164:3

**shoulders**
150:14

**shouting** 81:1

**show** 63:17
93:15 172:15
176:4 189:5
208:4 210:5
216:17 225:9
226:2 243:6
260:7

**showing**
233:10 235:20
239:1

**shows** 225:3
242:22

**sic** 112:6
206:11 227:16

**sick** 65:7

**side** 122:18
136:6 144:20,
22 145:1,2,8
146:4,5,7,12
147:14,24
149:24 152:24
156:22,25
157:20 162:12,
25 163:9
165:18,22
170:11 173:25
174:11,19
183:22,25

**sides** 103:2

**sign** 64:17
65:22 66:9,12,
13,18 205:7,12

**signals** 103:6

**signature**
237:21

**signed** 238:12,
13

**signs** 205:6

**similar** 98:5
128:7

**similarly** 200:4

**simulator**
74:10 76:24

**single** 137:20

**sir** 5:21 6:14,23
8:16,20 9:17,
20,22 10:2,11,
25 11:21 13:20,
23 15:7,10,13,
24 16:3,18
17:14,18 18:4,
6,13 19:7,11
20:2,7,12,15,
18,22 22:5
23:8,15 24:19,
23 25:2,7,8,14,
15,20,23 28:4,
10 30:1,8,10,16
31:10,13,15,19
32:8,12,18,21
33:1,3,5,17,20,
22,25 34:3,6,
14,20 35:17
36:16,19 37:25
39:1,12 40:1,9,

22,25 41:5,11,
25 42:2,5,8,14,
17 43:6,8,11
44:25 45:6,21
46:9,14,18 48:7
49:2,4,20
50:19,22,25
51:10,18,19,23,
25 52:4,6 53:2,
6,12 54:10,17
55:2,4,10,19
56:3,5,8,12,15,
17,22 57:9,13,
16,19 58:17
59:13,15,22
60:4,11 61:4,8,
12,15,17,21
62:3,10,12,17,
25 63:11,14
64:8,12,19,22
65:15,21,24
66:3,14,17
67:5,24 68:5,11
69:4,9,14,19,22
70:2,7 71:2,12
72:7,10 73:24
74:5,15,17,20
75:1,3,16,20,23
76:11,13 77:4
78:20 79:17,22,
25 80:4,17
81:4,7,16 82:2,
4,6,8,10,17,19,
22 83:11,14,25
84:3,23 85:8,19
86:3,5,13,16
87:2,20,23
88:2,5 89:17,25
90:8,10,25
91:2,12,24
92:25 93:8,10
95:4,9 96:13,
16,25 97:5,7,11
98:2,6,18,25
99:7,9,11,13,23
100:8,19 101:3,
5,17 102:2,6,9,
12,15,17,22
103:9,12,14,20
104:2,11,19
105:1,3,5,9,16,
20,22,25 106:2,
7,13,18,20
108:3 109:4,7,
23 110:13,19
111:6,8,15

112:20 113:2,
13,16,18,23
114:21 115:1,
18,21,23 116:1,
11,16,21,24
117:3,7,11,17
118:4,10,13
119:15,22
120:2,9,11,21,
25 121:22,24
122:3,10,13,19,
24 123:1,9,16
125:18,21
126:4,11 127:3,
5,7,25 128:8,
10,16 129:5,11
130:20 133:1,5,
9,24 134:2,5,8,
11,14,18 135:2,
10,12,14,17
136:9,13 137:3,
11 138:6 139:6,
22 140:6,17
141:16,22
142:7,10,13,15,
18 143:14
144:2,11
146:25 147:9,
23 149:5,10,13
151:5,18 152:4
153:5,7 155:23,
25 156:4,7
159:21,24
160:2,5,15
161:16 164:20,
23 166:7,11
168:14,16,20
170:9,13 172:5,
8 173:1,3
174:10,20
176:17,21
177:25 179:13,
18 186:3 188:4
189:10 192:5,
14,17 195:5,8
196:18,20
197:1 198:6,11
201:19,22
202:14,18,20,
23 203:3 204:4,
7,14,20 205:5,
11 210:10
211:21 216:1
217:13 225:3,
15,18 228:10,
20 232:7



