COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
FAMILY COURT DIVISION
CIVIL ACTION NO. 12-CI-00474

ENTERED
GREG HELTON
JUL 13 2013
KNOX CIRCUIT DISTRICT COURT D.C.
BY_____

GENEVA HELTON and
JAMES HELTON,

PETITIONERS,

VS.                         ORDER

WHITNEY MILLS and
JESSIE JAMES MILLS,

RESPONDENTS.

IN RE:  THE CARE, CUSTODY AND CONTROL OF THREE MINOR
CHILDREN, NAMELY, JESSIE JAMES MILLS,
REGAN SUZANNE MILLS AND COLTON DANIEL MILLS.

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter was before the Court for final hearing by default on March 13, 2013, the Petitioners were present and represented by counsel, and the Respondents were not present and were not represented by counsel, and the Court having considered the testimony of the Petitioners the file and record herein, **NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDEGED AS FOLLOWS:**

1. This Court has jurisdiction over the parties and subject matter herein.

2. The Respondent parents were served with summons in this matter on November 9, 2012, they have failed to respond and are therefore in default in these proceedings.


DEFENDANT'S EXHIBIT 1

Page 1 of 3 pages

3. All contents of the Petition For Custody filed herein are true and have been well established.

4. Petitioners are hereby declared defacto custodians of the minor children herein pursuant to KRS 403.270.

5. Petitioners are hereby awarded sole care, custody and control of the minor children herein, namely, Jessie James Mills, Regan Suzanne Mills and Colton Daniel Mills. Awarding sole custody unto the Petitioners is necessary to serve the best interest of the children.

6. The Respondent parents are not fit and proper persons to be awarded custody of the children due to a history of domestic violence and substance abuse. The Respondents are unable to provide a safe and proper home for the children.

7. The Respondents shall have no visitation until such time as they attend the Divorce Education Class as required by local rule and only upon proper Motion, approval and Order of this Court.

8. The Respondent father shall pay $584.64 and the Respondent mother shall pay $343.36, per month unto the Petitioners, as child support, effective March 13, 2013. Child support is due on the first day of each month. A child support worksheet and AOC-152 are attached hereto and

incorporated by reference. Child support shall be paid through the Knox County Child Support Office.

9. This is a final and appealable Order.

10. David M. Mills is hereby discharged and relieved of further responsibility in this matter.

Dated this the 12th day of _____, 2013.

_____
JUDGE, KNOX FAMILY COURT

DISTRIBUTION:

David M. Mills, Esq.
205 Knox Street
Barbourville, KY 40906                 (✓)

Geneva Helton
James Helton
3582 Moore's Creek Rd.
Fourmile, KY 40939                     (✓)

Knox County Child Support
P.O. Box 1347
Barbourville, KY 40906                 (✓)

Jessie James Mills
P.O. Box 124
Dewitt, KY 40930                       (✓)

Whitney Mills
P.O. Box 124
Dewitt, Ky 40930                       (✓)

_G H mm_____/ 7/13/13
CLERK/DATE