CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>

Case Number: 10-16-0509

Title of Investigation: Death Investigation

Violation Code: 03009

**Summary of Events:**

On Wednesday June 29, 2016 at approximately 2200 hours Deputy Michael Ashurst received a complaint from Knox County Dispatch. The complaint he received is a male subject had entered a home and took a two year old toddler without permission. The male subject took the toddler was her biological father but the grandparents had custody of the child. Deputy Ashurst picked up Constable Brandon Bolton from his residence and they responded to the complaint. As Deputy Ashurst responded to the complaint he was advised the male subject had got out of his vehicle and was now walking up Stinking Creek, KY 223. Knox County Dispatch gave him several updates as he responded to the complaint. As Deputy Ashurst drove up KY 223 he saw a male subject with a flashlight directing traffic. As he got closer to the male subject he could see several other people walking in the roadway and also noticed a male subject walking in the middle of the roadway packing a small child. Deputy Ashurst stated the male subject packing the child was swinging his fist in a circular motion. The male subject was later identified as Jessie Mills.

After Deputy Ashurst and Constable Bolton made contact with Mills they both could tell he was under the influence of some kind of drug. Deputy Ashurst made an attempt to get the child from Mills but the he tried to punch Deputy Ashurst, then he began to run away from them. At this time Deputy Ashurst deployed his taser at him. The taser struck him in the back and he fell to the ground. After he fell to the ground Constable Bolton secured the child and gave her to the grandfather, James Helton. At this time both Deputy Ashurst and Constable Bolton tried to place him under arrest. During the altercation both Deputy Ashurst and Constable Bolton gave Mills loud verbal commands, used strikes from their ASP batons, issued flashlights and drive stuns from a taser to place Mills under arrest. Mills continued to resist arrest and wouldn't comply with any of their commands. Mills wrapped both of Constable Bolton's legs up at one point and attempted to bite him. After several minutes of fighting Mills stood up on his feet and began to advance toward Deputy Ashurst. At this time Deputy Ashurst fired two rounds from his issued handgun at Mills. Both rounds struck Mills in his upper torso.

**Biographical Information:**

**Subject:**

Jessie J. Mills
60 Cheyanne Road
Flat Lick KY 40935
DOB-███████
SOC-███████
5'10.5" 210 pounds

DEFENDANT'S
EXHIBIT
2

<u>Lt. Randy Surber</u>            85
Officer Making Report        Badge No.        Time Spent        Date        Reviewed By

D   l

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                Violation Code: 03009

**Officer**                  Deputy John Michael Ashurst
                             181 Cloverfield Drive
                             Corbin KY 40701
                             DOB ▄▄▄▄▄▄
                             SOC ▄▄▄▄▄▄

                             5'08 145 Pounds

**Officer**                  Constable Brandon Arnold Bolton
                             118 Meadow Brook Drive
                             Corbin KY 40701
                             DOB ▄▄▄▄▄▄
                             SOC ▄▄▄▄▄▄

                             5'07 120 Pounds

**<u>Investigation:</u>**

On Wednesday June 29, 2016 at 2311 hours Dispatcher Bucky Harris notified me via telephone that a Knox County Deputy and a Knox County Constable had been involved in a shooting in the community of DeWitt. Dispatcher Harris informed me the Deputy and Constable were not hurt but the male subject was deceased. I advised Dispatcher Harris to call out all members of the Detective Squad, while on the phone with Dispatcher Harris I instructed him to tell Detective Miller to bring the crime scene truck to the scene.

**<u>Contact was made with Lieutenant Chad Mills:</u>**

On Thursday June 30, 2016 at 0008 hours I spoke to Lieutenant Mills via telephone. I spoke to him about the nature of the complaint that I was responding to and requested the Leica Scanner. Lieutenant Mills stated the only operator for the scanner in the East was on vacation and the closest one to us would have to come from Frankfort. Due to the complexity of scene we decided not to use the Scanner.

**<u>Assignments made prior to my arrival:</u>**

Both Detective Johnson and Detective Cox arrived on scene prior to my arrival, they arrived at 0010 hours. I assigned these units to secure any evidence at the scene and get statements from any witnesses. Detective Johnson immediately began to photograph the scene and secure evidence and Detective Cox began interviewing witnesses.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 2

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation                Violation Code: 03009

**Arrival at the scene KY 223 at 0021 hours:**

After traveling 3.7 miles on KY 223 from US 25E I arrived at the scene, the time was 0021 hours. After arriving at the scene I parked directly behind a gold unmarked Ford Crown Victoria. As I approached the scene I walked past the following vehicles: Knox County Ambulance was in the southbound lane beside the gold Ford Crown Victoria that I had mentioned earlier, Gray Toyota Camry (northbound lane, KSP Detective Bryan Johnson 150RPN), Barbourville Police Department Marked Dodge Charger (southbound lane G22284), Marked KSP Ford Crown Victoria (northbound lane 3925), Barbourville Police Department marked Dodge Charger (southbound lane G2202), 2006 white Chevy trailblazer ( northbound lane 282TNC Shannon Burdine), Knox County Sheriff Department marked Dodge Charger (southbound lane G2320 with crime scene tape across the top), Kentucky State Police marked Dodge Charger (southbound lane SP4418 first KSP unit on Scene Trooper George Howard Unit, 538). As I documented the last vehicle Trooper Sammy Faris ask me to sign into the crime scene, the time was 0052 hours.

**Detective Cox's interview with Daniel Smith, Thursday June 30, 2016 at 0023 hours:**

Det. Cox:  Detective Josh Cox with the Kentucky State Police.  The time is 0023hrs on June 30th, 2016.  Speaking with Daniel W. Smith.  His address is 4157 KY 1304 in Hinkle, KY 40953.  His date of birth is ▓▓▓▓▓▓ his social ▓▓▓▓▓▓.  His cell phone number is ▓▓▓▓ and his home phone number is ▓▓▓▓▓▓  This is going to be in regards to an officer involved shooting that occurred here in the Dewitt Community of Knox County.  Alright Mr. Smith.  Obviously we know why we're here.  I just arrived here a few minutes ago and I don't know the full details of everything.  The way I understand it is, I think you witnessed something.

Daniel Smith:  Yeah.

Det. Cox:  Or may have seen something.

Daniel Smith:  Yeah.

Det. Cox:  Basically can you just describe to me, as detailed as possible, and if you can't remember that's fine.  But just everything that you remember.  Can you tell me what happened?  What you saw from start to finish.

Daniel Smith:  Yeah I mean, me and my wife was coming home, coming up the road.  I saw some people walking in the road.  Didn't really know what was going on.  So we pulled up.  I can't remember if the cops...yeah... The cops came by us.  I guess this guy was walking up the road, I didn't really see.  There was a car in front of us.  Once I seen that, I thought

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   3

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation              Violation Code: 03009

somebody may be hurt, wreck whatever. So I get out of the car and I start up through there. I
see that they're tasing the guy. He apparently had a baby, there were some more people here
standing saying that he had kidnapped a baby and was walking up through the yellow line with
it. They went and struggled with him, I'm going to say, a good five minutes. Just everything
they can do. Tasing him, begging him. Once I recognized the guy, Jesse Mills. I walk up
there and I started hollering at him to try and get him to stop fighting and going on. He was
just talking out of his head. He said something like: "I'm ready to meet God." or something
you know, just out of his head crazy. Then there was a car that came around the curve. At
this time he was laying down and they were telling him to put his hands behind his back and a
car came around and when he saw the headlights, I don't know if it done something to him, he
jumped up and he took off towards the officer. He started tasing him again, he just kept going
toward him. I know the guy, he's a needle junkie. I hollered and told the cops: "Hey this guy's
got Hepatitis. I don't know. From there just, he charged the officer and he shot him.

Det. Cox:  Anything you can think of else? Rack your brain for a second maybe.

Daniel Smith:  I mean that was pretty much it. It seemed to me to be a five minute struggle…
they had with him you know. They hit him with batons trying to get him to stop. They tased
him trying to get him to stop. In my personal opinion they had no choice, but to do what they
done. They gave the guy every opportunity. They had no choice. I do know for a fact that the
guy's on…He's a known meth…head. For lack of a better word at the time. I hear he's on
Flakka. I don't know my drugs. I hear that he's on that stuff. I've heard that for the last week
or so.

Det. Cox:  Crazy synthetic stuff.

Daniel Smith:  Yeah.

Det. Cox:  I've heard that stuff makes you crazy.

Daniel Smith:  Right. Well, this guy was not human and I'm telling you that. Because there's
no man that could take.

Det. Cox:  What he took?

Daniel Smith:  What he took and still fight. And I mean he was on his feet fighting.

Det. Cox:  Really?

Daniel Smith:  Yeah. It was unreal.

Det. Cox:  Really?

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D  4

CONTINUATION PAGE SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                      Case Number: 10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Daniel Smith:  Yeah.  But I mean yeah that was pretty much it.  It was just a bad deal all the way around.  But you know like I say, I don't know how these things work, how these things go, but now those boys didn't have no choice.  He was. He was going after them.  He was backing them up and they were doing everything they could do.  They were tasing him and he was still coming towards them.  That's pretty much it.  They had to shoot him.

Det. Cox:  Anything else you can think of?

Daniel Smith:  That's pretty much it.

Det. Cox:  Ok.  This concludes this statement.  It's 0028hrs on June 30th 2016.  Detective Cox's supplement will be attached to this investigation.

**Contact with Deputy Michael Ashurst at 0100 hours:**

I spoke with Deputy Michael Ashurst at 0100 hours on June 30, 2016. The following is a summary of the interview. The interview was not recorded. Deputy Ashurst stated he was responding to a complaint of a male subject that had taken a baby from a residence without permission. The male subject, later turning out to be Jessie Mills, was supposed to have been walking in the middle of KY 223 just below Moore Creek. Deputy Ashurst stated they located Jessie Mills walking in the center of the roadway packing a small child and swinging his fist in a circular motion. After exiting their cruiser and confronting Mills he tried to punch Deputy Ashurst and run away, at this time Deputy Ashurst deployed his issued taser. The taser struck Jessie in the back and he fell to the ground with the baby. After falling to the ground Constable Brandon Bolton secured the baby and gave it to the grandfather, James Helton.  Mills would not comply with Deputy Ashurst's commands during this time so he administered another cycle with the taser. During the struggle the taser leads were broken and Mills continued to fight with both Deputy Ashurst and Constable Bolton. Deputy Ashurst stated he struck Mills with both his issued mag-lite and Asp baton but could not get Mills to comply with his commands. Deputy Ashurst stated Mills got up on his feet and began coming towards him. After this Deputy Ashurst fired two shots from his issued firearm. Deputy Ashurst's firearm had been secured by Detective Bryan Johnson prior to this interview. Detective Johnson also performed a round count on the weapon and magazines.

**Contact with Constable Brandon Arnold Bolton 0111 hours:**

I spoke with Constable Brandon Bolton at 0111 hours on June 30, 2016. The following is a summary of the interview. The interview was not recorded. Constable Bolton stated that he was riding in the same car with Deputy Ashurst prior to receiving the complaint. He stated they were responding to a complaint of a male subject that had taken a baby from a residence without permission. The male subject, later turning out to be Jessie Mills, was supposed to have been walking in the middle of KY 223 just below Moore Creek. Constable Bolton stated they located Jessie Mills walking in the center of the roadway packing a small child. After exiting their cruiser Jessie tried to punch Deputy Ashurst and run away, at this time Deputy

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  5

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Ashurst deployed his issued taser. The taser struck Jessie in the back and he fell to the ground with the baby. After Mills fell to the ground Constable Bolton secured the baby and gave it to the grandfather, James Helton. Constable Bolton stated that Mills would not comply with Deputy Ashurt's commands at that time so he administered another cycle with the taser. Constable Bolton stated he struck Mills with his mag-lite and Asp but Mills continued to fight with them. Constable Bolton appeared too distraught to give any other information at this time so I ended the interview and performed a round count on his weapon and extra magazine. His firearm had a total of 14 rounds in it and his extra magazine had a total of 13 rounds in it.

After speaking to both Bolton and Ashurst I asked Detective Kevin Miller to photograph both officers and assist Detective Cox with interviews.

**<u>Detective Cox's interview with Steven Broughton Thursday June 30, 2016 at 0120 hours</u>**

Det. Josh Cox:  Detective Josh Cox with the Kentucky State Police.  The time is 0120hrs on June 30th 2016.  Location is KY 223 in Dewitt.  In the Dewitt Community Knox County.  I'm speaking with Steven Dwayne Lee Broughton.  His address is 22 Morehead Ln.in Flat Lick, KY 40935.  His date of birth is August 28th 1990.  His social security number is ████████  His cell phone number is ████████  This is going to be in regards to an officer involved shooting investigation.  Alright.  You go by Steve or Steven?

Steven Broughton:  Steven.

Det. Josh Cox:  Steven.  Alright man.  We spoke briefly about this stuff.  Obviously we know why we're here.  I'd just like to know what you saw from start to finish and anything and everything that you can remember.

Steven Broughton:  I was coming from my moms, my dad's house.  Coming down the road.

Det. Cox:  Which way were you coming from.

Steven Broughton:  Up there, down here.

Det. Cox:  Traveling towards 25?

Steven Broughton:  Yeah.  Yeah.  I can't tell you what the damn road's names are.

Det. Cox:  Yeah I know what you mean.

Steven Broughton:  Excuse my language.

Det. Cox:  No.  You're fine.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   6

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                           Case Number:  10-16-0509

Title of Investigation: Death Investigation                Violation Code: 03009

Steven Broughton:  Coming down there and seen these people on the road walking.  I seen a dude.  I didn't see the baby.  I seen a dude and I was like "Well hold on."  He was on our side of the lane.  I was like hold on.  I stopped me and my woman.  She pulled over and let me out.  Then I seen the baby and that dude said he was on meth.  I was like well…Let's go up here and try and calm him down.

Det. Cox:  What guy said he was on meth?

Steven Broughton:  That old guy.  I don't know the name.

Det. Cox:  Ok.

Steven Broughton:  I think it was the papaw.  Said he was on meth there.

Det. Cox:  Ok.  Were they walking?

Steven Broughton:  Yeah.  There was a dude behind the car, there was a car, and then the old man.

Det. Cox:  Which way was they facing?

Steven Broughton:  That way.

Det. Cox:  This way.

Det. Cox:  Was the guy walking that way?

Steven Broughton:  Yeah the guy was walking this way in my side of the lane.

Det. Cox:  Ok. I gotcha.  Walking towards your car then?

Steven Broughton:  Yeah.  Pretty much.

Det. Cox:  Pretty much yeah.

Steven Broughton:  Yeah.

Det. Cox:  Your direction.

Steven Broughton:  Yeah.

Det. Cox:  Okay.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D  7

CONTINUATION PAGE / SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Steven Brougton:  Then the officer showed up.  I directed traffic to get him around the dude and told him to be careful.  Got around him.  Few cars did.  The officer showed up.  Do I got to put it all in detail?

Det. Cox:  Just tell me what you remember.


Steven Broughton:  I was standing up there with them and they told him to get down.  Well he wouldn't get down.  One officer tased him.  He dropped the baby.  One officer got em and brought em to the old man.

Det. Cox:  Got who?

Steven Broughton:  The little baby.

Det. Cox:  The little baby.  And brought it to the old man?

Steven Broughton:  Yeah.  And went back up there and dude was resisting arrest.  Like the officers told him to get down, stay down, turn around.

Det. Cox:  Did he get back up?

Steven Broughton:  Yeah.  When he got back up, they shot him.  He was coming after them.

Det. Cox:  Ok.

Steven Broughton:  That officer told him to stop.

Det. Cox:  When you said he was resisting arrest, what do you mean?

Steven Broughton:  They beat him.  Grabbed his legs and everything.  Wouldn't turn over, nothing.

Det. Cox:  Grabbed who's leg?

Steven Broughton:  The one officer's leg and bit him.

Det. Cox:  And bit him?

Steven Broughton:  And bit him.

Det. Cox:  Really?

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

P 8

CONTINUATION PAGE SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009

Steven Broughton:  Damn.

Det. Cox:  What happened after that?

Steven Broughton:  Then they pretty much tried to get him to stay down.  He wouldn't.  Then when he got tased and everything...after that he stood straight up and that's when he got shot. And that's when all of y'all showed up.

Det. Cox:  Did he advance towards them or anything once he stood up?

Steven Broughton:  Yeah.  He kept walking toward them.  The officer kept walking back.  He I believed said like three or four different times.

Det. Cox:  How long did they fight for?

Steven Broughton:  I'd say at least good five-ten minutes.

Det. Cox:  Really?

Steven Broughton:  Yeah.

Det. Cox:  So it was a hell of a fight then.

Steven Broughton:  It was one hell of a fight.  He didn't feel nothing though.  He beat him with a baton and a flashlight.

Det. Cox:  Really?

Steven Broughton:  Still didn't get him.

Det. Cox:  Really?

Steven Broughton:  And tased him.  I was like damn!

Det. Cox:  Hell of a fight then.

Steven Broughton:  One hell of a fight though.

Det. Cox:  I gotcha.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D   9

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>

Case Number:  10-16-0509

Title of Investigation: Death Investigation

Violation Code: 03009

Steven Broughton:  They cracked his ass with that baton in the head and he still didn't go down!  He was down, but he kept flipping on his back.  And they couldn't get him on the stomach.

Det. Cox:  Ok.

Steven Broughton:  I was like "Damn."  That would have knocked me out instantly.  But apparently I guess when you're on that shit you don't feel nothing.

Det. Cox:  Yeah.

Steven Broughton:  They say it's that Flakka, but that old man said it was meth.  Hell I don't know what it is.  But it was some officer's trying to do their job.  That's all it was.

Det. Cox:  So What happened at the end of the fight?

Steven Broughton:  They tried to get him to fricken stay down.  Couldn't get him down.  They didn't want him I guess get close to them because all the blood.  Because I guess they said he had Hepatitis.  I wasn't about to fuckin touch him.  The officer told us to get back.  I was probably from her sitting in this seat to probably in that ambulance.  I'd say a little bit farther, probably to the back of that cruiser right there officer that shot him.  That was about…(says something inaudible)  Pop, Pop.  I think he shot him once in the chest and once in the stomach.  I don't know.

Det. Cox:  Can you think of anything else?

Steven Broughton:  That's it.

Det. Cox:  Ok.  This concludes this statement.  0126hrs on June 30th 2016.
Detective Cox's supplement will be attached to this investigation.

**<u>Detective Miller's interview with James Helton at 0125 hours:</u>**

The witness was James Helton (███████████).  He is the father-in-law to Jesse Mills.  Detective Miller took James Helton to the Crime Scene Truck.  He was holding his granddaughter, who is the daughter to Jesse Mills, ███████████. Detective Miller began the interview at 0125 am.  Detective Miller began by asking James Helton if he could begin by telling me what happened from the beginning.  Helton replied, "we were in the bed and somebody pulled in the driveway and knocked on the door."  Detective Miller asked him the time and he stated that "I couldn't tell you, my wife got up and opened the door and Jesse walked in, the two oldest grandkids got up, hear him and run to him.  He tells them something about get some clothes if they want to go with him but they tell him no.  He tried to stay in the bedroom, and the next thing I know is one must have got up and run through the house, I

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  10

CONTINUATION PAGE / SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                      Case Number:  10-16-0509

Title of Investigation: Death Investigation                      Violation Code: 03009

heard my wife hollering put her down, bring her back here. So I jumped up and he was going off the porch packing her and he jumped in his vehicle as I was squalling at him. I cut down through the yard barefooted jumped out in the middle of the road in front of him he tried to run over me. I dove back in the yard got in my car and followed him. Just before you get to the church house at Moore Creek he was sitting in the middle of the road it must have quit, run out of gas or something and he was out walking.  A friend of mine Ricky Hobbs lives just a little ways above there, he comes down there and we walked all the way from there to here. Followed him tried to keep cars from hitting him and her.  Detective Miller then asked who called the police his reply was, "My wife called them, I called them, Ricky Hobbs called them and a friend of mine up Moore Creek, Sheila Baker, she called them also. That's where I left my car and started walking down the road following him.  Detective Miller asked if his name was Jesse and he replied, "Jesse Mills".  Detective Miller asked how that he was related to Jesse Mills and he replied that "He was married to my daughter".  Detective Miller asked him what happened when the officers arrived.  He replied, "they told him stop and give her there and he just kept walking. They kept telling him to stop and give her there and he just kept walking.  One of them tried to grab him and the other one was going to try to grab her out of his arms, he wheeled around to slip to run and fell. The officer grabbed her and gave her to me. He started fighting with them; I turned and come back this way.  All I know I mean I could hear them telling him to quit and be still but I didn't see nothing.  Detective Miller asked if he saw any of the fight and he said, "no I came back down the road but I seen him hitting them before I got away from there. He was wrestling with them fighting with them, I turned and got her away from there I didn't want her to see nothing. Detective Miller asked him if he heard anything he replied, "just two gunshots or what sounded like gunshots I guess it was gunshots".  Detective Miller asked if he heard the officers giving him verbal commands he replied, "Yes they hollered stop, please be still, lay down, quit resisting arrest".  Detective Miller then asked how long that went on and he told me, "Oh probably 5, 6 or 10 minutes, I don't know pretty good while".  Detective Miller asked him when they were giving him the verbal commands if you could hear it, he told me, "Yes, they was telling him to quit resisting to lay down and be still but he must have been still fighting with them cause you could hear them scuffle you know".  Detective Miller then asked if he heard them tase him at any time.  His response was, "I heard it once seems like".  Detective Miller asked when he heard the taser did he hear any more commands to stop, "Yes they were hollering for him to stop, they continuously hollered for him to stop and quit resisting".  Detective Miller asked him if he heard the verbal commands and he said, "yes", I then asked him if he heard the taser and he said, "yea", after they tased him you heard more verbal commands, and he said "yea" and I said for him to stop and he said, "over and over and over" and then you heard the gunshots, "yep, sound like two gunshots", Detective Miller asked him if he heard anything else after that and he said "no".  Detective Miller asked if he went back after that and he said "no".  Detective Miller asked the daughters name and he said it is, "▬▬▬▬ls" Detective Miller asked if the spelling was ▬▬▬ and he said, "I guess I ain't for sure, its▬▬▬▬▬".  Detective Miller asked if she was injured and he said, "no huh uh paramedics checked her she's alright".  Detective Miller asked him if he knew her date of birth, and he said, "not for sure it's July but not for sure what her date of birth is but she'll be three in July but I ain't sure of the date".