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

290

234:25 235:2,5
236:5 243:18
245:16,19,25
246:17,21
247:6,10,14,21
248:5,25
250:12,24
251:2,5,8
252:25 253:9,
12,16 254:18,
25 255:7,15,18,
20,23 256:5,9,
16,20 257:2,4,
7,11 258:2,6,8,
13,25 259:13,
20 260:6,8,12,
16 261:4,17,19
262:19,23
263:6,16,25
264:3,14,25
265:7,15

**siren** 103:13,
17,21 118:20

**sit** 38:5 41:1
67:2 72:16
82:3,5 131:6,17
145:5 208:11

**sitting** 67:11
115:22,24
127:17 154:18

**situation**
117:6,8 118:9
242:18,24
243:2

**size** 93:12
126:15

**skills** 236:23

**slap** 170:4

**slapped** 136:1

**sleep** 110:6

**sleeves** 141:10

**slept** 110:11

**slick** 103:3,9

**slid** 169:19

**slide** 97:20,21

**slides** 188:22

**slow** 109:14

150:13 254:24

**slowed** 135:15,
20

**small** 89:5
119:19 125:24

**smiling** 242:14

**Smith** 45:3
53:16 68:2,3
204:12 205:13,
14 207:4,7

**snap** 188:17,20

**Sneezes**
192:25

**snippet**
244:11,15,17

**SO105** 197:19
198:13 199:22

**sober** 73:11

**social** 84:6

**socket** 143:9

**soften** 143:16

**softened**
143:17

**soldier** 229:9

**solemnly** 5:24

**soles** 92:19

**someone's**
214:15,24

**someplace**
226:15

**sore** 49:24
50:1,5,6,8,9,11,
14 51:11

**sort** 102:10
213:16

**sound** 155:24
156:1,3,5
168:19

**sounds** 200:2
245:8

**source** 87:17,
25 88:9 89:23
90:1

**Southern** 5:12

**Spaulding**
217:4,8

**speak** 47:24
48:8 56:24 79:2
130:17 131:3,7

**speaking**
42:10 44:15
45:1,8,22 86:1

**specific** 48:16
67:6 95:13
96:11,14
163:20 196:9,
13 209:6

**specifically**
96:4 263:15

**speculate**
98:16 133:6,12
151:8,9 165:12
220:11

**speculating**
142:25

**speculation**
76:9

**speed** 84:18,20
124:9

**speeding**
38:12

**spell** 6:19
28:11 67:20

**spinning** 201:7

**spoke** 27:17
30:19 35:24
43:12 48:5,11,
16 56:1 57:9,23
130:4 135:6
185:18,19
207:4 242:15

**sport** 212:13,
25 213:5,6,20,
23

**spot** 139:17

**spray** 100:23
101:4,7,10,15,
20,24 102:5,14
115:12,14
134:20

**Spring** 68:18

**springtime**
68:17

**spun** 150:12
158:9 252:7

**stack** 208:24
209:14 232:12,
15

**staff** 31:23

**stage** 232:21

**stamp** 208:22
209:25

**stamped**
210:13 261:23

**stance** 124:23
183:23

**stand** 21:23
41:22 60:25
76:6 77:11
150:11 151:12
196:21 197:24
198:1,7 221:17
224:22 233:22

**stand-still**
153:3

**standard**
93:12 161:7

**standing** 119:4
147:21 150:3,4,
6,8,22 152:25
153:2 159:4
173:22 188:10,
12,13 189:24
264:18

**stands** 132:13
185:22,25
186:4,5,8
187:21 189:13
196:23 197:21
200:21 210:16

**Staples** 5:17
65:10 207:25
208:5,8,13
212:2,10,17,19
213:14 215:19
228:22 230:22
237:10,12
239:24 240:20

241:5,15,18
244:3,6,14
245:2,5

**star** 90:16

**stare** 182:5,10,
18 184:7,11

**staring** 174:12,
13,17 175:15,
17,19 181:23
182:15 184:5
189:14

**start** 69:5
109:15,16
148:8 177:7
239:15

**started** 10:12
69:6,7,17 86:25
123:11 127:15,
16,18 166:5
188:10

**starting** 82:14
127:13 183:5

**starts** 64:8
177:5,8

**state** 6:17
20:11,25 23:18
24:1,2,4 27:8
28:20,21,22
29:3,16 36:21,
24 37:5,10,16,
20 39:6 42:11,
18,19 43:9
45:25 47:8
51:21 52:8
53:10 54:18
55:15,25 57:23
58:13,14,18
65:2 96:1,8
103:19 121:16
125:7,12,15
128:22,24,25
129:13,19
130:7,9,16
131:9,19,22
136:24 152:8
155:12,17
182:7,14
201:25 203:1,8,
13 227:3,12
234:16 238:15
239:7 242:23
243:5 253:7,14,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