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

CONTINUATION PAGE / SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Detective Miller then asked him if he could think of anything else that I haven't asked him or talked about. He said, "not that I know of". Detective Miller asked if this was an ongoing thing with Jesse he said, "No I ain't seen him in a long time, he hasn't been around them in, I don't know when, he promised them three or four weeks ago he'd come take the boys fishing but he never did come". Detective Miller asked how many children does Mr. Mills have, and he said, "four" Detective Miller asked if all were with his daughter and he said, "yea I have custody of all four". Detective Miller asked him if he had custody of all four making sure he understood correctly what he was saying, and he said, "Yea the two least ones I got out of the hospital he's never had them, him or her neither one". Detective Miller asked where his daughter was at he said, "jail, Leslie County, meth". He then elaborated a little saying, "I mean he was completely out of it he wouldn't respond to me talking to him or nothing he just kept squalling 8, 9, 4, 10 or something some kind of numbers". Detective Miller asked him what were you telling him and he replied, "Give me the baby and he just kept walking and hollering out numbers. Squalling screaming and everybody on this road got out on the porch watching him, walking right in the middle of the yellow line. Me and that boy was trying to flag traffic down and finally there was another boy that came along and got out with a flashlight. He went to flashing and flickering his light around for traffic to slow down where they wouldn't hit them. I was afraid somebody would hit him and kill her too." I asked again if he had not seen Jesse in a while and he replied, "no I ain't seen him in a long time". Detective Miller asked if he made an effort to see the kids and he said, "no he don't never come around and I don't have to let him see them either, but when he comes sober I let him sit and talk to the youngins but he wasn't allowed to take them nowhere or do nothing with them cause that's the reason I took them was to get them out of it not put them back in it". The interview ended at 0133 hours. This is a summary of the interview a copy of the recording will be attached to the case. Detective Miller's supplement will also be attached to this investigation.

**<u>Walk through of scene and personal observations:</u>**

As I entered the scene I immediately noticed a marked Knox county Dodge Charger sitting in the northbound lane and a body, covered by a sheet, in the southbound lane of KY 223. Detective Bryan Johnson was photographing the scene at this time and had already marked all evidence with evidence tents. As I approached the cruiser I saw an evidence tent, number one, this tent was used to mark several disinfectant wipes. As I continued to walk towards the body I saw another evidence tent, number two, this tent was used to mark a green blast door from a spent taser cartridge. Directly across from evidence tent number two was evidence tent number 12, this tent marked AFID's. AFID is an abbreviation for Anti-Felon Identifications. AFID's are small circular pieces of paper that are packed inside a taser cartridge. Once a taser is deployed these tiny pieces of paper will deploy from within the cartridge, this helps pin point the location where the taser was deployed. Evidence tents 10 and 11 were lying on the right side of the body, tent number 10 marked a small white plastic piece from the taser cartridge and number 11 marked the copper taser leads/wires. Evidence tent nine was lying near the fog line of the southbound lane; this tent marked the other green blast door from the taser cartride. Evidence tent three was lying in the middle of the southbound lane; this tent was

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

CONTINUATION PAGE / SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                           Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

used to mark a cigarette lighter. As I continued to walk southbound I saw evidence tent four, this evidence tent was in the northbound lane and was used to mark another white plastic piece from the spent taser cartridge. Evidence tent six was lying in the middle of the roadway on the double yellow line, this tent was used to mark a spent shell casing, 40 caliber speer. Evidence tent five was lying in the northbound lane just south of tent four; this tent was used to mark a white and gray ball cap. This cap was worn by Jessie Mills. Evidence tent seven was lying in the northbound lane near the center of the roadway; this tent was used to mark another spent shell casing. This shell casing was identical the other one marked with evidence tent six, 40 caliber speer. Evidence tent eight was also lying in the northbound lane near the center of the roadway; this tent was used to mark a key and a key ring.

After walking through the scene I spoke to some of Jessie Mill's family and explained to them what we were doing and why we hadn't removed his body from the roadway. Captain Burnett also spoke with them several times while we were on scene.

While speaking to the family they informed me that two people had witnessed the shooting but left the scene prior to our arrival. They stated that Keith Barrett and Ricky Hobbs (Sun Granny) had seen what happened. They also gave me directions to each of their houses.  As I was walking back into the scene I was approached by Detective Jake Wilson, Detective Wilson had just arrived, the time at this time was 0142 hours. At this time I advised Detective Wilson that we needed to find Keith Barrett and Ricky Hobbs and get a statement from both of them. I gave him the directions that the family had given me.

**Interview with Shannon Kathleen Burdine:**

After speaking briefly with the family I ask Trooper Howard, Unit 538, if all the witnesses had been interviewed, he informed me that nobody had interviewed the witness that was operating the white Chevy Trailblazer.

The person driving the Chevy Trailblazer was Shannon Kathleen Burdine, she stated that she had already spoke to Detective Steve Owens from Barbourville Police Department. Detective Owens obtained a written statement from her on Wednesday June 29, 2016 at 2338 hours. The following is a summary of the statement; the original statement will be attached to this investigation.

-First one up here before the police
-Seen a male walking up the creek with a child
- Three males were walking behind the male with the child keeping a fair amount of distance
- Then the police came, the police were giving verbal commands to let the child go and to put his hands behind his back.
- The police either said that he was going to use his taser or did tase the male while the police and the male were actively fighting.

| <u>Lt. Randy Surber</u> | <u>85</u> | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

ρ   13

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation            Violation Code: 03009

- She was certain the deputy tased the male and he continued to fight through it. It didn't seem to phase the male. The deputy continued to give commands to the male to quit fighting him. Burdine stated that she had never seen a man fight or act like the guy was acting.
- Burdine stated that she felt the deputy did all he could do with the male and had no other option than to shoot him. This statement was signed at the bottom by Shannon Burdine.

On Thursday, June 30, 2016, I interviewed Shannon Burdine. This interview took place in my cruiser. The interview began at approximately 0200 hours. The interview was recorded on a digital recorder.

Burdine stated that she was coming home from work and she noticed that traffic ahead of her had slowed up, there was a truck in front of her with a break light out and she couldn't figure out why he was going so slowly. As she continued to travel she saw someone walking in the center of the roadway and other people on the side of the road. One car that was in front of her was able to get around and as she got closer she ask the people on the side of the road what was going on. They informed her he had kidnapped that baby and he was walking. She didn't know if he had ran out of gas or what but he was walking with the baby down the center of the roadway. She stated she was the first vehicle directly behind them at this time. Burdine ask them if they had called the police and they told her they had called, she then stated that she was going to call if someone hadn't already. Burdine stated she was behind them for approximately four or five minutes before the police arrived. I asked her to describe what his demeanor was at that time she stated he was packing the baby down the center of the road, swaying back and forth so nobody could get around him but there was no on-coming traffic. After the officers got on scene she saw both officers jump out of the same cruiser and tell him to stop. At this time she was still in her vehicle but her window was down and she overheard some conversation between the officers and the male subject. She saw the male subject fall, and then heard the baby crying. Someone grabbed the baby and walked her back to the side of the road. After this an argument ensued between the officers and the person. I asked her if she saw them physically fighting with him and she replied, "he was very combative and would not cooperate with them, they were telling him to stop, put his hands behind his back, normal commands that you hear dealing with situations like that." I ask her if she thought he was complying with anything the officers ask and she stated, "no absolutely not!" She said she was at a distance and could not see well enough but could hear their commands telling him to stop and telling him to quit. I ask her if at any point it looked like the officers were gaining control of him she replied, "it didn't look like it to me." I ask her if she heard gun shots and she stated, "I did, I think two." She stated at this time the man was still standing their holding the baby and other people started coming up. Burdine stated during this whole altercation she was the first car behind them. Burdine stated she did not know any parties involved in this incident at this time. Before concluding the interview I ask her if there was anything else she would like to include to this statement she said, "she had I've never seen anyone act like that man acted, he was out of control, berserk, screaming. Even when he was walking with the baby screaming and hollering before the police even arrived." The interview ended at 0207. This is a summary of her statement; a copy of this interview will be attached to this investigation.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  14

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

**<u>Detective Wilson's interview with Keith Barrett at 0237 hours:</u>**

Det. Wilson- Detective Jake Wilson with the Kentucky State Police, the date is June 30th 0237 hours. What's the address here?
Keith Barrett- I don't know, Apartment 310 Benton Drive
Det. Wilson- 310 Benton Drive, Barbourville, Ky.  I'm here with, what's your name sir?
Keith- Keith Barrett
Det. Wilson- What's your date of Birth
Keith- ■■■■■■■
Det. Wilson- What's your social
Keith- ■■■■■■■■■
Det. Wilson- You got a phone number
Keith- ■■■■■■■
Det. Wilson- I'm here about a shooting that took place on KY223 Stinking Creek.  Could you go through what you saw or heard and be as descriptive as possible.
Keith- Well, when we pulled up to where the blue lights were at.  The boy was sitting in the middle of the blacktop road.
Det. Wilson- Who was?
Keith- The boy they shot.  All at once the boy jumped up and started hollering you know.  He was walking around the holler and squalling.  The police told him to settle down.
Det. Wilson- What was he hollering?
Keith-I couldn't understand him.  He was just hollering and squalling.  I couldn't understand half of what he was saying.  The cop told him to settle down and the boy didn't.  He kept hollering and squalling.  The next thing I know, the gun went off twice.  That I heard.
Det. Wilson- How far were you parked away from them.
Keith-  I'm not sure, maybe 10 feet or 15.
Det. Wilson- Did you see them fighting?
Keith- No, I didn't see no fighting, no nothing.
Det. Wilson- Was there anyone with the boy that was sitting in the middle of the road?
Keith- Well, when we come up the blacktop, you know where Escoe's Market is at?
Det. Wilson- yes
Keith- Just past Escoe's. I saw 3 boys walking up the road. It was 2 boys with no shirts on, and it was the other boy. Well, I took my brother home, you know where Brice's Creek is at?
Det. Wilson- yes
Keith- I dropped him off and I headed straight back out coming home.  We got right there at Dewitt Bridge and my woman said there are some blue lights.  Well, then we got down there to the gravel road where there is a strip job back in there.  Well we sat right there, that's why we sat there and the boy was in the middle of the road.  We just pulled up and I don't know what happened before.  He's in the middle of the road sitting and that's when we pulled up. Well, that boy jumped up and started squalling. Well, when he did, that cop told him to settle down. He didn't.  He kept squalling. When he did the last thing I know is he shot the gun twice.

<u>Lt. Randy Surber</u>            <u>85</u>          _____     _____     _____
Officer Making Report          Badge No.      Time Spent          Date          Reviewed By

D   15

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation          Violation Code: 03009

Det. Wilson- How long between the gun going off and him jumping up, how long of a time frame was that?

Keith- My opinion it was 3-5 minutes.

Det. Wilson- 3-5 minutes?

Keith- yah it happened like that (finger snapped) quick. I couldn't figure it out. Why they would do him like that. The boy didn't have no weapon. I know the boy might get wired up sometimes but I never knew of him jerking out no weapons.

Det. Wilson- Do you know of him to do any drugs?

Keith- Now buddy, I'm not for sure but the way he was acting in the middle of that road, he was on something! He was squalling.

Det. Wilson- So, I'm just trying to get it straight now. He jumped up and started hollering.

Keith- Yes

Det. Wilson- Then 3 or 5 minutes later he got shot?

Keith- between 3 and 5 minutes the cop told him twice to settle down. Well, he didn't and the gun went off twice. I watched the boy hit the ground.

Det. Wilson- Did you see him shoot him?

Keith- I seen, the way the lights were sitting toward his car, I seen the guy, I seen the cop, I can't recognize the cop, the way it was it was kind of in a shady spot. But I did hear the gun go off twice. I mean I didn't see him jerk the gun out or nothing. I just heard the gun and seen like the fire things coming out. You know when you pull the trigger.

Det. Wilson- Do you know how they were standing when he shot him? Were they falling down? Were they fighting?

Keith- There wasn't no fighting. I seen the boy, he was in the middle. I seen him plain as day. He was in the road squalling and walking around. That's all he was doing just walking and squalling. The officer was in that dark spot, I couldn't see who he was or nothing like that. All at once the guns went off twice.

Det. Wilson- How many police officers did you see?

Keith- I just seen one.

Det. Wilson- Just seen one?

Keith- That's all I seen at the time. There could've been another one there. A woman was there with us. We were sitting there. My woman got so scared I thought she was gonna pass out. I took her back to my brothers to let her come down.

Det. Wilson- So you were parked how from them when this happened?

Keith- I wasn't probably 10 or 15 feet from them.

Det. Wilson- From here to the wall when he shot him?

Keith- A little farther. Maybe from right here to where your car is sitting. About 10 or 15 feet something like that.

Det. Wilson- That's probably 75 feet.

Keith- I mean I wasn't all that far close in that range. I seen the boy plain as day. My lights were shining right toward him, I didn't see the cop. I did hear the gun go off twice and I seen the boy hit the ground.

Det. Wilson-Was there anybody with him? The boy?

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D   16

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                     Case Number: 10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009

Keith- Now when I met him earlier that night it was him and 2 other boys. When I pulled up I didn't see nobody but him. I didn't see nobody but him sitting in the middle of the road.
Det. Wilson- Okay. I think that's all the questions I have for you right now. Another detective or myself may be in contact with you again to follow up on some stuff. If you have anything, you can call us at the State Police post in Harlan if you have anything to tell us. I appreciate your time and I'll get back with you. Detective Wilson's supplement will be attached to this investigation.

**Detective Wilson's interview with Ricky Hobbs:**

Ricky Hobbs
Ricky Hobbs- Buddy, I had went down to yonder to use the cell phone
Det. Jake Wilson- Hang on. What's your name now?
Ricky- Ricky Hobbs
Det. Wilson- What's your date of birth Ricky?
Ricky- ███
Det. Wilson- What's your social
Ricky-████████
Det. Wilson- What's the address here?
Ricky- I don't know it. I couldn't tell you. It's 19, or 17 or 19 something. It's on that mailbox. The physical 911 address is.
Det. Wilson- 2nd driveway on the left past the church, is that right?
Ricky- yep
Det. Wilson- Alright. Just tell me what you saw or what you came up on
Ricky- I come up right there and that boy was walking with a kid. The vehicle was in the road.
Det. Wilson- Where did you see them walking at?
Ricky- right here at this driveway.
Det. Wilson- Right here close to your house?
Ricky- Yah, I knew he'd been on that meth for 2 or 3 days cause the way he was going on you know! The same old stuff, crazy, and the last 2 or 3 days I seen him at the store.
Det. Wilson- uh huh
Ricky- I pulled up there and stopped where him and that kid was and his grandpa pulled up, behind that vehicle. It was his and it was out of gas. I said, Jesse, I can't haul you and that kid. And he went right on down the road walking. He followed him and I said, wait til I get this truck up in the yard and out of the way.
Det. Wilson- I'll tell you what, let's step out here on the porch. (dog barking inside the house)I can't hardly hear you for that dog.
Ricky- He tried to get him to stop. Called the law and talked to him all the way there. And all he'd do is talk like some kind of craziness. Like (unrecognizable words) or something. Every now and then he'd get mad acting and raise his voice. The only reason I went with him on foot was to follow him because if he was on that meth I was afraid he'd hurt that old man. I followed him plum to there until the law got there. They pulled up, jumped out, tried to get him to come there with that kid and they talked to him. They still talked to him, one got in behind

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                      Violation Code: 03009
him and the other got in front of him and they tried to get that kid.  He was showing them a big
muscle like this and fists.
Det. Wilson- So Jesse was flexing his muscles at them?
Ricky- He already had his fists up like this and had the baby in this arm and that one was
trying to get behind him to get this baby.  When they got ahold of him, he tore loose from
them, went to run, that one hit him and he fell, they got the kid.
Det. Wilson- Was Jesse saying anything to them? Could you hear him saying anything to the
police officers?
Ricky- Yah, they was talking, that's what I was telling you.  He was showing them that big
muscle like, talking about that wrestling deal and this, that and the other and something goofy.
Randomly something goofy.  They got the baby.  That one was wrestling around with him
while they got the baby.  They tried to get him down.  They knocked him, hit him, got him down
and tried to roll over, tasered him and everything.  He laid right there until the rest was up and
came right back up on them and tried to kick that one in the leg and they just couldn't get him
to do what they wanted him to do cause he was on that meth.  That one said, I'll have to shoot
you!  I said, don't kill him, he's on that meth.  I said, don't kill that boy, he's on that meth.  He's
a good boy.  He's just on that meth.  They just wrestled with him.
Det. Wilson- Did it look like he was trying to fight with the police officers?
Ricky- yah he was fighting all the time!  He got up and he got on his feet on them, and he
backed them up the road, he backed that one up the road, he tried to reach and get ahold of
that gun and he said I'll shoot you.
Det. Wilson- Who tried to get ahold of the gun?
Ricky- Jesse
Det. Wilson- Jesse was trying to get ahold of the?
Ricky- Yah. He had the gun out like this, and he was reaching like that, I seen him reach like
that a time or two, and he told him to get down or he'd shoot him.  He shot and I was watching
the gun fire, and he went, OWE, and went down like this and I thought he had shot him in the
knee in the leg.  He came right back up just like that and it was pow.  It was real close
together.  Pow, ahhhh, pow.  Just like that. That was it, he hit the ground, and that was it.


Det. Wilson-So let me recap there a little bit so I'm understanding it right and you can correct
me if I'm wrong.  The way I think you're explaining it to me is, they were fighting, first, when
they got there, they had a little girl with them?
Ricky- Yah
Det. Wilson- He wouldn't give the little girl to the police officers?
Ricky- No
Det. Wilson- So one of them got in front of him and one of them got behind him, they end up
getting the little girl away from him.  Is that right?
Ricky- Yah
Det. Wilson- Then after they got the little girl away from him, that's when he started fighting?
Ricky- Yah, he was already resisting then. Yes
Det. Wilson- Did you hear the police giving him any commands?

| Lt. Randy Surber | 85 | | | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   18

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Ricky-Yah, they were trying to get him to cooperate and there wasn't no cooperating. He was just.

Det. Wilson- What was the police saying to him?

Ricky- They were telling him to lay down, get on his back, on his belly where they could hand cuff him.

Det. Wilson- Did he do any of that?

Ricky- No.  He didn't do no command of them whatsoever.

Det. Wilson- When you said they started fighting did....

Ricky- They was hitting him. They hit him in the head 4 or 5 times, blood was flying, they tried to knock him down. They already tased him then.  They had to tase him to get him down on the ground.  They tased him to get him down on the ground and he still tore that loose from him and wouldn't cooperate. He was down on the ground and they was trying to make him do, turn over, where they could hand cuff him.  They beat him in the head, the back, the ribs, the legs, all over.  He still come up from there, a few minutes, a minute or 2 of rest.

Det. Wilson- At what point were they,  Did you say he was trying to grab their gun?

Ricky- When he had the gun on him on the last, like you know he told him he'd shoot him, he was down on the ground.  He was trying to kick him in the legs just before that.  He said, I'll shoot you.  Turn over.  He would not.  He was laying up on his side like he was going to turn over on his belly, just easing until he rested and he got up.  Got up on the officer.  The officer backed up.  And he backed up from here to there and he was going on (jibberish).

Det. Wilson- What was he trying to do when he got up?  Did you say the police officer was backing up?

Ricky-Yah

Det. Wilson- Why was he backing up?

Ricky- Cause he was up on his feet coming at him like this like I showed you.  Jesse was coming on that officer like this and he had the gun like this.  He had come up, he got up on his feet, he was going all crazy the same way, he done it twice.

Det. Wilson- Was he trying to get the gun from the police officers?

Ricky- That's what he was reaching.  Evidently that's what he was reaching after with his hand like that.  I watched the whole thing.

Det. Wilson- How was the police officer positioned when he shot him?

Ricky- He was just backing up like this.  He said, get down, get down, he kept telling him get down.  Lay down and be hand cuffed.  He wouldn't.  Do nothing they asked him.  He was backing up from him like this after he got and he was going right toward him a reaching.  And he had reached out for the second time and he had got this close to the gun, not real close, but too close.

Det. Wilson- Couple feet?

Ricky- Yah, yah couple feet.

Det. Wilson-Okay.

Ricky- The boy has lost his life on the count of meth.

Det. Wilson- What happened after they shot him?

Ricky-They just called in, he just laid there. They called and said 2 shots had been fired, man down.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Det. Wilson- Did you see one police officer shoot or was there more than one?

Ricky- One police officer is all I seen shoot.

Det. Wilson- Okay

Ricky- Seem to me like it was one officer.  The little bitty officer. He was small. Young.  I told him we could all wrestle him down you know and hand cuff him when that other guy was there to help.  But they didn't.  They wouldn't let us help him.  I knew he had been on that meth.  I knew that boy all my life and he had been on that meth 2 or 3 days.  They're pushing that meth up where I'm getting ready to move back to.  I got to move out of this trailer. It's 400 dollars a month.  I got an old junky trailer sitting up there right close next door to where they deal in that meth.  That's what needs to get stopped them people up there.

Det. Wilson- yah

Ricky- They been caught 2 or 3 times.

Det. Wilson- Do you remember anything else about it?

Ricky- That's mostly about it. It's the truth.  That all happened straight forth from right down there to there.  That's it.

Det. Wilson- Okay

Ricky- That's all I can tell you cause that's all that happened.  There's nothing else to add.

Det. Wilson-Okay.  Ricky, I appreciate it.  Do you have a phone number?

Ricky- I have an old cell phone but I don't know the number to be honest with you.

Det. Wilson- What would be the best way to get up with you if we needed to? Come back here?

Ricky- If you need to get up with me. You come back here, I gotta be out of here within a week. I'll be at Scalf. My PO Box mailing address up there is 55.

Det. Wilson- Where you gonna be living at?

Ricky- I'm going to be living.  You know where D and D grocery is?

Det. Wilson- Yes.

Ricky- Pass D and D grocery up, and you pass them houses on the hill out there and you get around that curve where they worked on the road.  That old green junky looking trailer in the field where its been fresh graded.  I just mowed up there today.

Det. Wilson- Okay

Ricky- I ain't even got it set up or nothing but I have go there and start living.  Staying in it with nothing but I'm going to have to stay there.

Det. Wilson- Okay. Well, we may try to get up with you again if we need anything else. Okay? I appreciate you talking to me.

Ricky- It wasn't that poor old officer's fault.  It was that man's fault.  I hate to say, people may get mad but it's the truth.  If he would've cooperated or they would've let us, I said, hell, I'll get ahold of his legs and stretch him out.  I'll get ahold of this leg and you get ahold of that leg, he can't go nowhere.  We'll stretch him out.