291

25 261:21

**stated** 21:21
62:19 112:25
157:8 180:16
204:7

**statement**
40:11 123:18
125:12 131:23
136:20 188:9
217:17 234:1,4,
9,10,15 243:4
253:7,13,14
256:21

**statements**
39:24 40:6,18,
20 198:14,15

**states** 5:11
185:15 221:20
243:7 262:9

**stating** 49:19
242:22

**station** 54:14
82:3 109:2
138:13 140:9

**stay** 211:9

**stayed** 147:24

**step** 185:4

**step-by-step**
254:20

**Stephanie** 5:2

**stepped** 179:4
185:22

**stick** 115:14
138:2 179:4
196:3

**sticking** 39:20
187:6 219:7

**sticks** 29:1
250:8

**stole** 252:5

**stolen** 251:15

**stomach**
145:17,18,20,
21 146:12,20
159:16 163:9,
11,12 174:6,7

179:6 181:17
184:17

**stood** 150:17
185:23 188:7,8,
12 190:9

**stop** 119:5
122:22 123:13,
25 124:1
135:22,23,24
136:1 137:8
159:15 162:24
174:5 176:9,13
178:21 179:6
180:14,18
181:17,18
190:3 191:16,
18

**stopped** 136:5
146:16

**stopping**
176:14,18

**store** 13:25
93:2 111:10,11,
12,14,17,20
161:2

**straddling**
150:2

**straight** 110:6
144:3

**stranger** 78:21

**street** 243:7

**stretch** 224:5

**strike** 15:25
20:5 28:14 35:1
40:5,17 52:1
53:4 58:14
62:13 65:16
66:8 70:3 85:25
95:19,20 97:2
99:19 103:24
119:24 121:2
125:13 133:18
140:12 162:25
165:15 167:21,
22 168:6,22
172:10 174:6
175:9,21,24
176:22 178:3,6
184:14,19
193:13,18

212:22 216:25
229:4 234:10
236:3

**strikes** 162:23
164:1 165:2
167:19 168:8
224:16

**striking** 101:11
164:9 165:18
193:12

**striping** 103:2

**strong** 144:14
159:14 251:19

**struck** 133:10,
16 165:4,7,8
169:11 177:3
185:7 248:17
257:9 261:13

**stuff** 195:18

**stun** 138:2,5
149:3 154:5
158:12

**subject** 89:20
119:4,18 122:7
147:6 167:23
179:25 222:20
248:15 251:14,
17

**subject's**
73:10

**subpoenas**
244:7

**subsequent**
10:8

**successful**
13:19 119:13

**Sue** 5:8

**sued** 62:9,11

**suffered** 49:5

**sufficiently**
139:14

**suggest** 246:5

**Suites** 5:6

**summaries**
40:4

**summary** 40:2
47:1 239:17

**supervisor**
21:4,5 86:12
94:11 104:16

**supervisors**
17:12 71:11

**supervisory**
86:18

**supplementati
on** 6:7

**supply** 13:22

**supposed**
147:5,6,8

**Surber** 45:24
254:3

**Susie** 243:6

**suspect** 95:25
138:1 176:10
194:7 195:12
200:5 241:19
246:2 247:17
248:7,14

**suspended**
34:13

**swear** 5:24

**Sweating**
183:6,7

**swerves**
251:22

**swing** 176:16,
17

**swinging**
158:19

**switch** 32:5
137:22 161:22
162:3

**swollen**
262:10,14

**sworn** 5:22

**swung** 157:16

**symptoms**
183:3

**system** 204:10
257:14

_____

**T**

**T-SHIRT**
140:20 226:3

**table** 206:10

**Tackett** 205:23

**Tactics** 167:23

**takes** 137:19
257:15

**taking** 30:5
46:10,12 99:3
198:4 265:9

**talk** 28:14,15
30:21 31:9,11
48:21 49:1
55:17 56:13
57:14,17,20
58:4,19,24
59:12 84:6
86:8,10 123:25
125:19 129:17,
23,25 130:7,12,
24 131:20
136:2,16
206:16 207:15
209:21