Det. Wilson- Yah

Ricky- If they would've let us help them down him, it might have saved his life.  It's right now, to be honest with you officer, it was 2 more of them young boys in Brown's Branch the other night messed up on that same stuff.  There getting right there at the mouth of Hubbard's

| | | | | |
|---|---|---|---|---|
| Lt. Randy Surber | 85 | | | |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   20

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                         Case Number:  10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009

Branch down under the hill.  Right there at that first place, white house.  That's where their getting it at.  I ain't being no rat but I hate to see this happen to these young people

Det. Wilson- Yah

Ricky- Cause my ex-wife, she got on that here a while back, she stayed there in town and came home about dead.  She took the kids, stole the tv, stole my other vehicle, went right back down there and done the same thing again.

Det. Wilson- Well, Ricky like I said, I appreciate you talking to me and I'll try to get back up with if we need to.  It might be another detective.  If you have anything to tell us, if you forgot anything you can call us

Ricky- That'd be about it cause that's the truth.  That's mostly about what happened.  He would not follow no command or nothing.  They tried everything and he was just too much for those two little guys to handle.  He's a stout guy that guy was.  That's why I went with the old man.  I said, if I don't go with you and he goes off on you on that meth, he'll kill you in a heartbeat.  If he turned around and decided to kill you, he'd kill you.  He got mad a few times, he just didn't turn around.  I tried to talk to him.  He talked the same old craziness, off off off off.  He had been doing that about 3 days.  Today was his 3rd day I know of.

Det. Wilson- Okay.  I'll leave you alone.  I'll let you go back to bed.

Ricky- I thought you were my daughter.  She comes in about 2 o'clock.  Her and her man stays.  They get that car, that old vehicle out of the road out there?

Det. Wilson- I think they're working on it right now.  I think they've got a wrecker coming.

Ricky- I was gonna try to call her in case they come in a little speedy in the morning and hit that thing.

Det. Wilson- they'll have it out here directly.  I'll get out of here and I'll leave you alone. Okay

Ricky- Well, If I can assist you in any other way, just get up with me.

Det. Wilson- Alright.  I appreciate it.

Ricky- I walked from right here to there and I witnessed it and that's what happened.  More less that's what happened.  Just like I told you.  Because I watched it.

Det. Wilson- Okay

Ricky- you know if there were 2 or 3 more there, they may have seen things different. Cause everybody sees stuff from a different angle

Det. Wilson- yep

Ricky- I just got out of the way because I seen what was going to happen.  I know it was going to happen.  He just came up on him.  It wasn't the officer's fault.  Wasn't nothing he could do.  They had already tasered him and he tore the taser wires all to pieces.  He was just on that meth buddy out of his mind now.  You couldn't do nothing with him.

Det. Wilson- yep.  It happens.  Just holler if you need anything okay. Thank you

Ricky- alright. Detective Wilson's supplement will be attached to this investigation.

### Securing Mill's 2002 Ford Explorer

Jessie Mill's 2002 Ford Explorer was located on Moore Creek just below James Helton's residence; this is the location where the baby was taken from. It appeared that the vehicle had run out of gas. The vehicle was sitting in the roadway with the lights on. Rileys Wrecker

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D  21

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                          Case Number:  10-16-0509

Title of Investigation: Death Investigation                        Violation Code: 03009
Service was called to come and get the vehicle at 0300 hours. The vehicle was towed to Post
10 impound lot. Trooper Daniels and Trooper Elliott, both from Hazard Post 13, remained with
the vehicle until it was towed.

**Preparation for Units to leave scene:**

Before we left the scene Detective Johnson and I walked through the scene one last time to
insure that all evidence had been collected. All units left the scene at 0330 hours, Trooper
Sammy Faris handed the crime scene log over to me at this time.

**Packaging of evidence:**

At approximately 0415 hours Detective Johnson, Detective Wilson arrived at the RECC
building in Knox County. While there Detective Johnson completed all KSP 41's and packaged
the evidence.

**Autopsy was performed by Dr. Meridith Frame at 1000 hours:**

On Thursday June 30, 2016 at 1000 hours Detective Johnson and I arrived at the State
Medical Examiners office in Frankfort Kentucky. The autopsy was performed by Doctor
Meridith Frame. While at the autopsy, photographs were taken and evidence was collected.
Items 11, 15-21 were collected during the autopsy.  They were packaged and KSP 41 was
completed for these items. (See Detective Johnson supplement)

**Detective Wilson's Interview with Michael Redman, Knox County EMS, at 1030 hours:**

Det. Jake Wilson- I'm going to get your information first.  Michael Redman, is that right?
Michael Redman- Yes
Det. Wilson- ███████ is that right?
Michael- Yes
Det. Wilson- What's your date of birth?
Michael- ██████
Det. Wilson- and your social?
Michael- ████████
Det. Wilson- Alright, just start from when you got the call, when you got there and what you
did.
Michael- We got the call, we walked out here to the truck, went 10-8, got all our info we
needed, took off, ran lights and sirens, got down there and I jumped out and went to the back
to grab the stretcher and long board.  Paramedic in the other ambulance what I had and went
on.  I started up toward the body and got about 10 or 15 yards away and they said take the
stretcher back and grab the monitor.  So I went back and grabbed the monitor and went up
there and helped the paramedic put the leads on and ran a strip for him.

| Lt. Randy Surber | 85 | | | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D  22

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

Det. Wilson- Was he?  What did the monitors show?
Michael- I'm not able to interpret.
Det. Wilson- Okay.  Is that the paramedic's job I guess?
Michael- Yes. I don't do EKG's
Det. Wilson- What's the address where you live?
Michael- 2793 US25E, Middlesboro, KY 40965
Det. Wilson- Were there a lot of people there when you got there?
Michael- uh, there was, I'm trying to think how many cop cars.  There was a few cop cars there.
Det. Wilson- other than police?
Michael- oh yah, there was, we passed several people sitting in line.
Det. Wilson- What about people standing out next to the, nobody out there? Just Police?
Michael- Nobody out there, just police!
Det. Wilson- What police officers did you see out there?
Michael- I don't know their names.
Det. Wilson- Okay.  Did you speak to any of the deputies or the one that was involved in it?
Michael- Uh yah, both of them, I, the deputy and the uh, what is he called? Constable.  They came to the truck and said they got in a scruffle.  We just kind of looked them over real quick. I noticed the blood on their pants.  They just lifted their pants up and we made sure there wasn't no scratches or open wounds
Det. Wilson- Okay.  Yours sounds pretty simple
Michael- I didn't do much.
Det. Wilson- I gotcha.  Is the paramedic, is that Jesse?
Michael- yes
Det. Wilson- Okay.  I'll wait on him to call me back and I'll talk to him a little also.  That's about all I have for you. If you need anything just holler at us.
Michael- likewise, I'm usually up here every week, every Wednesday and Thursday. If you need me I'll be here Wednesday's and Thursday's.
Det. Wilson- Okay I appreciate it buddy.  You have a good one.
Michael- You to.  Sorry you had to wait.
Det. Wilson- oh that's fine
Michael- I took the opportunity to take a quick shower.
Det. Wilson- No big deal man.
Detective Wilson's supplement will be attached to this investigation.

**Detective Wilson's interview with Steve Owens, Barbourville City Police, 1130 hours:**

Det. Jake Wilson- Detective Jake Wilson with the Kentucky State Police, Post 10 Harlan, June 30th, 1133 hours.  I'm here with Officer Steve Owens with the Barbourville City Police Department.  I'll just let you talk and you can tell me what your involvement was in the incident early this morning or late last night on June 29th through June 30th.
Officer Steve Owens- Last night, June 29th, approximately 4 or 5 minutes before 11.  Dispatch gave us a request for officer assistance call up on KY223 just before Dewitt Bridge.  I initially

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D   23

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                              Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009
headed in that direction.  We had a couple of other officers that were coming on duty at that
point that were several minutes behind me heading in that direction as well.  While I was
enroute at about 25E, and I came off Daniel Boone Dr.  At about the point I reached 25E and
East Barbourville exit, dispatch gave us an update that they believed, and at this point I'll
clarify that I had my radio on scan so I could try to hear any traffic from the deputy.  Dispatch
said they believed that the suspect was restrained at that point.  At about the time I reached
25E and KY1304, I heard the deputy advise that shots had been fired.  Then dispatch updated
us on police channel at about the time I reached the creek mart that shots had been fired.
I was turning off of 25E onto KY223 at which time Trooper Howard turned onto KY223 just in
front of me. Basically tailgated with him up to the scene, arrived at the scene where Deputy
Ashurst and Constable Bolton were in the middle of 223.  Mills, which at this point was
unidentified to me was face down in the roadway near the center line.  Trooper Howard and I
approached, asked the deputy and constable if they were okay, they both advised at that time
that they were.  Asked if the suspect was still breathing.  They advised that he was not at that
point.  I returned back to my vehicle to pull it closer and obtained rubber gloves and placed
lighting on the suspect.  Trooper Howard and I then went to him, rolled him over and checked
him for vitals, attempted to determine if there was any first aid that needed to be given to him.
His eyes were glazed and his pupils were fixed and unresponsive.  Did not appear to feel a
pulse.  He was not breathing.  Had Josh Lawson with the Barbourville Police Department,
arrived shortly after me.  I had him take a pair of gloves and verify that there was no pulse.  He
verified that there wasn't a pulse. At that time, I cleared everybody away, attempted to secure
the scene and establish what was the scene.
I went back to Deputy Ashurst and checked with him again to see if he was okay. He said that
he was.  He and Constable Bolton both were covered in blood.  They asked if I had anything
they could wipe the blood off with.  They got some Clorox wipes from me and were cleaning
the blood off with it.  At that point, I started looking around to see how large the scene was.
And while officers Broughton from the police department and Lawson from the police
department secured each end of the scene.  I started marking where evidence was with
rubber gloves which was all I had in the vehicle.  At that point, EMS arrived shortly thereafter
and began to check on him.  I started taking some initial photographs in case the anything got
disturbed so there was some documentation of at least a relative location of the evidence.
EMS verified that he was in fact deceased.  At that point, SGT. Bunch with the state police
arrived.  I gave him a basic run down of what was going on.  While he was gathering in the
details of what had happened there, I noticed that on the far end of 223 near the bridge, had a
large number of people gathering up.  At that time, I went and spoke with the sheriff who had
arrived as well.  I explained to him that I noticed people were congregating down there and
had EMS to bring a sheet to cover up the body.
I stood by there until Detectives with Kentucky State Police arrived and advised them the
actions that I had taken.  Upon his preparation, I walked Detective Johnson through the scene
to show him the evidence that I seen and showed him how I marked it with rubber gloves.  I
basically stood by for any clarification of actions that we had done or answer any questions of
how we identified or marked anything until which time approximately 10 minutes after 3 or 10
minutes til 3 I left the scene. I believe that covers about everything.

| <u>Lt. Randy Surber</u> | <u>85</u> | _____ | _____ | _____ |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  24

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                              Case Number: 10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009
Detective Jake Wilson- I'll be ending this statement.  It's 1141 hours. Detective Wilson
supplement will be attached to this investigation.

**Contact with the Commonwealth Attorney:**

At 1205 hours on Thursday June 30, 2016 I spoke with the Commonwealth Attorney, Jackie
Steele. I informed Mr. Steele that I would be the case officer of the investigation and would be
presenting this case to the Grand Jury in Knox County as soon as the investigation was
complete. Mr. Steele asked me if there was evidence that an altercation between the subject
and officers had taken place. I advised him that an altercation had definitely taken place
between the three; the officers had used a taser, flashlights and an ASP Baton trying to gain
control of Mills.

**Contact with Jessie Mill's family July 1, 2016:**

On Friday July 1, 2016 at 1043 hours I attempted to make contact with Pearl Gambrel, Jessie
Mills' mother. At this time Pearl was not home but I did speak to her daughter in law, Brittany
Gamble. Brittany stated that Pearl had went to the funeral home to make arrangements for
Jessie. I informed Brittany that I would call back at a later time to see if she had any questions
about the investigation.

After making contact with Brittany Gamble I made several attempts to contact both Deputy
Ashurst and Constable Bolton but was unable to speak to either of them.

**Search of Jessie Mills' 2002 black Ford Explorer:**

On Friday July 1, 2016 at 1300 hours Detective Kevin Miller executed a search warrant on the
vehicle that Mills was driving on the night of June 29, 2016.  The VIN number on the vehicle
was ███████████████████ and the registration plate was ████████. This registration plate
came back to a 1998 white Ford truck registered to Charles Bargo. During the search of the
vehicle I noticed that it did not have a child safety seat in it. During the search of the vehicle I
located a title in the glove compartment, Jessie Mills had never transferred the vehicle from
Rodney Hoskins name but the back of the title had been signed.  Detective Miller collected a
plastic bottle that had been cut in half and submitted it to the lab for analysis. (See Detective
Miller's supplement)

While searching the vehicle Constable Bolton returned my phone call. I advised Bolton that I
needed to set up a date and time to conduct an interview with both him and Deputy Ashurst.
Bolten informed me at this time he does not have anyone to babysit his child and would not be
able to be interviewed until the evenings. I ask Bolton if he would be available Wednesday
July 6, 2016, he replied, "that is fine."

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  25

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                          Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

**Contact with Jessie Mills family:**

On Friday July 1, 2016 at 1333 hours I attempted to contact Pearl Gamble again but she still was not home. At this time I spoke to Brittany Gamble again. I informed Gamble that I was just checking to see if the family had any questions about the investigation. At this time I informed her how the investigation works and it would be presented to the Grand Jury when it was complete. Gamble stated she had spoke to Melinda Smith about the incident, she went on to say Smith had witnessed all the events that took place but nobody had interviewed her. I assured Gamble that we would find all the witnesses and interview all of them. Before hanging up with her I told her if any of the family had any questions about the investigation to let me know and I would be happy to answer them.

**Contact with Detective Cox in reference to interviewing Melinda Smith at 1354 hours:**

After speaking to Gamble I immediately spoke to Detective Joshua Cox 1354 hours, Detective Cox did several of the interviews on the night of this incident and I wanted to see if he had spoke to Melinda Smith. During my conversation with Detective Cox I learned he had interviewed Melinda's husband, Daniel Smith, but was not aware Melinda had witnessed anything. I ask Detective Cox to track down Melinda and get a recorded statement from her.

**Contact with Deputy Ashurst at 1444 hours:**

On July 1 2016 I spoke to Deputy Ashurst about setting up a time to interview him about the events that had taken place on Wednesday June 29, 2016. Deputy Ashurst advised he was available at whatever time was convenient for me. At this time I informed him I had already spoke to Constable Bolton about the interview and we were thinking about Wednesday evening. Deputy Ashurst agreed this time would work for him also. At this time I scheduled Deputy Ashurst to be interviewed at Harlan Post 10 at 1530 hours and Constable Bolton at 1630 hours.

**Contact with Coroner at 1446 hours:**

The family of Jessie Mills had contacted Mike Blevins and asked when they could get Jessie's clothing back. Mr. Blevins ask me about the clothing and I told him we had all of his personal items at Post in evidence and everything would be released back to the family once the case had been closed.

**Detective Cox Interview with Melinda Smith Friday July 1, 2016 at 1702 hours:**

Det. Cox:  Detective Josh Cox with the Kentucky State Police.  The location is the Kentucky Splash Waterpark here in Williamsburg, KY.  I'm speaking with Melinda J. Smith whose date of birth is ▓▓▓▓▓▓▓ Her Social Security Number is ▓▓▓▓▓▓ Her home phone number

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  26

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                          Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009
is ▮▮▮▮▮▮ and her cell phone number i▮▮▮▮▮▮▮.  This is going to be in regards to an
officer involved shooting that occurred on June 30th 2016 in the Dewitt Community of Knox
County.  Alright Melinda don't look at that like a loaded gun pointed at your face or anything.  I
know a lot of people think, but I mean it's just me and you talking.  I understand that you're a
witness to some things and we've kind of spoke briefly about it.  If you can from beginning to
end just tell me what you saw.

Melinda Smith:  As we was coming up 223 before where the crime scene is at, is we
approached through the straight up on KY 223.  We had seen some vehicles that were slowed
down.

Det. Cox:  Who was with you?

Melinda Smith:  My husband Daniel Smith and our three children.

Det. Cox:  Ok.  Y'all were all in the same vehicle.

Melinda Smith:  Yes we were in my car.  It was me and him.  Eight year old, five year old, and
four year old.

Det. Cox:  I thought that you were two cars behind him?

Melinda Smith:  No there was like two vehicles in front of us.

Det. Cox:  Two vehicles in front of you?

Melinda Smith:  Yeah.

Det. Cox:  Ok.

Melinda Smith:  He was in the vehicle with me.  I was driving, he was the passenger, and then
I had my three children in the back.

Det. Cox:  Ok.

Melinda Smith:  As we'd approached, we first thought that somebody had hit a deer with a
vehicle.  And then after we got on up, then we had to come to a stop.  And then we thought it
was drunks out in the middle of the road fighting.  So after we got on up closer, then that's
when I was going to pass them in the other lane and I was going to went on home.  But as I
went to cut out in the other lane, then there was county deputy come behind me, got the blue
lights on.  So I got back over in my lane, so we stayed there.  And come to find out they was
out in the road fighting and then I did not see it, but my husband got out of the car and he said
there was somebody who had kidnapped the child.  So he comes back to the car and we sit in

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   27

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                      Case Number:  10-16-0509

Title of Investigation: Death Investigation                     Violation Code: 03009

the road, you know, just seeing what we could see out the windows.  The only thing I seen I could hear a cop or the constable, not for sure which one, I heard them yelling at Jessie to get down on the ground, get down on the ground.  And at one time I did see Jesse on the ground sort of like on the Yellow line in the middle of the road where they were tasering him.  And then shortly after he was tasered, he was back up, and then just like within a minute to two minutes, I heard the two gunshots.

Det. Cox:  Ok.  Did you see after he got back up, what happened?

Melinda Smith:  I saw him laying on the blacktop dead.  I did see him when he went down on the blacktop.  I saw that part.

Det. Cox:  After he had been shot.

Melinda Smith:  After he had done been shot.

Det. Cox:  Did Daniel stay in the car with you the whole time?

Melinda Smith:  No.  He stayed up there.  He was actually up front and he said he was approximately about twenty feet from Jesse when he was actually shot.  He was up there.

Det. Cox:  So Daniel gets out of the car…

Melinda Smith:  Yeah…

Det. Cox:  Comes back…

Melinda Smith:  Yeah.  Because he said the deputy told him to get back, so he come back and then he sort of ended up going back up there.

Det. Cox:  Walked on up there.

Melinda Smith:  Yeah.  But anyways Daniel had made the statement to me that he tried to holler at Jesse because we knowed who he was to see if he would recognize him.  He said I tried to get him to get down and listen to the cops.  But I don't guess Jesse had recognized him.

Det. Cox:  Did you say that you did hear that police officer telling him to get down on the ground

Melinda Smith:  I did hear that.  I heard them a hollering and a screaming "Get down on the ground.  Get down on the ground."  And I did witness him being tasered out in the road, I seen

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D  28

CONTINUATION PAGE SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                          Case Number:  10-16-0509

Title of Investigation: Death Investigation                     Violation Code: 03009

that part.  But now as far as who shot him, who the trigger was pulled, I didn't because after he was tasered maybe within a minute to two minutes at the longest I heard the two gunshots.

Det. Cox:  Alright.  Did you speak with the family of Jesse?

Melinda Smith:  No.

Det. Cox:  You've not talked to them?

Melinda Smith:  No.  After Jesse was dead I had called my mom because we knew his oldest sister.  And I told my mom, I said you need to get up with Shell and Steve.  I said you might need to go over there, but I said Jesse is dead.  I'm looking at his dead body here on the road.  So she had contacted his sister, but she didn't tell the sister.  She told the sister's husband.  She told him on the phone that he could tell his wife, but I said it's confirmed I said it is Jesse.

Det. Cox:  So you didn't talk to anybody from Jesse's family and told them that you saw everything….

Melinda Smith:  No because I know some of his family like one of his aunts made the statement yesterday "He was down on his knees, they shot him in the back."  And I said I never did see him on his knees.  The only time I seen him was when he was being tasered on the blacktop.  But as far as me seeing them shoot him, I can't tell you which one shot him.  But I seen him when he went down, when he was on the blacktop.  I can't say if the deputy shot him or the constable shot him.  But my husband was up there, up front and you know he told which one shot him.  But as far as him talking.

Det. Cox:  He was closer.

Melinda Smith:  Yeah.  He was closer by than I was.

Det. Cox:  We had just got information, the reason I'm talking to you because I didn't know that you had seen anything at all.  The reason we found out about you was because is when I spoke with Daniel, I don't know I'll have to go back and listen to our interview that we spoke, I don't remember him actually mentioning you actually seeing anything.  I talked to him today and he thought that you didn't see anything.  The family of Jesse spoke with us and they said that you called them and told them that you saw the whole thing and you watched it until you couldn't watch it…

Melinda Smith:  No.  I told them that Daniel was up there.  I mean Daniel he told me "I was about maybe twenty feet away from Jesse.

Det. Cox:  Who did you tell that?

| Lt. Randy Surber | 85 | | | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D   29

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>

Case Number: 10-16-0509

Title of Investigation: Death Investigation

Violation Code: 03009

Melinda Smith:  I had told his sister in law Brittany.  I think she might be married to Lonnie Gambrel.

Det. Cox:  Who's sister in Law?

Melinda Smith:  Jesse's sister in law.  It's his brother's wife.

Det. Cox:  Oh.  I thought you told me thought that you hadn't talked to them.

Melinda Smith:  As far as that…As far as me telling that I seen which one shot him.  I didn't.  Because at first they was hollering Reed Murphy shot him.  And I'm like Reed Murphy whatn't even nowhere about the scene.  But as far as me telling I know which one shot him, I told them I couldn't.  Because I mean I did see them taser him.  But as far as being up there because there was a vehicle in front.  As far as me seeing which one shot him, I can't say which one shot him.  I did hear one of the cops I don't know which one, that was a doing the

hollering at him  "Get down on the ground, Get down on the ground!"  I did hear that much.  That was shortly I guess before they had tasered him.  And like as soon as he got done being tasered I don't know what took place after that but it's like within maybe a minute, then I heard the two little gunshots.

Det. Cox:  I thought you said earlier though, I thought you said earlier that you hadn't contacted Daniel family.

Melinda Smith:  Nah.  I had talked to Brittany, but as far as me telling I seen which one shot him, I didn't.

Det. Cox:  Ok.  Alright then.  Good deal.  Anything else you can think of?

Melinda Smith:  I had talked to one of the State Police's.  Will this be released?

Det. Cox:  Yeah this on recording.  I don't know if it will be released to the family, but it will be played for a grand jury and everything.