**talked** 27:7
31:16 32:3
41:13 42:19
55:23 56:11
71:10 83:22
128:25 129:20,
21 130:23
204:25 207:9
227:3,4,6,12

**talking** 19:15
27:17 29:15
43:16 144:25
242:13

**tan** 92:7

**tape** 40:10
127:23 257:24
262:1,2,4

**taser** 74:14
75:8,13,18
76:18,21,24,25
77:1,2 105:23
133:17 134:22,
24 137:9,13,16,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

292

17,21,23 138:2,
9,12,14,24
139:3,11,19
140:12 141:4,
19 142:9 143:8,
9,22 144:4
146:3,24
147:10,22
148:8,15,17
149:15 153:9
154:4,11
155:21 156:6,9,
17 157:17
158:7 159:7
171:13 193:7,
13,14,18
231:21 232:5

**tasered** 75:22,
24 76:2 134:15,
17

**tasering** 231:6

**tasers** 75:1
91:16 142:16
145:8,11
158:21

**taught** 60:20
96:4 167:22
175:22 180:3,6
189:8

**teach** 60:16,23
258:14

**technical**
254:6

**technician** 5:3

**telephone**
52:24

**Teller** 10:18

**telling** 81:2
131:2,20
178:24 179:7
190:2,3 239:10
243:3

**tells** 7:22

**ten** 46:20,22
47:6 48:19
112:16 165:8
173:17 177:22,
24 233:21
264:4

**Tennessee**
10:5

**tenure** 6:9

**term** 204:23

**terms** 20:8
25:18 26:16,25
67:3 164:24

**test** 14:16,17,
22

**tested** 65:19
66:15,19
139:17

**testified** 14:10
15:1 44:20 45:4
54:3 55:16
61:10 90:5
97:15 102:18
114:17,24
116:3 122:1
129:9 132:7
170:20,23
171:1,5,6,15,19
219:5 225:21
253:18 264:10

**testify** 60:18,
19 201:18
224:7 226:9

**testifying**
51:24

**testimony**
5:25 23:5
60:10,13,17
117:20,21
160:7 165:16
202:25 223:7
253:20 255:4
256:19 263:2,
17

**text** 108:24

**That'll** 208:1

**theft** 8:2 16:13
23:11

**thigh** 175:23,
25 176:1,23
178:1,6,9

**thin** 228:5

**thing** 22:17
41:23 65:14

84:12 119:1
121:21 122:20
123:21 124:4
140:25 143:2,5
144:12 145:7
146:17 147:20
148:6 153:8,12
156:8 157:3,11,
15,19 159:6,13,
17 165:19
169:14 171:24
172:6 174:4,14
178:11 183:18
184:15 187:22
189:11 190:1
232:24,25
245:5 247:4
250:25 259:21