Melinda Smith:  (Mutters something inaudible.)  I talked to a State Police about he was supposedly on Flakka earlier that day, the country store.  But as far as that, that's all I know.  Until we come up behind you know the vehicles that's stopped in the middle of the road and when he was walking up the road, I guess supposedly had the girl, packing her ever how he had the little girl, but then when we come up behind it and I told Daniel I'm like well there's a bunch of drunks out in the road fighting, well when they clear out the other lane, I'm going to pass and go on by.  When I went to swerve over, then that's when the county cop car came up behind me and turned the blue lights on so I had to get back over out of his way.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509  -____

D  30

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                                Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009
Det. Cox:  Ok.  Anything else you can think of?

Melinda Smith:  No.  As far as seeing who pulled the trigger, I didn't.  I mean I did see him there on the ground afterwards, I did hear the two gunshots, but I did see him being tasered.  I did see that much because I had my head stuck out the window.

Det. Cox:  Did you see anything else besides him being tased?

Melinda Smith:  No.  That's pretty much it.

Det. Cox:  This concludes this statement it's 1721hrs on July 1st 2016.

Melinda Smith also provided me with the name of another female named Becky Harmon who was standing next to Melinda's vehicle at the time of this incident.  I've attempted to have KSP Post 10 dispatch locate an address, however no address can be found for her.  Melinda Smith contacted me and stated that she had give my contact information to Becky Harmon so that she could contact me.  I have not spoken with Becky Harmon as of yet.

At the beginning of this statement an error was made in regards to the actual date this incident occurred.  The incident occurred on June 29th 2016.

**Contact with Detective Cox at 1742 hours:**

Detective Cox contacted me and told me he had located Melinda Smith at a water park in Williamsburg. After making contact with Smith, Detective Cox stated he obtained a recorded statement from her. Detective Cox supplement will be attached to this investigation.

**Saturday July 2, 2016 at 1136 hours I downloaded Deputy Ashurst taser:**

On Saturday July 2, 2016 I attempted to download Deputy Ashurst taser at Post 10. Once I connected the taser to the computer I discovered that it hadn't been downloaded since 2005. If you do not connect a taser to a computer it will loose track of dates and time. That was the case with this taser, the dates and times were not accurate. After determining this I contacted Deputy Ashurst and ask him the last time it had been downloaded. Deputy Ashurst informed me he has had the taser for over one year and it had never been downloaded.  Sergeant Jay Perkins also attempted to download the taser. The firing sequences from the taser will be attached to this investigation. Sergeant Perkin's supplement will be attached to this investigation.

| Lt. Randy Surber | 85 | | | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509  -____

D  31

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                                    Case Number: 10-16-0509

Title of Investigation: Death Investigation                        Violation Code: 03009

**Contact with Lonnie Gambrel Wednesday July 6, 2016 at 1326 hours:**

On July 6, 2016 at 1326 hours I spoke to Lonnie Gambrel, Jessie Mills' brother. Mr. Gambrel wanted to know if we had interviewed two subjects that had witnessed his brother being shot. The two people he ask about was Ricky Hobbs, sungranny, and Daniel Smith. I informed Gambrel we had interviewed both these subjects and obtained a recorded statement from each of them. I also spoke to Gambrel about meeting the family and releasing Jessie's vehicle to them. I told Gambrel I would contact him in a few days and they could come to post to pick up the vehicle and I would try to answer any questions they had about the investigation.

**Interview with John Michael Ashurst on Wednesday July 6, 2016 at 1603 hours:**

On Wednesday, July 6, 2016 at approximately 1603 hours, Sergeant Jason Joseph and I interviewed Deputy Ashurst at Post 10 Harlan.  The interview was recorded on a digital recorder. A copy of the interview is attached to this supplement.  The interview began at 1603 hours.

Deputy Ashurst was born April 20, 1986. Deputy Ashust was hired with the Danville Police Department in December 2010. While employed with Danville he attended the DOCJT academy in January 2011. Deputy Ashurst graduated the academy on May 20, 2011, class 423. In 2012 Deputy Ashurst left Danville Police Department and began working with Harlan City Police. He continued to work for Harlan for six months. After leaving Harlan Police Department he began to work for the Laurel County Sheriffs Department. He continued to work with the Laurel County Sheriffs Office until 2015. After leaving the Laurel County Sheriffs Office he began working at Knox County Sheriffs Department. Deputy Ashurst is still employed with the Knox County Sheriffs Department.

Deputy Ashurst regular days off are Friday and Saturday. On Tuesday June 28, 2016 he came out to work at 2200 hours and got off duty at 0600 hours on Wednesday morning. After getting off work Wednesday morning he went home and went to bed. Deputy Ashurst began his shift on Wednesday at 2200 hours. At this time he was driving a 2012 marked slick top Dodge Charger. At this time Deputy Ashurst was wearing green tru-spec BDU pants, nylon duty gear, black over vest that said sheriff on the front/back and a Knox County Sheriff Department hat. After coming out to work Deputy Ashurst picked Constable Brandon Bolton up at his residence. He went on to say that this is normal practice; Constable Bolton usually patrols with him three to four nights a week. This complaint was his first complaint of the night. Knox County 911 dispatched him to a complaint at 3582 Moore Creek road. They advised him a male subject, later turning out to be Jessie Mills, came to a residence and took a child that the grandparents had full custody of. The dispatcher went on to tell him Mills left the residence on foot packing the child. The dispatcher informed Deputy Ashurst Mills was the father of the child but did not have custody of it. Deputy Ashurst stated as he was leaving Corbin the dispatcher advised him Mills was packing the child up HWY 223 towards KY 718. As Deputy Ashurst

| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |
|---|---|---|---|---|
| Lt. Randy Surber | 85 | | | |

10-16-0509  -____

D 32

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                               Case Number:  10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009

drove up HWY 223 he saw traffic was stopped and noticed a male subject waving a flashlight back and forth, directing traffic. As he went around the male subject with the flashlight he immediately saw the male subject that he had the complaint on. He stated Mills was walking in the middle of the roadway, packing the child in his left arm, he was waving his right fist up in the air, swinging it in circles and he was shouting. At this time Deputy Ashurst stated he saw three male subjects out of their vehicles. Before Deputy Ashurst exited his cruiser he turned on all his emergency equipment (turned his lights on) and parked his car to block the roadway. After exiting his vehicle Deputy Ashurst told Constable Bolton to let him make first contact with Mills. As Deputy Ashurst approached Mills he began to give him commands to stop, Sheriffs Department, and let me speak to you. At this time Mills continued to keep walking away, disobeying all of Deputy Ashurst commands. As he continued to walk away he was still swinging his fist carrying the small child. At this time Deputy Ashurst jogged up to the subject and tapped him on the shoulder and said, "hey stop let's talk about this'. After doing this Mills turned around and faced Deputy Ashurst. After looking at Mills Deputy Ashurst immediately noticed his pupil were dilated. Deputy Ashurst stated at this time the baby was hysterical and Mills was giving him a 1000 yard stare, looking straight through him. Deputy Ashurst gave him several commands to release the child. While giving him commands Mills screamed out, "this baby has my blood I wont turn her over you will have to beat me in the face with that flashlight but I wont release her." At this time Deputy Ashurst reached his arms out and said just let me have her. After reaching for the baby Mills attempted to hit Deputy Ashurst with his right hand, Deputy Ashurst dodged the punch and Mills began to run straight down the middle of the roadway. After the Mills began to run Deputy Ashurst stated he made the decision to deploy his taser. The taser struck Mills in the back. Mills was approximately six to eight feet away from him at this time. After deploying the taser Mills feel to the ground. Deputy Ashurst stated based on his experience using the taser if was effective at this time. During the first taser cycle (five seconds) Deputy Ashurst continued to give Mills commands to put his hands behind his back. After the cycle ended the subject immediately became combative, rolls over on his back, begins to kick, and swinging his arms. Deputy Ashurst stated he couldn't get close enough to go hands on with Mills because he was kicking him.  At this time Deputy Ashurst tased Mills again but this time it was ineffective and Mills continued to fight through it. After this Constable Brandon Bolton attempts to go hands on with Mills but Mills continued to swing and punch towards the Bolton. Deputy Ashurst states he had his taser in his right hand and issued flashlight in his left hand, as Mills tried to punch the Constable he hit Mills in left upper shoulder and neck area. After striking Mills Deputy Ashurst gave him strong verbal commands to stop fighting, stop resisting and put your hands behind you back; Mills continued to disobey all these commands. After getting struck with the flashlight Mills grabbed Constable Bolton around both legs and attempts to pull him to the ground. At this time the Constable started screaming he's biting me, he's biting me. Deputy Ashurst stated at this time he attempted to give Mills another cycle of the taser but it was still ineffective, he went on to say that one of the leads must have been broke. After realizing the taser was not working Deputy Ashurst begin to hit Mills in his back area with his flashlight, Deputy Ashurst stated Mills had his head pushed up against the Constable legs at this time. Deputy Ashurst stated the Constable was also striking Mills and giving him commands to let loose of him at this time. After not being able to

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 33

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                        Violation Code: 03009

gain compliance with the flashlight strikes Deputy Ashurst drive stuns Mills with the taser. Immediately after the drive stun Mills turns loose of the Constable and knocks the taser out of Deputy Ashurst hand. During this altercation Deputy Ashurst states he informed the dispatcher that he needed assistance that the male subject was actively fighting. After the taser was knocked out of Deputy Ashurst hand he continued to strike Mills with his flashlight and give him verbal commands to stop fighting.  Deputy Ashurst stated Mills continued to kick at him when he tried to get in close to him. Deputy Ashurst stated Mills grabbed his left leg while he was striking him with his light. After Mills grabbed hold of Deputy Ashurst leg he began to try to pull him down on top of him. Deputy Ashurst struck Mills several times in the face with his right knee but Mills would not let loose of him. While Deputy Ashurst hit Mills with knee strikes he continued to give him the following commands; let loose of me, stop fighting me, and release me. At this time Constable Bolton picked up Deputy Ashurst taser and drive stunned Mills in the back of the neck. At this time Mills turned loose of Deputy Ashurst. Deputy Ashurst states t during the altercation he dropped is flashlight, after dropping his flashlight he transitioned to his ASP baton. After retrieving his ASP Deputy Ashurst began to strike Mills in his leg (common peroneal area) and continued to give him loud verbal commands. Deputy Ashurst states nothing he was doing at this was working and Mills continued to fight. During the altercation Deputy Ashurst states he could hear the witnesses screaming, "just listen to the Deputy, stop fighting, just listen to what he is saying". Deputy Ashurst stated the witnesses were within 10 to 15 feet. Deputy Ashurst stated while he was striking Mills with his baton he said, "if you all don't stop hitting me I'm going to hurt you when I get up".  After several strikes with his ASP Deputy Ashurst began to get winded and he transitioned to his firearm. After this transition Deputy Ashurst stated Mills was staring straight through him; thousand yard stare. While at gun point Deputy Ashurst gave Mills several commands to stop fighting, for him to get on his stomach, quit resisting and put your hands behind you back. At this time the witness are also screaming just listen to the Deputy. Deputy Ashurst states at this point he decides to go hands on with him one more time and re-holstered his weapon. I ask Deputy Ashurst what made him make that decision and he replied, "at this point I did not want to use deadly force, I wanted to go through my use of force continuum and I wanted to attempt one more time to get this subject restrained". While Deputy Ashurst gave Mills commands at gun point Constable Bolton gave him back his flashlight. After Deputy Ashurst holstered his weapon he and Constable Bolton began to strike Mills with his flashlight again. At this time Deputy Ashurst stated that the more they hit Mills the more aggressive he became, he used the phrase, "fueling the fire". Deputy Ashurst stated he remembered striking Mills with his flashlight and it was like Mills jumped straight up on his feet. At this time Mills had his left fist clinched as tight as he could and had his right fist in the air swinging it in a circle. At this time Mills had his head in a downward position, like he was getting ready to charge at Deputy Ashurst. At this time Deputy Ashurst gets his weapon out and begins to give Mills strong verbal commands; stop coming toward me, get on the ground, I will shoot you, and get on the ground now. At this time Mills began to come towards Deputy Ashurst. I ask Deputy Ashurst if he felt threatened at this time, he replied, "after this altercation had lasted the time it had lasted and this subject was feeling no pain, I had used every intermediate weapon that I was trained to use, at this point I was in fear for my life that if he got me on the ground he would seriously hurt me or kill me".

| Lt. Randy Surber | 85 | | | | |
|---|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | | Date | Reviewed By |

D 34

CONTINUATION PAGE - SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

After Deputy Ashurst gave him three strong verbal commands he continued to come towards him, at this time he was four to five feet from Deputy Ashurst. At this time Deputy Ashurst fired two rounds from his weapon. After firing the shots the subject fell face first to the ground. Deputy Ashurst states after firing the shots he immediately got on the radio to advise dispatch that he had been involved in a shooting and to send EMS. After Deputy Ashurst fired the shots Constable Bolton ran to the witnesses and checked them to make sure they were not injured. Deputy Ashurst stated the first people to arrive on scene were three Barbourville City Police units. Deputy Ashurst went on to say a Trooper arrived right behind the City Police Officers. After other units arrived on scene EMS cleaned the blood off of both Deputy Ashurst and Constable Bolton. Both units had blood on their clothing so EMS put tape over top of the blood. While Deputy Ashurst was in the back of the ambulance Sergeant Carl Frith took his duty weapon from him. After Sergeant Frith took the duty weapon he secured it in the back of his trunk. Before the interview ended Deputy Ashurst he had replayed this scenario in his head numerous times and based on his training and qualifications that he has, there was no other outcome for this scenario to end. Deputy Ashurst stated that during the five minute altercation Mills never complied with anything they ask him to do. Deputy Ashurst stated he had fired his duty weapon one other time in the line of duty while he worked for the Laurel County Sheriffs department. Deputy Ashurst stated a subject in a stolen police car attempted to run over him in this incident. Deputy Ashurst stated his duty weapon is a glock 22 40 caliber. Deputy Ashurst states when he carries this weapon he keeps one round in the chamber and 15 rounds in the magazine. He stated he qualified with this weapon in April of 2016 at DOCJT while attending firearms instructor school.

This interview ended at 1630 hours. This is a summary of the interview, the complete interview will be attached to this investigation.


<u>Interview with Brandon Arnold Bolton on Wednesday July 6, 2016 at 1715 hours:</u>

On Wednesday, July 6, 2016 at approximately 1715 hours, Sergeant Jason Joseph and I interviewed Constable Brandon Bolton at Post 10 Harlan. The interview was recorded on a digital recorder. A copy of the interview is attached to this investigation. The interview began at 1715 hours.

Constable Bolton was born ██████████████. He was appointed Constable on July 20, 2015 after his father resigned from the position. In November 2015 he was elected as Constable. Constable Bolton has no military or law enforcement experience prior to being appointed as Constable.

Constable Bolton states as an elected official he works seven days a week but because of other employment he is limited to working Monday through Thursday as a Constable. On Tuesday June 28, 2016 Constable Bolton worked from 2200 hours until 0600 hours with Deputy Ashurst. On Wednesday June 29, 2016 at 2200 hours Constable Bolton worked again

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 35

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009

with Deputy Ashurst. At this time Constable Bolton was wearing a 5.11 polo shirt, tactical pants, and a duty belt. Deputy Ashurst picked Constable Bolton up at his residence at approximately 2205 hours. Constable Bolton states the first complaint they got that evening was a custody dispute, the caller stated a child had been taken from their home and the male subject was carrying the child down the road. He states when they received this call the dispatcher gave them the male subjects name but it is was incorrect information. As they responded to this complaint the dispatcher informed them the male subject had made it to Escoes market. Constable Bolton stated as they continued up KY 223 they saw a vehicle stopped in the roadway with a male subject shinning a flashlight, directing traffic. As they drove around the vehicle they could see a man, later turning out to be Jessie Mills, walking in the middle of the roadway packing a child. At this time Constable Bolton states Mills had his fist clinched, moving in it in a circular motion, and screaming. As they approached Mills Deputy Ashurst positioned himself in front of Mills and Constable Bolton remained behind Mills. After making contact with Mills both officers begin to ask him to please put the child down because she was scared. Constable Bolton states at this time the baby was screaming and crying. Mills replied to them that the child had his blood and the only way he would turn loose of it is if they beat him in the face with their flashlights. Immediately after saying this Mills clinched his fist and swung at Deputy Ashurst's face. After doing this Mills attempted to run down the road. Constable Bolton stated as he was chasing him he heard Deputy Ashurt say, "taser, taser, taser". Constable Bolton states Deputy Ashurst successfully deployed his taser striking Mills in his back. After the taser deployment Mills fell to the ground and dropped the baby. Constable Bolton grabs the baby at this time and takes her to her grandfather, James Helton. After giving the child to Helton Constable Bolton states Deputy Ashurst was still cycling the taser on Mills trying to get him to comply. At this time Mills was trying to punch and kick Deputy Ashurst. Constable Bolton states he attempts to go hands on with the subject but Mills rolls over, grabs his left leg, and bites the top portion of his boot and leg. The boot kept Mills from getting a full bite on his leg. At this time Constable Bolton states he had several things running through his mind; he was scared and feared for his life. Constable Bolton struck Mills several times with a flashlight at this time. While striking Mills with the flashlight Constable Bolton gave his several commands to stop biting him and stop resisting. Constable Bolton states Mr. Ashurst was also giving Mills commands at this time. Constable Bolton states Mr. Ashurst stuck his stun gun to Mills' neck or back, after doing this Mills leg go of him. After he tuned loose of Constable Bolton's leg Mills continued to hit and kick them. During this struggle Mills knocked Deputy Ashurst taser out of his hand and it fell to the ground. After knocking the taser out of Deputy Ashurst hand Mills rolled over and grabbed hold of Deputy Ashurst leg and attempted to pull him to the ground. Constable Bolton states at this time he continued to strike him with his flashlight but it had no effect at all on Mills. At this time Constable Bolton picks up the taser and sticks it to the back of Mills' neck and drive stunned him. After doing this Mills lets go of Deputy Ashurst. During the struggle Deputy Ashurst dropped his flashlight and began to strike Mills with his ASP baton. At this time Constable Bolton also tries to gain compliance by striking Mills with his ASP. Constable Bolton states he struck Mills in his arms, legs, and gave him commands to please stop resisting and roll over put your hands behind your back. At this time Constable Bolton states Mills was disregarding everything they were saying and doing.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 36

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                   Case Number:  10-16-0509

Title of Investigation: Death Investigation                 Violation Code: 03009

Constable Bolton states at this time Deputy Ashurst steps back and draws his duty weapon. After getting his weapon out Deputy Ashurst gave Mills commands to roll over and stop resisting. Deputy Ashurst re-holsters his duty weapon and both of them go back in and attempt to handcuff Mills again. At this time Mills began to kick and punch again. Constable Bolton states at this time they immediately begin to strike him with their flashlights and give him commands. At this time Mills' says, "if you all keep hitting me when I get up from here I am going to hurt you all!" Constable Bolton states at this time he was winded and exhausted. Constable Bolton stated he had been fighting four or five minutes and Mills was not showing any kind of fatigue at all. Constable Bolton went on to say it was like Mills go stronger and we got weaker. Constable Bolton states at this time Mills got straight up on his feet, he described it as if someone reached down and picked him up. After Mills got to his feet Deputy Ashurst got his duty weapon out and gave the following commands; stop, don't move, get down, put your hands behind your back, stop, don't move. At this time Mills had his fist clinched and moving them in a circular motion. At this time Mills began to ease towards Deputy Ashurst, Constable Bolton states Deputy Ashurst told Mills over and over stop I will shoot you. At this time the subject takes off towards Deputy Ashurst at a full sprint. Constable Bolton states Mills was approximately five feet from Deputy Ashurst when he fired two rounds. After firing the rounds Mills immediately fell to the ground. At this point Constable Bolton goes to check on the family members and the little girl. Constable Bolton states at this time there was two other males beside the grandfather and a girl standing outside her vehicle.

Constable Bolton states that he heard Deputy Ashurst ask the dispatcher for assistance all throughout the fight. He also states that immediately after firing the shots Deputy Ashurst advised the dispatcher to send EMS and backup. Constable Bolton states shortly after shots were fired Barbourville City Police arrived on scene. Constable Bolton states he had blood from his shoulders to his wrist and EMS cleaned him up to make sure he did not have any cuts, scrapes or bites. Constable Bolton states he does not feel like they could have done anything else to change the outcome of this incident. He goes on to say everything we tried did not work, Mills would not comply with them at all. Constable Bolton states at all time Mills was fighting us in aims to hurt us, very strong emotions to hurt us. Constable Bolton states he had never dealt with Mills prior to this incident.

The interview ended at 1742 hours, this is a summary of the interview a copy will be attached to this investigation.

**Contact with Lonnie Gambrel Thursday July 7, 2016 at 1135 hours:**

On July 7, 2016 I spoke to Lonnie Gambrel about releasing some evidence to him. After speaking to Gambrel for a few minutes we decided on the next day, Friday July 8, 2016 at

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509   -____

D 37

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                        Case Number:  10-16-0509

Title of Investigation: Death Investigation                Violation Code: 03009
1230 hours. While I spoke to Gambrel I told him we had a small Post and if he wanted to he could bring his mother and sister but we couldn't accommodate anyone else.


**Meeting with the Jessie Mills family Friday July 8, 2016 at 1234 hours:**

On Friday July 8, 2016 Captain Burnett and I met with Jessie Mills family; Michelle Brown, sister, Susie Pearl Gambrel, mother, and Lonnie Gambrel, brother. Before we sat down to speak with the family I released Jessie Mills' Ford Explorer and key/keychain to Jays Auto at 1222 hours, a KSP 41 was signed at this time. After releasing the vehicle we met with the family in my office. Before we spoke to the family I released the following items to them; green/black cigarette lighter (Item 3), ginseng, and a pop lid (these items were recovered at the autopsy and came from inside Jessie Mills pocket). The KSP 41 for the lighter was signed by Lonnie Gambrel at 1234 hours and the KSP 41 for the pop lid/ginseng was signed by Lonnie Gambrel at 1235 hours.

After releasing the evidence back to the family I explained to them that after I finished my investigation the case would be presented to the Grand Jury in Knox County. The family asked me again if I had spoke to all the witnesses and I assured them we had spoke to them and obtained a recorded statement from each of them. During our conversation Susie Gambrel ask me how she could get a copy of my investigation, at this time I explained the process of an open records request and told her she would be able to do this once my case was closed.

During our conversation with the family they told us how Jessie wanted to see his kids but James and Geneva Helton would never agree to let him take the kids anywhere or see them on holidays. They expressed they didn't think it was fair that he never got to see them on father's day or Christmas. They stated they felt he was killed just because he wanted to spend time with his children.