**things** 84:4,8
110:21 132:9
240:22 252:21
255:2 258:19
259:18 261:6

**thinking**
262:21

**Thomas**
233:18,20
234:19 259:3,6
260:4,11

**thought** 65:9
153:21 176:13
178:24 180:7
184:24 223:25
227:12 232:2,3,
4 233:3

**thousand** 62:2

**threat** 191:16
248:12

**threaten**
223:10

**threatened**
132:24

**throwing**
167:24 168:3
176:7

**tickets** 38:13

**tied** 92:22

**time** 5:5 9:1,8,
11 10:23 11:1,

4,8,24 12:1,22
13:2,3,6 14:7,
25 15:22 16:18,
19 17:3,25
18:16,23 21:7
27:19 28:4,19
31:16,24,25
32:2,19 35:2,14
36:13,14,17,22,
23 37:17,21,22
38:1 40:8 42:14
46:15,25 47:14,
23 51:16 53:4
54:13,21 55:11,
20,23 56:9,23
57:2,6,10 58:1,
21 59:1 62:14
65:7,20 68:15
69:17,18,24
71:13,20 74:25
75:25 76:1
77:5,15,18
80:17 81:9,10
85:23 88:9
90:6,19 92:7
93:5 102:20
103:23,24
104:4,5,7
106:9,23 110:7,
9 111:10,16
113:3 114:19
121:14 127:23
128:3,5 129:2,
3,8 133:4
135:3,15,18,19
137:10 142:9
143:24 144:1
146:22 147:15,
16 148:18,22,
24 149:16
152:9,23 153:3
155:16 161:18
164:3 165:5,17
170:20,25
171:12 172:21
174:18,22
176:25 180:21,
23 181:19,22
183:21 184:12
185:5,17,18,19,
25 188:3,23,24
189:3,16,23
190:15 191:21,
24 192:15,18
193:22 194:3,6,
18,22,25 195:3,

6 196:6,9
203:4,11 204:1,
2,5,15,20,22
205:18 206:16
207:16 209:9
224:2,14
234:18 235:22
237:8 238:11
239:3,13 246:8,
11,18 247:7,11
248:20 249:1,
19,21,23 253:7
255:9 256:5,24
257:3,5 260:3,
18 264:21
265:15,20

**times** 21:22
28:23 30:17
32:6,11 37:19
48:11,15,16,18
55:8 57:2
61:14,18,22
62:4,7 75:24
95:10,12
138:15 145:15,
16 146:11,13
147:13 149:2,6
153:10 155:8,9,
13 157:11
158:15 163:21,
24 164:8,10,18,
25 165:4,9,14
168:21 169:12
177:11,20
182:6,9,20
184:19 185:5,7,
12 197:5 201:4
219:10,20
220:1 221:12
249:5,12
253:17 261:12

**tired** 242:16

**tires** 251:23

**title** 45:12

**today** 5:3,4
55:1 72:17
231:4 241:1
253:2

**told** 9:10,12,13,
14,15 14:21
18:3 20:23,25
21:2,5,15,19
23:16 24:11



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

293

25:21 44:22
51:22 52:2
53:13 75:12
81:1 94:15
103:18 109:10
118:15 121:20,
21 122:2,9
128:22,23
130:11,17,21
131:16 136:3,
24 137:8
145:16 146:14
182:13 203:13
206:25 207:6,
12,22 210:13
219:12 250:25
253:21

**tonight** 108:25

**top** 87:15 90:12
103:3,4,8,9
149:20 156:18
165:21 166:21
167:1,2,3,4,13
211:11 212:2,8
225:11,12

**tops** 95:16

**torso** 149:20
191:10

**total** 215:20
240:22

**totally** 223:9
224:8

**touch** 52:8,9,
10,11

**touched**
166:24

**touching**
171:10

**tournament**
234:16

**towels** 115:12

**towers** 83:5

**town** 111:25

**Townsend** 5:3

**track** 244:15

**Trade** 236:1

**traffic** 119:5,14

**train** 65:9

**trained** 12:14,
19,25 59:8,11
72:20 73:18,21
76:5 94:20
95:19 100:1,16,
20 101:4,7,10
102:13 106:6
107:11 121:9
154:20 214:23,
25 215:2,11

**training** 15:19
59:5 62:16,24
63:1,4 70:3,4,6,
9,11,19,25
71:3,7,14,20,24
72:11,13,17,25
73:1,2 74:1,7,9,
13 75:15 76:18,
21,24 77:2
96:2,10,11,14
97:12 99:10,18,
20 100:3,10,11
106:4 113:11
117:4 121:7
159:25 167:23
168:15 191:14
213:21 214:17,
18,21 215:3,4,
7,10 220:18
236:5 261:1