As I continued to speak with the family I discussed Jessie's drug problem with them. They stated that Jessie usually only took suboxone and was not violent when he took this drug but in the past few days Jessie had been using meth. Jessie's sister stated Roselene Jones, Jessie's girlfriend, told her Jessie had been using meth that had been cut with bath salts, at one point Michelle went on to say the past few days she had been scared to go around him. Jessie's mother, Susie, stated she had went to see Jessie the day before the incident and he was laying in bed watching television and stated he had a strange look in his eyes and didn't talk much.

During our conversation they informed me that someone had told them Deputy Ashurst and Jessie had got into an altercation at a mad clown party in the past. At this time I explained to

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 38

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                      Case Number:  10-16-0509

Title of Investigation: Death Investigation                    Violation Code: 03009
them that I had ask both of them if they knew who Jessie Mills was prior to this night and both
of them stated, "no". At this time Jessie's sister, Michelle, stated that was a lie because
Constable Bolton went to school with Jessie. Before the family left they ask if I would call them
and let them know what kind of drugs Jessie had in his system when I found out, I told them
that as soon as the toxicology report came back I would let them know.

After I finished speaking to the family I contacted both Deputy Ashurst and Constable Bolton
and ask them again if they knew Jessie Mills prior to this night. Deputy Ashurst stated that he
had never been to a party that Mills was at and had never got into an altercation at a party with
anyone. Constable Bolton stated that if he went to school with Jessie he did not remember it.

**Friday July 15, 2016 at 0830 hours I received Detective Wilson's supplements and Knox**
**911 CD:**

After reviewing the Knox County 911 CAD detail and listening to the radio traffic from Knox
County 911 I was able to determine Geneva Helton was the first call on this incident, this call
came in at 2150 hours on Wednesday June 29, 2016. After receiving the call Knox County
911 transferred the call to Post 10 Harlan. On this night Post 10 had one Trooper, Trooper
Sammy Faris, working Knox County. Trooper Faris had just executed a traffic stop and
arrested three people when this call was transferred to Post, at this time the call was sent back
to Knox County 911. After Knox County 911 received the call back they dispatched Deputy
Ashurst to the complaint. After receiving the initial call Knox County 911 received six other
calls on this incident.

Deputy Ashurst was dispatched to this complaint at 2249 hours and arrived at the scene at
2257 hours. Barbourville PD was dispatched to assist at 2259 hours. At 2259 hours the
dispatcher thought Deputy Ashurst radioed in the male subject had been restrained but this
was incorrect, Deputy Ashurst stated the beginning of his radio transmission was cut off,
Deputy Ashurst stated he told them he could not get the male restrained.  At 2303 hours
Deputy Ashurst advised the dispatcher that shots had been fired and the suspect is down.
Barbourville Police Department, Steve Owens, arrived on scene at 2306 hours and at 2308
hours Officer Owens informed dispatch that the subject was no longer breathing. EMS arrived
on scene at 2313 hours. The coroner was notified at 2336 hours and he arrived on scene at
0057 hours. The coroner left with Jessie Mills body at 0351 hours. A copy of Knox County 911
CAD and Knox County 911 radio traffic will be attached to this investigation.

**Conversation with Michelle Brown on Thursday July 21, 2016 at 1444 hours:**

On Wednesday July 21 , 2016 I received a message from Harlan Post 10 to contact Michelle
Brown in reference to the Jessie Mills investigation. As I spoke to Michelle she wanted to know
if the constable and Deputy were back to work yet. I informed her that I was not aware if they
were working yet or not but Kentucky State Police standard practice was the involved officer

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D39

CONTINUATION PAGES SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP1000</u>                                     Case Number:  10-16-0509

Title of Investigation: Death Investigation                  Violation Code: 03009

would be put off work on administrative leave for two weeks. I told her to contact the Sheriff or the County Judge to determine if they were working or not.

**Contact with Coroner Mike Blevins on Thursday July 28, 2016 at 1033 hours:**

On Thursday July 28, 2016 I spoke to the Mike Blevins about Jessie Mills' toxicology report. Mr. Blevins stated that he would check on the report and if it was ready he would fax a copy of it to me. The report was faxed to Post at 1955 hours on Thursday July 28 but I didn't receive it until the following morning Friday July 29, 2016 at 0845 hours.

After reviewing the toxicology report I was able to confirm that Jessie Mills had the following drugs in his system; methamphetamine, benzodiazepine, buphenorphine, and THC. A copy of this lab work will be attached to this investigation.

**Conversation with Geneva Helton Firday July 29, 2016 at 0928 hours:**

On Friday July 29, 2016 I spoke to Geneva Helton via telephone about the incident that took place on June 29, 2016. Geneva was the first caller on this incident. She stated Jessie came to their house and told the kids he was taking them with him but the two oldest kids did not want to go with him. While he was in the house the smallest child came into the living room, he grabbed her and went out the door with her. Geneva stated her husband James Helton tried to stop him but was unable to do so. She went on to say Jessie almost ran over him as he left the driveway. Geneva stated Jessie would stop by to visit the kids but he would never attempt to take them in the past.

**Conversation with Kash Stillz on Friday July 29, 2016 at 1302 hours:**

On Friday July 29, 2016 at 1223 hours I received a message from Harlan Post 10 to contact Kash Stillz in reference to the Jessie Mills investigation.  I spoke to Mr. Stillz at 1302 hours on Friday. After making contact with Mr. Stillz he ask when the investigation would be closed so he could get a copy, I  informed him as soon as the case was presented to the grand jury the case would be closed and he could file an open records request. I went on to explain to Mr. Stillz that I had been waiting on the autopsy report and the toxicology report but I had just received the toxicology this morning. At this time Mr. Stillz ask if Mills had any drugs in his system, I informed what drugs was in Jessie's body.

**Conversation with Michelle Brown on Friday July 29, 2016 at 1306 hours:**

On Friday July 29, 2016 I spoke to Michelle Brown about her brother's toxicology report. I told her the following drugs were detected in his body; methamphetamine, benzodiazepine, buphenorphine, and THC.  After telling Michelle this information she ask me if bath salts showed up also, I informed her the lab did not have any way to detect synthetic drugs.

| Lt. Randy Surber | 85 | | | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D40

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                    Case Number:  10-16-0509

Title of Investigation: Death Investigation              Violation Code: 03009

**Monday August 1, 2016**

Captain Everett Johnson brought a copy of Knox County Sheriff Departments' response to
resistance policy to post. This Policy will be attached to this investigation.

**Contact with AIT Laboratories Friday August 5, 2016:**

On Friday August 5, 2016 at 1447 hours I spoke to Dr. George Behonick at AIT Laboratories.
During our conversation I ask Dr. Behonick if the toxicology they performed on Jessie Mills
would detect synthetic drugs. Dr. Behonick explained to me bath salts would have shown up
on the test panel but the drug flakka would not, he went on to say they could detect this drug
but the blood would have to be tested again. Dr. Behonick informed me the Medical Examiner
would have to order this test and the test code to ask for was 13610.

**Contact with Medical Examiner, Meredith Frame, Friday August 5, 2016:**

On Friday August 5, 2016 at 1508 hours I spoke to Meredith Frame about getting Jessie Mill's
blood tested for the drug flakka. Meredith advised me she would contact AIT Laboratories and
put the order in. Meredith also stated at this time the autopsy on Jessie Mills was not
complete.

**Contact with Knox Sheriff Department Chief, Everett Johnson, Wednesday August 10,
2016:**

On Wednesday August 10, 2016 at 1329 hours I spoke to Everett Johnson about this
investigation. Johnson asked me if I had a date to present this investigation to the grand jury
yet. I explained to Johnson my power point was ready but I needed to discuss this case with
the Commonwealth Attorney, Jackie Steele, before scheduling a date. At this time I explained
to Johnson the medical examiner had ordered another test on Jessie Mills' blood to determine
if he was using the drug flakka. I went on to explain to him if the blood was tested again the
results wouldn't come back for approximately two weeks. I advised Johnson as soon as I had
a date scheduled I would contact him and let him know.

**Contact with Jackie Steele, Wednesday August 10, 2016 :**

On Wednesday August 10, 2016 at 1426 hours I spoke to Jackie Steele about this
investigation. I asked Mr. Steele if we needed to wait for Jessie Mills lab work to come back
before this case was presented. Mr. Steele informed me that we didn't necessarily need these
results before the case could be presented. I informed Mr. Steele  I would have a copy of my
power point sent to him for his review. This case will be presented to the grand jury in Knox
County after Mr. Steele reviews the power point.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 41

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000                                     Case Number:  10-16-0509

Title of Investigation: Death Investigation              Violation Code: 03009

### Contact with Medical Examiner's Office, Wednesday August 10, 2016:

On Wednesday August 16, 2016 I attempted to make contact with Meredith Frame via telephone. She was unavailable at this time but I left a message with her secretary to give me a call the next day. I went on to explain to her that I needed Jessie Mill's height and weight.

### Contact with Sheriff Mike Smith, Wednesday August 10, 2016:

On Wednesday August 10, 2016 at 1457 hours I spoke to the Sheriff of Knox County, Mike Smith. At this time I explained to Smith that a copy of my power point was being sent to the Commonwealth Attorney for his review. After it has been reviewed this investigation will be presented to the grand jury.

### Contact with Meredith Frame, Thursday August 11, 2016:

On Thursday August 11, 2016 at 1000 hours I spoke to Meredith Frame via telephone. At this time she gave my Jessie Mills' height and weight (70.5 inches tall and 210 pounds). While on the phone I also ask her about the test on Mills' blood. Frame informed me she had spoke to AIT laboratories and discovered that the drug flakka would have shown up on the test panel as a stimulant and there was no need for additional tests to be performed.

### Deputy Ashurst taser was downloaded again on Thursday August 11, 2016 at 1332 hours:

On Thursday August 11, 2016 at 1332 hours I removed Deputy Ashurst's taser from evidence and downloaded it again. The reason for this is because after reviewing the case I noticed that the initial print off was not attached to the investigation. The firing records were printed at this time and attached to the case.

### Monday August 15, 2016:

On Monday August 15, 2016 I contacted the Knox County Circuit Clerk and obtained custody papers in reference to the custody of Jessie Mills' children. The Civil Action Number is 12-CI-00474,the documents will be attached to this investigation.

### Contact with Commonwealth Attorney Wednesday August 17, 2016 at 0949 hours:

On Wednesday August 17, 2016 at 0949 hours Jackie Steele contacted me and advised that this case could be presented to the grand jury in Knox County on Monday August 22, 2016 at 0900 hours.

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D42

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1000

Case Number:  10-16-0509

Title of Investigation: Death Investigation

Violation Code: 03009

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509  -____

D43

## CONTINUATION PAGE/SUPPLEMENTARY
## UNIFORM OFFENSE REPORT

ORI: KYKSP1000

Case Number:  10-16-0509

Title of Investigation: Death Investigation

Violation Code: 03009

---

| Lt. Randy Surber | 85 | | | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D44

# Death Investigation Teletype

**Spurlock, Paul M (KSP)**
**Sent:** Thursday, June 30, 2016 1:40 PM
**To:** KSP Post 10 (Harlan)

AM:
********* DEATH INVESTIGATION *********

MSG #:   1606013556  ORI/KYKSP1000  20160630

TO:     KSP HEADQUARTERS
ATTN:   OPERATIONS

SUBJECT:  DEATH INVESTIGATION

TYPE OF INVESTIGATION: .... DEATH INVESTIGATION
COUNTY OF OCCURRENCE: ..... KNOX
LOCATION OF OCCURRENCE: ... KY 223, DEWITT
DATE VICTIM FOUND: ........ 20160629
TIME VICTIM FOUND: ........ 1100
TIME OF DEATH: ........... 1115
VICTIM INFORMATION:
        NAME: .... MILLS,JESSIE J
        AGE: ..... 30
        ADDRESS: ..... 60 CHEYANNE RD, FLAT LICK
CASE NUMBER: .............. 10-16-0509
INVESTIGATING OFFICER: .... LT RANDY SURBER

ADDITIONAL INFORMATION: .............
ON WEDNESDAY, JUNE 29, 2016 AT APPROXIMATELY 11:00 PM, KENTUCKY STATE POLICE
POST 10, HARLAN RECEIVED A CALL FROM THE KNOX COUNTY SHERIFFS OFFICE
REQUESTING ASSISTANCE IN REFERENCE TO AN OFFICER-INVOLVED SHOOTING ON KY HWY
223 IN KNOX COUNTY.  UPON ARRIVAL, KSP DETECTIVES LEARNED THAT AT
APPROXIMATELY 9:50 PM, THAT THE KNOX COUNTY SHERIFFS OFFICE HAD RECEIVED A
CALL ABOUT JESSIE J. MILLS, 30, OF FLAT LICK, KY INTOXICATED AT A RESIDENCE ON
MOORE CREEK ROAD AND HAD ABDUCTED A CHILD AND LEFT THE AREA. A KNOX COUNTY
DEPUTY SHERIFF ALONG WITH A KNOX COUNTY CONSTABLE RESPONDED TO THE CALL. AT
APPROXIMATELY 11:00 PM THE TWO OFFICERS LOCATED MILLS AND THE CHILD WALKING ON
KY HWY 223 AN ESTIMATED TWO MILES AWAY FROM THE RESIDENCE. AS OFFICERS
APPROACHED MILLS AN ALTERCATION ENSUED AND THE KNOX COUNTY DEPUTY SHERIFF
DISCHARGED HIS SERVICE WEAPON AT THE SUSPECT FATALLY WOUNDING MILLS.  THE
INVESTIGATION IS CONTINUING BY KSP POST 10 INVESTIGATIVE LT. RANDY SURBER.

SIGNED:  LT RANDY SURBER  U/85
AUTHORITY: CPT P J BURNETT  U/15
TIME:   1339
AGENCY:   KENTUCKY STATE POLICE HARLAN
DI2006

D44

## Officer Involved Shooting / Knox County

Cochran, Lloyd W (KSP)

**Sent:** Thursday, June 30, 2016 7:06 AM
**Cc:** Surber, Randy J (KSP)



# *KSP NEWS RELEASE*
### Kentucky Justice and Public Safety Cabinet

Contact: TPR. Lloyd Cochran
606-878-6622
Lloyd.cochran@ky.gov

### Officer Involved Shooting / Knox County

**Barbourville, KY (June 30, 2016)  -** On Wednesday, June 29, 2016 at approximately 11:00 PM, Kentucky State Police Post 10, Harlan received a call from the Knox County Sheriff's Office requesting assistance in reference to an officer-involved shooting on KY HWY 223 in Knox County.

Upon arrival, KSP Detectives learned that at approximately 9:50 PM, that the Knox County Sheriff's Office had received a call about Jessie J. Mills, 30, of Flat Lick, KY intoxicated at a residence on Moore Creek Road and had abducted a child and left the area. A Knox County Deputy Sheriff along with a Knox County Constable responded to the call. At approximately 11:00 PM the two officers located Mills and the child walking on KY HWY 223 an estimated two miles away from the residence. As officers approached Mills an altercation ensued and the Knox County Deputy Sheriff discharged his service weapon at the suspect fatally wounding Mills.

Mills was pronounced dead at the scene by the Knox County Coroner's Office. His body will be taken to the State Medical Examiner's Office where an autopsy is scheduled for today.

The two officers have been placed on administrative leave and their names will be released at a later time.

The investigation is continuing by KSP Post 10 Investigative LT. Randy Surber. He was assisted at the scene by troopers from Post 10.

###

D45



CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000                                    Case Number  10-16-0509

Title of Investigation: Death Investigation                Violation Code:   09150

On 06/29/2016 at approximately 2300 hours, I ( Tpr.George Howard U/538 ) was dispatched by Post 10, to KY. 223, the Stinking Creek area of Knox County.  Post 10 aired radio traffic of a Knox County Sheriff's Deputy in a physical altercation with a subject.  While in route to the complaint, Post 10 advised that shots had been fired and a person was down.  I ( Tpr. Howard ) arrived on scene with three Barbourville Police Department Officer's.  I ( Tpr. Howard ), Officer Steve Owens, Officer Elijah Broughton, and Officer Josh Lawson , arrived on scene at the same time.

Upon arrival, I ( Tpr. Howard ) observed a white male subject laying in the middle of the roadway.  I ( Tpr. Howard ) noticed that the male subject appeared to be unresponsive.  I ( Tpr. Howard ) then checked the Knox County Sheriff's Deputy for any gunshot or stab wounds.  I ( Tpr. Howard ) observed the Knox County Sheriff's Deputy as being out of breath, and his uniform having blood and dirt on it.  I ( Tpr. Howard ) and Officer Steve Owens checked the male subject that was down in the roadway.  I ( Tpr. Howard ) observed Officer Steve Owens roll the subject over on his back, and then check for a pulse at the neck area, and then the abdomen area of the male subject.

Officer Owens stated that he could not find a pulse, at that time the Knox County E.M.S. arrived on scene and checked the male subject for any sign of vitals.  I ( Tpr. Howard ) observed that the male subject had what appeared to be two gunshot wounds to the front of his body, one in the chest area, and one toward his abdominal area.  I ( Tpr. Howard ) also noticed that the subject had Taser wires attached to his body.  I ( Tpr. Howard ) and Officer Steve Owens found two spent rounds of ammo in close proximity of the body of the male subject, along with a set of keys, a cigarette lighter, and white paper platelets that came from a Taser Cartridge.  I ( Tpr. Howard ) and Officer Steve Owens, marked all untouched evidence with orange latex gloves.

I ( Tpr. Howard ) then started a crime scene log of all the first responder that was on scene at that time.  I ( Tpr. Howard ) then turned the crime scene log over to ( Tpr. Sammy Farris U/537 ) due to having to turn attention to several people trying to come onto the scene.  At that time, I ( Tpr. Howard ) and Officer Elijah Broughton spoke to several people that was wanting to know the identity of the male subject.  I ( Tpr. Howard ) advised them that they could not enter the scene at this time and to remain behind the yellow caution tape.  I ( Tpr. Howard ) was released from the scene after the arrival of ( Lt. Randy Surber U/85 ) and other Detectives from Post 10.

| Trooper George Howard | 538 | 0800 | 06/29/2016 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D46

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000                                        Case Number 10-16-0509

Title of Investigation:Death Investigation                    Violation Code:   09150

6-29-16 2330 hours.  I was called out by Post in reference to a death investigation in Knox County.  KSP Post advised me that a subject had been shot by a Knox Co. Deputy and Lt. Surber advised to call out the detectives at Post.  I came 10-8 and went by post to retrieve the Crime Scene Truck.

6-30-16 0052 hours.  I arrived on scene and met with Lt. Surber.  Lt. Surber advised me to obtain photos of the deputy and the constable that was with him.  Sgt. AJ Bunch U/233 retrieved the large light from the rear of the Crime Scene Truck in order to illuminate the scene.  This light along with the Honda Generator was placed at the south end of the crime scene.

01017 - I photographed Mikey Ashurst who was behind the front ambulance.  I noticed that he had tape on his pant legs.  This was to keep him from getting the blood on him from the subject.  I took photos of Mikey's hands arms legs face and pant legs.  Mikey Ashurst had a large swollen knot on his right leg.  Photographs of this injury were taken.

0111 – I photographed Constable Brandon Bolton.  Bolton did have some small injuries on his leg however it was not visible.  The subject, Jesse Mills, attempted to bite Bolton on the leg and during the altercation he bit Bolton's boot instead.  Bolton had blood on his pants and he had cleaned the blood off of his arms and hands prior to my arrival.  He also seemed to have a small injury to his face and some redness on his hands.

I only photographed Ashurst and Bolton and did not question them.

**Interview with James Helton:**

After photographing both officers I was then directed by Lt. Surber to interview a witness who was in the back of a Barbourville Police Department cruiser.  The witness was James Helton (DOB 1-24-1956).  He is the father-in-law to Jesse Mills.  I took James Helton to the Crime Scene Truck.  He was holding his granddaughter, who is the daughter to Jesse Mills, ▓▓▓▓▓▓▓▓▓▓.  I began the interview at 0125 am.  I began by asking James Helton if he could begin by telling me what happened from the beginning.  Helton replied, "we were in the bed and somebody pulled in the driveway and knocked on the door."  I asked him the time and he stated that "I couldn't tell you, my wife got up and opened the door and Jesse walked in, the two oldest grandkids got up, hear him and run to him.  He tells them something about get some clothes if they want to go with him but they tell him no.  He tried to stay in the bedroom, and the next thing I know is one must have got up and run through the house, I heard my wife hollering put her down, bring her back here. So I jumped up and he was going off the porch packing her and he jumped in his vehicle as I was squalling at him. I cut down through the yard barefooted jumped out in the middle of the road in front of him he tried to run over me. I dove back in the yard got in my car and followed him. Just before you get to the church house at Moore's Creek he was sitting in the middle of the road it must have quit, run out of gas or

| Detective Kevin Miller | 573 | 10 hours | 06-29-16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-

D 47

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation                Violation Code:   09150

something and he was out walking. A friend of mine Ricky Hobbs lives just a little ways above there, he comes down there and we walked all the way from there to here. Followed him tried to keep cars from hitting him and her. I then asked who called the police? His reply was, "My wife called them, I called them, Ricky Hobbs called them, a friend of mine up Moore's Creek, Sheila Baker, she called them also. That's where I left my car and started walking down the road following him. I asked if his name was Jesse and he replied "Jesse Mills". I asked how that he was related to Jesse Mills and he replied that "He was married to my daughter". I asked him what happened when the officers arrived. He replied, "they told him stop and give her there and he just kept walking. They kept telling him to stop and give her there and he just kept walking. One of them tried to grab him and the other one was going to try to grab her out of his arms, he wheeled around to slip to run and fell. The officer grabbed her and gave her to me. He started fighting with them, I turned and come back this way. All I know I mean I could hear them telling him to quit and be still but I didn't see nothing. I asked if he saw any of the fight and he said, "no I came back down the road but I seen him hitting them before I got away from there. He was wrestling with them fighting with them, I ]turned and got her away from there I didn't want her to see nothing. I asked him if he heard anything he replied, "just two gunshots or what sounded like gunshots I guess it was gunshots". I asked if he heard the officers giving him verbal commands he replied, "Yes they hollered stop, please be still, lay down, quit resisting arrest". I then asked how long that went on and he told me, "Oh probably 5, 6 or 10 minutes, I don't know pretty good while". I asked him when they were giving him the verbal commands if you could hear it, he told me, "Yes, they was telling him to quit resisting to lay down and be still but he must have been still fighting with them cause you could hear them scuffle you know". I then asked if he heard them taze him at any time. His response was, "I heard it once seems like". I asked when he heard the tazer did he hear any more commands to stop,"Yes they were hollering for him to stop, they continuously hollered for him to stop and quit resisting". I asked him if he heard the verbal commands and he said, "yes", I then asked him if he heard the tazer and he said, "yea", after they tazed him you heard more verbal commands, and he said "yea" and I said for him to stop and he said, "over and over and over" and then you heard the gunshots, "yep, sound like two gunshots", I asked him if he heard anything else after that and he said "no". I asked if he went back after that and he said "no". I asked the daughters name and he said it is, "████████" I asked if the spelling was ██████ and he said, "I guess I ain't for sure, its ██████". I asked if she was injured and he said, "no huh uh paramedics checked her she's alright". I asked him if he knew her date of birth, and he said, "not for sure it's ████but not for sure what her date of birth is but she'll be████ in July but I ain't sure of the date". I then asked him if he could think of anything else that I haven't asked him or talked about. He said, "not that I know of". I asked if this was an ongoing thing with Jesse he said, "No I ain't seen him in a long time, he hasn't been around them in, I don't know when, he promised them three or four weeks ago he'd come take the boys fishing but he never did come". I asked how many children does Mr. Mills have, and he said, "four" I asked if all were with his daughter and he said, "yea I have custody of all four". I asked him if he had custody of all four making sure I understood correctly what he was saying, and he said, "Yea the two least ones I got out of the hospital he's never had them, him or her neither one". I asked where his daughter was at he said, "jail, Leslie County, meth". He then elaborated a little saying, "I mean he was completely out of it he wouldn't respond to me

| Detective Kevin Miller | 573 | 10 hours | 06-29-16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-

D48

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>                                    Case Number <u>10-16-0509</u>

Title of Investigation:Death Investigation                    Violation Code:    <u>09150</u>

talking to him or nothing he just kept squalling 8, 9, 4, 10 or something some kind of numbers". I asked him what were you telling him and he replied, "Give me the baby and he just kept walking and hollering out numbers. Squalling screaming and everybody on this road got out on the porch watching him, walking right in the middle of the yellow line. Me and that boy was trying to flag traffic down and finally there was another boy that came along and got out with a flashlight. He went to flashing and flickering his light around for traffic to slow down where they wouldn't hit them. I was afraid somebody would hit him and kill her too." I asked again if he had not seen Jesse in a while and he replied, "no I ain't seen him in a long time". I asked if he made an effort to see the kids and he said, "no he don't never come around and I don't have to let him see them either, but when he comes sober I let him sit and talk to the youngins but he wasn't allowed to take them nowhere or do nothing with them cause that's the reason I took them was to get them out of it not put them back in it". The interview ended at 0133 hours. This is a summary of the interview a copy of the recording will be attached to the case.