**transient**
262:24

**transition**
188:5

**transitioned**
188:1,3,11

**transitioning**
188:13

**transmission**
204:8 257:17

**transpired**
56:20

**transporting**
8:2

**treated** 250:6

**trial** 28:5 209:1,
11

**triangle**
174:15,25

**trigger** 97:20,
23 98:7,15
147:12,13

**triggered**
162:3

**triggers** 162:3

**trooper** 42:11,
18,19 43:10
243:5

**trot** 124:14,15,
16 135:8

**trouble** 87:10

**true** 203:14
218:5 231:12
234:15 243:9
253:21 254:7,
14

**trunk** 115:3,10

**truth** 6:1,2
258:19

**truthful** 217:18

**turn** 122:14
136:1 161:17
221:22 225:23
228:21 251:20

**turned** 11:3
136:7,22 137:4
235:13 251:22

**turning** 89:13
219:22 225:1
226:23 237:14
251:19

**turns** 139:8

**two-and-a-half**
172:24

**typed** 256:21

_____

**U**

**Uh-huh** 160:19

**Uh-uh** 239:12

**unconstitution**
**al** 224:8

**Underneath**
91:25

**understand**
8:5 24:8 34:22
39:4 46:23
88:14 93:21
94:24 100:12
114:5 131:15
158:14 161:25
171:6 174:21
199:10 210:5
232:18 240:11
244:13 249:25
252:1 253:20

**understandabl**
**e** 167:10

**understanding**
15:11 19:17
59:23 84:15
87:11 99:14
105:21 107:2,5
108:15,23
142:16 147:1,4
198:12,13
199:6,7,15
201:1 246:19,
25

**understood**
160:1 255:4
263:2,17

**unfold** 254:24

**uniform** 90:9,
11

**unit** 104:16
160:17,25
192:11 193:24
194:1 197:14,
18 199:2
200:18 243:12,
14 263:18,19

**unit's** 101:21

**United** 5:10
221:20

**units** 8:9,12
69:14 192:23
194:19

**universe** 79:16

**University**
10:4

**unlike** 173:8

**unpredictable**
255:25 256:1

**unrestrained**
257:3

**unsuccessful**
148:23

**unusual** 79:18
86:6 116:10,17,
18,19 182:17,
19,20,21 192:6,
8

**update** 88:25
89:2,4,6,8,13
228:12,23

**updates** 88:12,
23 89:3,12,16
116:3

**upgraded**
85:12

**upper** 162:23
175:22,24,25
178:9 191:11,
12,13

**Upset** 234:22

**usual** 68:15
139:18

**utility** 91:1

_____

**V**

**vaguely** 28:1
29:22 44:10,22
252:14

**valley** 229:12

**vehicle** 17:10
32:5,9 102:16,
23 106:10
107:14,17
113:15,17
114:1,7,12,14,
16,19 115:3,10,
17,20 119:2,3,
17,21 120:13
122:1,12,17,21
123:6 133:2
140:11,12
211:23 248:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

294

250:11,13,15,
21 251:14,16,
20,21 252:8

**vehicle's**
140:8

**vehicles** 252:6

**verbal** 34:23,
25 159:14
162:11,18
178:17 180:8,
10,13 185:24
233:17 242:21
251:20

**vest** 90:13
91:14,17,22,24
92:1,2

**vests** 91:23

**video** 5:3
126:5,6

**view** 117:8

**violated** 25:11

**visor** 103:4,9

**visual** 180:9,12

**visually**
182:12 187:1

**voice** 123:14
241:20,22
243:24 244:23
245:1,11,13,20,
23,24

**voices** 245:13,
18

**voluntarily**
158:17

**voluntary**
151:6

**vulnerable**
100:16

———————

**W**

**waist** 149:22
165:23,24
187:3

**waistband**
186:16,17

187:9

**wait** 82:9 212:6

**waive** 233:1

**wake** 110:7

**walk** 121:15
124:17 137:5,8

**walked** 127:9
191:2

**walking** 43:1
89:4,14 119:18,
24 120:3,5,7,16
122:7 124:7,8,
11 135:4,9
136:22 137:7
191:3

**wallet** 91:19

**wanted** 6:6,12
18:2 31:14
32:22 33:8
107:25 108:2,
16,24 142:12
145:17,18
219:12 230:6

**warm** 141:11

**watch** 187:2

**watching**
186:23 190:25
191:3

**waving** 119:12

**ways** 137:12,
24

**weapon** 91:7,
8,10,11 97:10,
13 98:10 99:16,
21,22 100:1,2,4
101:14 134:19,
21 159:23
161:15 170:7
180:2,4,7
183:21 186:19
188:24 211:5
221:14,15,17,
18 225:13,14,
16 228:14
229:6,11 248:9,
10 251:10