I told James Helton I would help him back to the car with his granddaughter and find out if there was anything else needed so he could get her home. I then escorted him back to the Barbourville Police Cruiser and he sat back down in it.

**Diagramming scene and collection of evidence:**

0145 Detective Bryan Johnson U/646 and I began to set up the baseline in order to begin diagramming the scene. We set up our baseline from the telephone pole. The pole had no number visible on it, but it was the closest to the scene to use as a reference point. The baseline ran parallel with the edge of the roadway. Detective Johnson has a complete diagram of the measurements and the evidence. Detective Josh Cox U/390 placed the placards next to the evidence to be collected. We identified 14 pieces of evidence and the body of the subject that was shot. All measurements were taken from the baseline, including the body which was measured at three different points and the car that the Deputy was operating prior to the incident, was measured at the front and rear corner from the baseline. Once Detective Johnson and I completed the diagram and measurements I went to the crime scene truck, retrieved several plastic and paper bags for evidence collection, numbering the bags 1 through 14, and then proceeding to collect the evidence. Detective Johnson kept the evidence log and photographed each piece of evidence, while I collected and packaged the evidence. The following is the list of the evidence that we collected at the scene and the times it was collected.
1.   Clorox Disinfectant Wipes 0254hours
2.  Green Taser Cartridge door 0254 hours
3.  Lighter 0255 hours
4.  White plastic piece of Taser cartridge 0256 hours
5.  White and Gray Under Armour hat 0258 hours
6.  Speer .40 cal. S&W casing 0259 hours
7.  Speer .40 cal. S&W casing 0300 hours
8.  Black Ford key with key ring 0301 hours
9.  Green Taser cartridge door 0301 hours

| Detective Kevin Miller | 573 | 10 hours | 06-29-16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-

D49

## CONTINUATION PAGE/SUPPLEMENTARY
## UNIFORM OFFENSE REPORT

ORI  <u>KYKSP1000</u>                                    Case Number  <u>10-16-0509</u>

Title of Investigation: Death Investigation                Violation Code:   <u>09150</u>

    10. White plastic piece of Taser cartridge  0302
    11. Taser wires kept with body and sent to Medical Examiner's office
    12. Taser Afids 0305
    13. Taser X-26 s/n X00-496926  0312 hours
    14. Glock .40 cal. model 22 Gen 4 with 14 rounds  0319 hours

Once the evidence was collected and packaged it was then secured in Detective Johnson's SP.

The Coroner took possession of the body to transport to the Medical Examiner's Office in Frankfort, KY. At this point we placed our lights and equipment back in the truck and prepared to leave the scene.

0347 I went 10-98 on the log leaving the scene.

<u>Detective Kevin Miller</u>          <u>573</u>          <u>10 hours</u>          <u>06-29-16</u>          _____
Officer Making Report          Badge No.          Time Spent          Date          Reviewed By

10-16-0509-

D 50



On June 29 2016 I was riding along with Deputy Mikey Ashurst in his Patrol Car. At approximately 2240 Deputy Ashurst and myself were giving a 911 dispatch call to 3582 Moore Creek Road in the Stinking Creek Community. While in route Knox County Dispatch advised a male caller advised them that a male subject had come to their residence and took a small child from their house. Dispatch advised that it was the child's father but the grand parents had full custody of the baby and that he appeared to be intoxicated. As Deputy Ashurst and myself were in route Dispatch advised that the male subject had made it to HWY 223 around Esco's Market and was walking in the road way with the child. A few Moments later Dispatch advised that the subject had made it almost to the Dewitt Bridge. As we are traveling on HWY 223 right before we make it to the Dewitt Bridge there is a vehicle in the road way and a male subject with a flashlight shining it to stop traffic. As we drove around the vehicle myself and Deputy Ashurst seen a male subject walking on the double yellow line in the middle of the roadway carrying a small child in his left arm and holding his right fist up swinging it in a circular motion and shouting. As myself and Deputy Ashurst exited the patrol car we approached the male subject and attempted to talk to him and tell him to stop and put the child down that she was scarred. I was standing to the males back and Deputy Ashurst was standing face to face with the male subject and after several times of asking him to put the child down that we could talk about it the male subject stated "THIS BABY HAS MY BLOOD YOU WILL HAVE TO BEAT ME IN THE FACE WITH YOUR FLASHLIGHT BEFORE I TURN HER LOOSE". I attempted to grab the child from his arms at this time the male subject swung his fist at Deputy Ashurst face then ran down the middle of the roadway. At this time I started to chasing the male subject and I hear Deputy Ashurst yell out TASER TASER TASER so I side step to the left and Deputy Ashurst had successfully deployed the Taser hitting the male subject in the back causing him to fall face first to the ground. The small child had come loose from his arms and I swept the child up from the middle of the roadway and ran her back to safety with her grandfather which was standing a few feet back and told him to run back and get out of harm's way. I immediately turn around and see that the male subject is on his back kicking and fighting Deputy Ashurst so I attempted to go hands on with the male subject as Deputy Ashurst was still giving him Taser cycles trying to get him to stop resisting. At this point the male subject rolls over and grabs me on the left leg trying to pull me down and bites me on the top of my boot and part of my leg. I am yelling out



D51

stop and telling Deputy Ashurst that he is biting me. At this time I am in fear for my life and have to grab my flashlight, then I start to strike the male subject telling to stop resisting just to roll over and to put his hands behind his back. Once the male subject released my leg he swung his fist at Deputy Ashurst knocking the Taser from his hands.  At this point I continue to strike the male subject with my flashlight and he refuses to comply and was only getting more aggressive. Deputy Ashurst attempted to restrain the subject and at this point he wraps his arms around Deputy Ashurts legs and tried to pull him down to the ground. I continue to strike the subject with my flashlight but see that it is having no effect so I pick up the Taser from the ground and dry stun the subject in the neck causing him to let go of Deputy Ashurst legs. At this point I had holstered my flashlight in order to use the Taser, I see that Deputy Ashurst's flashlight had come out of his hand. I immediately grab my asp and I begin striking the male subject in the legs and body area. The male subject was still refusing not to comply and as if he was gaining more energy at this point he stated "IF YOU KEEP HITTING ME WHEN I GET UP FROM HERE THEN I AM GOING TO HURT YOU". He began to kick and punch at myself and Deputy Ashurst. With no effect with restraining the male subject with the attempts that we was performing Deputy Ashurst drew his duty weapon and he then told the subject to stop, at this point I was able to recover Deputy Ashurst's flashlight and gave it back to him. Myself and Deputy Ashurst attempted to go hands on once again with the male subject after fighting in the road way unable to restrain the male subject I myself was winded and tired from the fight. At this point the male subject was able to get on his feet with no problem as if he wasn't in a fight nor exhausted in any way. Deputy Ashurst at this point drew his duty hand gun from his belt pointing it at the male subject telling him to stop or he would shoot. The male subject had his fist clinched swinging it a circular motion and then start to charge at Deputy Ashurst. Deputy Ashurst was back peddling telling him to stop "I will shoot" stated Deputy Ashurst. The male subject was gaining on Deputy Ashurst at this point Deputy Ashurst fired two rounds Striking the male subject center mass causing the male subject to fall to the ground. Deputy Ashurst held the man at gun point I ran to check on the child and by standards.

*Constable*
*Brandon Bolton*

D52

# CRIME SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

| | | |
|---|---|---|
| CASE/INCIDENT NUMBER: **KY 10-16-0509** | REPORT DATE: | **7/6/2016** |

REPORTING AGENCY ORI/NAME: **KSP1000 KY STATE POLICE, POST 10**

PRIMARY INVESTIGATING AGENCY ORI/NAME: **KSP1000 KY STATE POLICE, POST 10**

REPORTING OFFICER NAME: **J SGT. PERKINS** — REPORTING OFFICER UNIT BADGE ID: **0217**

PRIMARY OFFICER UNIT BADGE ID: **85**

REVIEWED BY:

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |
| WITNESS SEQUENCE | WITNESS NAME | PHONE |
| of | | |
| ADDRESS: | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

## NARRATIVE

On 07/06/2016 1110 hours, I done a inspection on a TaserX26 serial number X00-496926.
I sparked tested the Taser for a five second cycle and discharged a live cartridge.
The Taser as of 07/06/2016 was working properly.

s test was conducted at Post 10 Harlan.

Sergeant Jay Perkins Unit 217, my Taser certification is valid until 03/24/2018.

D 53

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>   Investigating Officer <u>Lt. Randy Surber U/85</u>   Case Number <u>10-16-0509</u>

Title of Investigation: <u>Death Investigation</u>                          Violation Code: <u>03009</u>

On June 29, 2016 at 2326 hours, I was contacted by KSP Post 10 and advised to respond to an officer involved shooting in the Dewitt community of Knox County. I arrived on scene at 0002 hours and noted there had been police line put up and a crime scene log was being completed by Tpr. Sammi Faris U/537. The location is a rural two lane road with no street lights. I entered the crime scene and made contact with Barbourville Police Department Officer Steve Owens. Ofc. Owens advised that Knox County Sheriff Deputy Mikey Ashurst discharged his weapon during an altercation with Jessie Mills. Ofc. Owens stated he placed orange gloves near items of evidence that he observed at the scene. I began taking my initial crime scene photographs while performing a walkthrough with Ofc. Owens so he could identify what items he previously marked. At the completion of the initial crime scene photographs, another crime scene search was conducted by myself, Ofc. Owens and KSP Det. Josh Cox U/390 to see if any other items of evidence were located. Once the crime scene search was completed, myself and Det. Cox began placing numbered placards by the items of evidence. I continued taking photographs during this process.

I completed a rough crime scene sketch at which time myself and KSP Det. Kevin Miller U/573 established a baseline to obtain measurements at the scene. A utility pole was located off the roadway and was used to obtain the baseline measurements. The utility pole is located at 36 deg. 52.604' N, -83 deg. 44.384' W. A 100' measuring tape was placed on the edge of the roadway beginning at the utility pole extending south. The starting point of the measuring tape was 22' 9" from the utility pole. Det. Miller would obtain the measurements from the baseline to the items of evidence and I would document them on the crime scene sketch.

The measurements were as follows;

| Item # | Baseline Measurement* | Measurement to Evidence* |
|--------|------------------------|--------------------------|
| 1 | 11' 4" | 6' 11" |
| 2 | 42' 4" | 8' 3" |
| 3 | 25' 1" | 13' 11" |
| 4 | 21'5" | 3' 6" |
| 5 | 16' 5" | 16' 5" |
| 6 | 19' 6" | 8' 7" |
| 7 | 14' 5" | 10' 10" |
| 8 | 11' 4" | 10' 4" |
| 9 | 29' | 19' 10" |
| 10 | 31' 2" | 12' 7" |
| 11 | 32' 4" | 13' 8" |
| 12 | 42' 4" | 13' 8" |



| Item # | Baseline Measurement* | Measurement to Evidence* | | |
|--------|------------------------|--------------------------|---|---|
| Det. Bryan E. Johnson | 646 | 8 hours | 07/05/2016 | |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D54

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000     Investigating Officer Lt. Randy Surber U/85    Case Number  10-16-0509

Title of Investigation: Death Investigation                     Violation Code:   03009

| | | |
|---|---|---|
| Top of Head | 36' 7" | 12' 11" |
| Right Hip | 34' 4" | 13' 10" |
| Right Foot | 32' 6" | 16' 9" |

Knox County S. O. vehicle
| | | |
|---|---|---|
| -- Front Right Corner | 165' 7" | 8' 10" |
| -- Rear Right Corner | 180' 3" | 9' 3" |

*The Baseline Measurement is the distance along the baseline.  The Measurement to Evidence is the distance from the baseline to the evidence.

Once measurements were obtained and documented, the Knox County Coroner uncovered the remains of Jessie Mills.  The body was lying face up and had on a pair of tan boots, blue jeans and a maroon Mossy Oak t-shirt.  The t-shirt was lifted up by the coroner and what appeared to be two gunshot wounds was noted, one in the abdominal area and one in the chest area.  The body was removed by the coroner's office and taken to the Medical Examiner's office in Frankfort, KY for an autopsy.  Det. Miller and I then began collecting the evidence from the scene.  The items collected as evidence are listed below.  Items 1-10, 12-14 were collected at the scene. Items 11, 15-21 were collected during the autopsy at the Medical Examiner's office in Frankfort, KY.

| Item # | Item Description | Date/Time Collected | Collected by: |
|---|---|---|---|
| 1) | Clorox Wipes | 06/30/2016 0254 hrs | U/573 |
| 2) | Green Taser Door | 06/30/2016 0254 hrs | U/573 |
| 3) | Lighter | 06/30/2016 0255 hrs | U/573 |
| 4) | White Taser Cartridge Part | 06/30/2016 0256 hrs | U/573 |
| 5) | White/Gray Ball Cap | 06/30/2016 0258 hrs | U/573 |
| 6) | Speer S&W 40 cal. Casing | 06/30/2016 0259 hrs | U/573 |
| 7) | Speer S&W 40 cal. Casing | 06/30/2016 0300 hrs | U/573 |
| 8) | Black Key and Keyring | 06/30/2016 0301 hrs | U/573 |
| 9) | Green Taser Door | 06/30/2016 0301 hrs | U/573 |
| 10) | White Taser Cartridge Part | 06/30/2016 0302 hrs | U/573 |
| 11) | Taser Wires | 06/30/2016 1029 hrs | U/646 |
| 12) | Taser AFID's | 06/30/2016 0305 hrs | U/573 |
| 13) | Taser X-26 | 06/30/2016 0312 hrs | U/573 |
| 14) | Glock 40 cal. Model 22 | 06/30/2016 0319 hrs | U/573 |
| 15) | Tan Boots | 06/30/2016 1022 hrs | U/646 |
| 16) | Blue Jeans | 06/30/2016 1024 hrs | U/646 |
| 17) | Green T-Shirt | 06/30/2016 1027 hrs | U/646 |
| 18) | Pulled Head Hairs (Mills) | 06/30/2016 1030 hrs | U/646 |
| 19) | DNA Card (Jessie Mills) | 06/30/2016 1035 hrs | U/646 |
| 20) | Projectile (left back) | 06/30/2016 1147 hrs | U/646 |

| Det. Bryan E. Johnson | 646 | 8 hours | 07/05/2016 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 55

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>   Investigating Officer <u>Lt. Randy Surber U/85</u>   Case Number <u>10-16-0509</u>

Title of Investigation: Death Investigation                Violation Code: __03009__
   21)                Projectile (left hip)           06/30/2016 1149 hrs       U/646

Item 14 (Glock 40 cal. Model 22, S/N VMD242) had been secured in the truck of Knox County Sheriff's Deputy Carl Friths' vehicle prior to my arrival. Item 14 consist of the handgun and had a magazine and 14 rounds. The vehicle was parked away from the scene so Item 14 is not listed on the crime scene diagram. Several photographs were taken of Item 14. Once all items were collected, the scene was cleared. I went to the KSP field office at the RECC with Lt. Randy Surber U/85 and finished packaging the items and completed KSP 41's for the evidence collected at the scene.

At 0540 hours, I contacted Post 10 and an NCIC check was completed on item 14, the Glock 40 cal. Handgun (S/N VMD242), and came back as "No Record".

At 1000 hours, Lt. Surber and I arrived at the Medical Examiner's office in Frankfort, KY for the autopsy of Jessie J. Mills. While at the autopsy, photographs were taken during and evidence was collected. Items 11, 15-21 (listed above) were collected during the autopsy. They were packaged and KSP 41 was completed for these items.

Upon returning to the RECC, the SD card from the photographs taken was provided to Lt. Surber along with a package containing items 2, 4, 9, 10, 12 and 13 so he can download the data from the Taser.

<u>**July 4, 2016 1500 hours**</u>
Completed a crime scene diagram using computer program ScenePD 2. Copy was printed out and submitted to Lt. Surber so it could be placed in the case file along with a copy of the rough sketch completed at the scene.

<u>**July 7, 2016 1030 hours**</u>
Item 6 (Speer S&W 40 cal. Casing), Item 7 (Speer S&W 40 cal. Casing), Item 14 (Glock 40 cal. Model 22 S/N: VMD242), Item 20 (Projectile from left back) and Item 21 (Projectile from left hip) were provided to the Eastern Lab in Ashland for examination.

| Det. Bryan E. Johnson | 646 | 8 hours | 07/05/2016 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 56

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                              Case Number  10-16-0509

Title of Investigation: Death Investigation                Violation Code:   09150

On June 30th 2016 I responded to an officer involved shooting in the Dewitt Community of Knox County. I arrived on scene at approximately 0004hrs on that date. Upon my arrival I was notified of two witnesses to the incident. I spoke with and interviewed Daniel Smith at approximately 0023hrs on June 30th, 2016. The interview is as follows:

Det. Cox:  Detective Josh Cox with the Kentucky State Police. The time is 0023hrs on June 30th, 2016. Speaking with Daniel W. Smith. His address is 4157 KY 1304 in Hinkle, KY 40953. His date of birth is ████████ his social ████████ His cell phone number is █████ ████ and his home phone number is ████████. This is going to be in regards to an officer involved shooting that occurred here in the Dewitt Community of Knox County. Alright Mr. Smith. Obviously we know why we're here. I just arrived here a few minutes ago and I don't know the full details of everything. The way I understand it is, I think you witnessed something.

Daniel Smith:  Yeah.

Det. Cox:  Or may have seen something.

Daniel Smith:  Yeah.

Det. Cox:  Basically can you just describe to me, as detailed as possible, and if you can't remember that's fine. But just everything that you remember. Can you tell what happened? What you saw from start to finish.

Daniel Smith:  Yeah I mean, me and my wife was coming home, coming up the road. I saw some people walking in the road. Didn't really know what was going on. So we pulled up. I can't remember if the cops...yeah... The cops came by us. I guess this guy was walking up the road, I didn't really see. There was a car in front of us. Once I seen that, I thought somebody may be hurt, wreck whatever. So I get out of the car and I start up through there. I see that they're tasing the guy. He apparently had a baby, there were some more people here standing saying that he had kidnapped a baby and was walking up through the yellow line with it. They went and struggled with him, I'm going to say, a good five minutes. Just everything they can do. Tasing him, begging him. Once I recognized the guy, Jesse Mills. I walk up there and I started hollering at him to try and get him to stop fighting and going on. He was just talking out of his head. He said something like: "I'm ready to meet God." or something you know, just out of his head crazy. Then there was a car that came around the curve. At this time he was laying down and they were telling him to put his hands behind his back and a car came around and when he saw the headlights, I don't know if it done something to him, he jumped up and he took off towards the officer. He started tasing him again, he just kept going toward him. I know the guy, he's a needle junkie. I hollered and told the cops: "Hey this guy's got Hepatitis. I don't know. From there just, he charged the officer and he shot him.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D57

CONTINUATION PAGE SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                    Case Number  10-16-0509

Title of Investigation: Death Investigation                    Violation Code:   09150

Det. Cox:  Anything you can think of else?  Rack your brain for a second maybe.

Daniel Smith:  I mean that was pretty much it.  It seemed to me to be a five minute struggle…
they had with him you know.  They hit him with batons trying to get him to stop.  They tased
him trying to get him to stop.  In my personal opinion they had no choice, but to do what they
done.  They gave the guy every opportunity.  They had no choice.  I do know for a fact that the
guy's on…He's a known meth…head.  For lack of a better word at the time.  I hear he's on
Flakka.  I don't know my drugs.  I hear that he's on that stuff.  I've heard that for the last week
or so.

Det. Cox:  Crazy synthetic stuff.

Daniel Smith:  Yeah.

Det. Cox:  I've heard that stuff makes you crazy.

Daniel Smith:  Right.  Well, this guy was not human and I'm telling you that.  Because there's
no man that could take.

Det. Cox:  What he took?

Daniel Smith:  What he took and still fight.  And I mean he was on his feet fighting.

Det. Cox:  Really?

Daniel Smith:  Yeah.  It was unreal.

Det. Cox:  Really?

Daniel Smith:  Yeah.  But I mean yeah that was pretty much it.  It was just a bad deal all the
way around.  But you know like I say, I don't know how these things work, how these things
go, but now those boys didn't have no choice.  He was.  He was going after them.  He was
backing them up and they were doing everything they could do.  They were tasing him and he
was still coming towards them.  That's pretty much it.  They had to shoot him.

Det. Cox:  Anything else you can think of?

Daniel Smith:  That's pretty much it.

Det. Cox:  Ok.  This concludes this statement.  It's 0028hrs on June 30th 2016.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-VOl II-14

D58

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>                                                          Case Number  <u>10-16-0509</u>

Title of Investigation: Death Investigation                               Violation Code:    <u>09150</u>

I was contacted by Lt. Randal Surber in regards to locating and interviewing Melinda Smith on July 1st 2016. I contacted Melinda Smith's family on July 1st 2016 at approximately 1444hrs. They stated that she was currently away from the residence and stated that she had taken her children to the waterpark, however they did not know which one. I obtained her phone number from them and attempted to make contact with her via telephone. I was unable to leave a voice message and attempted calling twice at approximately 1446hrs. I then contacted her family members again and asked them to have her get in touch with me at approximately 1453hrs. I called and spoke with Daniel Smith who is her husband at approximately 1523hrs. I requested that he call her for me and relay information that I wanted to speak with her regarding this incident. He stated that at the time of the incident she (Melinda) was two cars behind and he didn't think that she saw anything. Daniel Smith contacted me again at approximately 1526hrs and stated that he had called and she did not answer. I asked him to have her contact me. At approximately 1600hrs I attempted to call Melinda Smith again and there was no answer. I traveled to Barbourville Waterpark and attempted to locate Melinda Smith. I requested waterpark staff do an all call over the whole park. They stated that they had already done due to me contacting them before I arrived and no one had answered to that name. Melinda Smith was not present at Barbourville Waterpark. I departed Barbourville Waterpark at approximately 1627hrs on July 1st 2016. I contact personnel at Kentucky Splash Waterpark in Williamsburg, KY at approximately 1628hrs. I requested they do an all call for Melinda Smith. They stated that they would. I informed them that I would be traveling to their location. I arrived at Kentucky Splash Waterpark at approximately 1702hrs on July 1st 2016. Upon my arrival, waterpark staff informed that they had contacted Melinda Smith and she would be with me momentarily, she was gathering her belongings. I shortly afterward began interviewing Melinda Smith in regards to this incident. The interview took place at Kentucky Splash Waterpark in Williamsburg, KY on July 1st 2016. It is as follows:

Det. Cox: Detective Josh Cox with the Kentucky State Police. The location is the Kentucky Splash Waterpark here in Williamsburg, KY. I'm speaking with Melinda J. Smith whose date of birth is ▮▮▮▮▮▮ Her Social Security Number is ▮▮▮▮▮▮▮ . Her home phone number is ▮▮▮▮▮ and her cell phone number is ▮▮▮▮▮ This is going to be in regards to an officer involved shooting that occurred on June 30th 2016 in the Dewitt Community of Knox County. Alright Melinda don't look at that like a loaded gun pointed at your face or anything. I know a lot of people think, but I mean it's just me and you talking. I understand that you're a witness to some things and we've kind of spoke briefly about it. If you can from beginning to end just tell me what you saw.

Melinda Smith: As we was coming up 223 before where the crime scene is at, is we approached through the straight up on KY 223. We had seen some vehicles that were slowed down.

Det. Cox: Who was with you?

| <u>Det. Joshua Cox</u> | <u>390</u> | <u>10 hours</u> | <u>07/05/16</u> | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

DS9

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                     Case Number  10-16-0509

Title of Investigation: Death Investigation                    Violation Code:   09150

Melinda Smith:  My husband Daniel Smith and our three children.

Det. Cox:  Ok.  Y'all were all in the same vehicle.

Melinda Smith:  Yes we were in my car.  It was me and him.  Eight year old, five year old, and four year old.

Det. Cox:  I thought that you were two cars behind him?

Melinda Smith:  No there was like two vehicles in front of us.

Det. Cox:  Two vehicles in front of you?

Melinda Smith:  Yeah.

Det. Cox:  Ok.

Melinda Smith:  He was in the vehicle with me.  I was driving, he was the passenger, and then I had my three children in the back.

Det. Cox:  Ok.

Melinda Smith:  As we'd approached, we first thought that somebody had hit a deer with a vehicle.  And then after we got on up, then we had to come to a stop.  And then we thought it was drunks out in the middle of the road fighting.  So after we got on up closer, then that's when I was going to pass them in the other lane and I was going to went on home.  But as I went to cut out in the other lane, then there was county deputy come behind me, got the blue lights on.  So I got back over in my lane, so we stayed there.  And come to find out they was out in the road fighting and then I did not see it, but my husband got out of the car and he said there was somebody who had kidnapped the child.  So he comes back to the car and we sit in the road, you know, just seeing what we could see out the windows.  The only thing I seen I could hear a cop or the constable, not for sure which one, I heard them yelling at Jessie to get down on the ground, get down on the ground.  And at one time I did see Jesse on the ground sort of like on the Yellow line in the middle of the road where they were tasering him.  And then shortly after he was tasered, he was back up, and then just like within a minute to two minutes, I heard the two gunshots.

Det. Cox:  Ok.  Did you see after he got back up, what happened?

Melinda Smith:  I saw him laying on the blacktop dead.  I did see him when he went down on the blacktop.  I saw that part.

Det. Cox:  After he had been shot.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D60

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation                Violation Code:    09150

Melinda Smith:  After he had done been shot.

Det. Cox:  Did Daniel stay in the car with you the whole time?

Melinda Smith:  No.  He stayed up there.  He was actually up front and he said he was approximately about twenty feet from Jesse when he was actually shot.  He was up there.

Det. Cox:  So Daniel gets out of the car...

Melinda Smith:  Yeah...

Det. Cox:  Comes back...

Melinda Smith:  Yeah.  Because he said the deputy told him to get back, so he come back and then he sort of ended up going back up there.

Det. Cox:  Walked on up there.

Melinda Smith:  Yeah.  But anyways Daniel had made the statement to me that he tried to holler at Jesse because we knowed who he was to see if he would recognize him.  He said I tried to get him to get down and listen to the cops.  But I don't guess Jesse had recognized him.

Det. Cox:  Did you say that you did hear that police officer telling him to get down on the ground

Melinda Smith:  I did hear that.  I heard them a hollering and a screaming "Get down on the ground.  Get down on the ground."  And I did witness him being tasered out in the road, I seen that part.  But now as far as who shot him, who the trigger was pulled, I didn't because after he was tasered maybe within a minute to two minutes at the longest I heard the two gunshots.

Det. Cox:  Alright.  Did you speak with the family of Jesse?

Melinda Smith:  No.

Det. Cox:  You've not talked to them?

Melinda Smith:  No.  After Jesse was dead I had called my mom because we knew his oldest sister.  And I told my mom, I said you need to get up with Shell and Steve.  I said you might need to go over there, but I said Jesse is dead.  I'm looking at his dead body here on the road.  So she had contacted his sister, but she didn't tell the sister.  She told the sister's husband.  She told him on the phone that he could tell his wife, but I said it's confirmed I said it is Jesse.

| | | | | |
|---|---|---|---|---|
| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-Vol II-17

D61

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation                Violation Code:    09150

Det. Cox:  So you didn't talk to anybody from Jesse's family and told them that you saw everything….

Melinda Smith:  No because I know some of his family like one of his aunts made the statement yesterday "He was down on his knees, they shot him in the back."  And I said I never did see him on his knees.  The only time I seen him was when he was being tasered on the blacktop.  But as far as me seeing them shoot him, I can't tell you which one shot him.  But I seen him when he went down, when he was on the blacktop.  I can't say if the deputy shot him or the constable shot him.  But my husband was up there, up front and you know he told which one shot him.  But as far as him talking.

Det. Cox:  He was closer.

Melinda Smith:  Yeah.  He was closer by than I was.

Det. Cox:  We had just got information, the reason I'm talking to you because I didn't know that you had seen anything at all.  The reason we found out about you was because is when I spoke with Daniel, I don't know I'll have to go back and listen to our interview that we spoke, I don't remember him actually mentioning you actually seeing anything.  I talked to him today and he thought that you didn't see anything.  The family of Jesse spoke with us and they said that you called them and told them that you saw the whole thing and you watched it until you couldn't watch it…

Melinda Smith:  No.  I told them that Daniel was up there.  I mean Daniel he told me "I was about maybe twenty feet away from Jesse.

Det. Cox:  Who did you tell that?

Melinda Smith:  I had told his sister in law Brittany.  I think she might be married to Lonnie Gambrel.

Det. Cox:  Who's sister in Law?

Melinda Smith:  Jesse's sister in law.  It's his brother's wife.

Det. Cox:  Oh.  I thought you told me thought that you hadn't talked to them.

Melinda Smith:  As far as that…As far as me telling that I seen which one shot him.  I didn't.  Because at first they was hollering Reed Murphy shot him.  And I'm like Reed Murphy whatn't even nowhere about the scene.  But as far as me telling I know which one shot him, I told them I couldn't.  Because I mean I did see them taser him.  But as far as being up there because there was a vehicle in front.  As far as me seeing which one shot him, I can't say which one shot him.  I did hear one of the cops I don't know which one, that was a doing the

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D62

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation                    Violation Code:   09150

hollering at him  "Get down on the ground, Get down on the ground!"  I did hear that much.
That was shortly I guess before they had tasered him.  And like as soon as he got done being
tasered I don't know what took place after that but it's like within maybe a minute, then I heard
the two little gunshots.

Det. Cox:  I thought you said earlier though, I thought you said earlier that you hadn't
contacted Daniel family.

Melinda Smith:  Nah.  I had talked to Brittany, but as far as me telling I seen which one shot
him, I didn't.

Det. Cox:  Ok.  Alright then.  Good deal.  Anything else you can think of?

Melinda Smith:  I had talked to one of the State Police's.  Will this be released?

Det. Cox:  Yeah this on recording.  I don't know if it will be released to the family, but it will be
played for a grand jury and everything.

Melinda Smith:  (Mutters something inaudible.)  I talked to a State Police about he was
supposedly on Flakka earlier that day, the country store.  But as far as that, that's all I know.
Until we come up behind you know the vehicles that's stopped in the middle of the road and
when he was walking up the road, I guess supposedly had the girl, packing her ever how he
had the little girl, but then when we come up behind it and I told Daniel I'm like well there's a
bunch of drunks out in the road fighting, well when they clear out the other lane, I'm going to
pass and go on by.  When I went to swerve over, then that's when the county cop car came up
behind me and turned the blue lights on so I had to get back over out of his way.

Det. Cox:  Ok.  Anything else you can think of?

Melinda Smith:  No.  As far as seeing who pulled the trigger, I didn't.  I mean I did see him
there on the ground afterwards, I did hear the two gunshots, but I did see him being tasered.  I
did see that much because I had my head stuck out the window.

Det. Cox:  Did you see anything else besides him being tased?

Melinda Smith:  No.  That's pretty much it.

Det. Cox:  This concludes this statement it's 1721hrs on July 1st 2016.

Melinda Smith also provided me with the name of another female named Becky Harmon who
was standing next to Melinda's vehicle at the time of this incident.  I've attempted to have KSP
Post 10 dispatch locate an address, however no address can be found for her.  Melinda Smith

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D63

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation                    Violation Code:   09150

contacted me and stated that she had give my contact information to Becky Harmon so that she could contact me.  I have not spoken with Becky Harmon as of yet.

At the beginning of this statement an error was made in regards to the actual date this incident occurred.  The incident occurred on June 29th 2016.


Det. Joshua Cox                   390              10 hours          07/05/16
Officer Making Report      Badge No.        Time Spent          Date               Reviewed By

10-16-0509 Vol II-20

D64

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                      Case Number  10-16-0509

Title of Investigation: Death Investigation                Violation Code:   09150

On June 30th 2016 I responded to an officer involved shooting in the Dewitt Community of Knox County. I arrived on scene at approximately 0004hrs on that date. Upon my arrival I was notified of two witnesses to the incident. I spoke with and interviewed Steven Dwayne Lee Broughton at approximately 0120hrs on that date. The interview took place inside my state issued vehicle where it was parked outside the scene on KY 223. The interview is as follows.

Det. Josh Cox:  Detective Josh Cox with the Kentucky State Police. The time is 0120hrs on June 30th 2016. Location is KY 223 in Dewitt. In the Dewitt Community Knox County. I'm speaking with Steven Dwayne Lee Broughton. His address is 22 Morehead Ln.in Flat Lick, KY 40935. His date of birth is ███████████. His social security number is ████████. His cell phone number is ██████████. This is going to be in regards to an officer involved shooting investigation. Alright. You go by Steve or Steven?

Steven Broughton:  Steven.

Det. Josh Cox:  Steven. Alright man. We spoke briefly about this stuff. Obviously we know why we're here. I'd just like to know what you saw from start to finish and anything and everything that you can remember.

Steven Broughton:  I was coming from my moms, my dad's house. Coming down the road.

Det. Cox:  Which way was you coming from.

Steven Broughton:  Up there, down here.

Det. Cox:  Traveling towards 25?

Steven Broughton:  Yeah. Yeah. I can't tell you what the damn road's names are.

Det. Cox:  Yeah I know what you mean.

Steven Broughton:  Excuse my language.

Det. Cox:  No. You're fine.

Steven Broughton:  Coming down there and seen these people on the road walking. I seen a dude. I didn't see the baby. I seen a dude and I was like "Well hold on." He was on our side of the lane. I was like hold on. I stopped me and my woman. She pulled over and let me out. Then I seen the baby and that dude said he was on meth. I was like well...Let's go up here and try and calm him down.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D6S

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                    Case Number  10-16-0509

Title of Investigation:Death Investigation              Violation Code:   09150

Det. Cox:  What guy said he was on meth?

Steven Broughton:  That old guy.  I don't know the name.

Det. Cox:  Ok.

Steven Broughton:  I think it was the papaw.  Said he was on meth there.

Det. Cox:  Ok.  Were they walking?

Steven Broughton:  Yeah.  There was a dude behind the car, there was a car, and then the old man.

Det. Cox:  Which way was they facing?

Steven Broughton:  That way.

Det. Cox:  This way.

Det. Cox:  Was the guy walking that way?

Steven Broughton:  Yeah the guy was walking this way in my side of the lane.

Det. Cox:  Ok. I gotcha.  Walking towards your car then?

Steven Broughton:  Yeah.  Pretty much.

Det. Cox:  Pretty much yeah.

Steven Broughton:  Yeah.

Det. Cox:  Your direction.

Steven Broughton:  Yeah.

Det. Cox:  Okay.

Steven Brougton:  Then the officer showed up.  I directed traffic to get him around the dude and told him to be careful.  Got around him.  Few cars did.  The officer showed up.  Do I got to put it all in detail?

Det. Cox:  Just tell me what you remember.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
| --- | --- | --- | --- | --- |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509 Vol II 22

D66

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                              Case Number  10-16-0509

Title of Investigation: Death Investigation              Violation Code:  09150

Steven Broughton:  I was standing up there with them and they told him to get down.  Well he wouldn't get down.  One officer tased him.  He dropped the baby.  One officer got em and brought em to the old man.

Det. Cox:  Got who?

Steven Broughton:  The little baby.

Det. Cox:  The little baby.  And brought it to the old man?

Steven Broughton:  Yeah.  And went back up there and dude was resisting arrest.  Like the officers told him to get down, stay down, turn around.

Det. Cox:  Did he get back up?

Steven Broughton:  Yeah.  When he got back up, they shot him.  He was coming after them.

Det. Cox:  Ok.

Steven Broughton:  That officer told him to stop.

Det. Cox:  When you said he was resisting arrest, what do you mean?

Steven Broughton:  They beat him.  Grabbed his legs and everything.  Wouldn't turn over, nothing.

Det. Cox:  Grabbed who's leg?

Steven Broughton:  The one officer's leg and bit him.

Det. Cox:  And bit him?

Steven Broughton:  And bit him.

Det. Cox:  Really?

Steven Broughton:  Damn.

Det. Cox:  What happened after that?

Steven Broughton:  Then they pretty much tried to get him to stay down.  He wouldn't.  Then when he got tased and everything…after that he stood straight up and that's when he got shot.  And that's when all of y'all showed up.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 67

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000                                            Case Number  10-16-0509

Title of Investigation:Death Investigation                    Violation Code:    09150

Det. Cox:  Did he advance towards them or anything once he stood up?

Steven Broughton:  Yeah.  He kept walking toward them.  The officer kept walking back.  He I believed said like three or four different times.

Det. Cox:  How long did they fight for?

Steven Broughton:  I'd say at least good five-ten minutes.

Det. Cox:  Really?

Steven Broughton:  Yeah.

Det. Cox:  So it was a hell of a fight then.

Steven Broughton:  It was one hell of a fight.  He didn't feel nothing though.  He beat him with a baton and a flashlight.

Det. Cox:  Really?

Steven Broughton:  Still didn't get him.

Det. Cox:  Really?

Steven Broughton:  And tased him.  I was like damn!

Det. Cox:  Hell of a fight then.

Steven Broughton:  One hell of a fight though.

Det. Cox:  I gotcha.

Steven Broughton:  They cracked his ass with that baton in the head and he still didn't go down!  He was down, but he kept flipping on his back.  And they couldn't get him on the stomach.

Det. Cox:  Ok.

Steven Broughton:  I was like "Damn."  That would have knocked me out instantly.  But apparently I guess when you're on that shit you don't feel nothing.

Det. Cox:  Yeah.

| Det. Joshua Cox | 390 | 10 hours | 07/05/16 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509 VOl II 24

D68

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>                                          Case Number <u>10-16-0509</u>

Title of Investigation:<u>Death Investigation</u>                    Violation Code:   <u>09150</u>

Steven Broughton:  They say it's that Flakka, but that old man said it was meth.  Hell I don't know what it is.  But it was some officer's trying to do their job.  That's all it was.

Det. Cox:  So What happened at the end of the fight?

Steven Broughton:  They tried to get him to fricken stay down.  Couldn't get him down.  They didn't want him I guess get close to them because all the blood.  Because I guess they said he had Hepatitis.  I wasn't about to fuckin touch him.  The officer told us to get back.  I was probably from her sitting in this seat to probably in that ambulance.  I'd say a little bit farther, probably to the back of that cruiser right there officer that shot him.  That was about...(says something inaudible)  Pop, Pop.  I think he shot him once in the chest and once in the stomach.  I don't know.

Det. Cox:  Can you think of anything else?

Steven Broughton:  That's it.

Det. Cox:  Ok.  This concludes this statement.  0126hrs on June 30th 2016.

<u>Det. Joshua Cox</u>          <u>390</u>          <u>10 hours</u>          <u>07/05/16</u>          _____
Officer Making Report      Badge No.      Time Spent        Date            Reviewed By

10-16-0509-Vol II-25

D69

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation:Death Investigation                    Violation Code:    09150

## June 29th, 2016  Approximately 2330 hours

I received a complaint from Post 10 dispatcher Bucky Harris.  He advised that a Knox County Deputy had been involved in a shooting on KY223 near the Dewitt Bridge and the suspect was deceased.

## June 29th, 2016  Approximately 0142 hours

I arrived on scene on KY223.  I was directed by LT. Randy Surber U/85 to attempt to contact and interview possible witnesses.  I drove to 310 Benton Drive in Barbourville KY Apt 310 to interview Keith Barrett.  The interview was recorded and transcribed as follows:

Det. Wilson- Detective Jake Wilson with the Kentucky State Police, the date is June 30th 0237 hours. What's the address here?
Keith Barrett- I don't know, Apartment 310 Benton Drive
Det. Wilson- 310 Benton Drive, Barbourville, Ky.  I'm here with, what's your name sir?
Keith- Keith Barrett
Det. Wilson- What's your date of Birth
Keith- ███████
Det. Wilson- What's your social
Keith- 4██████48
Det. Wilson-You got a phone number
Keith-███████
Det. Wilson- I'm here about a shooting that took place on KY223 Stinking Creek.  Could you go through what you saw or heard and be as descriptive as possible.
Keith- Well, when we pulled up to where the blue lights were at.  The boy was sitting in the middle of the blacktop road.
Det. Wilson- Who was?
Keith- The boy they shot.  All at once the boy jumped up and started hollering you know.  He was walking around the holler and squalling.  The police told him to settle down.
Det. Wilson- What was he hollering?
Keith-I couldn't understand him.  He was just hollering and squalling.  I couldn't understand half of what he was saying.  The cop told him to settle down and the boy didn't.  He kept hollering and squalling.  The next thing I know, the gun went off twice.  That I heard.
Det. Wilson-  How far were you parked away from them.
Keith-  I'm not sure, maybe 10 feet or 15.
Det. Wilson- Did you see them fighting?
Keith- No, I didn't see no fighting, no nothing.
Det. Wilson- Was there anyone with the boy that was sitting in the middle of the road?
Keith- Well, when we come up the blacktop, you know where Escoe's Market is at?
Det. Wilson- yes
Keith- Just past Escoe's. I saw 3 boys walking up the road. It was 2 boys with no shirts on, and it was the other boy. Well, I took my brother home, you know where Brice's Creek is at?

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 70

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000

Case Number 10-16-0509

Title of Investigation: Death Investigation

Violation Code: 09150

Det. Wilson- yes

Keith- I dropped him off and I headed straight back out coming home. We got right there at Dewitt Bridge and my woman said there are some blue lights. Well, then we got down there to the gravel road where there is a strip job back in there. Well we sat right there, that's why we sat there and the boy was in the middle of the road. We just pulled up and I don't know what happened before. He's in the middle of the road sitting and that's when we pulled up. Well, that boy jumped up and started squalling. Well, when he did, that cop told him to settle down. He didn't. He kept squalling. When he did the last thing I know is he shot the gun twice.

Det. Wilson- How long between the gun going off and him jumping up, how long of a time frame was that?

Keith- My opinion it was 3-5 minutes.

Det. Wilson- 3-5 minutes?

Keith- yah it happened like that (finger snapped) quick. I couldn't figure it out. Why they would do him like that. The boy didn't have no weapon. I know the boy might get wired up sometimes but I never knew of him jerking out no weapons.

Det. Wilson- Do you know of him to do any drugs?

Keith- Now buddy, I'm not for sure but the way he was acting in the middle of that road, he was on something! He was squalling.

Det. Wilson- So, I'm just trying to get it straight now. He jumped up and started hollering.

Keith- Yes

Det. Wilson- Then 3 or 5 minutes later he got shot?

Keith- between 3 and 5 minutes the cop told him twice to settle down. Well, he didn't and the gun went off twice. I watched the boy hit the ground.

Det. Wilson- Did you see him shoot him?

Keith- I seen, the way the lights were sitting toward his car, I seen the guy, I seen the cop, I can't recognize the cop, the way it was it was kind of in a shady spot. But I did hear the gun go off twice. I mean I didn't see him jerk the gun out or nothing. I just heard the gun and seen like the fire things coming out. You know when you pull the trigger.

Det. Wilson- Do you know how they were standing when he shot him? Were they falling down? Were they fighting?

Keith- There wasn't no fighting. I seen the boy, he was in the middle. I seen him plain as day. He was in the road squalling and walking around. That's all he was doing just walking and squalling. The officer was in that dark spot, I couldn't see who he was or nothing like that. All at once the guns went off twice.

Det. Wilson- How many police officers did you see?

Keith- I just seen one.

Det. Wilson- Just seen one?

Keith- That's all I seen at the time. There could've been another one there. A woman was there with us. We were sitting there. My woman got so scared I thought she was gonna pass out. I took her back to my brothers to let her come down.

Det. Wilson- So you were parked how from them when this happened?

Keith- I wasn't probably 10 or 15 feet from them.

Det. Wilson- From here to the wall when he shot him?

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D71

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000

Case Number 10-16-0509

Title of Investigation:Death Investigation                    Violation Code:   09150

Keith- A little farther.  Maybe from right here to where your car is sitting.  About 10 or 15 feet something like that.

Det. Wilson- That's probably 75 feet.

Keith- I mean I wasn't all that far close in that range. I seen the boy plain as day. My lights were shining right toward him, I didn't see the cop.  I did hear the gun go off twice and I seen the boy hit the ground.

Det. Wilson-Was there anybody with him? The boy?

Keith- Now when I met him earlier that night it was him and 2 other boys.  When I pulled up I didn't see nobody but him.  I didn't see nobody but him sitting in the middle of the road.

Det. Wilson- Okay.  I think that's all the questions I have for you right now.  Another detective or myself may be in contact with you again to follow up on some stuff.  If you have anything, you can call us at the State Police post in Harlan if you have anything to tell us.   I appreciate your time and I'll get back with you

**I drove to Moore Creek road to the second place on the left past the church and made contact with Ricky Hobbs.  The interview was recorded and transcribed as follows:**

Ricky Hobbs

Ricky Hobbs- Buddy, I had went down to yonder to use the cell phone

Det. Jake Wilson- Hang on.  What's your name now?

Ricky- Ricky Hobbs

Det. Wilson- What's your date of birth Ricky?

Ricky- ▉▉▉▉▉

Det. Wilson- What's your social

Ricky- ▉▉▉▉▉▉▉

Det. Wilson- What's the address here?

Ricky- I don't know it. I couldn't tell you.  It's 19, or 17 or 19 something.  It's on that mailbox. The physical 911 address is.

Det. Wilson- 2nd driveway on the left past the church, is that right?

Ricky- yep

Det. Wilson- Alright.  Just tell me what you saw or what you came up on

Ricky- I come up right there and that boy was walking with a kid.  The vehicle was in the road.

Det. Wilson- Where did you see them walking at?

Ricky- right here at this driveway.

Det. Wilson- Right here close to your house?

Ricky- Yah, I knew he'd been on that meth for 2 or 3 days cause the way he was going on you know! The same old stuff, crazy, and the last 2 or 3 days I seen him at the store.

Det. Wilson- uh huh

Ricky- I pulled up there and stopped where him and that kid was and his grandpa pulled up, behind that vehicle.  It was his and it was out of gas.  I said, Jesse, I can't haul you and that kid.  And he went right on down the road walking.  He followed him and I said, wait til I get this truck up in the yard and out of the way.

Det. Wilson- I'll tell you what, let's step out here on the porch.  (dog barking inside the house)I can't hardly hear you for that dog.

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D72

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation: Death Investigation                    Violation Code:    09150

Ricky- He tried to get him to stop.  Called the law and talked to him all the way there.  And all he'd do is talk like some kind of craziness.  Like (unrecognizable words) or something.  Every now and then he'd get mad acting and raise his voice.  The only reason I went with him on foot was to follow him because if he was on that meth I was afraid he'd hurt that old man.  I followed him plum to there until the law got there.  They pulled up, jumped out, tried to get him to come there with that kid and they talked to him. They still talked to him, one got in behind him and the other got in front of him and they tried to get that kid.  He was showing them a big muscle like this and fists.

Det. Wilson- So Jesse was flexing his muscles at them?

Ricky- He already had his fists up like this and had the baby in this arm and that one was trying to get behind him to get this baby.  When they got ahold of him, he tore loose from them, went to run, that one hit him and he fell, they got the kid.

Det. Wilson- Was Jesse saying anything to them? Could you hear him saying anything to the police officers?

Ricky- Yah, they was talking, that's what I was telling you.  He was showing them that big muscle like, talking about that wrestling deal and this, that and the other and something goofy.  Randomly something goofy.  They got the baby.  That one was wrestling around with him while they got the baby.  They tried to get him down.  They knocked him, hit him, got him down and tried to roll over, tasered him and everything.  He laid right there until the rest was up and came right back up on them and tried to kick that one in the leg and they just couldn't get him to do what they wanted him to do cause he was on that meth. That one said, I'll have to shoot you!  I said, don't kill him, he's on that meth.  I said, don't kill that boy, he's on that meth.  He's a good boy.  He's just on that meth.  They just wrestled with him.

Det. Wilson- Did it look like he was trying to fight with the police officers?

Ricky- yah he was fighting all the time!   He got up and he got on his feet on them, and he backed them up the road, he backed that one up the road, he tried to reach and get ahold of that gun and he said I'll shoot you.

Det. Wilson- Who tried to get ahold of the gun?

Ricky- Jesse

Det. Wilson- Jesse was trying to get ahold of the?

Ricky- Yah. He had the gun out like this, and he was reaching like that, I seen him reach like that a time or two, and he told him to get down or he'd shoot him.  He shot and I was watching the gun fire, and he went, OWE, and went down like this and I thought he had shot him in the knee in the leg.  He came right back up just like that and it was pow.  It was real close together.  Pow, ahhhh, pow.  Just like that. That was it, he hit the ground, and that was it.


Det. Wilson- So let me recap there a little bit so I'm understanding it right and you can correct me if I'm wrong.  The way I think you're explaining it to me is, they were fighting, first, when they got there, they had a little girl with them?

Ricky- Yah

Det. Wilson- He wouldn't give the little girl to the police officers?

Ricky- No

Det. Wilson- So one of them got in front of him and one of them got behind him, they end up getting the little girl away from him.  Is that right?

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D 73

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation: Death Investigation

Violation Code:  09150

Ricky- Yah

Det. Wilson- Then after they got the little girl away from him, that's when he started fighting?

Ricky- Yah, he was already resisting then. Yes

Det. Wilson- Did you hear the police giving him any commands?

Ricky-Yah, they were trying to get him to cooperate and there wasn't no cooperating. He was just.

Det. Wilson- What was the police saying to him?

Ricky- They were telling him to lay down, get on his back, on his belly where they could hand cuff him.

Det. Wilson- Did he do any of that?

Ricky- No.  He didn't do no command of them whatsoever.

Det. Wilson- When you said they started fighting did….

Ricky- They was hitting him. They hit him in the head 4 or 5 times, blood was flying, they tried to knock him down. They already tased him then.  They had to tase him to get him down on the ground.  They tased him to get him down on the ground and he still tore that loose from him and wouldn't cooperate. He was down on the ground and they was trying to make him do, turn over, where they could hand cuff him.  They beat him in the head, the back, the ribs, the legs, all over.  He still come up from there, a few minutes, a minute or 2 of rest.

Det. Wilson- At what point were they,  Did you say he was trying to grab their gun?

Ricky- When he had the gun on him on the last, like you know he told him he'd shoot him, he was down on the ground.  He was trying to kick him in the legs just before that.  He said, I'll shoot you.  Turn over.  He would not.  He was laying up on his side like he was going to turn over on his belly, just easing until he rested and he got up.  Got up on the officer.  The officer backed up.  And he backed up from here to there and he was going on (jibberish).

Det. Wilson- What was he trying to do when he got up?  Did you say the police officer was backing up?

Ricky-Yah

Det. Wilson- Why was he backing up?

Ricky- Cause he was up on his feet coming at him like this like I showed you.  Jesse was coming on that officer like this and he had the gun like this.  He had come up, he got up on his feet, he was going all crazy the same way, he done it twice.

Det. Wilson- Was he trying to get the gun from the police officers?

Ricky- That's what he was reaching.  Evidently that's what he was reaching after with his hand like that.  I watched the whole thing.

Det. Wilson- How was the police officer positioned when he shot him?

Ricky- He was just backing up like this.  He said, get down, get down, he kept telling him get down.  Lay down and be hand cuffed.  He wouldn't.  Do nothing they asked him.  He was backing up from him like this after he got and he was going right toward him a reaching.  And he had reached out for the second time and he had got this close to the gun, not real close, but too close.

Det. Wilson- Couple feet?

Ricky- Yah, yah couple feet.

Det. Wilson-Okay.

Ricky- The boy has lost his life on the count of meth.

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D74

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI <u>KYKSP1000</u>

Case Number  <u>10-16-0509</u>

Title of Investigation: Death Investigation

Violation Code:   <u>09150</u>

Det. Wilson- What happened after they shot him?

Ricky-They just called in, he just laid there. They called and said 2 shots had been fired, man down.

Det. Wilson- Did you see one police officer shoot or was there more than one?

Ricky- One police officer is all I seen shoot.

Det. Wilson- Okay

Ricky- Seem to me like it was one officer.  The little bitty officer. He was small. Young. I told him we could all wrestle him down you know and hand cuff him when that other guy was there to help.  But they didn't.  They wouldn't let us help him.  I knew he had been on that meth. I knew that boy all my life and he had been on that meth 2 or 3 days.  They're pushing that meth up where I'm getting ready to move back to.  I got to move out of this trailer. It's 400 dollars a month.  I got an old junky trailer sitting up there right close next door to where they deal in that meth.  That's what needs to get stopped them people up there.

Det. Wilson- yah

Ricky- They been caught 2 or 3 times.

Det. Wilson- Do you remember anything else about it?

Ricky- That's mostly about it. It's the truth.  That all happened straight forth from right down there to there.  That's it.

Det. Wilson- Okay

Ricky- That's all I can tell you cause that's all that happened.  There's nothing else to add.

Det. Wilson-Okay.  Ricky, I appreciate it.  Do you have a phone number?

Ricky- I have an old cell phone but I don't know the number to be honest with you.

Det. Wilson- What would be the best way to get up with you if we needed to? Come back here?

Ricky- If you need to get up with me. You come back here, I gotta be out of here within a week. I'll be at Scalf. My PO Box mailing address up there is 55.

Det. Wilson- Where you gonna be living at?

Ricky- I'm going to be living.  You know where D and D grocery is?

Det. Wilson- Yes.

Ricky- Pass D and D grocery up, and you pass them houses on the hill out there and you get around that curve where they worked on the road.  That old green junky looking trailer in the field where its been fresh graded.  I just mowed up there today.

Det. Wilson- Okay

Ricky- I ain't even got it set up or nothing but I have go there and start living.  Staying in it with nothing but I'm going to have to stay there.

Det. Wilson- Okay. Well, we may try to get up with you again if we need anything else. Okay? I appreciate you talking to me.

Ricky- It wasn't that poor old officer's fault.  It was that man's fault.  I hate to say, people may get mad but it's the truth.  If he would've cooperated or they would've let us, I said, hell, I'll get ahold of his legs and stretch him out.  I'll get ahold of this leg and you get ahold of that leg, he can't go nowhere.  We'll stretch him out.

Det. Wilson- Yah

Ricky- If they would've let us help them down him, it might have saved his life.  It's right now, to be honest with you officer, it was 2 more of them young boys in Brown's Branch the other

<u>Detective Jake Wilson</u>
Officer Making Report

<u>308</u>
Badge No.

<u>08 hours</u>
Time Spent

<u>7/6/15</u>
Date

Reviewed By

D75

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation: Death Investigation

Violation Code:  09150

night messed up on that same stuff.  There getting right there at the mouth of Hubbard's Branch down under the hill.  Right there at that first place, white house. That's where their getting it at.  I ain't being no rat but I hate to see this happen to these young people
Det. Wilson- Yah
Ricky- Cause my ex-wife, she got on that here a while back, she stayed there in town and came home about dead.  She took the kids, stole the tv, stole my other vehicle, went right back down there and done the same thing again.
Det. Wilson- Well, Ricky like I said, I appreciate you talking to me and I'll try to get back up with if we need to.  It might be another detective.  If you have anything to tell us, if you forgot anything you can call us
Ricky- That'd be about it cause that's the truth.  That's mostly about what happened.  He would not follow no command or nothing.  They tried everything and he was just too much for those two little guys to handle.  He's a stout guy that guy was.  That's why I went with the old man.  I said, if I don't go with you and he goes off on you on that meth, he'll kill you in a heartbeat.  If he turned around and decided to kill you, he'd kill you.  He got mad a few times, he just didn't turn around.  I tried to talk to him.  He talked the same old craziness, off off off off.  He had been doing that about 3 days.  Today was his 3rd day I know of.
Det. Wilson- Okay.  I'll leave you alone.  I'll let you go back to bed.
Ricky- I thought you were my daughter. She comes in about 2 o'clock.  Her and her man stays.  They get that car, that old vehicle out of the road out there?
Det. Wilson- I think they're working on it right now.  I think they've got a wrecker coming.
Ricky- I was gonna try to call her in case they come in a little speedy in the morning and hit that thing.
Det. Wilson- they'll have it out here directly. I'll get out of here and I'll leave you alone. Okay
Ricky- Well, If I can assist you in any other way, just get up with me.
Det. Wilson- Alright.  I appreciate it.
Ricky- I walked from right here to there and I witnessed it and that's what happened.  More less that's what happened.  Just like I told you.  Because I watched it.
Det. Wilson- Okay
Ricky- you know if there were 2 or 3 more there, they may have seen things different. Cause everybody sees stuff from a different angle
Det. Wilson- yep
Ricky- I just got out of the way because I seen what was going to happen.  I know it was going to happen.  He just came up on him.  It wasn't the officer's fault.  Wasn't nothing he could do. They had already tasered him and he tore the taser wires all to pieces.  He was just on that meth buddy out of his mind now.  You couldn't do nothing with him.
Det. Wilson- yep.  It happens.  Just holler if you need anything okay. Thank you
Ricky- alright.

## June 30th, 2016 approximately 1030 hours

I made contact with Michael Redman from Knox County EMS.  The interview was recorded and transcribed as follows:

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-VOl II-32

D 76

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation: Death Investigation                    Violation Code:   09150

Det. Jake Wilson- I'm going to get your information first.  Michael Redman, is that right?

Michael Redman- Yes

Det. Wilson- ███████ is that right?

Michael- Yes

Det. Wilson- What's your date of birth?

Michael- 1████████

Det. Wilson- and your social?

Michael- 4███████

Det. Wilson- Alright, just start from when you got the call, when you got there and what you did.

Michael- We got the call, we walked out here to the truck, went 10-8, got all our info we needed, took off, ran lights and sirens, got down there and I jumped out and went to the back to grab the stretcher and long board.  Paramedic in the other ambulance what I had and went on.  I started up toward the body and got about 10 or 15 yards away and they said take the stretcher back and grab the monitor.  So I went back and grabbed the monitor and went up there and helped the paramedic put the leads on and ran a strip for him.

Det. Wilson- Was he?  What did the monitors show?

Michael- I'm not able to interpret.

Det. Wilson- Okay.  Is that the paramedic's job I guess?

Michael- Yes. I don't do EKG's

Det. Wilson- What's the address where you live?

Michael- 2793 US25E, Middlesboro, KY 40965

Det. Wilson- Were there a lot of people there when you got there?

Michael- uh, there was, I'm trying to think how many cop cars.  There was a few cop cars there.

Det. Wilson- other than police?

Michael- oh yah, there was, we passed several people sitting in line.

Det. Wilson- What about people standing out next to the, nobody out there? Just Police?

Michael- Nobody out there, just police!

Det. Wilson- What police officers did you see out there?

Michael- I don't know their names.

Det. Wilson- Okay.  Did you speak to any of the deputies or the one that was involved in it?

Michael- Uh yah, both of them, I, the deputy and the uh, what is he called? Constable.  They came to the truck and said they got in a scruffle.  We just kind of looked them over real quick.  I noticed the blood on their pants.  They just lifted their pants up and we made sure there wasn't no scratches or open wounds

Det. Wilson- Okay.  Yours sounds pretty simple

Michael- I didn't do much.

Det. Wilson- I gotcha.  Is the paramedic, is that Jesse?

Michael- yes

Det. Wilson- Okay.  I'll wait on him to call me back and I'll talk to him a little also.  That's about all I have for you.  If you need anything just holler at us.

Michael- likewise, I'm usually up here every week, every Wednesday and Thursday. If you need me I'll be here Wednesday's and Thursday's.

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

10-16-0509-VOL II-33

D77

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI  KYKSP1000

Case Number  10-16-0509

Title of Investigation: Death Investigation

Violation Code:   09150

Det. Wilson- Okay I appreciate it buddy.  You have a good one.
Michael- You to.  Sorry you had to wait.
Det. Wilson- oh that's fine
Michael- I took the opportunity to take a quick shower.
Det. Wilson- No big deal man.


## June 30th, 2016 approximately 1130 hours

I met Officer Steve Owens at the Social Service building and obtained a recorded statement from him which was transcribed as follows:

Det. Jake Wilson- Detective Jake Wilson with the Kentucky State Police, Post 10 Harlan, June 30th, 1133 hours.  I'm here with Officer Steve Owens with the Barbourville City Police Department.  I'll just let you talk and you can tell me what your involvement was in the incident early this morning or late last night on June 29th through June 30th.

Officer Steve Owens- Last night, June 29th, approximately 4 or 5 minutes before 11.  Dispatch gave us a request for officer assistance call up on KY223 just before Dewitt Bridge.  I initially headed in that direction.  We had a couple of other officers that were coming on duty at that point that were several minutes behind me heading in that direction as well.  While I was enroute at about 25E, and I came off Daniel Boone Dr.  At about the point I reached 25E and East Barbourville exit, dispatch gave us an update that they believed, and at this point I'll clarify that I had my radio on scan so I could try to hear any traffic from the deputy.  Dispatch said they believed that the suspect was restrained at that point.  At about the time I reached 25E and KY1304, I heard the deputy advise that shots had been fired.  Then dispatch updated us on police channel at about the time I reached the creek mart that shots had been fired.  I was turning off of 25E onto KY223 at which time Trooper Howard turned onto KY223 just in front of me.  Basically tailgated with him up to the scene, arrived at the scene where Deputy Ashurst and Constable Bolton were in the middle of 223.  Mills, which at this point was unidentified to me was face down in the roadway near the center line.  Trooper Howard and I approached, asked the deputy and constable if they were okay, they both advised at that time that they were.  Asked if the suspect was still breathing.  They advised that he was not at that point.  I returned back to my vehicle to pull it closer and obtained rubber gloves and placed lighting on the suspect.  Trooper Howard and I then went to him, rolled him over and checked him for vitals, attempted to determine if there was any first aid that needed to be given to him.  His eyes were glazed and his pupils were fixed and unresponsive.  Did not appear to feel a pulse.  He was not breathing.  Had Josh Lawson with the Barbourville Police Department, arrived shortly after me.  I had him take a pair of gloves and verify that there was no pulse.  He verified that there wasn't a pulse.  At that time, I cleared everybody away, attempted to secure the scene and establish what was the scene.

I went back to Deputy Ashurst and checked with him again to see if he was okay. He said that he was.  He and Constable Bolton both were covered in blood.  They asked if I had anything they could wipe the blood off with.  They got some Clorox wipes from me and were cleaning the blood off with it.  At that point, I started looking around to see how large the scene was.

| Detective Jake Wilson | 308 | 08 hours | 7/6/15 | |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

D78

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000

Case Number 10-16-0509

Title of Investigation: Death Investigation

Violation Code: 09150

And while officers Broughton from the police department and Lawson from the police department secured each end of the scene. I started marking where evidence was with rubber gloves which was all I had in the vehicle. At that point, EMS arrived shortly thereafter and began to check on him. I started taking some initial photographs in case the anything got disturbed so there was some documentation of at least a relative location of the evidence. EMS verified that he was in fact deceased. At that point, SGT. Bunch with the state police arrived. I gave him a basic run down of what was going on. While he was gathering in the details of what had happened there, I noticed that on the far end of 223 near the bridge, had a large number of people gathering up. At that time, I went and spoke with the sheriff who had arrived as well. I explained to him that I noticed people were congregating down there and had EMS to bring a sheet to cover up the body. I stood by there until Detectives with Kentucky State Police arrived and advised them the actions that I had taken. Upon his preparation, I walked Detective Johnson through the scene to show him the evidence that I seen and showed him how I marked it with rubber gloves. I basically stood by for any clarification of actions that we had done or answer any questions of how we identified or marked anything until which time approximately 10 minutes after 3 or 10 minutes til 3 I left the scene. I believe that covers about everything. Detective Jake Wilson- I'll be ending this statement. It's 1141 hours.

Detective Jake Wilson
Officer Making Report

308
Badge No.

08 hours
Time Spent

7/6/15
Date

Reviewed By

10-16-0509 Vol II-35

D79

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI KYKSP1000

Case Number : 10-16-0509

Title of Investigation: Death Investigation

Violation Code:

July 1, 2016 0800 hours. I typed a search warrant for a vehicle which was brought to post. The vehicle was operated by Jesse James Mills on the night of June 29, 2016. The vehicle is a 2002 Ford Explorer black in color and has a KY license plate number of 849VPP. After checking with our radio room at post it is determined that this plate does not belong on this vehicle. The VIN # is 1FMYU60E42UD73068. The search warrant was taken to the Harlan County Courthouse and signed by Hon. Judge Kent Hendrickson. After the search warrant was signed I brought it back to post and it was executed on the vehicle. I began the search by photographing the vehicle and its contents. After photographing the vehicle and briefly looking inside I then began to search the vehicle. The vehicle was mostly empty there were a few items, none of which pertained to the scene or the death investigation. There were also empty food wrappers along with discarded items in the floor. In the passenger side floorboard I located the bottom of a Gatorade Bottle that had been cut out and appeared to have some type of white powdery substance in it. This was the only evidence that I collected from the vehicle. This evidence was packaged and placed into evidence at Post 10, and I notified LT. R. Surber who is the case officer. There was no other evidence found in or on the vehicle and there are no other items of interest pertaining to this case involving the vehicle. I completed the search then covered the windows of the vehicle back up to prevent weather or animals from entering the vehicle. After the search was completed I then took the search warrant back to the courthouse to complete a return on the search warrant. I turned over the filed copy of the return to LT. R. Surber. Supplement on the search warrant only.

Detective Kevin Miller
Officer Making Report

573
Badge No.

8 hours
Time Spent

7-1-16
Date

10-98--2

Reviewed By

D 80