**weapons**
96:22 180:2

222:7,10

**wear** 90:15,18,
20 113:21

**wearing** 91:1
114:2 140:18,
20,22,25 141:1,
2,10 145:4,6
186:11,13

**weather** 141:9,
12

**week** 22:4,7,9,
10 71:4 108:16
227:8,15 248:3,
4

**weeks** 15:21
54:12 60:3
63:3,5,20
236:11

**Well's** 94:1

**When's** 204:15

**white** 103:1
213:9

**Whitley** 243:10

**wholesale**
208:24

**wife** 56:1,10
83:17,18

**wife's** 225:9

**Williams** 5:19
6:5,14 7:13,24
19:16 21:20
22:3,18,21
26:1,5,18 30:21
34:10,22 38:16
48:1 49:7,14,19
50:24 56:18
58:6 59:3,25
69:20 71:16
72:2 73:5 76:9
77:5,9 78:25
79:13,20 94:23
97:24 98:16
99:24 100:8,12
102:7 105:11
107:3 112:15
113:22 114:3,5
117:20 126:23
132:8,14 133:6,
8,12,14 138:25

142:25 151:8
164:12,21
165:11 168:25
169:13,15
172:20 173:14,
19 179:14
185:13 191:20
194:11 196:6
200:13 208:6,
18,20,23 209:8,
18 210:2,21,24
211:2 212:6
213:1,8,12
216:4,6 217:16
219:19,22
220:6,11,16,22
221:5 222:11,
16,20,24 223:5,
21 224:1,10,13,
21 225:21
226:6 227:19
230:2,8,15
232:11,22
233:3,8 234:7
235:11,13,15,
25 236:17,24
238:24 239:3,
20 240:4,9,17,
23 241:24
242:6 243:25
244:9,18,20
245:6 246:22
247:2,18,25
250:16 252:1,
19 264:6
265:19

**Wilson** 205:23

**win** 215:21,25
216:21 217:12,
22 218:2,12,15,
21 219:3

**wind** 183:14

**winded** 183:1,
2,4,10

**windshield**
103:10

**withdraw**
74:18 94:25
164:16 169:3
179:15

**witnesses**
39:24 165:7

**witnesses'**
40:4

**woke** 110:15
113:3

**word** 7:14,24
73:19 105:12
182:11

**words** 181:15,
21 228:24
229:11 231:3,
19 261:2

**work** 8:14,18,
19,22 10:19
11:2 13:7,9
14:1,8 16:2,4
18:14 19:4,8
20:1 36:15,20,
23 53:11,14
62:14 70:1,5
84:7,8,22
107:25 108:13,
14 111:16
112:1,5 139:11,
14 180:10
195:25 205:15
229:15

**worked** 14:4,7
27:22 34:1
36:14 67:15,25
111:10 112:10,
12 141:18,19
160:25

**working** 8:1
12:22 13:3,4,16
14:24 16:14
17:15,20 20:3
34:9 36:13
37:1,3,24 59:6
69:18 87:9
95:24 111:4
155:22 251:11

**works** 81:22
97:19 139:9

**world** 55:23
219:18

**would've**
112:15

**wounds**
195:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JOHN MICHAEL ASHURST, taken on December 11, 2018

295

**wrapped** 156:11

**wrestling** 113:12

**wrist** 153:25

**write** 20:1,6
52:18 231:3,12

**written** 16:16
34:15 63:13
259:22

**wrong** 60:3
112:18,22
210:17 212:15
227:25 250:25

**wrote** 38:21
40:10 231:23

———

**Y**

**yard** 182:5
205:6,7

**yards** 121:14
182:12

**year** 9:23 10:6,
20 14:6 68:15,
19 69:10,11
71:5 111:10,18
161:11 202:1,3,
4,5,9,10 203:18

**year-and-a-
half** 37:23

**years** 9:5 16:5
18:25 19:10
34:2 35:14
36:25 61:17
111:16 233:21
237:9

**yell** 122:25
123:7

**yelled** 123:2
193:18

**yelling** 122:22
123:11 190:2
231:21

**yellow** 89:5,15
119:18 122:7

**yesterday**

208:6

**you-all** 39:8,10

**young** 230:2
231:3

———

**Z**

**Zone** 111:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS