**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| The Estate of JESSIE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-184 |
| | ) | |
| v. | ) | Hon.  ROBERT E. WIER |
| | ) | |
| KNOX COUNTY, ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# EXHIBIT 4



# KENTUCKIANA
## COURT REPORTERS

## NO. 6:17-CV-00184

## PEARLIE SUE GAMBREL, AS ADMINISTRATOR

## V.

## KNOX COUNTY, ET AL.

### DEPONENT:

### RICKY HOBBS

### DATE:

### January 22, 2019



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1       IN THE UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF KENTUCKY

3           SOUTHERN DIVISION

4             AT LONDON

5         NO. 6:17-CV-00184

6   U.S. DISTRICT COURT JUDGE ROBERT E. WIER

7

8         PEARLIE SUE GAMBREL, AS

9   ADMINISTRATOR OF THE ESTATE OF JESSIE J.

10            MILLS,

11           PLAINTIFF

12

13             V.

14

15       KNOX COUNTY, ET AL.,

16          DEFENDANTS

17

18

19

20

21

22

23  DEPONENT:  RICKY HOBBS

24  DATE:      JANUARY 22, 2019

25  REPORTER:  LACEE TOWNSEND



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 2

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, PEARLIE SUE GAMBREL, AS

 4   ADMINISTRATOR OF THE ESTATE OF JESSIE J. MILLS:

 5   AMY ROBINSON STAPLES

 6   311 NORTH ABERDEEN STREET

 7   THIRD FLOOR

 8   CHICAGO, ILLINOIS 60607

 9   TELEPHONE NO.: (312) 243-5900

10   E-MAIL: AMY@LOEVY.COM

11

12   ON BEHALF OF THE DEFENDANT, KNOX COUNTY, JOHN MICHAEL

13   ASHURST AND BRANDON BOLTON:

14   JASON WILLIAMS

15   WILLIAMS FARMER & TOWE

16   303 SOUTH MAIN STREET

17   P.O. BOX 3199

18   LONDON, KENTUCKY 40743

19   TELEPHONE NO.: (606) 877-5291

20   E-MAIL: JASON@WFTLAW.COM

21

22   ALSO PRESENT: STEPHANIE NALLEY, VIDEOGRAPHER; KELLY

23   HYLTON, PARALEGAL

24

25
```

Page 4

```
 1                    STIPULATION

 2

 3   The VIDEO deposition of RICKY HOBBS taken at HOLIDAY INN

 4   EXPRESS & SUITES, 506 MINTON DRIVE, LONDON, KENTUCKY

 5   40741 on TUESDAY the 22ND day of JANUARY, 2018 at

 6   approximately 9:38 a.m.; said deposition was taken

 7   pursuant to the KENTUCKY Rules of Civil Procedure. It is

 8   agreed that LACEE TOWNSEND, being a Notary Public and

 9   Court Reporter for the State of INDIANA, may swear the

10   witness.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    INDEX

 2                                                   Page

 3   PROCEEDINGS                                       5

 4   DIRECT EXAMINATION BY MS. STAPLES                 6

 5   CROSS EXAMINATION BY MR. WILLIAMS                44

 6   REDIRECT EXAMINATION BY MS. STAPLES             129

 7   RECROSS EXAMINATION BY MR. WILLIAMS             136

 8

 9                    EXHIBITS

10                                                   Page

11   1  HOBBS AUDIO CLIP                              80

12   2  DRAWING                                      107

13   3  DRAWING                                      115

14   4  HOBBS AUDIO CLIP - PL810                     136

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
 1                    PROCEEDINGS

 2        VIDEOGRAPHER:  My name is Stephanie Nalley.

 3   I'm the video technician today.  And Lacee Townsend

 4   is the court reporter.  Today is the 22nd day of

 5   January, 2019.  The time is now 9:37 a.m.  We are

 6   located at the Holiday Inn Express & Suites in

 7   London, Kentucky to take the deposition of Ricky

 8   Hobbs in the matter of Pearlie Sue Gambrel, as

 9   Administrator of the Estate of Jessie J. Mills

10   versus Knox County, et al., pending in the United

11   States District Court Eastern District of Kentucky

12   Southern Division at London.  Case number 617-CV-

13   00184. Will counsel please identify themselves for

14   the record?

15        MS. STAPLES:  Amy Robinson Staples for the

16   Plaintiff.

17        MR. WILLIAMS:  I'm Jason Williams.  I'm here

18   on behalf of the Defendants.

19        VIDEOGRAPHER:  Okay. Mr. Hobbs, would you

20   please raise your right hand to be sworn in by the

21   reporter?

22        COURT REPORTER:  Do you solemnly swear or

23   affirm the testimony you're about to give will be

24   the truth, the whole truth, and nothing but the

25   truth?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

1    THE WITNESS:  Yes.
2    COURT REPORTER:  Thank you.
3              DIRECT EXAMINATION
4    BY MS. STAPLES:
5    Q    All right, Mr. Hobbs.  I'm going to start by
6    asking you some questions.  I'll reintroduce myself.  I'm
7    Amy Staples.  I'm representing the Plaintiffs in this
8    action.  So we'll start with me asking you some
9    questions.  After I'm completed, Mr. Williams may have
10   some questions for you as well.  Let me just go over a
11   couple of the rules with you quickly.  Let me ask you
12   this first.  Have you ever given a deposition before?
13   A    Not like this.
14   Q    Not like this.  Have you done something
15   similar?
16   A    No.  I've done -- all I've done is talk to a
17   -- like a police investigator and you to come back.
18   Q    Okay.  So while I'm asking questions,
19   Mr. Williams may have some objections to some of the
20   questions that I'm asking you.  If you could let him
21   voice his objection, you'll then be able to finish your
22   answer.  Because there's no judge here today that tells
23   us whether or not it's a proper question.
24   A    Okay.
25   Q    If I ask you something that you don't

Page 7

1    understand because I'm unclear, please let me know that
2    and I'll re-ask the question again, okay?
3    A    Okay.
4    Q    If you answer it, we'll assume that you
5    understood what I was asking.  Is that fair?
6    A    Okay.
7    Q    All right.  If you need a break for any
8    reason, just let us know and we'll be happy to give you
9    that break.  We just ask that you complete the answer of
10   the question that was asked of you first --
11   A    Okay.
12   Q    -- all right?  Do you have any questions about
13   that?
14   A    No.
15   Q    All right.  Are you a Knox County resident,
16   sir?
17   A    Yes.
18   Q    How long have you lived in Knox County?
19   A    All my life.
20   Q    All your life.  So you were living there in
21   June of 2016?  In Knox County, I mean?
22   A    Yeah.
23   Q    Where were you living specifically in June of
24   2016?
25   A    Referring to that date, I was in Morris Creek

Page 8

1    there.
2    Q    Morris Creek.  You remember the specific
3    address?
4    A    I don't remember the address up there.  I was
5    just renting up there for a few months until I could get
6    moved into another place.
7    Q    Okay.  How long had you lived there --
8    A    In Morris Creek?
9    Q    -- before June of 2016?
10   A    I lived there about three months.
11   Q    Okay.
12   A    Three or four months, somewhere.
13   Q    Can you remember when you moved?
14   A    I moved sometime in June or July.
15   Q    Okay.  Do you have a job, sir?
16   A    I work for myself.  I'm self-employed.  I do
17   strip bark out of mountains, dig roots and work for
18   other people.  Just whatever they need done.
19   Q    Kind of a handy man?
20   A    Handy man, yeah.
21   Q    All right.  Were you employed in June of 2016?
22   A    Was I -- yeah, I was working.  I worked in the
23   mountains.
24   Q    Okay.  Did you know Jessie Mills?
25   A    Yes, ma'am.

Page 9

1    Q    How long had you known him?
2    A    Long time.  Since he was a little boy.
3    Q    How did you know him?
4    A    Huh?
5    Q    How did you know him?
6    A    Well, I lived right there where he was raised
7    at.
8    Q    So you guys lived close?
9    A    Yeah.  Pretty close.  A mile or two,
10   something.
11   Q    Did you spend time with him?
12   A    I have, yeah.
13   Q    Can you remember the evening of June 29, 2016?
14   A    The incident then, yeah.  Pretty well.  Yeah.
15   Q    Okay.  So that's what we're going to be
16   talking about today.  It's my understanding that you
17   came across Jessie that evening; is that correct?
18   A    Yes.
19   Q    Can you tell me where you first saw him?
20   A    I come across him right below where I was
21   renting that trailer at.  I pulled over to the side of
22   the road.  It was a vehicle sitting in the middle of the
23   road with its lights on bright, just barely out of dark,
24   because I was coming back to the house.  I had been out
25   making some telephone call.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI   Doc #: 108-4   Filed: 02/10/20   Page: 6 of 56 - Page ID#:
4396
The Deposition of RICKY HOBBS, taken on January 22, 2019
10...13

Page 10

1    Q    Do you have any idea about what time this
2  might have been?
3    A    It was sometime out of dark.  I didn't have no
4  way of knowing what time it was.
5    Q    Okay.
6    A    And there was Jessie.  And he had that kid. He
7  had his kid with him.
8    Q    And do you know the child's name?
9    A    I don't know the child's name, no.
10   Q    I think her name was M.  Does that sound -- or
11 M.  Does that sound familiar?
12   A    M.  Yes.  Sounds familiar.
13   Q    Was it a little girl?
14   A    Little girl, yeah.
15   Q    Okay.  Was there anyone else with him?
16   A    No.  It was just -- just -- he was going --
17 asked me to give him a ride.  He slid the kid in the
18 window and as he slid the kid in the window, Mr. Helton
19 come around his vehicle and hollered, "Jessie, bring
20 that kid here."
21   Q    Okay.  So you came upon him and his truck was
22 in the road?
23   A    Blazer.
24   Q    And where was Jessie and the daughter at that
25 time?  Were they still in the vehicle?

Page 11

1    A    I don't think they was because they was
2  getting -- they must have just come up on quick and he
3  was getting ready to come down the road walking.
4    Q    Okay.  And, so he came up to your truck?
5    A    Yes.  When I pulled over to the side.
6    Q    Asked you for a ride?
7    A    Right.
8    Q    Okay.  And that's when he slid the daughter
9  through the window into the truck seat?
10   A    Yes.
11   Q    Okay.  And, so then you said Mr. Helton came
12 up?
13   A    Yeah.  And he hollered, come here, Jessie. You
14 can't run like that.  Something like that.  And he
15 said to me, "You can't haul him off.  He stole that
16 kid."
17   Q    Okay.  And how is Jessie acting at the time?
18   A    He was just like him, but he got a little
19 loud, the voice did at that time.  He opened the door,
20 got that kid, and he headed on down the road walking.
21   Q    Okay.  And what did he say?
22   A    He never said nothing.  Just headed on down
23 the road.
24   Q    Okay.  Maybe I misunderstood you.  I thought
25 --

Page 12

1    A    Where he was a little loud.
2    Q    Yes, sir.
3    A    I don't remember what he said.  He was
4  mumbling something, just little loud voices, you know,
5  loud.  Hollered something.  I don't remember what he
6  hollered, you know, hollered something out loud.  I
7  wasn't paying that much attention.
8    Q    Okay.  And, so he took the little girl out of
9  the vehicle and started walking down the road?
10   A    Yes.
11   Q    Okay.  So what happened next?
12   A    James said, "Ricky, I'm out of gas too."  And
13 said, "I've got to follow him and get that kid from him.
14 He stole that kid."  Said, "I've got the law called."
15   Q    Okay.  So let me ask you.  Did you know Mr.
16 Helton?
17   A    Yeah.  Known him all my life.
18   Q    Okay.  Did he live close as well?
19   A    He lived up ahead of Morris Creek.
20   Q    Okay.  And James is -- or was Jessie's father-
21 in-law, correct?
22   A    Right.
23   Q    Okay.
24   A    Yes.
25   Q    So he says that he's called the law.  And what

Page 13

1  happens next?
2    A    I said, "He said, I've got to follow him and
3  get that kid some way."  And I said, "Well, I ain't got
4  no driver's license and insurance on this truck."  I
5  said, "Let me park my truck and I'll go with you."
6    Q    Okay.  And, so what happened next?
7    A    Well, he -- he went on down the road.  I went
8  and took my truck, put it in the yard, just ran his
9  truck, put it in the yard, and took off, and follow,
10 catched up with him on down through there, on down the
11 road.
12   Q    So James was following Jessie on foot?
13   A    On foot.
14   Q    And after you parked the vehicles, you then
15 met up with them and followed them on foot as well?
16   A    On foot as well, yes.
17   Q    Okay.  Was anything being said as you-all were
18 walking down the street?
19   A    Well, he just talk like saying a little bit,
20 talked to that kid, and James would say, "Jessie, give
21 me that kid.  Let me get that kid."  He would get a
22 little louder.  He would say something about a ball
23 dropped, and he was talking about his birthday.  I
24 didn't know what he was talking about, drop -- dropping
25 the ball.  And something about a wrestler or an elbow or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

1  something like that.
2      Q.    Okay.
3      A.    That's it.  And he would be quiet and go right
4  on up there.
5      Q.    And what was M. doing?
6      A.    Huh?
7      Q.    What was M., the child doing, during this
8  time?
9      A.    She was just like a kid, you know, he was
10  holding her up like this (indicating) carrying her just
11  like a normal youngin.  She took a crying spell or two
12  and he would talk to her and holler and hush and, "This
13  is daddy" and something or other, sing a little song to
14  her.  Like I said, he would sing every now and then.
15  That's what he was doing his thing with that kid.
16     Q.    Was she crying hysterically or...?
17     A.    No.  She cried like a couple times just like a
18  normal kid, you know, how a normal kid going along, if
19  something ain't their way or right or something, they'll
20  ball a little (sound effect).  That's how a kid is.
21     Q.    And, so she would cry a little bit and then
22  stop --
23     A.    Yeah.
24     Q.    -- is that correct?
25     A.    Yeah.  He would talk to her and sing to her.

Page 15

1      Q.    Were you afraid that Jessie was going to hurt
2  her as he was walking down the road?
3      A.    No.  Not -- not really.
4      Q.    And what was he singing to his daughter as he
5  was walking?
6      A.    He just -- when she would cry a little bit, he
7  just sung and he was saying daddy something.  I can't
8  remember every word he said.  It's been a while.
9      Q.    He was singing to her?
10     A.    He sung to her some, yeah.
11     Q.    Were you ever afraid that Jessie was going to
12  hurt you?
13     A.    No, not really.  I had no fear.  Didn't matter
14  to me.
15     Q.    Okay.  So you guys are walking down the road.
16  Did you see anyone else as you were walking?
17     A.    Not for a long ways there, no.
18     Q.    How far do you think you had walked before you
19  saw somebody else?
20     A.    Plum out of Morris Creek.
21     Q.    And, so for someone who is not from around
22  here, how far is that?
23     A.    That's a couple miles.
24     Q.    Okay.
25     A.    Or further.

Page 16

1      Q.    A good ways?
2      A.    Good way, yeah.  It's a good way.
3      Q.    So who did you see a couple miles down the
4  road?
5      A.    Well, when we headed up the highway, I -- I --
6  I stayed a little bit behind them.  The first place out
7  there, they was having a party in there.  And I talked
8  him into going in there and sitting down at that party.
9  And he was sitting there a minute with the kid and then
10  it was right back on the road again.  And then it was
11  just vehicles coming up.  I -- I don't remember who all
12  did come up.  I can't remember who come up past us.
13     Q.    Okay.  Let's --
14     A.    That's when we started seeing people.
15     Q.    Let's talk about this party.  Whom was having
16  this party?
17     A.    I don't know the people.  It was an old man
18  and some kids there in the yard.  They was having like a
19  cookout or something, you know.  They had a little brick
20  house there.  It was the first turn to the right.  Just
21  get up there just a little ways.
22     Q.    And, so what road would this have been off of?
23     A.    223.  It had been out on the highway.  He
24  turned up the road.
25     Q.    Okay.  And you convinced Jessie to go into the

Page 17

1  house?
2      A.    I convinced him -- talked him into like go in
3  there to that party to get -- get him in there and get
4  him settled down.  And he come in there and sit down on
5  -- got in there and sit down on the ground just a
6  minute.  Me and James waited there in the driveway.  He
7  didn't stay -- said a minute.  Probably half a minute
8  and he was up and up the road with the kid again.
9      Q.    Did he go into the house or was just sitting
10  outside?
11     A.    No.  He just sit down there in the yard.
12     Q.    Okay.  And then after about a minute, he got
13  up and started walking again?
14     A.    Yes.
15     Q.    When he was sitting there on the ground, did
16  you and James try to get the daughter from him?
17     A.    I never said nothing to him about getting it.
18  I don't know where he did or not.  He might have did.  He
19  probably did that probably when he got up to take off.
20     Q.    Well, but you personally didn't try to get the
21  daughter from him at that point?
22     A.    No.
23     Q.    And you don't know for sure if James did or
24  not?
25     A.    I don't know for sure.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI    Doc #: 108-4    Filed: 02/10/20    Page: 8 of 56 - Page ID#:
4398
The Deposition of Mack Thomas Baker, on January 22, 2019

18...21

Page 18

1    Q    Okay.  So did you-all follow him when he
2  started walking down the road again?
3    A    Yeah.
4    Q    Okay.  And did you come upon anyone else?
5    A    There was other people come up and we got on
6  out there where that sawmill was at.  I was staying
7  behind him because he was right in the middle of the
8  road.  And was waiving my cell phone and flicking my
9  lighter to slow traffic down, get traffic stopped, get
10 traffic from running them over.
11   Q    Okay.  And did anyone stop?
12   A    They some slowed down and then, no they didn't
13 plum stop.
14   Q    At some point, did police officers arrive on
15 the scene?
16   A    Way on up the road, yes.  It was right there
17 at that saw mill.  There was a guy pulled over on that
18 side of the road where the saw mill was at.  It was a
19 Barret boy.  And he got out with a flashlight and said
20 -- well -- asked James what was going on.  He told him.
21 He said, "I'll help flag traffic with his flashlight." I
22 don't know what his name is, but I know he was a
23 Barrett.
24   Q    Okay.  And did you see him flagging traffic
25 afterwards?  After he told you to --

Page 19

1    A    Yeah.  I was up on behind him.  He was on up
2  in the middle.  And them James was up on here walking,
3  you know.
4    Q    Okay.  And I -- my apologies.  I should have
5  brought a printout to show you, so you could have given
6  us a better idea of where this took place, and I failed
7  to do that.  But you said you were close to the saw mill
8  on 223 --
9    A    Yeah.
10   Q    -- is that correct?
11   A    Right in front of it.
12   Q    Is that getting close to Dewitt bridge?
13   A    That's pretty close, but not real close.  But
14 pretty close, yeah.
15   Q    Like how close would you guess?
16   A    Half a mile.
17   Q    Okay.
18   A    Maybe three-quarters or something.
19   Q    Okay.  So you saw the Barrett boy get out.  Who
20 did you see next?
21   A    I didn't see -- there's people coming --
22 coming up the road, you know.  And then somebody got
23 their and said they would hold the road.  I don't
24 remember who it was.  Was -- and this woman worked at
25 the Dollar Store or something or other.  She wouldn't

Page 20

1  pass that, you know.  She wouldn't pass them up.  She
2  kept her flashers on.  She wasn't going on past the
3  deal.  I think it was her.  I ain't sure.
4    Q    Okay.  And at this point, is Jessie still
5  walking down the road?
6    A    Yeah.
7    Q    Are you still following him?
8    A    Yes.
9    Q    And is James still following him?
10   A    Yeah.
11   Q    Okay.  Is anyone else following --
12   A    That Barrett boy.
13   Q    -- you-all?  And he's the one who had the
14 flashlight?
15   A    Yeah.
16   Q    Okay.  Did police officers arrive at the
17 scene?
18   A    Yes, on up the road there.  Yeah.
19   Q    Okay.  About where were you when the police
20 officer showed up?
21   A    Very close to Dewitt Bridge.
22   Q    Okay.  Did you know -- well, let me ask you
23 this.  Strike that, please.  How many officers arrived?
24   A    I seen one officer and another guy was with
25 him.  He didn't have no uniform or nothing on.  He was

Page 21

1  in plain clothing.  Like blue jeans and a shirt.
2    Q    And did you know the officer?
3    A    No.
4    Q    Did you know the individual that you're
5  talking about that was in plain clothes?
6    A    No.
7    Q    Did you recognize either one of them from
8  being in town or...?
9    A    Yes.  Yes.  One of them was a city police.
10   Q    City police.  Okay.  Could he have been with
11 the sheriff's office you think?
12        MR. WILLIAMS:  Object to leading.
13   A    He had on a uniform.  I'm thinking he was the
14 city police.  They were driving a city car it looked to
15 me like.  It was black and white writing.
16   Q    Okay.  But you didn't know him personally?
17   A    Neither one of them, no.
18   Q    Okay.  And you think the car was black with
19 red writing?
20   A    White writing.
21   Q    Okay.  Could you tell if the officer was
22 wearing a hat?
23   A    No.
24   Q    You could not tell, or he was not wearing a
25 hat?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1    A    He wasn't wearing no hat.
2    Q    Could you tell if he was wearing a vest?
3    A    Bullet proof vest?
4    Q    Yes.  Or any type of vest.
5    A    No.  I couldn't tell if he was wearing a
6    bullet proof vest or not.
7    Q    Could you see if he was wearing any type of
8    vest at all?
9    A    No.  I didn't pay that much attention.
10   Everything was happening so fast.
11   Q    Okay.  So tell me what happened when the
12   officers arrived.
13   A    Well, one, they start -- they got his
14   attention, got him to stop, got his attention.
15   Q    They got Jessie's attention?
16   A    Huh?
17   Q    Jessie's attention?
18   A    Got his attention.  And the big one was behind
19   him.  The little one was in front of him.
20   Q    So let me stop you right there.  When you're
21   referring to the "big one" and the "little one," was the
22   big one the one in uniform or...?
23   A    The plain clothing was the bigger guy.  He was
24   in the plain clothing.  One was in the cop uniform was
25   the smaller guy --

Page 23

1    Q    Okay.
2    A    -- bald headed.  Didn't have no hair.
3    Q    Okay.  Smaller guy in uniform with no hair.
4    Okay.
5    A    He was in front of him.  And they was going --
6    I seen what they was going to do.  They was going to
7    grab him and get that kid away from him.  So they grab
8    him and try to get the kid away from him.  Well, he
9    ducked around, swing, something like that and gets loose
10   from them.  And he takes off running.  He gets about
11   from here to that wall (indicating) or a little further,
12   just a little child's got the uniform on, takes off
13   running go.  Runs in way out there in behind him and
14   goes kapow, jumps up and smacks him right here in the
15   back of the head with a flashlight.  Him and the kid hit
16   the black top just like that.
17   Q    Okay.  And let me stop you there.  So the
18   smaller individual in the uniform runs after Jessie and
19   you said he hit him in the back of the head with a
20   flashlight.  How big was the flashlight?
21   A    About that long (indicating).  Looked to me
22   like a metal flashlight about that big a long
23   (indicating).
24   Q    Okay.  Did he hit him hard?
25   A    Yeah.

Page 24

1    Q    Okay.  So what happened after he hit Jessie in
2    the back of the head with the flashlight?
3    A    He hit the ground.  He landed right on top of
4    the kid like this (indicating).  He grabs that kid, he
5    runs back this way.  I was watching.  As I turn back
6    this way watching, I was concerned about that kid, see
7    if that kid was okay.
8    Q    Who grabbed the kid, sir?
9    A    The officer.
10   Q    Okay.
11   A    The smaller officer grabbed that kid.  Brought
12   it back this way.  Well, I walked right back this way
13   with him.  He gives it to James.  The ambulance driver
14   stuff and Jessie was squalling every breath.  He turned
15   right around.  He went right back that way.  And that
16   other one was tazing him.  They both just landing in on
17   him beating him (sound effect).  Hitting him with a
18   flashlight and a little steel stick that slides out
19   (sound effect).  One with their knees and elbows on top
20   of him.
21   Q    Okay.  Let me go back a little bit.  And I'm
22   sorry to keep asking you questions.  I just got to make
23   sure we got to make sure.
24   A    Okay.
25   Q    -- we got it clear for the record.  So the

Page 25

1    officer grabs the baby and runs her back to James --
2    A    Yeah.
3    Q    -- the grandfather?
4    A    Yeah.
5    Q    And you said there was also an ambulance
6    driver there at that point?
7    A    They pulled up there somewhere.  Just right
8    out of that.  James got the kid right at that time.
9    Q    Okay.
10   A    But they got ejected right out of that.
11   Q    Okay.  And do you know what James did
12   afterwards?  Did you see him?
13   A    No.  He was holding that kid --
14   Q    Okay.
15   A    -- but during that time, that's -- he was
16   still holding the kid.  During that time, while they was
17   something beating on it, he hollered, "He's got
18   hepatitis.  He got hepatitis."  So let start looking at
19   that blood and stuff on him, you know.
20   Q    Who started looking at?
21   A    Them officers would have that blood on them
22   from picking them up.
23   Q    They had blood on them from --
24   A    From their hand and stuff, yeah.  Blood.
25   Q    From -- whose blood was it?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI  Doc #: 108-4  Filed: 02/10/20  Page: 10 of 56 - Page ID#:
4400
The Deposition of Ricky Clemons, taken on January 23, 2019
26..29

Page 26

1    A    Jessie's.
2         MR. WILLIAMS:  Requires him to speculate.
3    Q    Did you see any cuts or lacerations on the
4    officers?
5    A    No.
6    Q    Okay.  So let's go back a little bit.  Once
7    the grandfather has the child, the officers run back up
8    to Jessie?
9    A    Yeah.
10   Q    And what was Jessie doing at this point?
11   A    He was laying there on the ground squalling.
12   Q    Had he ever gotten up after the initial hit?
13   A    No.
14   Q    So he's still laying on the ground and the
15   officers go back over to him.  And what do they do at
16   that point?
17   A    They was starting hitting him and beating him
18   with that flashlight and that stick.
19   Q    And where were they hitting Jessie?
20   A    In the body, in the head, on this side
21   (indicating).  He was laying on this side like this
22   (indicating).
23   Q    And was he hitting them with anything?
24   A    No.
25   Q    At any point did you see any -- a weapon on

Page 27

1    Jessie at all?
2    A    No.
3    Q    Okay.  So you said they hit him with a
4    flashlight and they hit him with a metal stick?
5    A    Yeah.
6    Q    Okay.  And were they hitting him with anything
7    else?
8    A    Their knees and feet and hands.
9    Q    And you said they were hitting him in the head
10   and the body.  Where all in particularly did you see
11   them hitting him?
12   A    From where he was laying.  He was laying just
13   like this from right here down to here (indicating) to
14   his eyes.
15   Q    Were both of them hitting them at the same
16   time or...?
17   A    Yes.
18   Q    And Jessie is laying on the ground and you
19   said he wasn't fighting them at this point?
20   A    No.
21   Q    Okay.  And you said that the officers had
22   blood on their hands?
23   A    Yeah.
24   Q    And you believe that was Jessie's blood?
25   A    Yeah.

Page 28

1    Q    How much blood was there on Jessie?
2    A    It was a pretty good bunch.
3    Q    Do you know where that blood was coming from?
4    A    Coming from his head.
5    Q    Okay.
6         MR. WILLIAMS:  Objection to qualifications.
7    Q    Do you have any idea how many times the
8    officers hit -- well, strike that.  Did both officers
9    have flashlights?
10   A    Well, the only one I seen had a flashlight was
11   the officer in uniform.  The other one had a -- looked
12   like a limb, but it was on a stick like this
13   (indicating).
14   Q    Okay.  And, so the officer that was in
15   uniform, did you see him hit Jessie with the flashlight
16   after that first time he hit him in the head and Jessie
17   fell on the ground?
18   A    Yes.  Yes.
19   Q    How many times did you see him?
20   A    He -- they repeatedly just kept hitting him
21   until they both lost their breath.  They was out of
22   breath.  And then back to it like this (indicating).  One
23   back over here and one backed up over here (indicating).
24   Q    So they backed up away from Jessie?
25   A    Yes.

Page 29

1    Q    What's Jessie doing at this point?
2    A    He's laying there.
3    Q    Still laying on the ground?
4    A    Yeah.
5    Q    So during this entire time, up until what
6    we're talking about now, Jessie had never gotten up --
7    A    No.
8    Q    -- off the ground?
9    A    No.
10   Q    Okay.  So the officers back away, and what
11   happens next?
12   A    Well, I said, "If you want to handcuff him, I
13   can hold his legs, put him in handcuffs."  And that
14   officer said, "No, you get back from here."
15   Q    How close were you standing when all this was
16   going on?
17   A    From about here to that wall (indicating).
18   Q    So how many feet would you guess that is?
19   A    That's 20 feet or more.
20   Q    And did you have a pretty good view point of
21   what was happening?
22   A    Fairly good.  Kind of, yeah.
23   Q    So you seen one officer hitting him with a
24   flashlight, another with a metal stick.  I think you
25   said earlier something about him being tazed.  Did you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 30

1   see Jessie get tazed?
2       A    No.  When that officer tazed him, is when I
3   had my back turned when he was carrying that kid to
4   James.
5       Q    Okay.
6       A    But that other officer is when he tazed him.
7   That's when he was squalling.
8       Q    Okay.  So they tazed him pretty quickly after
9   hitting him in the back of the head with the flashlight?
10      A    Yeah.
11      Q    Okay.  And, so you had your back turned at
12  that point, so you didn't actually see him being tazed?
13      A    I didn't see him tazed.  No.  He was tazing
14  him though.
15      Q    Could you hear him being tazed?
16      A    You could hear him squalling.  Yeah.
17      Q    Okay.  All right.  So the officers have hit
18  him with a baton -- or a metal stick, I'm sorry, and
19  with a flashlight.  They back away you said to catch
20  their breath?
21      A    Yeah.  They beat till they was out of breath.
22      Q    Okay.  Jessie still laying on the ground?
23      A    Yeah.
24      Q    And what happened next?
25      A    Well, he's dazed.  He's dazed.

Page 31

1       Q    Jessie was dazed?
2       A    Yeah.  He was knocked about out.  And he --
3   couple minutes to he started coming to and he was
4   rubbing his head.  And he raised his head up a little
5   bit.  And then he's coming to a little bit.  And then I
6   look straight across from him like about as close as we
7   are right straight across from him.  Like, right there
8   (indicating).  And he said, "They beat me, tazed me, and
9   going to shoot me laying there."  He said that while he
10  was still laying there.  And I said, "Lay still Jessie.
11  The state's on their way.  Just lay still, be calm."
12  They went back.
13      Q    How did you know that the state was on its
14  way?
15      A    Well, they -- they had said somebody come up
16  and said they was on their way.  Heard it on a scanner
17  down the road there or something.
18      Q    And when you said the state was on its way,
19  who were you referring to?
20      A    The state police.
21      Q    Okay.
22      A    And that boy got straight across from him like
23  right here (indicating).  And he got right straight
24  across from him right -- he shine that light right in
25  his face and he said, "Jessie, you better roll over on

Page 32

1   your belly or their going to shoot you."
2       Q    Okay.  Which boy was this?
3       A    That Barrett boy had that flashlight joined
4   in.
5       Q    So he was that close to?
6       A    Yeah.
7       Q    And where were the police officers at this
8   time?
9       A    They was on each side of the road like this
10  across from him.
11      Q    This is when they were taking a break?
12      A    Yes.
13      Q    Okay.  And they allowed the Barrett boy to
14  walk up to him that close?
15      A    He was on the side of the road to.  He wasn't
16  that close.  The officer was here, and here, kind of
17  back here (indicating).  He come around me, and shined
18  that light right between me and that officer right
19  there.  Shined that right straight from Jessie and
20  shined that light right in his face and said that.
21      Q    Did the officer say anything to you?
22      A    He never said a word, no.  Jessie started
23  moving, they went right back to him like this
24  (indicating).  And started just kicking, kicking, kick,
25  kick, kick, kick, barrel force, kick, kick, kick.

Page 33

1       Q    The officers are kicking?  And where were --
2       A    He took his leg.  He took this -- this leg
3   here (indicating) and he kicked it out like this
4   (indicating) and kicked that uniform cop.  I'm assuming
5   the city, it's what I thought he was.  Kicked him on the
6   leg while they was kicking him.  They just kicked him.
7       Q    So the officers had kicked him first?
8       A    Yeah.
9       Q    How many times had they kicked him?
10      A    It was several -- several times.
11      Q    And it was during that time that Jessie then
12  kicked back?
13      A    Yeah.
14      Q    How many times did Jessie kick back?
15      A    That one little lick.
16      Q    Okay.  Was he swinging his arms?
17      A    Yeah.  Yeah.  He -- he feeling his head and
18  stuff.  And he's -- he's getting up there.  He gets up.
19  The cop said, "Lay down."  He said, "Lay down on your
20  belly.  Put your hand behind your back.  Or I'm going to
21  shoot you."  He walks a step or two, pow.  Shoots him
22  right here.  I thought he shot him in the leg and I
23  said, "Well, maybe he'll lay down now."  And he raises
24  right back up and takes another step and he said, pow,
25  right there.  Hits him right there in the chest.  He



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 34

1 hits the ground, he don't get up. He just makes a few
2 guggling sounds and stretches plum out. Rolled over on
3 this side (indicating), on his right side then. And he
4 looks right across the road at me and says, granny.
5 Don't never move no more. He dead.
6    Q   Why did he say, granny?
7    A   He call me sunny granny. He -- my nickname is
8 sunny granny and he called me granny on that one is what
9 he called.
10    Q   Okay. So let's go back a little bit. He
11 said, Jessie got to his feet. And did you say he took
12 two steps?
13    A   He took about one, two steps, yeah. If it was
14 that much. Yeah.
15    Q   Was he walking towards the officer or
16 away from the officer?
17    A   Yeah. He was looking back at everybody like
18 this at me over here like that (indicating). His
19 hand out going like that (indicating). He was looking
20 back this way, going that way. The cop was there.
21    Q   Okay.
22    A   He had his head turned all the way back.
23    Q   And what did the officer say?
24    A   Said, "Lay down on your belly and put your
25 hands behind your back or I'm going to shoot you."

Page 35

1    Q   Did anyone say anything at that point?
2    A   No.
3    Q   And how quickly thereafter did he -- you hear
4 the first shot?
5    A   Just immediately.
6    Q   Immediately.
7    A   Just a little bit -- just, you know, just a
8 little pause in between there.
9    Q   Did he give Jessie the opportunity to lay
10 down?
11       MR. WILLIAMS: Object to the form.
12    A   Yeah. Listen, Jessie was already beat down
13 and laid down there. They could have handcuffed him
14 manly. They didn't have to do what they did. They
15 could have handcuffed him at any time while he was
16 laying down there and both of them on him instead of
17 beating him and getting back up off the top of him.
18    Q   Because until the point that you're talking
19 about right now when he stood up on his feet, from the
20 time that they knocked him in the head with a flashlight
21 until right now when he stood up, he had been on the
22 ground the entire time, right? And that's when they
23 were hitting him with the metal stick and the flashlight
24 and their hands and kicking him repeatedly, correct?
25    A   Yeah.

Page 36

1    Q   Okay. And then the guy shines the flashlight
2 in his face. And a little bit after that is when he
3 stood up.
4    A   Yeah. He starts moving around, they go back
5 start kicking and kicking. One kick, one of them kick,
6 kick, kick. One kick, kick, kick. And all they had to
7 done was sit their knees on his, grabbed his hands, pull
8 them around behind him and handcuffed him.
9    Q   And you even offered to help them --
10    A   Yeah.
11    Q   -- do that, right?
12    A   Yeah.
13    Q   Okay. Did the officer say anything to Jessie
14 while they were beating him with a flashlight and the
15 metal stick and their hands?
16       MR. WILLIAMS: Object to form.
17    A   I never hear him saying nothing. All you
18 could hear was then (sound effect). You could hear
19 them.
20    Q   Could you ever hear Jessie say anything to
21 them?
22    A   He was squalling.
23    Q   And what do you mean by "squalling?"
24    A   Well, have you ever seen anybody get beat like
25 that in your life?

Page 37

1    Q   Was he yelling out in pain?
2    A   Yeah.
3    Q   Was he saying anything while he was yelling
4 out in pain?
5       MR. WILLIAMS: Object to the form.
6    A   He's hollering (sound effect), you know.
7    Q   So that's what you mean by squalling?
8    A   Yeah.
9    Q   Okay.
10    A   From --
11    Q   All right.
12    A   Every time he would get hit, it would be a
13 different noise (sound effect).
14    Q   Okay. And you may have said this, but I want
15 to be sure. Which of the officers was it that shot him?
16    A   The uniform officer.
17    Q   Okay. And when he shot him the first time,
18 what did Jessie do?
19    A   He squall real loud, he bent over, he folded
20 his leg up like this (indicating), he's down like that
21 (indicating). I thought he shot him in the leg. He was
22 going to go down and that be it, but he hadn't shot him
23 in the leg. He raised up and you could see right here,
24 blood right here, where it shot him like right here.
25 (Indicating).

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 38

1    Q    In the stomach?
2    A    He raised right back up.  He was looking right
3  back around like that (indicating) again.  Walked right
4  towards him like that again.  He shot again.  Just like
5  that, pow.  He shot him right here (indicating) in the
6  stomach.
7    Q    And what happened then?
8    A    He hit the ground and didn't get up no more.
9  The black top.
10   Q    And you personally think that the officers
11 could have handcuffed him?
12   A    Anytime, yeah.
13   Q    And you don't think that they had to shoot
14 him?
15   A    No.
16   Q    Do you recall speaking with a Kentucky State
17 Police detective named Jake Wilson?
18   A    I recall speaking with someone come in my
19 house at 3:00 in the morning at my house where I was
20 renting a trailer at.  Yeah.
21   Q    And was that a Kentucky State Police officer;
22 do you know?
23   A    Well, he was in plain clothing, something
24 similar to him.  He said he was.  He had some paperwork
25 like that.  Some -- he said, I want to ask you some

Page 39

1  questions about that.  And, so I said, "Well, all
2  right."  So he went to question me.  I do not remember
3  what exactly what every question there was, but they
4  were questions about that.  Yes.
5    Q    Okay.  So you said that this was 3:00 in the
6  morning?
7    A    3:00 in the morning, yeah.
8    Q    When was it?  The night -- or the morning
9  after this happened, a couple days after this happened?
10   A    It was that same night that happened.
11   Q    Okay.  So this happened, how long did you stay
12 at the scene, do you remember?
13   A    Right after I seen him die, I said, "I'm
14 leaving."  I left.
15   Q    Okay.
16   A    I left immediately.
17   Q    So you went home immediately thereafter.  And
18 at 3:00 in the morning or so was when this individual
19 showed up in plain clothes?
20   A    Yes.
21   Q    Had you already been in bed that night or...?
22   A    Yeah.  I was asleep.
23   Q    Had you ever met Detective Wilson before?
24   A    No.
25   Q    All right.  So what -- what was said -- strike

Page 40

1  that.  Did you know why Detective Wilson was there?
2    A    I can assume he was there to question me about
3  what happened there, up there.
4    Q    And how did you feel about the officer coming
5  to your home at 3:00 in the morning?
6    A    Well, I -- I was a little skeptic.  Just
7  worried a little bit.  I didn't know what was going on.
8  I was kind of a little scary.
9    Q    Well, why was it a little scary?
10   A    Well, it was just the way the situation was.
11 And you can't -- these days and time, you can't ever
12 tell what's going on or what.  It could have been
13 anything or anything to harm me or anything mostly what
14 I was afraid of about.  I was afraid.  I've been beat by
15 police.
16   Q    You have?
17   A    More than a dozen times.  I didn't want to get
18 in no more badder situation than what I already been in
19 in my life.
20   Q    Had you ever been beat by anyone from the Knox
21 County Sheriff's office?
22   A    Before?
23   Q    Yes.
24   A    Yeah.  Several times.
25   Q    Who was that?

Page 41

1         MR. WILLIAMS:  Object to other instances.
2    A    Just other times like it was mostly my wife
3  caused all that trouble and --
4    Q    Do you know --
5    A    -- Picker's son-in-law was -- because Picker
6  was married to his daughter.  He -- he mostly lied and
7  caused that, caused me to be whooped a couple times.
8    Q    Do you know --
9    A    For no reason.
10   Q    Do you know the name of the officers --
11   A    Uh-uh.
12   Q    -- that beat you?
13   A    Uh-huh.
14   Q    But you know that they were met with the Knox
15 County Sheriff's office?
16   A    Huh?
17   Q    But you believe they were with the Knox County
18 Sheriff's office?
19   A    Yeah.  They were with the Knox County
20 Sheriff's office.  Yeah.
21   Q    Okay.  How did you feel about seeing Jessie
22 get beaten up?
23        MR. WILLIAMS:  Object to the form.
24   A    Just --
25        MR. WILLIAMS:  It's irrelevant.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1     A     Just bad.  It was a bad situation.  I just
2  felt so sorry for him.  Bad.  It was just bad.
3     Q     And you said seeing that caused you to be
4  scared?
5     A     Yeah.
6     Q     Okay.  Were you scared that you too could be
7  shot?
8     A     Yeah.  Yes, I sure was.
9     Q     Based on what you saw that night, do you think
10 that a reasonable police officer would have been in fear
11 of his life from Jessie?
12    A     No.
13          MR. WILLIAMS:  Object to the form.  Requires
14    him to speculate.
15    A     No.
16          MR. WILLIAMS:  No training.
17    Q     Were you in fear of your life that night from
18 Jessie?
19    A     No.
20    Q     Since seeing the shooting that night, has
21 anyone pressured you to say that that -- strike that.
22 Since witnessing the shooting that night, has anyone
23 pressured you to say what you've said today?
24    A     No.
25    Q     Has anyone promised you anything for saying

Page 43

1  what you said today?
2     A     No.
3     Q     Has anyone tried to change your mind or
4  opinion as to what happened that night?
5     A     No.
6     Q     So the testimony that you've given today is
7  accurate to the best of your recollection?
8     A     Yes.
9          MS. STAPLES:  Mr. Hobbs, that's all the
10    questions I have for you right now.  Jason, I'm
11    sorry.  Can we take just a quick little break?
12          MR. WILLIAMS:  Well, I was just going to ask
13    you.
14          MS. STAPLES:  Okay.
15          MR. WILLIAMS:  I'm probably going to be a
16    while with my questions, Mr. Hobbs, so let's take a
17    break --
18          MS. STAPLES:  Okay.
19          MR. WILLIAMS:  -- before I get started.
20          MS. STAPLES:  Perfect.
21          MR. WILLIAMS:  Okay?
22          THE WITNESS:  Yeah.
23          VIDEOGRAPHER:  Okay.  The time is 10:21.  We're
24    off the record.
25               (OFF THE RECORD)

Page 44

1          VIDEOGRAPHER:  Okay.  The time is 10:35, we
2    are on the record.
3               CROSS EXAMINATION
4  BY MR. WILLIAMS:
5     Q     Mr. Hobbs, we've not met before.  My name is
6  Jason Williams.  I represent the defendants in this
7  case, Knox County, Deputy Ashurst and Mr. Bolton.  I
8  understand you've never given a deposition for anything
9  before, correct?
10    A     Not like this, no.
11    Q     Okay.  But there's been a couple of occasions
12 where you either talked to the police or talked to
13 attorneys or investigators, that type of thing?
14    A     Yeah.  I talked to that guy that come in there
15 at 3:00 that morning.  I don't even remember what he
16 looks like.  And I talked to another state investigator,
17 come a couple of times.  What he said he was.  He was
18 coming the last time with her.  That's all I've talked
19 to until now.
20    Q     Okay.  Well, just -- I'm going to be asking
21 you some questions.  And the same rules would apply as
22 before.  If you need to take a break for any reason, let
23 us know.  Can you hear okay?
24    A     I can hear pretty good, yeah.
25    Q     Okay.

Page 45

1     A     Not real good.  But I can hear.
2     Q     There's a couple of recordings that I'm going
3  to allow you to listen to as we take your deposition
4  today.  I want to be able to sure you can hear them okay
5  as we do that.
6     A     Okay.
7     Q     Now, let me first of all ask you, before
8  today, what have you done, if anything, to prepare for
9  your deposition?  Did you review any documents?
10    A     No.  Been right at the house.
11    Q     Okay.  Did you listen to any prior statements
12 that you've given or statements that you've given
13 before?
14    A     No.
15    Q     Did you read any transcripts or typed up
16 writings?
17    A     I can't read or can't write.
18    Q     Can't read or write.  Okay.  Well, that
19 answers that, then.  How about before today, did you
20 speak with anyone about your testimony?
21    A     No.
22    Q     Okay.  You haven't talked with Plaintiff
23 counsel about giving your deposition today?
24    A     No.
25    Q     Okay.  Now, you said that you had talked to



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI  Doc #: 108-4  Filed: 02/10/20  Page: 15 of 56 - Page ID#:
4405
The Deposition of RICKY ABRBF, taken on January 23, 2018

46..49

Page 46

1  the officer that had come to your home on the night of
2  the incident, correct?
3      A   Yes, sir.
4      Q   Is that the one and only time that you talked
5  to the state police, as far as you know?
6      A   If it was a state police.  He didn't present
7  himself as a state police.  He presented himself as a
8  state investigator.
9      Q   Okay.
10     A   Investigating that incident.
11     Q   All right.  So you spoke with him --
12     A   Yeah.
13     Q   -- the night of the incident, correct?
14     A   Uh-huh.
15     Q   You need to answer verbally yes or no, sir.
16     A   Yes.
17     Q   Okay.  And then you also spoke with an
18  investigator that came to your house that was associated
19  with the Plaintiff's law firm; is that correct?
20     A   I spoke to a lawyer that they had to come
21  there and see me.  Now, it wasn't at my house.  It was
22  at a store.
23     Q   Okay.  What was that lawyer's name?
24     A   I don't remember.
25     Q   Okay.  What did he look like?

Page 47

1      A   I don't remember what he looked like neither.
2      Q   Okay.  How long after the incident did you
3  speak with that lawyer?
4      A   It was a pretty good while.  It was close to a
5  year, I guess or longer.  I don't remember what date he
6  come on.
7      Q   Okay.  Just you and that lawyer talking?
8      A   Well, yeah.  He was just asking me a bunch of
9  questions.  She was -- Pearlie Sue was sitting over
10  there.  But she didn't say nothing.
11     Q   Pearlie Sue Gambrel?
12     A   Yeah.  Gambrel.
13     Q   Is that Jessie's mom?
14     A   Yes.
15     Q   So Jessie was at -- or I'm sorry, Jessie's mom
16  was at that meeting too, correct?
17     A   She was sitting there, yeah.  In front of him
18  there.
19     Q   All right.
20     A   Yeah.  At that store.  We were sitting outside
21  from -- there.
22     Q   It was a male lawyer?
23     A   Yes.  It was a man.  He was kind of that
24  darkish brown hair, short not too tall.
25     Q   How long did you-all talk?

Page 48

1      A   He asked me to tell him a story.  I told him
2  what happened mostly.  I told him.
3      Q   Do you know if he was recording you when you
4  talked to him?
5      A   No.  He didn't say he was.
6      Q   Okay.  So that was an occasion you think about
7  a year after the incident, correct?
8      A   Yeah.
9      Q   Who else have you spoken with about what
10  happened that night?
11     A   That's about it.
12     Q   So you just met with that lawyer one time and
13  Ms. Gambrel was there.  And then on the night of the
14  incident you spoke with someone who said they were a
15  state investigator?
16     A   Yes.
17     Q   Is that correct?
18     A   Yes.
19     Q   Any other times you've sat down with anybody,
20  other than today, and told them what you thought
21  happened?
22     A   I told that one state investigator what had
23  happened that come to my house the last time or he had
24  come twice.
25     Q   Okay.  Someone else came with Plaintiff

Page 49

1  counsel?  The lady that's here today taking your
2  deposition?
3      A   A state investigator.
4      Q   A state investigator --
5      A   That's what I thought he was.
6      Q   -- came with this lady that's sitting in the
7  room with us?
8      A   Yeah.  That's what I thought he was.
9      Q   Okay.  How many times did you meet with that
10  person?
11     A   I talked to him twice.
12     Q   Okay.  Let me try to pin down when those times
13  were.  There was two times.
14     A   I don't --
15     Q   Can you remember when they were?
16     A   -- remember what day it was or when it was.  I
17  don't keep up with the dates of the week or nothing like
18  that.  I just live day by day.  I don't keep up with no
19  time like that, when everything is and when it ain't.
20     Q   Do you know if you were recorded --
21     A   I don't know --
22     Q   -- when you talked?
23     A   -- whether he recorded me or not.  I didn't
24  see no recorders.
25     Q   Okay.  All right.  Is that all the times that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI   Doc #: 108-4   Filed: 02/10/20   Page: 16 of 56 - Page ID#:
4406
The Deposition of Rickey Hobbs, taken on January 23, 2019
50..53

Page 50

1  you can think of that you talked -- sat down and talked
2  to somebody?
3      A    Yes.
4      Q    Okay.  All right.  I need to know some
5  information about you personally, Mr. Hobbs, okay?
6      A    Okay.
7      Q    You've been identified as a witness in the
8  case.  Now, I know you live in Knox County.  Were you
9  born and raised there?
10     A    Yeah.
11     Q    What is your physical address right now?
12     A    14477.
13     Q    14477.  What's the rest of it?
14     A    Highway 223.
15     Q    Highway 223.  What community is that in?
16     A    That's in Scalf.
17     Q    Scalf.  Does your mail go to Barbourville or
18 does it go to Scalf?
19     A    No.  It comes to Scalf.
20     Q    Okay.
21     A    P.O. Box 55.  I've got a mailbox rented.  I
22 ain't put a mailbox up where I'm at.  Yeah.
23     Q    Okay.  What's the zip in Scalf?  I don't know.
24     A    40982.
25     Q    Okay.  And how long have you lived at this

Page 51

1  address?
2      A    Where I'm living at right now?
3      Q    Yes, sir.
4      A    I moved there in June about two years ago.
5  This will make -- June it will make about three.  Start
6  going on three.  Will be about two year.
7      Q    So you think about 2016 you moved there?
8      A    Yeah.  It was just a little while after that
9  incident happened there.  It wasn't long.
10     Q    Okay.  Now, before you lived at 14477 Highway
11 223, where did you live?
12     A    I lived in Morris Creek.
13     Q    And what was your address on Morris Creek?
14     A    I don't know what the address was there.  I
15 don't remember.
16     Q    How far away was your place at Morris Creek
17 from where you're living now?
18     A    I would say it's five, six mile or more.
19     Q    Pretty good ways.  Okay.  And how long did you
20 live on Morris Creek?
21     A    I lived there about five -- four or five
22 months.  I ain't for sure how many months I lived there.
23     Q    Uh-huh.
24     A    Four or five.
25     Q    What type of landmarks would be close to where

Page 52

1  you lived on Morris Creek?  Like, is there a store close
2  by?
3      A    Well, if you drive up Morris Creek, there's a
4  big church house on the left.  I lived the first trailer
5  past the church house on the left.
6      Q    What church house was it?
7      A    I don't know the name of that church right off
8  hand.
9      Q    Okay.  You don't know if it's a Baptist or a
10 Methodist or Church of God?
11     A    Probably something like Baptist or Polish
12 (phonetic) or something.  I don't know what they are.  I
13 don't go to church there.
14     Q    Anything else close to where you were living
15 like a store or a post office?
16     A    Esco's (phonetic) at the mouth of that holler.
17 That's close to a store.
18     Q    Esco's?
19     A    That's the closest store.  It's plumbed out at
20 the mouth of that holler.
21     Q    Okay.  You live there for about four or five
22 months?
23     A    Yeah.
24     Q    Where did you live before that?
25     A    I lived at 384 Seminole Drive.  Straight

Page 53

1  across the road from where I'm living now.  My trailer
2  burnt and I had to find a place to stay that I could get
3  reestablished.
4      Q    384 what road?
5      A    Seminole Drive.
6      Q    Seminole.
7      A    Seminole Drive.
8      Q    All right.  Is that in the Scalf community?
9      A    Scalf.
10     Q    Okay.  And how long did you live there?
11     A    About 20 years.
12     Q    20 years.  Okay.  All right.  Who's living
13 with you right now, sir?
14     A    With me right now?
15     Q    Uh-huh.
16     A    My ex-wife, Shirley Reynolds.
17     Q    Anybody else?
18     A    No.
19     Q    Okay.  And did Shirley also live with you on
20 Morris Creek?
21     A    Yes.
22     Q    Okay.  How about when you lived on Seminole
23 Drive, did Shirley live with you there?
24     A    Yeah.
25     Q    Okay.  Anybody else live with you on Seminole



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 54

```
 1   Drive?
 2        A    Well, she divorced me and left there.  Stayed
 3   gone about five years.  I lived with several different
 4   women.
 5        Q    Okay.
 6        A    Probably a dozen or more.  I couldn't just --
 7   I could name a few, not all of them, off the top of my
 8   head.  Lost track of them.
 9        Q    Well, with 12 it would be hard to keep up with
10   them, wouldn't it?
11        A    Yeah.  Or 15, yeah.
12        Q    Can you give me the names of the ones that you
13   lived with say, more than a week?
14        A    Well, let's see.  Becky Hep (phonetic),
15   Jennifer Mills, Tanya Broughton.  That ought to be
16   enough.
17        Q    Any of -- now, Shirley Reynolds is your
18   ex-wife who is currently living with you, correct?
19        A    Yes.
20        Q    Have you talked to Shirley at all about what
21   you saw in this case?
22        A    I might -- might have talked to her about it,
23   yeah.
24        Q    Okay.
25        A    When it first happened or something, yeah.  I
```

Page 55

```
 1   don't remember having a discussion with her at all or
 2   not.
 3        Q    How about any of these other lady friends
 4   you've had?  Have you discussed with them what happened
 5   that night what you saw?
 6        A    No.  I ain't lived with no -- I ain't live
 7   with no other women, except her, since that happened.
 8        Q    Okay.  Do you have any kin folk living in
 9   southeastern Kentucky?
10        A    Yeah.  All my family lives around there.
11        Q    Okay.  Other than the last name Hobbs, what
12   last name would your kin folk have?
13        A    Collins.  I was kin to the Collins and kin to
14   the Browns some.
15        Q    And your ex-wife is a Reynolds?
16        A    Yes.
17        Q    Is that her maiden name?
18        A    Yeah.
19        Q    Do you have any children?
20        A    Five.
21        Q    Any of them living in southeastern Kentucky?
22        A    Yeah.  Three of them lives in -- two lives in
23   Stink Creek, one lives in Barbourville, one lives in
24   Indiana, and the other one lives down next to the
25   borderline --
```

Page 56

```
 1        Q    Okay.
 2        A    -- of Indiana.
 3        Q    The ones that are living in southeastern
 4   Kentucky, give me their names, please.
 5        A    Let's see, Mary.  She's married.  I don't know
 6   what her last name, what she's going by.  I can't
 7   remember it.
 8        Q    Okay.
 9        A    And then Susanna.  She's going by Hall.  And
10   then Breanna.  She goes by Hall.
11        Q    So Marry, Susanna, and Breanna are the three
12   children you have living in southeastern Kentucky?
13        A    We all live in Knox County.  Yeah.
14        Q    Okay.  Any of them living -- any other
15   children living in counties around Knox?
16        A    No.
17        Q    Okay.  Have you talked to any of your
18   daughters about what happened?
19        A    No.
20        Q    Okay.  All right.  What is your age, sir?
21        A    55.
22        Q    And what education level do you have?
23        A    I was in fourth grade of grade school when I
24   quit.
25        Q    Okay.  Did you ever try to go back and get
```

Page 57

```
 1   your GED or anything?  You'll have to answer yes or no
 2   verbally?
 3        A    No.
 4        Q    Okay.  Their getting all this down on --
 5        A    Yeah.  Okay.
 6        Q    -- a written transcript, as well as, video.
 7        A    I know.
 8        Q    I'm not trying to --
 9        A    I know.  I understand.
10        Q    -- quarrel with you.
11        A    I understand.
12        Q    All right.  So you already told us you were
13   not able to read and write, correct?
14        A    Correct, yes.
15        Q    Let me tell you -- ask you a little bit about
16   -- you were asked about what type of work that you do.
17   And I really didn't understand what you said.  I know
18   you said you worked up in the mountains, right?
19        A    Well, they buy herbs and bark from trees to
20   make medicine with.  So I gather herbs and bark and sell
21   it through the summer.
22        Q    Are you talking about like ginseng?
23        A    Seng, alder root, it's called golden seal,
24   black coal eyes.  They use it for menopause medicine.
25   And elenbark (phonetic), they use it for cough medicine,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 58

1  stuff like that.  yeah.
2      Q    All right.  So how long have you been doing
3  that type of work?
4      A    All my life.
5      Q    Okay.  It seemed to be from what you're
6  telling me kind of seasonal; is that right?
7      A    Yeah.
8      Q    You don't do that all year round?
9      A    No.
10     Q    What months do you do it?
11     A    Let's see March -- April, May, and June and
12  July.  A little bit up in July you can gather bark.  And
13  all off roots, except ginseng, you can't gather no
14  ginseng.  And then later in the fall, 15th of August,
15  you can starting gathering ginseng until it's gone.
16     Q    So how many months a year do you typically
17  work doing that kind of stuff?
18     A    About six.
19     Q    Other than doing the work up in the mountains
20  getting herbs and bark, do you do any other type of
21  work?
22     A    I can carpenter.  I do a lot of mowing.  Other
23  stuff, tree cutting for people.  Cleaning them up.
24     Q    Do you have any name for your business?
25     A    No.

Page 59

1      Q    People just know how to get ahold of you?
2      A    Yeah.
3      Q    Can you give -- are there some folks that you
4  tend to work for every year doing mowing and that type
5  of work?
6      A    Yeah.  I work for Norma Mills.
7      Q    Norma Mills?
8      A    Norma Bufford Mills.
9      Q    Uh-huh.  Who else?
10     A    Debbie B. Hubbard.
11     Q    Okay.
12     A    Clinton Hubbard.
13     Q    Uh-huh.
14     A    And Jenner Hubbard.
15     Q    Okay.  And just right through the winter I
16  haul a lot of wood and sell it and it's just for whoever
17  wants -- needs some wood, wants to buy some wood.
18     Q    Okay.  Are you on Social Security disability?
19     A    No.
20     Q    Or how about SSI?
21     A    No.
22     Q    Have you ever been in the military?
23     A    No.
24     Q    Have you ever been a party to a lawsuit where
25  somebody sued you?

Page 60

1      A    I've been sued before, but in a small claims
2  court.
3      Q    Okay.  What were you sued over?
4      A    I accidentally run over a woman.
5      Q    Okay.  Did that case go to trial or did you
6  settle it or what happened?
7      A    It just kept aging on in little court and
8  every time we would go to court, she would raise the
9  price $200 more, $200 more, until the judge got tired
10  and said, "What was going on?"  And she was just yagging
11  on wanting more money.  Because this time she come to
12  court, next time she missed court, next time she would
13  come, next time she would miss.  And she wanted to
14  charge extra $200 for every day she missed and every day
15  she come to court, and the judge dismissed it and
16  throwed it out.
17     Q    What was the name of the lady that had sued
18  you?
19     A    I can't think of her name.
20     Q    Was it in Knox County?
21     A    Yeah.
22     Q    Was that the only time you've been sued by
23  somebody?
24     A    Yeah.
25     Q    Okay.  Have you ever sued anybody yourself?

Page 61

1      A    No.
2      Q    Now, before this incident, this lawsuit, is
3  over occurred, you were friends with Jessie Mills,
4  correct?
5      A    Yeah.
6      Q    Okay.  Tell -- and I think I understood you to
7  say that you know Jessie a long time?
8      A    Yeah.
9      Q    Okay.  Tell me about how you first came to
10  know Jessie.
11     A    Well, we run around like visit around the
12  family and everything and he was raised there as a
13  little boy --
14     Q    Okay.
15     A    -- coming up.  And that's how I knowed Jessie.
16     Q    How much older are you than Jessie was when he
17  passed?
18     A    I -- I really don't know.  I know he was
19  younger than I was.
20     Q    Are you 20 years older than he was or...?
21     A    I couldn't tell you.  I really don't know his
22  age.  I never did ask him.
23     Q    Okay.  Where did you run into him?  Are you
24  related to him in some way?
25     A    Yeah.  I'm related to him a little bit on his

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 62

1  mother's side.  Not -- wouldn't be much.  Would be way
2  distance, if it was any at all.
3      Q    So tell me what type of relationship that you
4  and Jessie Mills had before he passed?
5      A    Well, where I lived at up there, 384 Seminole
6  Drive he was -- that Becky Helton I was stuck up with,
7  he was right up there in the holler where she was from.
8  That was one of his kin folks, ex-woman.  And him and
9  his wife visit my place pretty often, come over and see
10 me because I knewed him and I didn't care for him coming
11 around.  He come on, take a shower or wash some clothes
12 or something like that.  And I would say, "Yes, go
13 ahead."
14     Q    Okay.  So how old was Jessie when you-all
15 first started having a relationship of some kind?
16     A    I don't know.  I just knewed he was a boy
17 coming up all my life.
18     Q    So then he was --
19     A    If you call that a relationship.
20     Q    So I -- just so I have a better understanding
21 of it, when he was like in Kindergarten, did you know
22 him then?
23     A    No.
24     Q    When he was in elementary school, did you know
25 him then?

Page 63

1      A    I never went to school.  I didn't know where
2  he went to school or whatever.  I just seen him, you
3  know, here and there.  Maybe on the weekend or something
4  while we was all, you know, gathered up talking and
5  socialize.
6      Q    Before he was 12-years-old, did you have
7  occasion to see Jessie?
8      A    I seen him a few times, but not his friends
9  and mainly, no.
10     Q    Where would you see him before he turned 12?
11     A    In Browns Branch, around there.
12     Q    All right.  Hanging out in the road or in a
13 yard or --
14     A    Yeah.
15     Q    -- in the store or where?
16     A    A lot of kids up through there playing.  Yeah.
17     Q    Okay.  And was he invited into your home back
18 at those times?
19     A    No.
20     Q    Okay.  Let's say between the time he was 12
21 and 18, did you run into Jessie during those years?
22     A    A few times, yeah.
23     Q    Where would you run into at?
24     A    In Browns Branch.
25     Q    Okay.  Was he -- would he come to your home or

Page 64

1  where would you see him?
2      A    No.  I would see him through there where the
3  other people went, his girlfriend were running around,
4  going places, see him in stores, see him in other
5  places.  Next time I would see him in another place.
6      Q    Okay.  But what kind of -- what was he like
7  between the times he was 12 and 18 years old?
8      A    He was just a jokable, normal, friendly guy.
9      Q    Did he get into any trouble that you know of?
10     A    Not that I know of.
11     Q    Was he using any drugs that you know of?
12          MS. STAPLES:  Objection.  Calls for
13 speculation.
14     A    Not that I know of.
15     Q    Okay.  After Jessie got to be about 18 or when
16 he became an adult, would you run into him then?
17     A    A few times, yeah.  I've run into him.
18     Q    Okay.  Tell me what type of relationship you
19 had with Jessie after he turned 18.
20     A    Well, I just spoke to him and talked to him.
21 He married that Whitney, started having them kids.
22 That's when he got into using drugs through theirs.  She
23 was -- she was using drugs.
24     Q    What was Whitney's name?
25     A    She would be a Helton, wasn't she?  Whitney

Page 65

1  Helton.
2      Q    Okay.  Is that the -- is Whitney the mother of
3  the child that Jessie was carrying on the night of the
4  incident?
5      A    Yes, sir.
6      Q    Okay.  You said when Jessie got associated
7  with Whitney that that's when he started using drugs?
8      A    I suppose, I guess.
9          MS. STAPLES:  Objection to form.
10     A    I don't know exactly what time he started
11 using drugs, but I know he was using drugs.
12     Q    Okay.  What drugs do you know he was using?
13     A    I just anything he could get ahold of mostly.
14     Q    Such as?
15          MS. STAPLES:  Objection to form and
16 foundation.
17     A    I -- I don't know exactly what he was using,
18 but I know he was using something.
19     Q    How did you know?
20     A    Well, on occasionally there he -- he would
21 come by.  When he would come by there when I was living
22 with Ms. Helton, he would -- brought her in some --
23 sneaked her in some meth there a few times.
24     Q    He brought meth in?
25     A    He snucked it to her without my concern, you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 66

1  know.  He never asked me to do it or nothing.  It was
2  just them.  They had a, you know, a relationship going
3  on sometimes when they do drugs and stuff, I guess that
4  they did.
5      Q    But you said he snuck it to her?
6      A    Yeah.  I caught him sneaked it through the
7  window to her once.
8      Q    Okay.  The window of your house?
9      A    Yes.
10     Q    What did you do when you saw him sneaking
11 meth --
12     A    Well, I didn't know --
13     Q    -- through the window of your house?
14     A    -- what he was doing right at the time.
15     Q    Okay.  How did you find out later then?
16     A    Well, he told me.  I said, "Listen.  Don't
17 come back no more."
18     Q    Okay.
19     A    I ran her off after that and got rid of her.
20     Q    Was there a time period where Jessie and
21 Whitney lived in your home?
22     A    No.
23     Q    Okay.  You had let them stay at your house
24 sometimes though?
25     A    Not Jessie and Whitney, no.

Page 67

1      Q    Okay.  Was there times when you just let
2  Whitney stay in your home?
3      A    No.
4      Q    Was there times when you just let Jessie stay
5  at your home?
6      A    I let Jessie and his girlfriend.  Either him
7  and Whitney split up, come their several times, take a
8  shower, washed clothes, and never let them stay in the
9  house.
10     Q    So he had a girlfriend separate from Whitney?
11     A    Yes.
12     Q    What was his girlfriend's name?
13     A    Ronda or something.  I can't remember her
14 name.
15     Q    You think it might have been Ronda?
16     A    Ronda.
17     Q    Okay.  Now, when Jessie and Ronda would come
18 to your house and do laundry and so forth, about what
19 time period was that that they would do that?
20     A    It was in the evening.  Sometimes --
21     Q    Okay.
22     A    -- in the evening.  Couple, four, five trips.
23 It wasn't that many times.
24     Q    The incident that we're here discussing today
25 occurred in late June of 2016.  June 29th over on to the

Page 68

1  evening of -- or the morning of the 30th.  Now, was it
2  during this time period that Jessie and his girlfriend
3  Ronda would come to your house and wash clothes and so
4  forth?
5      A    Not during -- then my trailer burnt and
6  winter, whatever year it was, that happened to Jessie my
7  trailer burnt.  They ain't no winter and the fall about
8  this time.  I was getting ready to file my taxes.  And
9  that's when I moved and start -- I stayed a month or so
10 with my mother or something, and then I rented that
11 trailer.
12     Q    Okay.  So before --
13     A    And during that time I never had seen Jessie
14 up until, that had been like three or four months.  I
15 hadn't seen him in three or four months up until that
16 incident.
17     Q    Okay.  That kind of helps me out then.  Let me
18 ask it this way.  Before June 29, 2016, the -- the night
19 this incident occurred, when was the last time that you
20 had seen Jessie?
21     A    It was in summer before that because my
22 trailer burned in the fall and it was in the summer when
23 him and that girl was coming by there and visit me.  And
24 I had run Ms. Helton off, and changed, you know.  change
25 people around.

Page 69

1      Q    So just so I'm clear, the incident where we're
2  talking about today occurred on June 29, 2016.  And
3  you're saying it was the summer before that that you
4  last saw Jessie --
5      A    Yeah.
6      Q    -- is that correct?
7      A    When he was visiting me, yeah.
8      Q    Okay.  So it would have been in the summer of
9  2015 that you last saw Jessie?
10     A    Yeah.  Yeah.  I had seen him, you know, at the
11 store or something or passing by, but that was it.  I
12 hadn't spoke with him, talk with him much, nothing in
13 months.
14     Q    Okay.  So let me be clear about that then.
15 When was the last time you had seen Jessie at all --
16     A    I don't remember.
17     Q    -- before June 29, 2016?
18     A    I don't remember.  Remember him coming there
19 at the house with that woman.  I give him a ride back to
20 the house a few times, a ride somewhere a few times.
21 Took him a place or two, and that's about it.  That's
22 all I remember.  I can't remember exact dates or
23 nothing.
24     Q    Would that have been after the summer of 2015?
25     A    That was during the summer of 2015.



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 70

1    Q    Okay.  When you last saw Jessie, was he with
2  his girlfriend Ronda?
3    A    Yeah.
4    Q    In the summer of 2015?
5    A    Yeah.
6    Q    How were they getting along when you saw?
7    A    I -- just like two people gets along.  Just
8  like two people together, like boyfriend and girlfriend.
9    Q    To your knowledge, were either of them doing
10  any drugs?
11    MS. STAPLES:  Objection to form.
12    A    Well, I guess they both done drugs.  I think
13  she took pain pills or something.  He was using
14  something.  I don't know what it was.  I assumed it was
15  meth or something.
16    Q    How do you know that?  How are you aware of
17  that?
18    A    Well, accident.  You know, normal person
19  through like a person does on drugs.  They got a
20  different way, a different attitude, a different part of
21  life.  And I've seen him ask to go get drugs, yes.
22    Q    Okay.  All right.  Now, you touched upon this
23  before, Mr. Hobbs, but you have a history with law
24  enforcement yourself, correct?
25    A    Yes.

Page 71

1    Q    Okay.  You are a convicted felon, correct?
2    A    Yeah.
3    Q    What is your conviction for?
4    A    Cultivating marijuana.
5    Q    Okay.  And that's out of Knox County, correct?
6    A    Yes.
7    Q    Now, I'm going to ask you some questions to
8  help me identify to make sure that this record I have is
9  you.  But I would ask that when we have the written
10  transcript, these date of birth and Social Security
11  number be redacted, okay?  So they won't be in the
12  public record.  All right.  Is your date of birth,
13  XX-XX-XXXX?
14    A    Yes, sir.
15    Q    Okay.  Are the last four numbers of your
16  Social Security number XXXX?
17    A    Yes.
18    Q    Okay.  You were previously charged in Knox
19  County, Kentucky with assaulting a police officer,
20  correct?
21    A    Yes, sir.
22    Q    And can you tell me what occurred in that
23  case?  What was the allegation that led to you being
24  charged with assaulting a police officer?
25    A    Well, I was sitting on the porch.  I had a few

Page 72

1  marijuana plants at the field there.  I got on my four-
2  wheeler and I drunk a few beers and I was also -- I was
3  going to cut them, bring them home.  And I skipped back
4  up home and went to the store to get me something to
5  eat.  And this lady lives out in front of me.  They
6  lived on out in front of me out there.  They're all
7  crazy.  And she flagged me down and said, "What you
8  doing jumping on my daughter?  What are you going to do
9  jumping on my daughter there when she brings them kids
10  to the school bus?"  We're on the highway and I said,
11  "What you talking about?"  I didn't know nothing about
12  it.  And they all -- it was raising up roar with me and
13  getting me disturbed up.  Well, she call the law and
14  said that I assaulted her and I never touched her.
15  Didn't have -- and I come back home and I was sitting on
16  the porch and the police come, Mr. Lifort.  And I was
17  sitting their drinking a beer.  He tell me what was
18  going on.  I was trying to explain to him what was going
19  on.  And the ex-wife out there said I had a bunch of
20  money built up hidden in the cabinet and she seen me get
21  some money out of that money.  And I had 20, 30-pound
22  thing in the refrigerator to sell, big chunk of change.
23  $3,000 or $4,000.  And she jumped me to and they was all
24  trying to get rid of me.  Was going to rob me.  I was
25  going to get cleaned out.  So he said -- trying to tell

Page 73

1  him what was going on.  She butted in.  I told her to go
2  in my house and shut her mouth because she didn't know
3  what had happened to me telling him what had happened.
4  And he said, "Just let me take you to jail and you can
5  get out of jail in the morning and -- just for
6  drinking."  And I said, "No.  This is my porch and they
7  are going to rob me when I'm put in jail.  They are
8  going to get everything I've got."  And he said, "Well,
9  I'm going to take you to jail anyway."  And I said, "No,
10  you're not."  And we went together, fight.
11    Q    You and Officer Lifort fought?
12    A    Buster Lifort.
13    Q    Buster Lifort.
14    A    Buster Lifort.
15    Q    I don't know how to pronounce his name.  So as
16  a result of that altercation you had with Buster, you
17  plead guilty to fourth-degree assault, correct?
18    A    Yes.
19    Q    All right.  And resisting arrest?
20    A    If you call it that, yeah.  I said, "Yeah.  I'm
21  not going."
22    Q    Now, you've also had some violations of
23  Kentucky emergency protective orders, haven't you?
24    A    Yeah.  That ex-wife there done all that.
25  Putting me in jail and telling the law I done all this



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 74

1  and that there every time I'm at work like I have now
2  and build up a little money and somewhere we living. And
3  I was living on HUD and under her at that time and her
4  rules. And now she got nothing and she's back living
5  with me and under my rules or the highway. Either one
6  she wants.
7      Q    What I'm -- what I would like to do, Mr.
8  Hobbs, is I'm just going to read you the case number on
9  these charges and you let me know if this is you that's
10  been charged with it, okay?
11     A    Just by that case number, I don't know what
12  you're talking about.
13     Q    Well, I'm just -- I'm going to try to give you
14  some information on each one.
15     A    Okay. Go ahead.
16     Q    If you don't remember it, you can tell me. So
17  it looks like in Case number 13M00589 in Knox District
18  Court you would have plead guilty to a violation of a
19  Kentucky emergency protective order, correct?
20     A    I have, yeah. I've plead guilty several
21  times. Yeah.
22     Q    Okay.
23          MS. STAPLES: Just -- let me just put an
24  ongoing objection to all these questions, please.
25          MR. WILLIAMS: Okay.

Page 75

1          MS. STAPLES: Form and foundation and
2  relevance.
3          BY MR. WILLIAMS:
4      Q    A number of these prior charges that you've
5  been charged with and/or plead guilty to were involving
6  the Knox County Sheriff's Department, correct?
7      A    Yeah. At some point, yes.
8      Q    You're not a big fan of the Knox County
9  Sheriff's Department, are you?
10     A    I like the law. I ain't got nothing against
11  the law. Sheriff, no. Sure ain't.
12     Q    In Case number 13M481, it looks like you plead
13  guilty to alcohol intoxication in a public place?
14     A    Yes. Yeah.
15     Q    In Case number 12T4404, it looks like you
16  plead guilty to careless driving, operating under the
17  influence of alcohol or drugs, operating on a suspended
18  license, and failure to have required insurance?
19     A    Yeah. Yes. Yeah.
20     Q    In Case number 11M1263 it looks like that one
21  got dismissed. The 11CR35 you were charged with
22  cultivation of marijuana, plead guilty, and received two
23  years; is that correct?
24     A    Yes.
25     Q    That's --

Page 76

1      A    Yeah.
2      Q    -- the marijuana --
3      A    Yeah. I was cultivating marijuana.
4      Q    -- conviction that you had?
5      A    Yeah.
6      Q    In Case number 09M534 you plead guilty to
7  violation of a Kentucky emergency protective order?
8      A    Yeah. In order to get out of jail. I was in
9  jail, yeah. They turn you out.
10     Q    It looks like in 2008 you were also charged
11  with cultivation of marijuana. And that was amended
12  down to cultivation of less than five plants?
13     A    Yeah.
14     Q    Is that correct?
15     A    Yeah. Sheriff took that on and took it to his
16  brother and let him sell it.
17     Q    Now, in '08 you had some charges involving
18  operating on a suspended license or expired license,
19  that type of thing?
20     A    Yeah.
21     Q    Do you drive a lot without having any license
22  or registration?
23     A    I have where I have to go and what I need to
24  get done, yeah.
25     Q    You were driving a vehicle on the night of the

Page 77

1  incident, correct?
2      A    Yeah.
3      Q    Was it licensed and registered at that time?
4      A    No. I just bought it. I hadn't had it that
5  long. It was out of Tennessee.
6      Q    Would it be fair to say that regardless of
7  when you bought it, that you were not able to get a
8  license at that time?
9      A    Right.
10     Q    There have been a number of times in your past
11  where you have been found guilty of violating an
12  emergency protective order, correct?
13     A    Yeah.
14     Q    And you've been charged with assault on more
15  than one occasion, correct?
16     A    Yes.
17     Q    Do you remember what happened in the 2006
18  case, 06F120 where you were charged with assault in the
19  second degree and then later plead guilty to assault
20  fourth?
21     A    Some. Some I remember, some I don't. It's
22  about 25 pages of that altogether. It's all about the
23  same thing. It's about control. This woman using this
24  stuff to control you. Wife using that to control, you
25  know, is all it's about.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 78

1    Q    So is it your testimony that when you plead
2  guilty to these charges that you weren't in fact guilty?
3    A    Some of them --
4         MS. STAPLES:  Objection to form.
5    A    -- I plead guilty to.  I was in fact not
6  guilty.  Yeah.
7    Q    Now, let me ask you.  Do you -- before June
8  29, 2016, did you know Mr. Ashurst?
9    A    Mr. Ashurst.
10   Q    As we sit here today, do you even know who
11 Mr. Ashurst is?
12   A    No.
13   Q    Okay.  How about Mr. Bolton?  Do you know
14 Mr. Bolton?
15   A    No.
16   Q    Okay.  You've given testimony here today about
17 what you can recall happening back on June 29, 2016,
18 correct?
19   A    Yeah.
20   Q    And/or on the 30th.  And you understood as we
21 began this deposition today that your testimony is being
22 taken under oath, correct?
23   A    Yes.
24   Q    Do you recall speaking with an investigator
25 from the state on the night that this incident occurred?

Page 79

1    A    Yeah.  Some, yeah.  I recall that.
2    Q    Is there any reason why when you spoke with
3  him that you would have lied to him for any reason?
4    A    Yes.
5    Q    You lied to an investigator from the state?
6    A    I might have.  I might have told him something
7  that wasn't correct, yeah.
8    Q    Okay.  I have a recording of a statement that
9  you gave that night --
10   A    Yeah.
11   Q    -- of what I believed to be a recording that
12 you gave.  And I -- first of all, I want to play just a
13 portion of it, just to make sure it is you.  It's been
14 identified as you --
15   A    Go ahead.
16   Q    -- but I don't know.  I'm going to give you
17 the chance to listen to it.
18   A    Yes.
19   Q    And then after you can identify it if it is in
20 fact you.  We'll let you listen to the whole thing,
21 okay?
22   A    Yeah.
23   Q    All right.
24        MR. WILLIAMS:  Can you play that for us?
25        (AUDIO PLAYED)

Page 80

1         MR. WILLIAMS:  Stop it right there.
2    Q    Is that you on the tape, Mr. Hobbs?
3    A    Sounds like me.  Yes, sir.
4    Q    Okay.  I'm going to let you go ahead and
5  listen to it.  It's not extremely long.  I think it's
6  eight or nine minutes.
7         MS. HYLTON:  It's almost 15.
8    Q    Oh, I'm sorry, it's 15 minutes long.  But I
9  want you to have a chance to listen to it and then I'm
10 going to have some questions for you about it after it's
11 over with, okay?
12   A    Okay.
13   Q    Now, if you need to take a break now or at any
14 time, just let us know, okay?
15   A    Yes.
16   Q    Okay.
17        (AUDIO PLAYED)
18   Q    Okay.  I guess we were able to have the video
19 record that audio as we were going along, but I would
20 also like to make an exhibit to the deposition a
21 recording of the audio, just in case it's needed later
22 for reference.  All right, Mr. Hobbs.  Were you able to
23 hear the audio tape there clearly as it was played?
24        ( EXHIBIT 1 MARKED FOR IDENTIFICATION)
25   A    Yes.  Yes.  Yeah.

Page 81

1    Q    And was that the officer that came and spoke
2  with you the night of the incident?
3    A    Yes.
4    Q    Okay.  I noticed when he came to the door the
5  dog was barking there, correct?
6    A    Yes, sir.
7    Q    And as you-all began to talk, you didn't say
8  anything to him like, I've been asleep or anything like
9  that, did you?
10   A    I didn't hear me say nothing like that.  I
11 said -- I was telling him about my daughter coming in
12 and her husband.
13   Q    In my listening to the recording, it didn't
14 sound like you were groggy or unable to communicate.  You
15 would agree with that?
16   A    I could communicate pretty good there, yeah.  I
17 was all right.  I might have been a little intoxicated
18 or something.
19   Q    You didn't tell him to come back later or
20 anything, did you?
21   A    The cop there?
22   Q    Yeah, the cop.
23   A    I told him if he needed anything, I guess.
24 That's what it sounded like.  Did it sound like that on
25 there?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 82

1    Q   I'm just asking you, sir, when you -- when
2 they came to your door -- or when he came to your door
3 and started asking questions, you didn't say, hey, I
4 need you to come back later?
5    A   No, I didn't say that.  No.
6    Q   I'm sleepy or I'm tired --
7    A   No.
8    Q   -- or anything like that?
9    A   I just told him come on in.  I just -- I know
10 what he was there for anyway.
11    Q   All right.  Now, when you spoke with this
12 officer, did you intentionally lie to him about what
13 happened, what you saw?
14    A   Well, it was just a little bit.  Just
15 fabricated just a little bit on account of just I was
16 scared.  I just wanted to tell him what some of them
17 things I said right there to get rid of him at the time.
18 Yes.
19    Q   Okay.  So --
20    A   Hurry him on out of there.
21    Q   All right.  So I need you to tell me what
22 parts of what you told him were made up lies.
23    A   Well, it wasn't too much of it made up lies.
24 It's the fighting part out there on the end where I said
25 he was fighting him and stuff.  Yeah.  Because he was

Page 83

1 not fighting.  He never hit barely -- he gave one little
2 kick and that's it.
3    Q   Okay.  During the recording, you told the
4 officer that Jessie had been on meth for two or three
5 days.
6    A   He had.  Yes, sir.
7    Q   Okay.  How were you aware that he had been on
8 meth for two or three days?
9    MS. STAPLES:  Objection to form.
10    A   That grocery store up there called Beuford
11 Bingham's, I drove across that hill, and then that way
12 parked it, go around there, and I go there, get
13 something to eat every morning, I fix breakfast, go in
14 there and drink coffee.  He was there two mornings or
15 three in a row.
16    Q   All right.  Did you see him intoxicated at
17 that store?
18    A   He was hyper.  He was there every -- every
19 morning.  And he was talking goofy talk.
20    Q   Like what?
21    A   Like -- just like what was said right there
22 about being wrestling, and a ball dropping, just
23 something goofy.
24    Q   This --
25    A   Oh.

Page 84

1    Q   I'm sorry.  This --
2    A   Something not normal.  You know.
3    Q   This investigator that came to your home that
4 night, had you ever met him before?
5    A   No.
6    Q   Had he ever arrested you before?
7    A   Not that I know of.  If he had, I didn't
8 remember.
9    Q   Okay.  Just in listening to the recording, it
10 didn't sound like you were scared when you were talking
11 with him?
12    A   No.
13    Q   Did it?
14    A   No.
15    Q   You told the officer that interviewed you that
16 night that Jessie was talking crazy.
17    A   That was what I was meaning by him talking
18 crazy.  What he was saying about the wrestlers, the
19 elbow and the muscle reflex deal right there, all he
20 done was showed that cop his arm like this (indicating).
21 He took his arm up like this (indicating) one time.
22    Q   Uh-huh.
23    A   Before they -- before they was holding the kid
24 like this while they was trying to get his attention to
25 get the kid.  Took his arm up one time like that

Page 85

1 (indicating).
2    Q   When you see somebody holding their arm up
3 like that with a clenched fist, is that a sign to you
4 that the person was going to cooperate?
5    MS. STAPLES:  Objection to form.
6    A   I guess not.  He was out of his head.  He
7 wouldn't -- he wouldn't cooperate with me or James.  His
8 kid.  And he wouldn't cooperate with them.  They was
9 trying to make him lay on the ground on his belly and
10 put his hands behind his back.  And him out of his mind.
11 Like I told that officer, the very minute they got
12 through beating on him I said, "I will hold his legs.
13 And you handcuff him."  He said, "No.  You get back from
14 here."
15    Q   Do you have any police training, sir?
16    A   No.
17    Q   Can you understand why an officer would not
18 want you helping them detain somebody?
19    A   Yeah.  If two big able bodied men couldn't
20 tame one little guy, yeah.  If I was a police officer
21 and you offer to help me attain that guy say, yeah.  Get
22 ahold of him.
23    Q   You told the officer in the recording that you
24 were afraid that Jessie would hurt the old man, correct?
25    A   Yes.  If you -- I've been around a lot of



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 86

1 people on meth. A lot of people on meth, their mind
2 goes (sound effect). People have had to kill their own
3 kids because they was on meth and they went did off,
4 just like that and tried to hurt them. Plenty examples
5 happen here in Knox County and then even in London here.
6   Q   The "old man" you're referring to when you
7 said that, are you referring to Mr. Helton?
8   A   Right. Yeah.
9   Q   The grandpa?
10  A   Yeah.
11  Q   You were afraid that Jessie might hurt the
12 grandpa?
13  A   If he went off, he could. Could have hurt
14 him, yeah.
15  Q   You mentioned at one point of the recording
16 that when the police tried to subdue Jessie that he tore
17 loose and ran; is that correct?
18  A   When they tried to take that kid is when he
19 tore loose and ran.
20  Q   Okay. Now, do you think it was a good idea
21 for Jessie to have taken the child from the home in the
22 first place?
23  A   No.
24      MS. STAPLES: Objection.
25  Q   Okay. In fact, that was against the law,

Page 87

1 correct?
2   A   Right.
3   Q   How about walking in the middle of the road in
4 the dark with the child? Do you think that was a safe
5 thing to do?
6   A   No.
7   Q   Before the police arrived, had Mr. Helton
8 asked Jessie to release the child?
9   A   Several times.
10  Q   And had you asked Jessie to release the child?
11  A   Two or three times.
12  Q   And on any of those occasions, did he release
13 the child?
14  A   No.
15  Q   You told the investigating officer on the
16 recording that Jessie was fighting the whole time,
17 correct?
18  A   I might have said that. I don't -- I might
19 have said that, yeah.
20  Q   In fact, was Jessie fighting with the officers
21 the whole time?
22  A   No.
23  Q   What part of the time was he fighting?
24  A   He didn't fight at all. He never hit -- hit
25 one little kick is the only fight lick part was hit from

Page 88

1 him.
2   Q   Well, why on earth did you tell the police
3 then he was fighting --
4   A   Because --
5   Q   -- with him the whole time?
6      MS. STAPLES: Objection. Asked and answered.
7   A   Because other people was there and seen that.
8 And when they would give testimony, when he was up on,
9 got up -- when he looked back like this (indicating)
10 with his hand out like that going like that (indicating)
11 looking back, he wasn't even looking towards that
12 police. And they would have said, well, he was reaching
13 for that gun. But he really wasn't.
14  Q   You don't know what Jessie was doing, do you?
15  A   No. He was just --
16      MS. STAPLES: Objection to form.
17  Q   You said he was out of his mind, correct?
18  A   He was just -- yeah. He was just out of it.
19  Q   You told the officer that night that Jessie
20 was trying to get ahold of that gun; is that correct?
21  A   It looked that way. Yes, it did.
22  Q   You told the officer that after he was down
23 that he came back up, correct?
24  A   He got up when they were kicking him and got
25 him to get up.

Page 89

1   Q   You told the police officer that evening that
2 the police tried to get him to cooperate and, I think,
3 your words were, there weren't no cooperating?
4   A   He was out of his mind. He wouldn't listen to
5 nobody.
6   Q   The officers were giving him instructions,
7 correct?
8   A   One instructions. Roll over, get down on your
9 belly and roll over, put your hands behind your back.
10  Q   Did they tell him to release the child?
11  A   No. They tried to take it.
12  Q   They -- you're saying the officers at the
13 scene didn't ask Jessie to let the child go?
14  A   Never said nothing about letting the child go.
15 Like I told you, they got one front of him, one behind
16 him, got his attention. He wrestled loose of them, then
17 he run near that wall, that little cop run that far and
18 a kids head laying right here like this and my whole
19 that kid run that far, jumped right there, come on down
20 back of his head with a flashlight. They both hit the
21 highway just like that.
22  Q   Do you have any knowledge or information that
23 the child was harmed?
24  A   Only harm that come out of it is when he hit
25 that blacktop with him on top of it like that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 90

1   Q  Do you know if the child was harmed?

2   A  No.  I don't think it was harmed.

3   Q  As I understood your earlier testimony, you

4 did not see Jessie tased?

5   A  No.

6   Q  You did not see that?

7   A  No.

8       MS. STAPLES:  Objection.  Asked and answered.

9   Q  On the recording that you made with the state

10 officer, you told him that the police officer was

11 backing up because Jessie got up and was coming for

12 him --

13   A  He was coming.

14   Q  -- is that correct?

15   A  He was walking towards him.  I made that in

16 that statement there.  He was walking towards him going

17 with this hand like this (indicating) looking back at

18 everybody else over here.

19   Q  Yeah.

20   A  A mumbling.

21   Q  And --

22   A  Mumbling words I don't know what he was

23 saying.  He was mumbling.

24   Q  You told the officer that night that Jessie

25 was reaching for the officer's weapon?

Page 91

1   A  Yeah.  I told him that.  Yeah.  It looked like

2 he was reaching for his gun.

3   Q  And the police officer was backing up?

4   A  He backed up a few steps, yeah.

5   Q  You also told the police that night that

6 Jessie was about two feet away when the shot was fired?

7 Two feet away from the officer, I mean.

8   A  Yeah.  Yeah.  I said two feet.  It was in

9 that.  But it was more than that.

10   Q  How far was it?

11   A  It was eight -- six to eight feet.

12   Q  Okay.

13   A  Or more.

14   Q  What has caused you to change your testimony

15 -- or change your statement today from when you spoke

16 with the officer?

17   A  I told him that that way it all happened

18 similar from that way, yes.  Like I told you.

19   Q  Do you think your recollection --

20       MS. STAPLES:  Jason, I think he was still

21 answering the question.

22   Q  Oh, I'm sorry.  Go ahead.  I didn't mean to

23 talk over you.

24   A  No.  Go ahead.  That's it.

25   Q  Okay.

Page 92

1       MS. STAPLES:  Okay.

2   Q  Do you think that your recollection of the

3 events would have been clearer on the night of the

4 event, as opposed to today?

5   A  It was -- it's all still clear to me

6 everything had happened.  It happened similar to what I

7 said in that testimony all except him fighting them

8 back.  He never sit back that lick.  It's just one

9 little kick.  That's it.

10   Q  You said on the recording that we listened to

11 a moment ago, that it wasn't the poor old officer's

12 fault?

13   A  Yeah.  Yeah, I did say that.

14   Q  You told the officer that was investigating

15 that night that Jessie tore the taser wires all to

16 pieces.  Is that correct?

17   A  Yeah, I probably did fabricate that little

18 bit, yeah.

19   Q  Now, at the scene of the incident, had you

20 been using any drugs or alcohol that night?

21   A  No.  Not at that time, no.

22   Q  So when you were at the scene walking in the

23 roads, witnessing these events, were you sober?

24   A  Yeah.

25   Q  Okay.  And after you went home that night, did

Page 93

1 you use any drugs or alcohol?

2   A  I might have drunk a couple beers or something

3 or another to go to sleep on, I think.  Relax me, put me

4 to sleep better.

5   Q  All right.  But you don't know whether you did

6 or not, correct?

7   A  Don't know whether I did or what?

8   Q  Well, I understood your testimony to be you

9 might have drank a couple of beers?

10   A  Yeah.  I drunk a couple of beers.  I might

11 have.  That means, yes, I have drunk a couple of beers

12 to go to sleep on.  Yes.

13   Q  Had you that night?

14   A  Yes, I had after the incident.

15   Q  Okay.  Two beers?

16   A  Yeah, maybe.

17   Q  Okay.

18   A  Two beers.  Two or three beers.  Yes.

19   Q  All right.  Anybody home when you got home?

20   A  No.

21   q  Okay.  So it's your testimony, just so

22 I'm clear, that after you arrived home and witnessed

23 this incident involving Jessie Mills --

24   A  Yeah.

25   Q  -- that you were able to go to sleep?



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 94

1    A    No.  What I was stating and drinking them
2  three beers, them three beers relax me.  Put me off to
3  sleep.
4    Q    All right.  The beers put you to sleep?
5    A    Yeah.
6    Q    Two or three beers?
7    A    Make me go to sleep.  Yeah.
8    Q    Okay.  Now, you would agree, Mr. Hobbs, that
9  the version that you testified to today of what occurred
10 that night is much different than the recorded version
11 you gave to the officer earlier?
12   A    It's some different, yeah.  It's some
13 different.
14   Q    Well, there are a number of important
15 differences though, correct?
16   A    Yeah, I would say.  Yes.
17   Q    Including a number of things you testified
18 where Jessie was fighting with the police officers -- a
19 Yeah.
20   Q    -- or resisting arrest?
21   A    Yes.
22   Q    Okay.  As we sit here today, which version do
23 you think is correct?
24        MS. STAPLES:  Objection to form.
25   A    The version I give you today, testified I give

Page 95

1  you today.
2    Q    The one that you gave the state policeman or
3  the investigating officer before, you're saying that's
4  incorrect?
5    A    Some of it's incorrectly.
6    Q    Okay.  What of it is correct, if anything?
7    A    Walking out of that holler is all correct in
8  what I was saying about that.  We asked him three or
9  four times to give up the kid.  Him saying about the
10 wrestler deal, the elbow, hold his arm up like this
11 (indicating).  What is incorrect is him fighting back
12 with the police, him not cooperating because he was out
13 of his mind on that meth.  I'm saying that's what was
14 going on with him and he wouldn't roll over on his back
15 or belly while he was down and them asking him to.
16 That's only when they tried to get him to do that.  And
17 he was already beat to death at that time.  They could
18 have rolled him over.  They could have handcuffed him.
19 But they didn't.  They kick, kick, kick backwards and
20 forwards like this and got him to get up.  And when he
21 started getting up on his feet, they backed up from him.
22 And I did tell the officer that that night.  All that
23 testimony was, I told him that.  I told him he was
24 fighting him back a little bit like that because I was
25 scared.  I didn't want to get involved in this and get

Page 96

1  involved with cops.  Anyone of them can be pulled over
2  and beat, stomped again because I said something in this
3  deal like I have been done before with law over lies and
4  mostly that woman's lies.  It's right there.  It's got
5  on them EPOs and lie and say I beating and done her
6  every way and then them come beat on me.  I didn't want
7  to get back in a position like that no more.  Because I
8  ain't been in no trouble since I spent the two years
9  locked up for cultivating that marijuana because I ain't
10 had to put up with this controlling deal.
11   Q    Who's "this" that you keep referring to?
12   A    That wife of mine's out there.  That's who
13 control me and have me beat with the law and everything,
14 and that EPO order deal there.
15   Q    The lady that brought you here today?
16   A    She never brought me.  I brought her with me
17 when I come.
18   Q    Okay.  This lady, as you described her, she
19 seems to have caused you a lot of trouble over the
20 years?
21   A    Yeah.  I got five kids by her.  I would still
22 do anything to help her in anyway.  I don't ever do
23 nothing against her.  Never done nothing against nobody.
24   Q    You're saying today though that she's caused
25 you some problems?

Page 97

1    A    She has in the past, yeah.
2    Q    Yeah.
3    A    In that deal there, yeah.
4    Q    Okay.  What -- when you say, "in that deal,"
5  what are you referring to?
6    A    The paper deal that you got -- all give me
7  there, one of them on violent charges.
8    Q    Your prior charges?
9    A    Yeah.  And I told him -- Jessie and them did
10 fit him back, so I could just that be over, it be done
11 with, and the Lord would take care of that guy that
12 killed Jessie.   He won't be alone no way.  Cut him
13 down like a weed like froth anyway.
14   Q    Okay.  Now, I need to ask you some questions
15 about what happened that night about who was there and
16 so forth, okay?
17   A    There's just a few there that I know.  It was
18 a lot there.  I didn't go up to nobody or talk to a lot
19 of people.  There was just a few there --
20   Q    Okay.
21   A    -- that I know.
22   Q    Did you see James Helton --
23   A    Yes.
24   Q    -- there at the scene that night?
25   A    Yes, sir.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 98

1    Q    What can you recall Mr. Helton telling you
2  that night, if anything?
3         MS. STAPLES:  Object.  He's already testified
4  to that.
5    A    All he said is he run off with that kid.  "I've
6  got to get that kid."  And that kid being in his
7  custody, I can understand that.  He's got to keep up
8  with what -- where the kid's at and what's going on or
9  he will be prosecuted under the law.  Since they let him
10 leave with the kid and something happen to the kid, that
11 was his responsibility when he's got custody of them
12 kids.
13   Q    Did Mr. Helton relay to you that Jessie had
14 tried to run him over when he got the child?
15   A    No.  He just said he run off with a kid.  He
16 didn't even know he was gone until he looked around and
17 he was gone with the kid.
18   Q    Do you know a Daniel Smith?
19   A    Yes, sir.
20   Q    How do you know Mr. Smith?
21   A    Mr. Smith is -- I've knowed his mommy and him
22 for years.  And he is married to a Mills girl up the
23 road there from where I live.  And I've seen him at the
24 store several times and talked with him.  He comes in
25 that store and buys stuff when I'm there.

Page 99

1    Q    Did you see Daniel Smith at the scene of the
2  incident on June 29th or 30, 2016?
3    A    Yes.
4    Q    You saw him there?
5    A    Yeah.
6    Q    According to the Kentucky State Police office
7  -- officer who prepared the report in this case, he's
8  indicated that Mr. Smith had told officers that Jessie
9  charged the officer.  Is that correct?
10   A    That was on --
11        MS. STAPLES:  Objection to form.
12   Q    I'm sorry?
13   A    No.  No.  He didn't charge no officer.
14   Q    He didn't?
15   A    No.
16   Q    Well, that's what you told the officer on the
17 tape, correct?
18        MS. STAPLES:  Objection.
19   A    Some, yeah.  Like he went -- yeah.
20   Q    Was that one of the lies you told?
21        MS. STAPLES:  Objection.  Asked and answered.
22   A    Yes.  I know he was --
23   Q    Do you know Melinda Smith?
24   A    Yes.  Yes, sir.
25   Q    Did you see Melinda Smith at the scene of the

Page 100

1  incident that night?
2    A    No.
3    Q    Did not see her?
4    A    (NO VERBAL RESPONSE.)
5    Q    Do you know a Reed Murphy?
6    A    Yes, sir.
7    Q    How do you know Mr. Murphy?
8    A    Mr. Murphy is the constable up there.
9    Q    Did you see Mr. Murphy there that night?
10   A    No.
11   Q    How about Becky Harmon?  Do you know Becky
12 Harmon?
13   A    If I know her, I might know her by face and
14 not by name.
15   Q    Okay.  I can't begin -- I don't know her, so I
16 can't begin to describe her for you.
17   A    Yeah.  I know people, but I don't -- sometimes
18 I don't even know what their name is.
19   Q    How about a gentleman named Steve Dwayne Lee
20 Broughton?  Do you know Steven Dwayne Lee Broughton?
21   A    No.  Not know him, no.
22   Q    Do you know if he was there that night?
23   A    I don't know where he was or nothing.
24   Q    Okay.  Do you know Keith Barrett?
25   A    No.  I don't know him.  But I'm assuming that

Page 101

1  was that Barrett boy that had that flashlight in that
2  story.   Q     The Barrett boy, this is Keith Barrett?
3    A    I'm assuming that's him because that's the
4  only Barrett I know around there.  He's out of Brices
5  (phonetic) Creek, but I don't know him and didn't know
6  his name personally.
7    Q    Okay.  You said that at one point he shined a
8  light in Jessie's eyes?
9    A    In Jessie's face, yeah.
10   Q    How far away was he --
11   A    He --
12   Q    -- from Jessie when he shined the light on
13 him?
14   A    He was over here on this side of the highway
15 and Jessie was laying on that side of the highway over
16 here like that (indicating).
17   Q    About how many feet away was he from Jessie;
18 do you think?
19   A    I don't know how many feet that is.  That's --
20 how many feet is it across the highway?
21   Q    16 something.
22   A    Well, about 16 feet.
23   Q    So as I understood it, you did see the Barrett
24 boy, as you called him there that night, correct?
25   A    Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 102

1    Q    And Mr. Helton was there that night?
2    A    Yeah.
3    Q    The two officers that you said arrived, one
4  officer in a uniform, the other in you think plain
5  clothes, correct?
6    A    I'm pretty sure, yeah.
7    Q    And can you describe what those plain clothes
8  were?
9    A    I think he had on a pair of blue jeans and
10  something kind of light colored shirt.
11    Q    Okay.
12    A    I really wasn't looking at the clothing or
13  nothing.
14    Q    Okay.  Other than those folks, who else was
15  there at the scene that night?
16    A    It was a bunch of other people there.  I don't
17  know who all was there.
18    Q    Okay.  I'm just curious on anybody you can
19  recognize and name.  Anybody else that you knew by name
20  that was there that night?
21    A    No.  I'm saying there was a lot of people
22  there.  I just kept to myself and left as quick as I
23  could and went on home.
24    Q    Where the shots were fired, was that in the
25  roadway?

Page 103

1    A    Yeah.
2    Q    Okay.  Now, is this a -- tell me a little bit
3  about the roadway there.  Is this a two lane road?
4    A    Two lane road.
5    Q    There's been some discussion about it being
6  near the -- is it Dewitt Bridge?
7    A    It was close -- pretty close to the bridge,
8  yeah.
9    Q    Did the incident occur on the bridge?
10    A    No.
11    Q    Off of the bridge?
12    A    Yes.
13    Q    How far from the bridge did the incident
14  occur?  And, just so it's clear, I'm talking about where
15  you're saying Jessie was on the ground.  Where was that
16  at in relation to the bridge?
17    A    Now, that was back this side of the bridge
18  would be 300, 400, 500 feet or more.
19    Q    Okay.  Quite a ways from the bridge?
20    A    Quite a ways, yeah.
21    Q    All right.  So none of the incident occurred
22  on the Dewitt Bridge?
23    A    No.
24    q    Okay.  Where Jessie was in the roadway,
25  was this a straight or a curve area?

Page 104

1    A    It was top of a little hill there.  Kind of
2  straight.  It wasn't the road curvy there.  Just a
3  little bit.  Not much.
4    Q    Okay.  If I asked you to draw on a piece of
5  paper kind of looking down on the roadway --
6    A    Yeah.
7    Q    -- what it looked like, would you be able to
8  do that?
9    A    I could do something similar.
10    Q    All right.
11    A    Probably, yeah.  Pretty close.
12    Q    Let's take a try at it.  I'm going to give you
13  a blank piece of legal pad there and I'll let you use
14  this pen.  If you would kind of draw it as we would be
15  looking down from the sky on it.
16    A    All right.
17    Q    Try to have an idea of where everybody was at.
18    A    This is a bridge.  A road comes down through
19  here.  Was up on a little hill here.  Turns a little bit
20  again.  Everybody would be about right here (indicating)
21  in this area right here (indicating).
22    Q    Okay.
23    A    Because the road comes down like that.  Curve
24  around like this a little bit and it curves back around.
25  Run on this hump between the curve right there.

Page 105

1    Q    All right.
2    A    You can get an idea from there.
3    Q    Well, I'm probably going to have a few more
4  questions to ask you, but let me just -- can you see it
5  okay from where I'm at?
6    A    Yeah.
7    Q    This right here you're referring to, is that
8  the bridge?
9    A    That's the bridge.
10    Q    Okay.  I'm going to write out to the side of
11  it, bridge, so we'll know, okay?
12    A    Yeah.
13    Q    And this isn't to scale or anything, but I'm
14  just trying to have an idea.  Now, if you're going in
15  this direction where I'm putting an arrow, where does
16  that road go to?
17    A    That goes right on through to where I live,
18  goes around the loop, and comes right back out at the
19  bridge, just like that.
20    Q    Where does it head to?  Does it head to
21  Barbourville or Pineville or...?
22    A    It goes in a loop.
23    Q    In a loop?
24    A    In a loop.
25    Q    Okay.  And how about in the direction at the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 106

1  bottom of the bridge?  I've got an arrow going the other
2  way.  Where does the road go that way?
3       A    It comes plum back out to the interstate.
4       Q    To the interstate?
5       A    Comes plum back out to the interstate.
6       Q    Okay.  Does it -- so 223 goes directly to
7  I-75?
8       A    No, 25E.
9       Q    25E.  Okay.  That's what you're calling the
10  interstate?
11      A    Yeah.  Be at Cumberland Gap Parkway.
12      Q    Okay.  So --
13      A    Comes out on Cumberland Gap Parkway.
14      Q    At the bottom of the page, I'm going to write
15  Cumberland Gap Parkway, okay?
16      A    Yeah.
17      Q    All right.  Now, in the direction of the
18  Cumberland Gap Parkway, you just have a line going in
19  that direction.  Is that what you're representing is the
20  road?
21      A    Yeah.
22      Q    And you've got some dots around it?
23      A    Yeah.
24      Q    Is -- are those people?
25      A    That's where everything was at right there.

Page 107

1  Everybody was at right there in that one spot.  It was
2  all right there.
3       Q    Okay.  Just for reference, I'm going to mark
4  this Exhibit, I guess it would be 2 to your deposition.
5  All right.  Now, Mr. Hobbs, what I'm going to do and I
6  want you to help me as I do this.  And tell me if I'm
7  wrong if I'm doing it.  I'm just -- this is a two lane
8  road, correct?
9              ( EXHIBIT 2 MARKED FOR IDENTIFICATION)
10      A    Uh-huh.
11      Q    I'm going to draw a line on one side, a line
12  on the other, representing the two sides of the road,
13  all right?
14      A    Yes.
15      Q    Is that okay?
16      A    Yeah.
17      Q    Now, do you know if this is a passing zone or
18  a double yellow line through there?
19      A    I don't know.  I think it's a double yellow
20  line.
21      Q    Okay.
22      A    I ain't for sure.
23      Q    Well, let's just put a line in the middle of
24  the road, okay?  That represents the middle --
25      A    Middle row.

Page 108

1       Q    -- line of the road.  Can you give me an idea
2  from that if your -- for reference, what I'm trying to
3  get at is, could you show me where in this two lane road
4  you saw Jessie, the two officers, and anybody else that
5  was there that night?  I want to get an idea of where
6  you were at, where Jessie was, and the officers, that
7  type of thing.  Can you do that for me?
8            MS. STAPLES:  Are you going to specify like at
9       what point in the --
10      Q    Yeah.  Well, basically -- yeah, I'm sorry.  You
11  need that pen, don't you.
12      A    Well --
13      Q    Before you start drawing, let me so we can
14  have some parameters or agreement on what you're going
15  to draw.  On that sheet of paper, if you would, did you
16  move around?
17      A    Yeah.  Everybody was moving around.
18      Q    You were moving around?
19      A    There wasn't nobody in one spot at all, all
20  times.
21      Q    Okay.
22      A    How can you put somebody in one spot.
23      Q    Okay.  So you're moving around this area.
24      A    Yeah.
25      Q    Okay.  Is Mr. Helton moving around?

Page 109

1       A    Yeah.  He's -- he's back there, Mr. Helton is,
2  where everybody else is stopped.
3       Q    Okay.  Well, let's try this then.  When the
4  officers first arrive, can you put on there for me where
5  Jessie was?
6       A    He was in the middle of the road walking.
7       Q    Okay.
8       A    Back down there in the middle of the road
9  coming this way.
10      Q    All right.  Can you put me a circle in the
11  middle of the road kind of representing where he was at?
12      A    He was in the middle of the road somewhere
13  there.
14      Q    Okay.  And can I borrow your pen there, sir?
15      A    Go ahead.  You write it down.
16      Q    I'm just going to put Jessie here --
17      A    Okay.
18      Q    -- okay?  All right.  There he is.  And he's
19  got the child at that point, correct?
20      A    Yeah.
21      Q    Now, when you saw him in the middle of the
22  road, where were you?
23      A    I was back here.
24      Q    Okay.  Draw me a dot where you were at,
25  please.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 110

1    A    It was somewhere back in this area.
2    Q    Okay.
3    A    I don't know right exactly, but I know
4  somewhere back there on this side of the road.
5    Q    And which direction was Jessie walking or
6  moving at this time?
7    A    Up this way (indicating).  He was headed this
8  direction (indicating).
9    Q    Got you.  So you were behind him?
10   A    Right.
11   Q    Okay.  So let's put -- let me borrow your pen.
12 I'll use this one down here.  You can keep that one. I'm
13 going to put RH here for you, okay?
14   A    Yeah.
15   Q    And --
16   A    I'm in there somewhere.
17   Q    And where was Mr. Helton?
18   A    He was back there too somewhere --
19   Q    Okay.
20   A    -- with me.  Back in here somewhere.
21   Q    Okay.
22   A    Back behind him.  Just back behind him.
23   Q    Back -- I'm not sure what Mr. Helton's first
24 name is, but I'm going to --
25   A    James.

Page 111

1    Q    James.  Thank you.  I'm going to put JH for
2  Mr. Helton, okay?
3    A    Yeah.
4    Q    All right.  Now, anybody else -- can you
5  remember the position of anybody else when the officers
6  arrived?
7    A    I can't remember right at the position.  No. I
8  wasn't looking behind me.  Mostly I was watching him.
9    Q    Okay.  So when the officers arrived that you
10 described, one in a uniform and one in plain clothes --
11   A    Yeah.
12   Q    -- where were they when they first started
13 talking to Jessie?
14   A    They arrived on this side of the road on
15 account of traffic over here somewhere.
16   Q    Okay.  And then you've made a line there.  Is
17 that --
18   A    That's for their car.  Yeah.
19   Q    Okay.  I'm just going to put --
20   A    Just draw them a car there.
21   Q    Can I make it a box?
22   A    Yes.  Make it a box.
23   Q    So it will be a car.  I'll put police car
24 here.  All right.  And, so did the officers get out of
25 the car?

Page 112

1    A    Yes.
2    Q    Okay.  When they started talking to Jessie,
3  where were they at?
4    A    They just come -- one come from each side and
5  they come up there and started talking to him.  And they
6  got his attention.  One got on this side, that was the
7  little officer.  The big officer was behind him, and
8  that's when they tried to grab the kid from him.
9    Q    Okay.  So you said the one on this side was
10 the person you called the little officer?
11   A    That one in the uniform.
12   Q    The uniform.  Okay.  So I'm going to put on
13 here "uniform officer."  And on the other side is the
14 one that you're saying you didn't think was in a
15 uniform?
16   A    Right.
17   Q    Okay.  All right.  So you said the one on this
18 side was the person you called the little officer?
19   A    One in uniform.
20   Q    The uniform, okay.  So was that about where
21 they were when they started talking --
22   A    Yeah.
23   Q    -- to Jessie?
24   A    Yeah.
25   Q    Okay.  Now, the direction that Jessie was

Page 113

1  moving in when you saw him, but where would he -- where
2  would he be going in that direction?
3    A    He would be going -- keep going on up that way
4  because of where he lived and his mother lived and all
5  of his family live going that direction.
6    Q    How far down that road would all those folks
7  live?
8    A    A mile, six miles or more.
9    Q    Six miles?
10   A    Yeah.
11   Q    Okay.  All right.  So I'm just going to put
12 Jessie's folks in that direction --
13   A    Uh-huh.
14   Q    -- is that right?  Okay.  Let's take a look
15 at that and see if there's anything more.  Okay.
16 Mr. Hobbs, after the two officers started talking to
17 Jessie, did the encounter between the officers and
18 Jessie, did it move to different places on the road?
19   A    He was in about in the middle of the road when
20 they had his attention.
21   Q    Uh-huh.
22   A    They tried to gress -- and tried to grab the
23 kid while that other one grabbed it.  He ducked down,
24 wrestled away from him like that and he took off going
25 this direction up the road about here to that wall or a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 114

1  little further.  The little cop took a run -- took off
2  with a run and go and smacked him right in the back of
3  the head with a flashlight.  And him and that kid hit
4  the blacktop, just like that (sound effect).
5      Q     So could you put on there maybe with a X?
6      A     It was just so many feet up the road.
7      Q     Well --
8      A     I can't write all that.
9      Q     We can agree it's not to scale, but it was in
10  the direction of Jessie's folks --
11     A     Yes.
12     Q     -- that Jessie's --
13     A     They was headed that way.  Yeah.
14     Q     -- started -- you say he started running away?
15     A     Yeah.  He started like he wasn't running fast,
16  but he was barely going, but he was running.  Yeah.
17     Q     Okay.
18     A     Taking a large step.
19     Q     Okay.  And is that where he ended up on the
20  ground?
21     A     Not when he ended up dead.  That's where he
22  ended up when they hit him.
23     Q     Well, you said -- as I understood your
24  testimony, the officer struck Jessie and he fell on the
25  ground with the child, correct?

Page 115

1      A     Yeah.
2      Q     Did he ever get up from that general area?
3      A     No.
4      Q     That was the area he stayed in?
5      A     Yeah.
6      Q     Until the shot was fired?
7      A     Yeah.
8      Q     Okay.  And just for clarification though,
9  you're saying near the point when the shot was fired
10  that Jessie did get up and approach the officer?
11     A     Just before he shot him, yes.
12     Q     Okay.  All right.  Let's make this  Exhibit 3
13  for reference.
14           (EXHIBIT 3 MARKED FOR IDENTIFICATION)
15           MS. STAPLES:  Jason, when you get to a good
16  stopping point, can we take a quick break, please?
17           MR. WILLIAMS:  We can take one right now, if
18  you want to.
19           THE WITNESS:  Yes.
20           VIDEOGRAPHER:  Okay.  The time is 12:15, we
21  are off the record.
22           (OFF THE RECORD)
23           VIDEOGRAPHER:  The time is 12:35, we are back
24  on record.
25  BY MR. WILLIAMS:

Page 116

1      Q     Thank you, Mr. Hobbs.  I'm sorry I had to take
2  so long on that break.
3      A     It's okay.
4      Q     I got some information about my mother having
5  health issues, so...  You had testified earlier that
6  when you began walking down the road on this evening
7  that you didn't see anyone for a while.  And I think I
8  understood you to say you walked a couple of miles.
9      A     Yeah.  Probably.
10     Q     So when you first saw Jessie walking in the
11  road with the child, can you give me some landmark or
12  something that was close to that area so we can have an
13  idea of where it was when you first encountered Jessie?
14     A     It's an old building sits on the right right
15  there.  It's a white place and a driveway goes that way
16  to the right over to a farm over there.  It was right
17  there in that white place right before you get to my
18  trailer.  My trailer right up there on the hill.  His
19  car was quit right here in the curve.  The white place
20  was right here (indicating).  Like that (indicating).
21     Q     Do you know anybody that lives close to where
22  you saw his car in the road?
23     A     No.  No, I didn't.
24           I knowed an old boy lived over there.  I don't
25  know what his name was.  It wasn't nobody around.  It

Page 117

1  was either edge of dark.
2      Q     It was relatively close to where you were
3  living at the time?
4      A     Where I ran and encountered them at, yeah.
5      Q     So was it a few hundred feet from where you
6  were living?
7      A     Yeah.  200 or 300 feet.  Couple hundred feet
8  up on the hill right there where I was living at.  Just
9  right out there up on the hill.
10     Q     About -- if we were kind of measuring with a
11  football field, about a football field away from where
12  you lived?
13     A     It was about 300 feet, yes.
14     Q     Okay.
15     A     Yes.
16     Q     All right.  And then you said you walked
17  behind Jessie for about two miles?
18     A     Yeah.
19     Q     Now, I walk sometimes just, you know, to get a
20  little exercise.  And it'll take me -- it can take me 30
21  minutes to walk two miles.
22     A     Yeah.
23     Q     Did you follow him for about 30 minutes?
24     A     Yeah or longer.  However long it was.  It was
25  a pretty good while.  Yeah.



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 118

1    Q    Was Mr. Helton with you that whole time?
2    A    Yeah.
3    Q    Okay.  So for maybe 30 minutes or a distance
4  of approximately two miles, you followed him in the
5  road?
6    A    Yes.
7    Q    Okay.  And was that -- was it then about 30
8  minutes after you started following Jessie that the
9  police arrive?
10   A    It could have been longer than that.  I don't
11 know exactly the time.  I couldn't tell you.  I don't
12 know.
13   Q    One of the things that you said you did was
14 you saw a party at some place along the road?
15   A    In a resident there, yes.
16   Q    And I understand you don't know whose home
17 that was?
18   A    I don't know them, no.  I didn't know their
19 name, no.  I've seen them, but I don't know them.  Don't
20 know their name.
21   Q    How long total were you-all at that place?
22   A    It wasn't long.  I talked to him.  I got him
23 to go in there.  And I thought he was going in there and
24 get settled down.  It was a minute or two minutes.  It
25 wasn't long at all.  And he sit down there for just a

Page 119

1  minute or so and James asked him about giving him the
2  baby.  And he got up and left.  Headed right back up the
3  road.
4    Q    How many -- approximately how many people were
5  there at that party?
6    A    I don't know.  I seen four or five different
7  people.  Most of them was little kids.
8    Q    But as we sit here today, you don't know who
9  any of those folks were?
10   A    No.
11   Q    And you don't know who owned the home?
12   A    No.
13   Q    Haven't spoken with any of those people since?
14   A    No.
15   Q    You mentioned something in your earlier
16 testimony about, and I may have gotten this wrong, so
17 correct me if I did, but that Jessie had hepatitis?
18   A    Listen, when them cops had beat on him and got
19 them blood on them, James hollered out, "He's got
20 hepatitis."
21   Q    Mr. Helton said that?
22   A    Yeah.  And they was looking at their self.
23 They had blood and stuff on them.  And then just a
24 minute they said that, not long, just a little bit he
25 said, "He's got a knife."  He didn't have no knife or

Page 120

1  nothing.  They never found nothing.
2    Q    Who's --
3    A    Haven't seen there.
4    Q    I'm sorry.  Who said he's got a knife?
5    A    James Helton said that.
6    Q    Okay.  How long -- was that before the
7  officers had arrived or after they arrived?
8    A    No.  Didn't you just hear what I said?  Well,
9  when they was beating on him and that blood was on them,
10 when they was taking a break, just as they was getting -
11 - breaking up from him, that's when he hollered, "He's
12 got hepatitis."  Then a second he said, "He's got a
13 knife."
14   Q    Okay.  Mr. Helton said that?
15   A    Yeah.  Both -- both times.
16   Q    You drew for us earlier, Mr. Hobbs, where you
17 were, and where Mr. Helton was, et cetera.  Can you also
18 put a mark on there for me about where Mr. Barrett or
19 the Barrett boy was?
20   A    Listen.  I -- he was there somewhere behind
21 us.  I don't know exactly the spot where he was at, but
22 he was there.  He was there with us somewhere standing
23 around.  There was other people there.  I don't know who
24 all they was because I didn't look at them.  I wasn't
25 paying no attention to them.  I was trying to watch what

Page 121

1  was going on at the other end with the law and Jessie.
2    Q    Now, I understood you to say that the officer
3  -- one of the officers told, or maybe both, told Jessie
4  to get on the ground?
5    A    They never said nothing about get on the
6  ground.  They already had him down.  They hollered,
7  "Roll over on your belly and put your hands behind your
8  back."  They just kept saying that.  And they was saying
9  that while they was beating on him.
10   Q    Did Jessie ever roll over on his stomach and
11 put his hands behind his back?
12   A    No.  Because they was beating on him at the
13 time they was saying that.  And he never did do that
14 because --
15   Q    How many times did you hear them tell him to
16 roll over on his stomach and put his hands behind his
17 back?
18   A    Several times.  I don't remember how many
19 times.  Not exactly.  It was several times though.
20   Q    Okay.  Did -- after Jessie was down on the
21 ground, did he ever get back up?
22   A    When they started kicking him and riled him
23 up.
24   Q    Well, what did you observe?  What did you see?
25   A    I seen him get up.  They backed up from him

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 122

1  and let him get up.  Already had his gun out.  He had it
2  out once before that while he was laying there, was
3  going to shoot him and I said, "Please don't shoot that
4  boy.  He's just on that dope.  He just need rest and put
5  in jail.  And get off this dope.  He's got ahold of some
6  bad dope."  And he put his gun up, he backed up -- when
7  they kicked him, got started kicking him, get up, he
8  backed up, and the first thing he got out was his gun.
9  And I said, "Oh, no.  He's going to shoot him."  He got
10  right up.  He was looking back like this (indicating).
11  He walked towards the cop like that and he look like
12  this, going like that.  And that's when he said, "I'm
13  going to shoot you.  Get down on your belly.  Put your
14  hands behind your back.  I'm going to shoot you."  Well,
15  it didn't go but a second and pow.  He squalled, he bent
16  down like this.  He grabbed his knee.  I thought they
17  had shot him in the leg, but they shot him in the gut,
18  right here (indicating).  He come back up, he walked
19  another step, kapow.  He shot him right here
20  (indicating) in the heart.  He fell right back down in
21  the same place in the road where they was beating on
22  them where all the blood was at right in almost laying
23  exactly the same spot.
24      Q    Mr. Hobbs, I want you to assume for the
25  purposes of my question that there were a number of

Page 123

1  other persons who spoke to the state police --
2      A    Yes.
3      Q    -- after this incident occurred.
4      A    Yes.
5      Q    And they have given statements that are
6  similar to the statement you gave to the police --
7      A    Yeah.
8      Q    -- the night of the incident, but much
9  different than you're giving today.
10      A    That's what I -- that's what I --
11      Q    Please let me finish my question, sir.  Do you
12  know why they would have given statements so different
13  than you've given today about what happened?
14      MS. STAPLES:  Objection to form and
15      foundation.
16      A    Yeah.  I couldn't give you -- like I said in
17  that other statement there, everybody sees everything
18  from a different angle.  Everybody sees everything
19  different.  And everything happened, every man there
20  have a different story.  If it's ten people there, there
21  would be ten different stories.  If it's 20 people
22  there, it would be 20 different stories.
23      Q    So if there's other witnesses who said that
24  Jessie resisted that night, they could have very well
25  have seen that?

Page 124

1      A    Yeah.
2      MS. STAPLES:  Objection.
3      Q    If there --
4      A    Could be so.
5      Q    If there are folks who told the state police
6  that Jessie fought with the officers the whole time,
7  they could also be correct?
8      MS. STAPLES:  Objection to form.
9      A    They could and they could not be correct
10  because they could not be correct because I watched
11  every bit of it.  The only lick that he ever hit is when
12  he kicked, barely kicked that officer on the leg like
13  that because they was kicking him.  They was kicking him
14  to get him to get up.  They was standing up over him.
15      Q    Which officer did he kick?
16      A    The officer that had a uniform on.  Kicked him
17  on the leg.  Just a little kick like this.  Like a
18  little mule kick.  Try to make him quite kicking him.
19  What he was doing, he was kicking him.  They was both
20  kicking him.
21      Q    Now, after the night of June 29th and 30th of
22  2016, when did you first speak with anyone from Jessie's
23  family?
24      A    Well, it went on pretty good while.  They all
25  was -- all them kids, his sister and stuff was all mad

Page 125

1  at me because one of the first cousins on my side of the
2  family get married into that family told them it was my
3  fault because I wouldn't give him a ride.
4      Q    Okay.  When you say "they were all mad at you"
5  --
6      A    Yeah.  They didn't --
7      Q    -- who's they?
8      A    Them girls.  I just said those girls of the
9  family, his sister.
10      Q    which -- what are their names?  Who was made
11  at you?
12      A    Every one of them.  His ex, Tasha.  I can't
13  think of all their names.
14      Q    How did you find out they were mad at you?
15      A    Well, one is married to Tasha.  I help raise
16  him.  His name is James Welch.  He come by the house.
17  And he brought her with him.
18      Q    I'm sorry, did you same James Welch?
19      A    James Welch.  She's married to a boy name
20  James Welch.  Tasha is.  And I helped raise James.  He
21  come by the house for something.  Talk to him.  Get him
22  help to do something over there.  Some plumbing
23  fixtures, or something he needed.  And she started
24  talking to me.  And she asked me about it and she was
25  telling me the situation how that Jerry Wayne had told



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 126

1  them it was my fault because I wouldn't give him a ride.
2  And I told her the deal about me not giving him a ride.
3  And the situation it was, the story it was.  And she
4  understood that it wasn't my fault.  And, I guess, she
5  talked to them other girls.  Because later, a month or
6  two later, one of them ask me something, I told her the
7  same story.  Everything got all right, I guess.
8      Q    Who is this Tasha, Jessie's sister?
9      A    His wife.  Oh, yeah.  Tasha is Jessie sister.
10     Q    Okay.  And James Welch was married to her?
11     A    Yes.
12     Q    Now, you mentioned another person named Jerry
13 Wayne?
14     A    Hobbs.  He's the one that told them that I
15 wouldn't give him a ride and caused him to get mad at me
16 and saying -- he was saying it was my fault he was dead
17 because I wouldn't give him a ride.
18     Q    What relation is Jerry Wayne to you?
19     A    He's my first cousin's boy.
20     Q    And it's your understanding that Jerry Wayne
21 told Tasha and/or James Welch that you wouldn't give
22 Jessie a ride?
23     A    He told the whole family that.  Yeah.  The
24 mother, all of them.
25     Q    Any other members of Jessie's family that

Page 127

1  you've spoken with?
2      A    No.  I -- I speak and talk to them girls all
3  the time when I see them just normally.  I spend a lot
4  of sitting time up there at that store when I ain't
5  doing nothing.  And they often come by every now and
6  then.
7      Q    Are you friendly with Jessie's family?
8      A    Yes.  Yeah.  Yeah.
9      Q    All on good terms with all of Jessie's family?
10     A    Yeah.  Yeah.  Yeah.  I already got this tale
11 straightened out.  Yeah.
12     Q    Is it fair to say that you would like for them
13 to see -- or you would like to see them recover a
14 judgment or some money on this case?
15         MS. STAPLES:  Objection to form.
16     A    Well, I come tell the truth for this officer
17 to be lose his job and be done with before he kills
18 somebody else.  I didn't come here to make them rich.  I
19 come here to tell the truth, the honest truth.  I have
20 nothing to do with knowing anything about any knowledge
21 of them receiving any kind of funds for this.
22     Q    Well, that's not my question, sir.  My
23 question is:  Would you like to see Jessie's estate and
24 his family get some money out of this lawsuit?
25     A    It don't matter to me.  I have nothing to do

Page 128

1  with that.  That's not -- no part of me.  If they do,
2  they do.  And if they don't, they don't.  Like I said,
3  it's the truth being told.  This officer gone
4  completely.  He's going to kill somebody else the same
5  way.  One thing about this case, that boy didn't deserve
6  to be brutally killed like he was and done like he was
7  on account he was on drugs.  He had a life, just like I
8  got a life or anybody else has got a life.  He had a
9  right to live.
10     Q    Why did you tell the investigating officer
11 that it wasn't that officer's fault then when you were
12 interviewed?
13     A    The whole fault of the whole case to start
14 with from the beginning to the end, the
15 methamphetamine's started it when it got him out of his
16 mind.  That's what I was meaning by that.  If he ain't
17 got on that and got in that position, this wouldn't have
18 happened.
19     Q    So you still agree then that it's not the
20 officer's fault?
21         MS. STAPLES:  Objection to form.
22     A    No.  No.  Because they had every opportunity
23 in the world to handcuff him and to save his life
24 instead of brutally killing him.  Even I could have
25 handcuffed him.

Page 129

1          MR. WILLIAMS:  Sir, I think that's all the
2  questions I have for now.  Thank you.
3              REDIRECT EXAMINATION
4  BY MS. STAPLES:
5      Q    I've got just a few follow-up.  I'm sorry.
6  Ricky, how many times did you see the officer pull out
7  his gun?
8      A    Twice in two different occasions.
9      Q    At the -- let's talk about the first time.  The
10 first time that he pulled out the gun, had the -- had
11 his daughter been released back to the grandfather at
12 this point?
13     A    Yes.  When he -- when they got through beating
14 on him and backed up, he got his gun out and he's
15 hollering for him to roll over on his belly, he was
16 going to shoot him.  That's when I said, "No.  Don't
17 shoot this boy.  He's on drugs.  He just needs to get
18 rested, spend some time in jail, and get off them drugs.
19 I will help you hold his legs and you can handcuff him."
20 And he said, "No.  You get back."
21     Q    So --
22     A    He put his gun back up.
23     Q    Okay.  And I'm making sure I have your
24 testimony correct.  The officer hit him in the back of
25 the head with a flashlight and that's when they got the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 130

1  daughter and took her back to the grandfather, correct?
2      A    Yes, ma'am.
3      Q    And that's when they started kicking and
4  hitting with the flashlight and the metal stick?
5      A    Yes, ma'am.
6      Q    You said at some point that Jessie looked up
7  and was dazed?
8      A    When he looked up and when he was in a daze,
9  they had him knocked dead out.  He was laying there like
10 this (indicating).  And when they backed up -- when he
11 backed up and he pulled that gun on him and said he was
12 going to shoot him, he was laying there like that.
13 That's when I told him to not shoot him.
14     Q    Do --
15     A    Well, he laid there a few minutes while they
16 were resting up and that's when he come to himself and
17 he was rubbing his head.  Like I told you, he was
18 rubbing his head.  Just by hand of God.  And that blood
19 was all over him and he looked over at me when he got to
20 himself and I went over there, and he said, "They
21 tazered me, beat me and going to shoot me."  Said them
22 exact words and I said, "Jessie, just lay still.  The
23 cop, the state cop, will be here in a minute and
24 everything will be all right."
25     Q    So did it appear to you that Jessie lost

Page 131

1  consciousness at some point?
2      A    Yeah.  At some point he did.  Yeah.
3      MR. WILLIAMS:  Objection to qualifications.
4      Q    And then when he came to, he appeared dazed?
5      A    Yeah.
6      Q    I think you testified earlier that you walked
7  with James because you were afraid that Jessie might go
8  off on him?
9      A    Yes.
10     Q    Did Jessie ever go off?
11     A    No.
12     Q    Did he ever go off on you?
13     A    No.
14     Q    Did he ever go off on James?
15     A    No.
16     Q    Did he ever go off on the police officers?
17     A    No.  Not in no violent way, no.
18     Q    Did you ever see Jessie with a knife?
19     A    No.
20     Q    Did you ever see him with any type of weapon
21 whatsoever?
22     A    No.
23     Q    Were you in -- ever in fear for your life
24 while you were walking down the road?
25     A    No.

Page 132

1      Q    Were you ever in fear of your life while the
2  officers were present?
3      A    No.
4      Q    Were you ever in fear of your life from Jessie
5  when the officers shot Jessie?
6      A    No.
7      Q    Do you recall giving a statement on July 27,
8  2016?
9      A    Be more specific.
10     Q    I think this may have been the statement that
11 you were referring to that you gave to a -- to an
12 attorney.  Could that have been on July 27, 2016 you
13 think?
14     A    Whenever it was.  I did give a statement to an
15 attorney.
16     Q    Do you remember what you said during that
17 statement?
18     A    Yeah.  I told him a story something along
19 similar to that right there and it looked like this.  He
20 was reaching for that gun.  But I said -- and if other
21 people testified that didn't know what was going on and
22 he was -- when he was walking like that (indicating),
23 looking back like this (indicating), and throwing his
24 hand like that (indicating), they was concerned he was
25 trying to reach to get that gun from the officer.

Page 133

1      Q    So is it your opinion that he was reaching for
2  the gun?
3      A    No.  No.  He was -- he was --
4      MR. WILLIAMS:  Requires speculation.
5      A    The officer was here (indicating), Jessie was
6  here (indicating), and he was looking back over here
7  (indicating), going like this (indicating).
8      Q    So he wasn't even looking at the officer --
9      A    He wasn't even looking at the officer.
10     Q    -- when he was moving his arm?
11     A    No, he didn't.
12     Q    Okay.
13     A    He didn't even have his eyes on the officer.
14 He had his eyes on us over here behind him.
15     Q    Okay.  And it was soon thereafter that the
16 officer shot Jessie?
17     A    That's when he shot him.  During that time,
18 yes.
19     Q    I guess the best thing for us to do is to play
20 this statement for you.  I've got a transcript of it,
21 but I think in this situation, it's probably best that
22 we play it.  So we've got one more statement for you to
23 listen to, okay?  And this is going to be -- well, you
24 can tell me, but, I believe, this is the statement that
25 you gave to the --



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 134

1   A   Lawyer.
2   Q   -- attorney. Yes, sir. This is PL810.
3       (AUDIO PLAYED)
4   Q   Okay. That's the end of this statement.
5   Ricky, is that you on that recording?
6   A   Yeah.
7   Q   Is that you? Yes, sir. Have you listened to
8   that before, sir?
9   A   I've never listened to it before, but I told
10  that man that.
11  Q   Okay.
12  A   Yes, I did.
13  Q   You remember saying this to --
14  A   Yeah. If you --
15  Q   And this is to an attorney, correct?
16  A   If you listen to that very careful there where
17  I said all that guy wanted from me when he come to the
18  house was what I told him, the way I told him that, is
19  he never had -- he never had that part on recording. The
20  part that he said, "All I want to hear is how he
21  resisted." Did you hear that on that tape that I told?
22  Q   I did hear you say that, sir. And I was going
23  to ask you about that. When did the officer say that to
24  you?
25  A   That's when he come. He didn't record that

Page 135

1   part. All he wanted to hear was how Jessie had
2   resisted. He didn't want to hear that whole story or
3   nothing else. He didn't want to hear that. That's all
4   he wanted to hear. I babbled along to him. That's the
5   truth, the whole truth, nothing but the truth right
6   there on that statement right there.
7   Q   Yes, sir. So the police officer from the
8   Kentucky state police that came and talked with you the
9   night or early morning that this happened --
10  A   3:00 in the morning, something like that.
11  Q   -- he talked with you a few minutes before he
12  started the recording?
13  A   Yes, he did.
14  Q   And in this statement that you gave on July
15  27, 2016, did you hear yourself say that Jessie never
16  fought back?
17  A   Yeah.
18  Q   Did you hear yourself say that the officers
19  could have handcuffed him?
20  A   Yes.
21  Q   Did you hear yourself say that Jessie never
22  threatened to kill the deputies?
23  A   Yes.
24  Q   Did you hear yourself say that he never
25  threatened to take violent action against anyone?

Page 136

1   A   Right. Yes.
2   Q   And were those statements the truth, sir?
3   A   Yes.
4   Q   I want to admit that audio as  Exhibit 4 --
5       COURT REPORTER:  4.
6   Q   -- I think.
7       (EXHIBIT 4 MARKED FOR IDENTIFICATION)
8       MR. WILLIAMS:  I just reserve any objections
9   to trial.
10      MS. STAPLES:  Okay. And it's PL810.
11  Mr. Hobbs, that's all the questions that I have for
12  you.
13      THE WITNESS:  All Right.
14      MR. WILLIAMS:  Mr. Hobbs, I've got a few
15  follow-ups. We can either take a break and I can
16  do those --
17      THE WITNESS:  Let's get it done.
18      MR. WILLIAMS:  Okay.
19      THE WITNESS:  I need to go to the doctor. I've
20  got a doctor appointment that I need to get to.
21      MR. WILLIAMS:  That's fair enough. Okay. I'll
22  be brief as I can, okay?
23      RECROSS EXAMINATION
24  BY MR. WILLIAMS:
25  Q   This recording that you just listened to --

Page 137

1   A   Yes.
2   Q   -- you said that was an attorney that you
3   spoke with?
4   A   That's what he said he was. That's what he
5   presented himself as.
6   Q   Do you know if he was in any way associated or
7   employed by current plaintiff counsel who's here asking
8   questions today?
9   A   I don't know where he's -- with her or not. I
10  do not know nothing about that. No, sir.
11  Q   Whoever he was, did you just speak with him
12  once?
13  A   Once, yes.
14  Q   Okay. Now, was there another meeting you had
15  with another attorney later?
16  A   No.
17  Q   When you spoke with this attorney that we
18  heard on the recording, was that where you-all were
19  sitting outside of the store with Pearlie Sue Gambrel?
20  A   Yes, she was.
21  Q   Okay. So this statement you gave that we just
22  listened to, Ms. Gambrel, the Plaintiff in this case,
23  was sitting there with you when the statement was given?
24  A   She was there somewheres. I seen her there.
25  She was -- they was the one that looked me up for that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of Jackie Sizemore, Tuesday, January 23, 2018                              138..141

**Page 138**

```
1  guy.
2       Q    Okay.  So she was close by when you gave the
3  statement?
4       A    Somewhere around there.  I don't know
5  exactly.  I was talking to him trying to tell him
6  exactly what happened, the truth.  And I sort of told
7  that state police there detective, whatever what it was,
8  I give him that story like that because all he was
9  wanting to hear is like I told him, was
10 how Jessie resisted.  That's all he was wanting to hear.
11      Q    Okay.
12      A    I said, well, he ain't wanting to hear the
13 real thing.  I tell him what he needs to know like this
14 and get him on out of here because I was scared of him.
15      Q    Okay.  So I want to be very careful --
16      A    Okay.
17      Q    -- with these next questions I ask you because
18 as I understand your testimony, you're accusing a state
19 police officer -- let me finish my question, sir.  You're
20 accusing a state police officer of asking you to give
21 what you believe to be false testimony or false
22 statement?
23      A    No.
24           MS. STAPLES:  Objection to form.
25      Q    No?
```

**Page 139**

```
1       A    No.
2       Q    Okay.  Then tell me in your own words then
3  what you are saying.
4       A    He just said what I just said.  He just wanted
5  to hear the -- how he resisting stuff.  He wanted to
6  hear that.  And he said that a couple time.  And that
7  throwed me into a state of confusion.  What shall I do,
8  how should I handle this, you know.  You understand what
9  I'm saying?
10      Q    Yes, sir.
11      A    Okay.
12      Q    So I understand that this gentleman shows up
13 at your door in the middle of the night --
14      A    Yeah.
15      Q    -- not long after this incident occurs?
16      A    Right.
17      Q    And then you provide him a statement similar
18 that you've testified to today?
19      A    Yeah.
20      Q    And he says, "I don't want to hear that.  I
21 want to hear how he resisted."  Is that your testimony?
22           MS. STAPLES:  Objection to form.
23      A    No.
24      Q    Okay.  Then tell me what he did then.
25      A    I've done told you.
```

**Page 140**

```
1       Q    I'm having trouble understanding you.
2       A    When he come at the first start he said, like
3  I told that guy there, what he wanted to hear was how
4  Jessie resisted.
5       Q    Okay.  So --
6       A    So, I told him a story.  That story that you
7  listened to that you've got there.
8       Q    The recording we played at the beginning --
9       A    The first one, yeah.
10      Q    -- of my question?
11      A    Yes.
12      Q    Okay.  So when this officer arrived, did you
13 give him a statement similar to what was just played for
14 you by counsel?
15      A    Yes.  That's a lot similar to that, yes.
16      Q    You gave the KSP a statement similar to the
17 one you gave the --
18      A    Similar.
19      Q    -- "lawyer"?
20      A    Make them similar.  Met them come together,
21 them two stories.  And the one I said today don't --
22 some words all in them don't just all match up.
23      Q    I'm asking you, did you give him a statement
24 similar that you gave the lawyer, yes or no?
25      A    Yes.
```

**Page 141**

```
1       Q    Okay.  And you're saying that he didn't record
2  that?
3       A    Who?
4       Q    The police officer that came and saw you on
5  the night of the incident.
6       A    Yes.  You just listened at it right there on
7  that recording.
8       Q    Okay.  The statement that was just played to
9  you and made an exhibit to the deposition by Plaintiff's
10 counsel, is very different than the one that you gave
11 the state police --
12      A    Yes.
13      Q    -- on the night of the incident.
14      A    All similar.
15      Q    You're saying they're similar --
16      A    Yes.
17      Q    -- to each other?  Okay.  You spoke in the
18 statement you gave to the state police officer about how
19 Jessie did resist, correct?
20      A    Yes.
21      Q    Did you give any other statement to the
22 Kentucky State police detective that night, other than
23 the one that was played for you here?
24      A    Not to my knowledge.
25      Q    All right.  So you were asked by Plaintiff's
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 142

1  counsel about the state officer coming to your home that
2  night?
3      A    Yes.
4      Q    And you said that you and he spoke for a while
5  before he took your statement?
6      A    Yeah.
7      Q    Is that true or not?
8      A    Yeah.
9      Q    What did you-all talk about?
10     A    I told you what he said.  Only he said just a
11  couple of times.  He wanted to know.  He wanted a
12  statement.  He wanted to know how Jessie resisted.
13     Q    Okay.  Did at that point then did you say,
14  officer, I can't tell you that story because Jessie
15  didn't resist?  Did you tell him that?
16     A    No, I didn't say that because I was told you I
17  was scared and confused, and I didn't know what to do
18  because I just seen a man killed before my eyes there
19  and I was tore all to pieces.  And I had drunk me a
20  couple of beers to lay down and rest.  I had been on the
21  phone with my daughter and I was expecting them to come
22  in anytime.  And her man drives kind of fast and I was
23  kind of afraid she was -- they was going to hit that old
24  vehicle sitting in the middle of the road and hurt some
25  of the grandkids or something.

Page 143

1      Q    So you're saying that in that moment after
2  that officer arrived in the middle of the night to ask
3  you questions that you were able to develop what you're
4  now saying is a false story about what occurred that
5  night --
6          MS. STAPLES:  Objection to form.
7      Q    -- just because he asked you to?
8      A    He didn't ask me to give him a false story.
9      Q    I thought you said he told you that he only
10  wanted to hear how Jessie resisted.
11     A    Well, he did.  But he's not saying, give me a
12  false story.
13     Q    Okay.
14     A    He's saying --
15     Q    Did you then tell him a story --
16     A    He's telling me -- he's telling me, "I want to
17  know how he resisted."  So I told him that story.  Okay?
18     Q    So you came up with all that stuff about how
19  Jessie resisted right there on the spot?
20     A    Yes.
21     Q    Okay.  Now, after you gave the state police
22  officer that statement, did you later call him up and
23  say, hey, everything I told you that night's false?
24     A    No.
25     Q    All right.

Page 144

1      A    I have no way of getting up with him.  I
2  thought this deal would all be over then and for done
3  and forgot about.
4      Q    Did you ever call up the officer's superior?
5      A    No.  Didn't know nobody.  I told you, I can't
6  read or write.  Don't know have no knowledge of nothing
7  like that.  All the knowledge I got is get up, go to
8  work every day, make some money to live on.  And --
9      Q    You got a cell phone?
10     A    Yeah.  I got a cell phone.
11     Q    Do you know how to call the state police on
12  your cell phone?
13     A    No.  I sure don't.
14     Q    You don't know how to do that?
15         MS. STAPLES:  Objection.  Asked and answered.
16     Q    Have you ever called the police on your cell
17  phone?
18     A    No.
19     Q    Who do you call on your cell phone?
20     A    I call --
21         MS. STAPLES:  I'm going to object.  This is
22  getting to the point that it's harassment.
23         MR. WILLIAMS:    No.  It's getting to
24  questions on his credibility.
25         THE WITNESS:    That's exactly what it's

Page 145

1  getting to, you're right, ma'am.
2      A    I call the people I work for.  I call roof
3  buying companies to sell them stuff and stuff like that
4  because I've got their number.  I can dial that.  But as
5  far as knowing state police numbers, all I ever know
6  would be to call was 911.
7  BY MR. WILLIAMS:
8      Q    Okay.
9      A    Because I never call the sheriffs, I never all
10  the state.  I've never have no reason to.
11     Q    You never -- you didn't feel like it was
12  important to call the state police and tell them that an
13  officer had come to your home and asked you to concoct a
14  story about what happened that night?
15         MS. STAPLES:  Objection.  That was not his
16  testimony.
17     A    I did not say he asked me to make up a false
18  story, no.  I just fabricated that to get rid of him to
19  get gone to get it over with.
20         MR. WILLIAMS:  All right, sir.  That's all the
21  questions I have.  Thank you.
22         THE WITNESS:  Thank you.  Are we done?
23         MS. STAPLES:  Yes, sir we are.  Thank you so
24  much.
25         VIDEOGRAPHER:  The time is 1:32, this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 146

1    concludes the deposition.

2              (DEPOSITION CONCLUDED AT 1:33 P.M.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 147

1              CERTIFICATE OF REPORTER

2                STATE OF INDIANA

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Title page here of by me after

7    first being duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; and that the said

9    matter was recorded stenographically and mechanically by

10   me and then reduced to typwritten form under my

11   direction, and constitutes a true record of the

12   transcript as taken, all to the best of my skill and

13   ability.  I certify that I am not a relative or employee

14   of either counsel, and that I am in no way interested

15   financially, directly or indirectly, in this action.

16

17

18   

19

20

21   LACEE TOWNSEND,

22   COURT REPORTER/NOTARY

23   COMMISSION EXPIRES:  06/19/2024

24   SUBMITTED ON:  01/31/2019

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of RICK HOBBS, taken on January 23, 2019                    148

## Exhibits

**EXH 2** 107:9

**EXH 3** 115:12, 14

---

### $

**$200** 60:9,14

**$3,000** 72:23

**$4,000** 72:23

---

### 0

**00184** 5:13

**06F120** 77:18

**08** 76:17

**09M534** 76:6

---

### 1

**1** 80:24

**10:21** 43:23

**10:35** 44:1

**11CR35** 75:21

**11M1263** 75:20

**12** 54:9 63:10, 20 64:7

**12-years-old** 63:6

**12:15** 115:20

**12:35** 115:23

**12T4404** 75:15

**13M00589** 74:17

**13M481** 75:12

**14477** 50:12,13 51:10

**15** 54:11 80:7,8

**15th** 58:14

**16** 101:21,22

**18** 63:21 64:7, 15,19

**1:32** 145:25

**1:33** 146:2

---

### 2

**2** 107:4,9

**20** 29:19 53:11, 12 61:20 72:21 123:21,22

**200** 117:7

**2006** 77:17

**2008** 76:10

**2015** 69:9,24, 25 70:4

**2016** 7:21,24 8:9,21 9:13 51:7 67:25 68:18 69:2,17 78:8,17 99:2 124:22 132:8, 12 135:15

**2019** 5:5

**223** 16:23 19:8 50:14,15 51:11 106:6

**22nd** 5:4

**25** 77:22

**25E** 106:8,9

**27** 132:7,12 135:15

**29** 9:13 68:18 69:2,17 78:8,17

**29th** 67:25 99:2 124:21

---

### 3

**3** 115:12,14

**30** 99:2 117:20, 23 118:3,7

**30-pound**

**72:21**

**300** 103:18 117:7,13

**30th** 68:1 78:20 124:21

**384** 52:25 53:4 62:5

**3:00** 38:19 39:5,7,18 40:5 44:15 135:10

---

### 4

**4** 136:4,5,7

**400** 103:18

**40982** 50:24

---

### 5

**500** 103:18

**55** 50:21 56:21

---

### 6

**617-CV-** 5:12

---

### 9

**911** 145:6

**9:37** 5:5

---

### A

**a.m.** 5:5

**accident** 70:18

**accidentally** 60:4

**account** 82:15 111:15 128:7

**accurate** 43:7

**accusing** 138:18,20

**acting** 11:17

**action** 6:8

**135:25**

**address** 8:3,4 50:11 51:1,13, 14

**Administrator** 5:9

**admit** 136:4

**adult** 64:16

**affirm** 5:23

**afraid** 15:1,11 40:14 85:24 86:11 131:7 142:23

**age** 56:20 61:22

**aging** 60:7

**agree** 81:15 94:8 114:9 128:19

**agreement** 108:14

**ahead** 12:19 62:13 74:15 79:15 80:4 91:22,24 109:15

**ahold** 59:1 65:13 85:22 88:20 122:5

**alcohol** 75:13, 17 92:20 93:1

**alder** 57:23

**allegation** 71:23

**allowed** 32:13

**altercation** 73:16

**altogether** 77:22

**ambulance** 24:13 25:5

**amended** 76:11

**Amy** 5:15 6:7

**and/or** 75:5 78:20 126:21

**angle** 123:18

**answering** 91:21

**answers** 45:19

**anytime** 38:12 142:22

**apologies** 19:4

**appeared** 131:4

**apply** 44:21

**appointment** 136:20

**approach** 115:10

**approximately** 118:4 119:4

**April** 58:11

**area** 103:25 104:21 108:23 110:1 115:2,4 116:12

**arm** 84:20,21, 25 85:2 95:10 133:10

**arms** 33:16

**arrest** 73:19 94:20

**arrested** 84:6

**arrive** 18:14 20:16 109:4 118:9

**arrived** 20:23 22:12 87:7 93:22 102:3 111:6,9,14 120:7 140:12 143:2

**arrow** 105:15 106:1

**Ashurst** 44:7 78:8,9,11

**asleep** 39:22 81:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ALICE HOBBS, taken on January 21, 2019                    149

**assault** 73:17
77:14,18,19

**assaulted**
72:14

**assaulting**
71:19,24

**assume** 7:4
40:2 122:24

**assumed**
70:14

**assuming** 33:4
100:25 101:3

**attain** 85:21

**attention** 12:7
22:9,14,15,17,
18 84:24 89:16
112:6 113:20
120:25

**attitude** 70:20

**attorney**
132:12,15
134:2,15 137:2,
15,17

**attorneys**
44:13

**audio** 79:25
80:17,19,21,23
134:3 136:4

**August** 58:14

**aware** 70:16
83:7

———————
**B**
———————

**babbled** 135:4

**baby** 25:1
119:2

**back** 6:17 9:24
16:10 23:15,19
24:2,5,12,15,21
25:1 26:6,7,15
28:22,23 29:10,
14 30:3,9,11,19
31:12 32:17,23
33:12,14,20,24
34:10,17,20,22,
25 35:17 36:4

38:2,3 56:25
63:17 66:17
69:19 72:3,15
74:4 78:17
81:19 82:4
85:10,13 88:9,
11,23 89:9,20
90:17 92:8
95:11,14,24
96:7 97:10
103:17 104:24
105:18 106:3,5
109:1,8,23
110:1,4,18,20,
22,23 114:2
115:23 119:2
121:8,11,17,21
122:10,14,18,
20 129:11,20,
22,24 130:1
132:23 133:6
135:16

**backed** 28:23,
24 91:4 95:21
121:25 122:6,8
129:14 130:10,
11

**backing** 90:11
91:3

**backwards**
95:19

**bad** 42:1,2
122:6

**badder** 40:18

**bald** 23:2

**ball** 13:22,25
14:20 83:22

**Baptist** 52:9,11

**Barbourville**
50:17 55:23
105:21

**barely** 9:23
83:1 114:16
124:12

**bark** 8:17
57:19,20 58:12,
20

**barking** 81:5

**barrel** 32:25

**Barret** 18:19

**Barrett** 18:23
19:19 20:12
32:3,13 100:24
101:1,2,4,23
120:18,19

**Based** 42:9

**basically**
108:10

**baton** 30:18

**beat** 30:21 31:8
35:12 36:24
40:14,20 41:12
95:17 96:2,6,13
119:18 130:21

**beaten** 41:22

**beating** 24:17
25:17 26:17
35:17 36:14
85:12 96:5
120:9 121:9,12
122:21 129:13

**Becky** 54:14
62:6 100:11

**bed** 39:21

**beer** 72:17

**beers** 72:2
93:2,9,10,11,
15,18 94:2,4,6
142:20

**began** 78:21
81:7 116:6

**begin** 100:15,
16

**beginning**
128:14 140:8

**behalf** 5:18

**believed** 79:11

**belly** 32:1
33:20 34:24
85:9 89:9 95:15
121:7 122:13
129:15

**bent** 37:19
122:15

**Beuford** 83:10

**big** 22:18,21,22
23:20,22 52:4
72:22 75:8
85:19 112:7

**bigger** 22:23

**Bingham's**
83:11

**birth** 71:10,12

**birthday** 13:23

**bit** 13:19 14:21
15:6 16:6 24:21
26:6 31:5 34:10
35:7 36:2 40:7
57:15 58:12
61:25 82:14,15
92:18 95:24
103:2 104:3,19,
24 119:24
124:11

**black** 21:15,18
23:16 38:9
57:24

**blacktop** 89:25
114:4

**blank** 104:13

**Blazer** 10:23

**blood** 25:19,
21,23,24,25
27:22,24 28:1,3
37:24 119:19,
23 120:9
122:22 130:18

**blue** 21:1 102:9

**bodied** 85:19

**body** 26:20
27:10

**Bolton** 44:7
78:13,14

**borderline**
55:25

**born** 50:9

**borrow** 109:14
110:11

**bottom** 106:1,
14

**bought** 77:4,7

**box** 50:21
111:21,22

**boy** 9:2 18:19
19:19 20:12
31:22 32:2,3,13
61:13 62:16
101:1,2,24
116:24 120:19
122:4 125:19
126:19 128:5
129:17

**boyfriend** 70:8

**Branch** 63:11,
24

**break** 7:7,9
32:11 43:11,17
44:22 80:13
115:16 116:2
120:10 136:15

**breakfast**
83:13

**breaking**
120:11

**Breanna**
56:10,11

**breath** 24:14
28:21,22 30:20,
21

**Brices** 101:4

**brick** 16:19

**bridge** 19:12
20:21 103:6,7,
9,11,13,16,17,
19,22 104:18
105:8,9,11,19
106:1

**bright** 9:23

**bring** 10:19
72:3

**brings** 72:9

**brother** 76:16

**brought** 19:5
24:11 65:22,24
96:15,16
125:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Broughton 54:15 100:20

brown 47:24

Browns 55:14 63:11,24

brutally 128:6, 24

Bufford 59:8

build 74:2

building 116:14

built 72:20

bullet 22:3,6

bunch 28:2 47:8 72:19 102:16

burned 68:22

burnt 53:2 68:5,7

bus 72:10

business 58:24

Buster 73:12, 13,14,16

butted 73:1

buy 57:19 59:17

buying 145:3

buys 98:25

———————

C

cabinet 72:20

call 9:25 34:7 62:19 72:13 73:20 143:22 144:4,11,19,20 145:2,6,9,12

called 12:14,25 34:8,9 57:23 83:10 101:24 112:10,18 144:16

calling 106:9

Calls 64:12

calm 31:11

car 21:14,18 111:18,20,23, 25 116:19,22

care 62:10 97:11

careful 134:16 138:15

careless 75:16

carpenter 58:22

carrying 14:10 30:3 65:3

case 5:12 44:7 50:8 54:21 60:5 71:23 74:8,11, 17 75:12,15,20 76:6 77:18 80:21 99:7 127:14 128:5, 13 137:22

catch 30:19

catched 13:10

caught 66:6

caused 41:3,7 42:3 91:14 96:19,24 126:15

cell 18:8 144:9, 10,12,16,19

cetera 120:17

chance 79:17 80:9

change 43:3 68:24 72:22 91:14,15

changed 68:24

charge 60:14 99:13

charged 71:18, 24 74:10 75:5, 21 76:10 77:14, 18 99:9

charges 74:9 75:4 76:17 78:2 97:7,8

chest 33:25

child 14:7 26:7 65:3 86:21 87:4,8,10,13 89:10,13,14,23 90:1 98:14 109:19 114:25 116:11

child's 10:8,9 23:12

children 55:19 56:12,15

chunk 72:22

church 52:4,5, 6,7,10,13

circle 109:10

city 21:9,10,14 33:5

claims 60:1

clarification 115:8

cleaned 72:25

Cleaning 58:23

clear 24:25 69:1,14 92:5 93:22 103:14

clearer 92:3

clenched 85:3

Clinton 59:12

close 9:8,9 12:18 19:7,12, 13,14,15 20:21 29:15 31:6 32:5,14,16 47:4 51:25 52:1,14, 17 103:7 104:11 116:12, 21 117:2 138:2

closest 52:19

clothes 21:5 39:19 62:11 67:8 68:3

102:5,7 111:10

clothing 21:1 22:23,24 38:23 102:12

coal 57:24

coffee 83:14

Collins 55:13

colored 102:10

communicate 81:14,16

community 50:15 53:8

companies 145:3

complete 7:9

completed 6:9

completely 128:4

concern 65:25

concerned 24:6 132:24

CONCLUDED 146:2

concludes 146:1

concoct 145:13

confused 142:17

confusion 139:7

consciousness 131:1

constable 100:8

control 77:23, 24 96:13

controlling 96:10

convicted 71:1

conviction 71:3 76:4

convinced 16:25 17:2

cookout 16:19

cooperate 85:4,7,8 89:2

cooperating 89:3 95:12

cop 22:24 33:4, 19 34:20 81:21, 22 84:20 89:17 114:1 122:11 130:23

cops 96:1 119:18

correct 9:17 12:21 14:24 19:10 35:24 44:9 46:2,13,19 47:16 48:7,17 54:18 57:13,14 61:4 69:6 70:24 71:1,5,20 73:17 74:19 75:6,23 76:14 77:1,12, 15 78:18,22 79:7 81:5 85:24 86:17 87:1,17 88:17,20,23 89:7 90:14 92:16 93:6 94:15,23 95:6,7 99:9,17 101:24 102:5 107:8 109:19 114:25 119:17 124:7,9, 10 129:24 130:1 134:15 141:19

cough 57:25

counsel 5:13 45:23 49:1 137:7 140:14 141:10 142:1

counties 56:15

County 5:10 7:15,18,21 40:21 41:15,17, 19 44:7 50:8 56:13 60:20 71:5,19 75:6,8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

86:5

**couple** 6:11 14:17 15:23 16:3 31:3 39:9 41:7 44:11,17 45:2 67:22 93:2,9,10,11 116:8 117:7 139:6 142:11, 20

**court** 5:4,11,22 6:2 60:2,7,8,12, 15 74:18 136:5

**cousin's** 126:19

**cousins** 125:1

**crazy** 72:7 84:16,18

**credibility** 144:24

**Creek** 7:25 8:2, 8 12:19 15:20 51:12,13,16,20 52:1,3 53:20 55:23 101:5

**cried** 14:17

**CROSS** 44:3

**cry** 14:21 15:6

**crying** 14:11, 16

**cultivating** 71:4 76:3 96:9

**cultivation** 75:22 76:11,12

**Cumberland** 106:11,13,15, 18

**curious** 102:18

**current** 137:7

**curve** 103:25 104:23,25 116:19

**curves** 104:24

**curvy** 104:2

**custody** 98:7,

11

**cut** 72:3 97:12

**cuts** 26:3

**cutting** 58:23

_____

**D**

**daddy** 14:13 15:7

**Daniel** 98:18 99:1

**dark** 9:23 10:3 87:4 117:1

**darkish** 47:24

**date** 7:25 47:5 71:10,12

**dates** 49:17 69:22

**daughter** 10:24 11:8 15:4 17:16,21 41:6 72:8,9 81:11 129:11 130:1 142:21

**daughters** 56:18

**day** 5:4 49:16, 18 60:14 144:8

**days** 39:9 40:11 83:5,8

**daze** 130:8

**dazed** 30:25 31:1 130:7 131:4

**dead** 34:5 114:21 126:16 130:9

**deal** 20:3 84:19 95:10 96:3,14 97:3,4,6 126:2 144:2

**death** 95:17

**Debbie** 59:10

**defendants** 5:18 44:6

**degree** 77:19

**Department** 75:6,9

**deposition** 5:7 6:12 44:8 45:3, 9,23 49:2 78:21 80:20 107:4 141:9 146:1,2

**deputies** 135:22

**Deputy** 44:7

**describe** 100:16 102:7

**deserve** 128:5

**detain** 85:18

**detective** 38:17 39:23 40:1 138:7 141:22

**develop** 143:3

**Dewitt** 19:12 20:21 103:6,22

**dial** 145:4

**die** 39:13

**differences** 94:15

**dig** 8:17

**DIRECT** 6:3

**direction** 105:15,25 106:17,19 110:5,8 112:25 113:2,5,12,25 114:10

**directly** 106:6

**disability** 59:18

**discussed** 55:4

**discussing** 67:24

**discussion** 55:1 103:5

**dismissed**

60:15 75:21

**distance** 62:2 118:3

**District** 5:11 74:17

**disturbed** 72:13

**Division** 5:12

**divorced** 54:2

**doctor** 136:19, 20

**documents** 45:9

**dog** 81:5

**Dollar** 19:25

**door** 11:19 81:4 82:2 139:13

**dope** 122:4,5,6

**dot** 109:24

**dots** 106:22

**double** 107:18, 19

**dozen** 40:17 54:6

**drank** 93:9

**draw** 104:4,14 107:11 108:15 109:24 111:20

**drawing** 108:13

**drew** 120:16

**drink** 83:14

**drinking** 72:17 73:6 94:1

**drive** 52:3,25 53:5,7,23 54:1 62:6 76:21

**driver** 24:13 25:6

**driver's** 13:4

**drives** 142:22

**driveway** 17:6 116:15

**driving** 21:14 75:16 76:25

**drop** 13:24

**dropped** 13:23

**dropping** 13:24 83:22

**drove** 83:11

**drugs** 64:11, 22,23 65:7,11, 12 66:3 70:10, 12,19,21 75:17 92:20 93:1 128:7 129:17, 18

**drunk** 72:2 93:2,10,11 142:19

**ducked** 23:9 113:23

**Dwayne** 100:19,20

_____

**E**

**earlier** 29:25 90:3 94:11 116:5 119:15 120:16 131:6

**early** 135:9

**earth** 88:2

**Eastern** 5:11

**eat** 72:5 83:13

**edge** 117:1

**education** 56:22

**effect** 14:20 24:17,19 36:18 37:6,13 86:2 114:4

**ejected** 25:10

**elbow** 13:25 84:19 95:10

**elbows** 24:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

elementary 62:24

elenbark 57:25

emergency 73:23 74:19 76:7 77:12

employed 8:21 137:7

encounter 113:17

encountered 116:13 117:4

end 82:24 121:1 128:14 134:4

ended 114:19, 21,22

enforcement 70:24

entire 29:5 35:22

EPO 96:14

EPOS 96:5

Esco's 52:16, 18

estate 5:9 127:23

et al 5:10

evening 9:13, 17 67:20,22 68:1 89:1 116:6

event 92:4

events 92:3,23

ex-wife 53:16 54:18 55:15 72:19 73:24

ex-woman 62:8

exact 69:22 130:22

EXAMINATIO N 6:3 44:3 129:3 136:23

examples 86:4

exercise 117:20

exhibit 80:20, 24 107:4,9 115:12,14 136:4,7 141:9

expecting 142:21

expired 76:18

explain 72:18

Express 5:6

extra 60:14

extremely 80:5

eyes 27:14 57:24 101:8 133:13,14 142:18

_____

**F**

fabricate 92:17

fabricated 82:15 145:18

face 31:25 32:20 36:2 100:13 101:9

fact 78:2,5 79:20 86:25 87:20

failed 19:6

failure 75:18

fair 7:5 77:6 127:12 136:21

Fairly 29:22

fall 58:14 68:7, 22

false 138:21 143:4,8,12,23 145:17

familiar 10:11, 12

family 55:10 61:12 113:5

124:23 125:2,9 126:23,25 127:7,9,24

fan 75:8

farm 116:16

fast 22:10 114:15 142:22

father- 12:20

fault 92:12 125:3 126:1,4, 16 128:11,13, 20

fear 15:13 42:10,17 131:23 132:1,4

feel 40:4 41:21 145:11

feeling 33:17

feet 27:8 29:18, 19 34:11 35:19 91:6,7,8,11 95:21 101:17, 19,20,22 103:18 114:6 117:5,7,13

fell 28:17 114:24 122:20

felon 71:1

felt 42:2

field 72:1 117:11

fight 73:10 87:24,25

fighting 27:19 82:24,25 83:1 87:16,20,23 88:3 92:7 94:18 95:11,24

file 68:8

find 53:2 66:15 125:14

finish 6:21 123:11 138:19

fired 91:6 102:24 115:6,9

firm 46:19

fist 85:3

fit 97:10

fix 83:13

fixtures 125:23

flag 18:21

flagged 72:7

flagging 18:24

flashers 20:2

flashlight 18:19,21 20:14 23:15,20,22 24:2,18 26:18 27:4 28:10,15 29:24 30:9,19 32:3 35:20,23 36:1,14 89:20 101:1 114:3 129:25 130:4

flashlights 28:9

flicking 18:8

folded 37:19

folk 55:8,12

folks 59:3 62:8 102:14 113:6, 12 114:10 119:9 124:5

follow 12:13 13:2,9 18:1 117:23

follow-up 129:5

follow-ups 136:15

foot 13:12,13, 15,16

football 117:11

force 32:25

forgot 144:3

form 35:11 36:16 37:5 41:23 42:13 65:9,15 70:11

75:1 78:4 83:9 85:5 88:16 94:24 99:11 123:14 124:8 127:15 128:21 138:24 139:22 143:6

forwards 95:20

fought 73:11 124:6 135:16

found 77:11 120:1

foundation 65:16 75:1 123:15

four- 72:1

fourth 56:23 77:20

fourth-degree 73:17

friendly 64:8 127:7

friends 55:3 61:3 63:8

front 19:11 22:19 23:5 47:17 72:5,6 89:15

froth 97:13

funds 127:21

_____

**G**

Gambrel 5:8 47:11,12 48:13 137:19,22

Gap 106:11,13, 15,18

gas 12:12

gather 57:20 58:12,13

gathered 63:4

gathering 58:15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of ALICE HOBBS, taken on January 22, 2019

153

gave 79:9,12
83:1 94:11 95:2
123:6 132:11
133:25 135:14
137:21 138:2
140:16,17,24
141:10,18
143:21

GED 57:1

general 115:2

gentleman
100:19 139:12

ginseng 57:22
58:13,14,15

girl 10:13,14
12:8 68:23
98:22

girlfriend 64:3
67:6,10 68:2
70:2,8

girlfriend's
67:12

girls 125:8
126:5 127:2

give 5:23 7:8
10:17 13:20
35:9 54:12 56:4
59:3 69:19
74:13 79:16
88:8 94:25 95:9
97:6 104:12
108:1 116:11
123:16 125:3
126:1,15,17,21
132:14 138:8,
20 140:13,23
141:21 143:8,
11

giving 45:23
89:6 119:1
123:9 126:2
132:7

God 52:10
130:18

golden 57:23

good 16:1,2
28:2 29:20,22
44:24 45:1 47:4
51:19 81:16

86:20 115:15
117:25 124:24
127:9

goofy 83:19,23

grab 23:7
112:8 113:22

grabbed 24:8,
11 36:7 113:23
122:16

grabs 24:4
25:1

grade 56:23

grandfather
25:3 26:7
129:11 130:1

grandkids
142:25

grandpa 86:9,
12

granny 34:4,6,
7,8

gress 113:22

grocery 83:10

groggy 81:14

ground 17:5,
15 24:3 26:11,
14 27:18 28:17
29:3,8 30:22
34:1 35:22 38:8
85:9 103:15
114:20,25
121:4,6,21

guess 19:15
29:18 47:5 65:8
66:3 70:12
80:18 81:23
85:6 107:4
126:4,7 133:19

guggling 34:2

guilty 73:17
74:18,20 75:5,
13,16,22 76:6
77:11,19 78:2,
5,6

gun 88:13,20
91:2 122:1,6,8
129:7,10,14,22

130:11 132:20,
25 133:2

gut 122:17

guy 18:17
20:24 22:23,25
23:3 36:1 44:14
64:8 85:20,21
97:11 134:17
138:1 140:3

guys 9:8 15:15

___

H

hair 23:2,3
47:24

half 17:7 19:16

Hall 56:9,10

hand 5:20
25:24 33:20
34:19 52:8
88:10 90:17
130:18 132:24

handcuff
29:12 85:13
128:23 129:19

handcuffed
35:13,15 36:8
38:11 95:18
128:25 135:19

handcuffs
29:13

handle 139:8

hands 27:8,22
34:25 35:24
36:7,15 85:10
89:9 121:7,11,
16 122:14

handy 8:19,20

Hanging 63:12

happen 86:5
98:10

happened
12:11 13:6
22:11 24:1
30:24 38:7
39:9,10,11 40:3
43:4 48:2,10,

21,23 51:9
54:25 55:4,7
56:18 60:6 68:6
73:3 77:17
82:13 91:17
92:6 97:15
123:13,19
128:18 135:9
138:6 145:14

happening
22:10 29:21
78:17

happy 7:8

harassment
144:22

hard 23:24
54:9

harm 40:13
89:24

harmed 89:23
90:1,2

Harmon
100:11,12

hat 21:22,25
22:1

haul 11:15
59:16

he'll 33:23

head 23:15,19
24:2 26:20 27:9
28:4,16 30:9
31:4 33:17
34:22 35:20
54:8 85:6
89:18,20
105:20 114:3
129:25 130:17,
18

headed 11:20,
22 16:5 23:2
110:7 114:13
119:2

health 116:5

hear 30:15,16
35:3 36:17,18,
20 44:23,24
45:1,4 80:23
81:10 120:8

21,23 51:9 ... (column continues)

121:15 134:20,
21,22 135:1,2,
3,4,15,18,21,24
138:9,10,12
139:5,6,20,21
140:3 143:10

heard 31:16
137:18

heart 122:20

helped 125:20

helping 85:18

helps 68:17

Helton 10:18
11:11 12:16
62:6 64:25
65:1,22 68:24
86:7 87:7 97:22
98:1,13 102:1
108:25 109:1
110:17 111:2
118:1 119:21
120:5,14,17

Helton's
110:23

Hep 54:14

hepatitis 25:18
119:17,20
120:12

herbs 57:19,20
58:20

hey 82:3
143:23

hidden 72:20

highway 16:5,
23 50:14,15
51:10 72:10
74:5 89:21
101:14,15,20

hill 83:11
104:1,19
116:18 117:8,9

history 70:23

hit 23:15,19,24
24:1,3 26:12
27:3,4 28:8,15,
16 30:17 37:12
38:8 83:1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

87:24,25 89:20,
24 114:3,22
124:11 129:24
142:23

**hits** 33:25 34:1

**hitting** 24:17
26:17,19,23
27:6,9,11,15
28:20 29:23
30:9 35:23
130:4

**Hobbs** 5:8,19
6:5 43:9,16
44:5 50:5 55:11
70:23 74:8
80:2,22 94:8
107:5 113:16
116:1 120:16
122:24 126:14
136:11,14

**hold** 19:23
29:13 85:12
95:10 129:19

**holding** 14:10
25:13,16 84:23
85:2

**Holiday** 5:6

**holler** 14:12
52:16,20 62:7
95:7

**hollered** 10:19
11:13 12:5,6
25:17 119:19
120:11 121:6

**hollering** 37:6
129:15

**home** 39:17
40:5 46:1
63:17,25 66:21
67:2,5 72:3,4,
15 84:3 86:21
92:25 93:19,22
102:23 118:16
119:11 142:1
145:13

**honest** 127:19

**house** 9:24
16:20 17:1,9
38:19 45:10

46:18,21 48:23
52:4,5,6 66:8,
13,23 67:9,18
68:3 69:19,20
73:2 125:16,21
134:18

**Hubbard**
59:10,12,14

**HUD** 74:3

**hump** 104:25

**hundred**
117:5,7

**Hurry** 82:20

**hurt** 15:1,12
85:24 86:4,11,
13 142:24

**husband** 81:12

**hush** 14:12

**HYLTON** 80:7

**hyper** 83:18

**hysterically**
14:16

_____

**I**

**I-75** 106:7

**idea** 10:1 19:6
28:7 86:20
104:17 105:2,
14 108:1,5
116:13

**IDENTIFICATI
ON** 80:24 107:9
115:14 136:7

**identified** 50:7
79:14

**identify** 5:13
71:8 79:19

**immediately**
35:5,6 39:16,17

**important**
94:14 145:12

**in-law** 12:21

**incident** 9:14
46:2,10,13 47:2

48:7,14 51:9
61:2 65:4 67:24
68:16,19 69:1
77:1 78:25 81:2
92:19 93:14,23
99:2 100:1
103:9,13,21
123:3,8 139:15
141:5,13

**Including**
94:17

**incorrect** 95:4,
11

**incorrectly**
95:5

**Indiana** 55:24
56:2

**indicating**
14:10 23:11,21,
23 24:4 26:21,
22 27:13 28:13,
22,23 29:17
31:8,23 32:17,
24 33:3,4 34:3,
18,19 37:20,21,
25 38:3,5
84:20,21 85:1
88:9,10 90:17
95:11 101:16
104:20,21
110:7,8 116:20
122:10,18,20
130:10 132:22,
23,24 133:5,6,7

**individual** 21:4
23:18 39:18

**influence**
75:17

**information**
50:5 74:14
89:22 116:4

**initial** 26:12

**Inn** 5:6

**instances** 41:1

**instructions**
89:6,8

**insurance**
13:4 75:18

**intentionally**
82:12

**interstate**
106:3,4,5,10

**interviewed**
84:15 128:12

**intoxicated**
81:17 83:16

**intoxication**
75:13

**investigating**
46:10 87:15
92:14 95:3
128:10

**investigator**
6:17 44:16
46:8,18 48:15,
22 49:3,4 78:24
79:5 84:3

**investigators**
44:13

**invited** 63:17

**involved** 95:25
96:1

**involving** 75:5
76:17 93:23

**irrelevant**
41:25

**issues** 116:5

_____

**J**

**jail** 73:4,5,7,9,
25 76:8,9 122:5
129:18

**Jake** 38:17

**James** 12:12,
20 13:12,20
17:6,16,23
18:20 19:2 20:9
24:13 25:1,8,11
30:4 85:7 97:22
110:25 111:1
119:1,19 120:5
125:16,18,19,
20 126:10,21
131:7,14

**January** 5:5

**Jason** 5:17
43:10 44:6
91:20 115:15

**jeans** 21:1
102:9

**Jenner** 59:14

**Jennifer** 54:15

**Jerry** 125:25
126:12,18,20

**Jessie** 5:9 8:24
9:17 10:6,19,24
11:13,17 13:12,
20 15:1,11
16:25 20:4
23:18 24:1,14
26:8,10,19
27:1,18 28:1,
15,16,24 29:1,6
30:1,22 31:1,
10,25 32:19,22
33:11,14 34:11
35:9,12 36:13,
20 37:18 41:21
42:11,18 47:15
61:3,7,10,15,16
62:4,14 63:7,21
64:15,19 65:3,6
66:20,25 67:4,
6,17 68:2,6,13,
20 69:4,9,15
70:1 83:4 84:16
85:24 86:11,16,
21 87:8,10,16,
20 88:14,19
89:13 90:4,11,
24 91:6 92:15
93:23 94:18
97:9,12 98:13
99:8 101:12,15,
17 103:15,24
108:4,6 109:5,
16 110:5
111:13 112:2,
23,25 113:17,
18 114:24
115:10 116:10,
13 117:17
118:8 119:17
121:1,3,10,20
123:24 124:6
126:9,22 130:6,
22,25 131:7,10,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

18 132:4,5
133:5,16 135:1,
15,21 138:10
140:4 141:19
142:12,14
143:10,19

**Jessie's** 12:20
22:15,17 26:1
27:24 47:13,15
101:8,9 113:12
114:10,12
124:22 126:8,
25 127:7,9,23

**JH** 111:1

**job** 8:15 127:17

**joined** 32:3

**jokable** 64:8

**judge** 6:22
60:9,15

**judgment**
127:14

**July** 8:14 58:12
132:7,12
135:14

**jumped** 72:23
89:19

**jumping** 72:8,9

**jumps** 23:14

**June** 7:21,23
8:9,14,21 9:13
51:4,5 58:11
67:25 68:18
69:2,17 78:7,17
99:2 124:21

**K**

**kapow** 23:14
122:19

**Keith** 100:24
101:2

**Kentucky** 5:7,
11 38:16,21
55:9,21 56:4,12
71:19 73:23
74:19 76:7 99:6
135:8 141:22

**kick** 32:24,25
33:14 36:5,6
83:2 87:25 92:9
95:19 124:15,
17,18

**kicked** 33:3,4,
5,6,7,9,12
122:7 124:12,
16

**kicking** 32:24
33:1,6 35:24
36:5 88:24
121:22 122:7
124:13,18,19,
20 130:3

**kid** 10:6,7,17,
18,20 11:16,20
12:13,14 13:3,
20,21 14:9,15,
18,20 16:9 17:8
23:7,8,15 24:4,
6,7,8,11 25:8,
13,16 30:3
84:23,25 85:8
86:18 89:19
95:9 98:5,6,10,
15,17 112:8
113:23 114:3

**kid's** 98:8

**kids** 16:18
63:16 64:21
72:9 86:3 89:18
96:21 98:12
119:7 124:25

**kill** 86:2 128:4
135:22

**killed** 97:12
128:6 142:18

**killing** 128:24

**kills** 127:17

**kin** 55:8,12,13
62:8

**kind** 8:19 29:22
32:16 40:8
47:23 58:6,17
62:15 64:6
68:17 102:10
104:1,5,14
109:11 117:10
127:21 142:22,

23

**Kindergarten**
62:21

**knee** 122:16

**knees** 24:19
27:8 36:7

**knew** 102:19

**knewed** 62:10

**knife** 119:25
120:4,13
131:18

**knocked** 31:2
35:20 130:9

**knowed** 61:15
62:16 98:21
116:24

**knowing** 10:4
127:20 145:5

**knowledge**
70:9 89:22
127:20 141:24
144:6,7

**Knox** 5:10
7:15,18,21
40:20 41:14,17,
19 44:7 50:8
56:13,15 60:20
71:5,18 74:17
75:6,8 86:5

**KSP** 140:16

**L**

**Lacee** 5:3

**lacerations**
26:3

**lady** 49:1,6
55:3 60:17 72:5
96:15,18

**laid** 35:13
130:15

**landed** 24:3

**landing** 24:16

**landmark**
116:11

**landmarks**
51:25

**lane** 103:3,4
107:7 108:3

**large** 114:18

**late** 67:25

**laundry** 67:18

**law** 12:14,25
46:19 70:23
72:13 73:25
75:10,11 86:25
96:3,13 98:9
121:1

**lawsuit** 59:24
61:2 127:24

**lawyer** 46:20
47:3,7,22 48:12
134:1 140:19,
24

**lawyer's** 46:23

**lay** 31:10,11
33:19,23 34:24
35:9 85:9
130:22 142:20

**laying** 26:11,
14,21 27:12,18
29:2,3 30:22
31:9,10 35:16
89:18 101:15
122:2,22 130:9,
12

**leading** 21:12

**leave** 98:10

**leaving** 39:14

**led** 71:23

**Lee** 100:19,20

**left** 39:14,16
52:4,5 54:2
102:22 119:2

**leg** 33:2,6,22
37:20,21,23
122:17 124:12,
17

**legal** 104:13

**legs** 29:13
85:12 129:19

**letting** 89:14

**level** 56:22

**license** 13:4
75:18 76:18,21
77:8

**licensed** 77:3

**lick** 33:15
87:25 92:8
124:11

**lie** 82:12 96:5

**lied** 41:6 79:3,5

**lies** 82:22,23
96:3,4 99:20

**life** 7:19,20
12:17 36:25
40:19 42:11,17
58:4 62:17
70:21 128:7,8,
23 131:23
132:1,4

**Lifort** 72:16
73:11,12,13,14

**light** 31:24
32:18,20 101:8,
12 102:10

**lighter** 18:9

**lights** 9:23

**limb** 28:12

**listen** 35:12
45:3,11 66:16
79:17,20 80:5,9
89:4 119:18
120:20 133:23
134:16

**listened** 92:10
134:7,9 136:25
137:22 140:7
141:6

**listening** 81:13
84:9

**live** 12:18
49:18 50:8
51:11,20 52:21,
24 53:10,19,23,
25 55:6 56:13
98:23 105:17
113:5,7 128:9



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

144:8

**lived** 7:18 8:7,
10 9:6,8 12:19
50:25 51:10,12,
21,22 52:1,4,25
53:22 54:3,13
55:6 62:5 66:21
72:6 113:4
116:24 117:12

**lives** 55:10,22,
23,24 72:5
116:21

**living** 7:20,23
51:2,17 52:14
53:1,12 54:18
55:8,21 56:3,
12,14,15 65:21
74:2,3,4 117:3,
6,8

**located** 5:6

**locked** 96:9

**London** 5:7,12
86:5

**long** 7:18 8:7
9:1,2 15:17
23:21,22 39:11
47:2,25 50:25
51:9,19 53:10
58:2 61:7 77:5
80:5,8 116:2
117:24 118:21,
22,25 119:24
120:6 139:15

**longer** 47:5
117:24 118:10

**looked** 21:14
23:21 28:11
47:1 88:9,21
91:1 98:16
104:7 130:6,8,
19 132:19
137:25

**loop** 105:18,22,
23,24

**loose** 23:9
86:17,19 89:16

**Lord** 97:11

**lose** 127:17

**lost** 28:21 54:8
130:25

**lot** 58:22 59:16
63:16 76:21
85:25 86:1
96:19 97:18
102:21 127:3
140:15

**loud** 11:19
12:1,4,5,6
37:19

**louder** 13:22

---

**M**

**mad** 124:25
125:4,14
126:15

**made** 82:22,23
90:9,15 111:16
125:10 141:9

**maiden** 55:17

**mail** 50:17

**mailbox** 50:21,
22

**make** 24:22,23
51:5 57:20 71:8
79:13 80:20
85:9 94:7
111:21,22
115:12 124:18
127:18 140:20
144:8 145:17

**makes** 34:1

**making** 9:25
129:23

**male** 47:22

**man** 8:19,20
16:17 47:23
85:24 86:6
123:19 134:10
142:18,22

**manly** 35:14

**March** 58:11

**marijuana**
71:4 72:1 75:22
76:2,3,11 96:9

**mark** 107:3
120:18

**MARKED**
80:24 107:9
115:14 136:7

**married** 41:6
56:5 64:21
98:22 125:2,15,
19 126:10

**Marry** 56:11

**Mary** 56:5

**match** 140:22

**matter** 5:8
15:13 127:25

**meaning** 84:17
128:16

**means** 93:11

**measuring**
117:10

**medicine**
57:20,24,25

**meet** 49:9

**meeting** 47:16
137:14

**Melinda** 99:23,
25

**members**
126:25

**men** 85:19

**menopause**
57:24

**mentioned**
86:15 119:15
126:12

**met** 13:15
39:23 41:14
44:5 48:12 84:4
140:20

**metal** 23:22
27:4 29:24
30:18 35:23
36:15 130:4

**meth** 65:23,24
66:11 70:15
83:4,8 86:1,3

95:13

**methampheta
mine's** 128:15

**Methodist**
52:10

**middle** 9:22
18:7 19:2 87:3
107:23,24,25
109:6,8,11,12,
21 113:19
139:13 142:24
143:2

**mile** 9:9 19:16
51:18 113:8

**miles** 15:23
16:3 113:8,9
116:8 117:17,
21 118:4

**military** 59:22

**mill** 18:17,18
19:7

**Mills** 5:9 8:24
54:15 59:6,7,8
61:3 62:4 93:23
98:22

**mind** 43:3
85:10 86:1
88:17 89:4
95:13 128:16

**mine's** 96:12

**minute** 16:9
17:6,7,12 85:11
118:24 119:1,
24 130:23

**minutes** 31:3
80:6,8 117:21,
23 118:3,8,24
130:15 135:11

**missed** 60:12,
14

**misundersto
d** 11:24

**mom** 47:13,15

**moment** 92:11
143:1

**mommy** 98:21

**money** 60:11
72:20,21 74:2
127:14,24
144:8

**month** 68:9
126:5

**months** 8:5,10,
12 51:22 52:22
58:10,16 68:14,
15 69:13

**morning** 38:19
39:6,7,8,18
40:5 44:15 68:1
73:5 83:13,19
135:9,10

**mornings**
83:14

**Morris** 7:25
8:2,8 12:19
15:20 51:12,13,
16,20 52:1,3
53:20

**mother** 65:2
68:10 113:4
116:4 126:24

**mother's** 62:1

**mountains**
8:17,23 57:18
58:19

**mouth** 52:16,
20 73:2

**move** 34:5
108:16 113:18

**moved** 8:6,13,
14 51:4,7 68:9

**moving** 32:23
36:4 108:17,18,
23,25 110:6
113:1 133:10

**mowing** 58:22
59:4

**mule** 124:18

**mumbling**
12:4 90:20,22,
23

**Murphy** 100:5,
7,8,9

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

muscle 84:19

**N**

Nalley 5:2

named 38:17
100:19 126:12

names 54:12
56:4 125:10,13

needed 80:21
81:23 125:23

nickname 34:7

night 39:8,10,
21 42:9,17,20,
22 43:4 46:1,13
48:10,13 55:5
65:3 68:18
76:25 78:25
79:9 81:2 84:4,
16 88:19 90:24
91:5 92:3,15,
20,25 93:13
94:10 95:22
97:15,24 98:2
100:1,9,22
101:24 102:1,
15,20 108:5
123:8,24
124:21 135:9
139:13 141:5,
13,22 142:2
143:2,5 145:14

night's 143:23

noise 37:13

Norma 59:6,7,8

normal 14:11,
18 64:8 70:18
84:2

noticed 81:4

number 5:12
71:11,16 74:8,
11,17 75:4,12,
15,20 76:6
77:10 94:14,17
122:25 145:4

numbers
71:15 145:5

**O**

oath 78:22

object 21:12
35:11 36:16
37:5 41:1,23
42:13 98:3
144:21

objection 6:21
28:6 64:12
65:9,15 70:11
74:24 78:4 83:9
85:5 86:24
88:6,16 90:8
94:24 99:11,18,
21 123:14
124:2,8 127:15
128:21 131:3
138:24 139:22
143:6 144:15
145:15

objections
6:19 136:8

observe
121:24

occasion 48:6
63:7 77:15

occasionally
65:20

occasions
44:11 87:12
129:8

occur 103:9,14

occurred 61:3
67:25 68:19
69:2 71:22
78:25 94:9
103:21 123:3
143:4

occurs 139:15

offer 85:21

offered 36:9

office 21:11
40:21 41:15,18,
20 52:15 99:6

officer 20:20,
24 21:2,21

24:9,11 25:1
28:11,14 29:14,
23 30:2,6
32:16,18,21
34:15,16,23
36:13 37:16
38:21 40:4
42:10 46:1
71:19,24 73:11
81:1 82:12 83:4
84:15 85:11,17,
20,23 87:15
88:19,22 89:1
90:10,24 91:3,
7,16 92:14
94:11 95:3,22
99:7,9,13,16
102:4 112:7,10,
13,18 114:24
115:10 121:2
124:12,15,16
127:16 128:3,
10 129:6,24
132:25 133:5,8,
9,13,16 134:23
135:7 138:19,
20 140:12
141:4,18 142:1,
14 143:2,22
145:13

officer's 90:25
92:11 128:11,
20 144:4

officers 18:14
20:16,23 22:12
25:21 26:4,7,15
27:21 28:8
29:10 30:17
32:7 33:1,7
37:15 38:10
41:10 87:20
89:6,12 94:18
99:8 102:3
108:4,6 109:4
111:5,9,24
113:16,17
120:7 121:3
124:6 131:16
132:2,5 135:18

older 61:16,20

ongoing 74:24

opened 11:19

operating
75:16,17 76:18

opinion 43:4
133:1

opportunity
35:9 128:22

opposed 92:4

order 74:19
76:7,8 77:12
96:14

orders 73:23

owned 119:11

**P**

P.M. 146:2

P.O. 50:21

pad 104:13

pages 77:22

pain 37:1,4
70:13

pair 102:9

paper 97:6
104:5 108:15

paperwork
38:24

parameters
108:14

park 13:5

parked 13:14
83:12

Parkway
106:11,13,15,
18

part 70:20
82:24 87:23,25
128:1 134:19,
20 135:1

parts 82:22

party 16:7,8,
15,16 17:3
59:24 118:14
119:5

pass 20:1

passed 61:17
62:4

passing 69:11
107:17

past 16:12 20:2
52:5 77:10 97:1

pause 35:8

pay 22:9

paying 12:7
120:25

Pearlie 5:8
47:9,11 137:19

pen 104:14
108:11 109:14
110:11

pending 5:10

people 8:18
16:14,17 18:5
19:21 58:23
59:1 64:3 68:25
70:7,8 86:1,2
88:7 97:19
100:17 102:16,
21 106:24
119:4,7,13
120:23 123:20,
21 132:21
145:2

Perfect 43:20

period 66:20
67:19 68:2

person 49:10
70:18,19 85:4
112:10,18
126:12

personally
17:20 21:16
38:10 50:5
101:6

persons 123:1

phone 18:8
142:21 144:9,
10,12,17,19

phonetic
52:12,16 54:14
57:25 101:5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

physical 50:11

Picker 41:5

Picker's 41:5

picking 25:22

piece 104:4,13

pieces 92:16
142:19

pills 70:13

pin 49:12

Pineville
105:21

PL810 134:2
136:10

place 8:6 16:6
19:6 51:16 53:2
62:9 64:5 69:21
75:13 86:22
116:15,17,19
118:14,21
122:21

places 64:4,5
113:18

plain 21:1,5
22:23,24 38:23
39:19 102:4,7
111:10

plaintiff 5:16
45:22 48:25
137:7,22

Plaintiff's
46:19 141:9,25

Plaintiffs 6:7

plants 72:1
76:12

play 79:12,24
133:19,22

played 79:25
80:17,23 134:3
140:8,13 141:8,
23

playing 63:16

plead 73:17
74:18,20 75:5,
12,16,22 76:6
77:19 78:1,5

Plenty 86:4

plum 15:20
18:13 34:2
106:3,5

plumbed 52:19

plumbing
125:22

point 17:21
18:14 20:4 25:6
26:10,16,25
27:19 29:1,20
30:12 35:1,18
75:7 86:15
101:7 108:9
109:19 115:9,
16 129:12
130:6 131:1,2
142:13 144:22

police 6:17
18:14 20:16,19
21:9,10,14
31:20 32:7
38:17,21 40:15
42:10 44:12
46:5,6,7 71:19,
24 72:16 85:15,
20 86:16 87:7
88:2,12 89:1,2
90:10 91:3,5
94:18 95:12
99:6 111:23
118:9 123:1,6
124:5 131:16
135:7,8 138:7,
19,20 141:4,11,
18,22 143:21
144:11,16
145:5,12

policeman
95:2

Polish 52:11

poor 92:11

porch 71:25
72:16 73:6

portion 79:13

position 96:7
111:5,7 128:17

post 52:15

pow 33:21,24
38:5 122:15

prepare 45:8

prepared 99:7

present 46:6
132:2

presented
46:7 137:5

pressured
42:21,23

pretty 9:9,14
19:13,14 28:2
29:20 30:8
44:24 47:4
51:19 62:9
81:16 102:6
103:7 104:11
117:25 124:24

previously
71:18

price 60:9

printout 19:5

prior 45:11
75:4 97:8

problems
96:25

PROCEEDING
S 5:1

promised
42:25

pronounce
73:15

proof 22:3,6

proper 6:23

prosecuted
98:9

protective
73:23 74:19
76:7 77:12

provide 139:17

public 71:12
75:13

pull 36:7 129:6

pulled 9:21

11:5 18:17 25:7
96:1 129:10
130:11

purposes
122:25

put 13:8,9
29:13 33:20
34:24 50:22
73:7 74:23
85:10 89:9 93:3
94:2,4 96:10
107:23 108:22
109:4,10,16
110:11,13
111:1,19,23
112:12 113:11
114:5 120:18
121:7,11,16
122:4,6,13
129:22

putting 73:25
105:15

---

Q

qualifications
28:6 131:3

quarrel 57:10

question 6:23
7:2,10 39:2,3
40:2 91:21
122:25 123:11
127:22,23
138:19 140:10

questions 6:6,
9,10,18,20 7:12
24:22 39:1,4
43:10,16 44:21
47:9 71:7 74:24
80:10 82:3
97:14 105:4
129:2 136:11
137:8 138:17
143:3 144:24
145:21

quick 11:2
43:11 102:22
115:16

quickly 6:11
30:8 35:3

quiet 14:3

quit 56:24
116:19

---

R

raise 5:20 60:8
125:15,20

raised 9:6 31:4
37:23 38:2 50:9
61:12

raises 33:23

raising 72:12

ran 13:8 66:19
86:17,19 117:4

re-ask 7:2

reach 132:25

reaching
88:12 90:25
91:2 132:20
133:1

read 45:15,17,
18 57:13 74:8
144:6

ready 11:3
68:8

real 19:13
37:19 45:1
138:13

reason 7:8
41:9 44:22
79:2,3 145:10

reasonable
42:10

recall 38:16,18
78:17,24 79:1
98:1 132:7

received 75:22

receiving
127:21

recognize 21:7
102:19

recollection
43:7 91:19 92:2

record 5:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

24:25 43:24,25
44:2 71:8,12
80:19 115:21,
22,24 134:25
141:1

**recorded**
49:20,23 94:10

**recorders**
49:24

**recording** 48:3
79:8,11 80:21
81:13 83:3 84:9
85:23 86:15
87:16 90:9
92:10 134:5,19
135:12 136:25
137:18 140:8
141:7

**recordings**
45:2

**recover** 127:13

**RECROSS**
136:23

**red** 21:19

**redacted**
71:11

**REDIRECT**
129:3

**Reed** 100:5

**reestablished**
53:3

**reference**
80:22 107:3
108:2 115:13

**referring** 7:25
22:21 31:19
86:6,7 96:11
97:5 105:7
132:11

**reflex** 84:19

**refrigerator**
72:22

**registered**
77:3

**registration**
76:22

**reintroduce**
6:6

**related** 61:24,
25

**relation** 103:16
126:18

**relationship**
62:3,15,19
64:18 66:2

**relax** 93:3 94:2

**relay** 98:13

**release** 87:8,
10,12 89:10

**released**
129:11

**relevance** 75:2

**remember** 8:2,
4,13 9:13 12:3,
5 15:8 16:11,12
19:24 39:2,12
44:15 46:24
47:1,5 49:15,16
51:15 55:1 56:7
67:13 69:16,18,
22 74:16 77:17,
21 84:8 111:5,7
121:18 132:16
134:13

**rented** 50:21
68:10

**renting** 8:5
9:21 38:20

**repeatedly**
28:20 35:24

**report** 99:7

**reporter** 5:4,
21,22 6:2 136:5

**represent** 44:6

**representing**
6:7 106:19
107:12 109:11

**represents**
107:24

**required** 75:18

**Requires** 26:2
42:13 133:4

**reserve** 136:8

**resident** 7:15
118:15

**resist** 141:19
142:15

**resisted**
123:24 134:21
135:2 138:10
139:21 140:4
142:12 143:10,
17,19

**resisting**
73:19 94:20
139:5

**RESPONSE**
100:4

**responsibility**
98:11

**rest** 50:13
122:4 142:20

**rested** 129:18

**resting** 130:16

**result** 73:16

**review** 45:9

**Reynolds**
53:16 54:17
55:15

**RH** 110:13

**rich** 127:18

**Ricky** 5:7
12:12 129:6
134:5

**rid** 66:19 72:24
82:17 145:18

**ride** 10:17 11:6
69:19,20 125:3
126:1,2,15,17,
22

**riled** 121:22

**road** 9:22,23
10:22 11:3,20,
23 12:9 13:7,11
15:2,15 16:4,
10,22,24 17:8
18:2,8,16,18
19:22,23 20:5,

18 31:17 32:9,
15 34:4 53:1,4
63:12 87:3
98:23 103:3,4
104:2,18,23
105:16 106:2,
20 107:8,12,24
108:1,3 109:6,
8,11,12,22
110:4 111:14
113:6,18,19,25
114:6 116:6,11,
22 118:5,14
119:3 122:21
131:24 142:24

**roads** 92:23

**roadway**
102:25 103:3,
24 104:5

**roar** 72:12

**rob** 72:24 73:7

**Robinson** 5:15

**roll** 31:25 89:8,
9 95:14 121:7,
10,16 129:15

**rolled** 34:2
95:18

**Ronda** 67:13,
15,16,17 68:3
70:2

**roof** 145:2

**room** 49:7

**root** 57:23

**roots** 8:17
58:13

**round** 58:8

**row** 83:15
107:25

**rubbing** 31:4
130:17,18

**rules** 6:11
44:21 74:4,5

**run** 11:14 26:7
60:4 61:11,23
63:21,23 64:16,
17 68:24 89:17,
19 98:5,14,15

104:25 114:1,2

**running** 18:10
23:10,13 64:3
114:14,15,16

**runs** 23:13,18
24:5 25:1

_____

S

_____

**safe** 87:4

**sat** 48:19 50:1

**save** 128:23

**sawmill** 18:6

**scale** 105:13
114:9

**Scalf** 50:16,17,
18,19,23 53:8,9

**scanner** 31:16

**scared** 42:4,6
82:16 84:10
95:25 138:14
142:17

**scary** 40:8,9

**scene** 18:15
20:17 39:12
89:13 92:19,22
97:24 99:1,25
102:15

**school** 56:23
62:24 63:1,2
72:10

**seal** 57:23

**seasonal** 58:6

**seat** 11:9

**Security** 59:18
71:10,16

**sees** 123:17,18

**self-employed**
8:16

**sell** 57:20
59:16 72:22
76:16 145:3

**Seminole**
52:25 53:5,6,7,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

22,25 62:5

**Seng** 57:23

**separate** 67:10

**settle** 60:6

**settled** 17:4
118:24

**sheet** 108:15

**Sheriff** 75:11
76:15

**sheriff's** 21:11
40:21 41:15,18,
20 75:6,9

**sheriffs** 145:9

**shine** 31:24

**shined** 32:17,
19,20 101:7,12

**shines** 36:1

**Shirley** 53:16,
19,23 54:17,20

**shirt** 21:1
102:10

**shoot** 31:9
32:1 33:21
34:25 38:13
122:3,9,13,14
129:16,17
130:12,13,21

**shooting**
42:20,22

**Shoots** 33:21

**short** 47:24

**shot** 33:22 35:4
37:15,17,21,22,
24 38:4,5 42:7
91:6 115:6,9,11
122:17,19
132:5 133:16,
17

**shots** 102:24

**show** 19:5
108:3

**showed** 20:20
39:19 84:20

**shower** 62:11

67:8

**shows** 139:12

**shut** 73:2

**side** 9:21 11:5
18:18 26:20,21
32:9,15 34:3
62:1 101:14,15
103:17 105:10
107:11 110:4
111:14 112:4,6,
9,13,18 125:1

**sides** 107:12

**sign** 85:3

**similar** 6:15
38:24 91:18
92:6 104:9
123:6 132:19
139:17 140:13,
15,16,18,20,24
141:14,15

**sing** 14:13,14,
25

**singing** 15:4,9

**sir** 7:16 8:15
12:2 24:8 46:3,
15 51:3 53:13
56:20 65:5
71:14,21 80:3
81:6 82:1 83:6
85:15 97:25
98:19 99:24
100:6 109:14
123:11 127:22
129:1 134:2,7,
8,22 135:7
136:2 137:10
138:19 139:10
145:20,23

**sister** 124:25
125:9 126:8,9

**sit** 17:4,5,11
36:7 78:10 92:8
94:22 118:25
119:8

**sits** 116:14

**sitting** 9:22
16:8,9 17:9,15
47:9,17,20 49:6
71:25 72:15,17

127:4 137:19,
23 142:24

**situation**
40:10,18 42:1
125:25 126:3
133:21

**skeptic** 40:6

**skipped** 72:3

**sky** 104:15

**sleep** 93:3,4,
12,25 94:3,4,7

**sleepy** 82:6

**slid** 10:17,18
11:8

**slides** 24:18

**slow** 18:9

**slowed** 18:12

**smacked**
114:2

**smacks** 23:14

**small** 60:1

**smaller** 22:25
23:3,18 24:11

**Smith** 98:18,
20,21 99:1,8,
23,25

**sneaked** 65:23
66:6

**sneaking**
66:10

**snuck** 66:5

**snucked** 65:25

**sober** 92:23

**Social** 59:18
71:10,16

**socialize** 63:5

**solemnly** 5:22

**somewheres**
69:20 137:24
138:4

**son-in-law**
41:5

**song** 14:13

**sort** 138:6

**sound** 10:10,
11 14:20 24:17,
19 36:18 37:6,
13 81:14,24
84:10 86:2
114:4

**sounded** 81:24

**sounds** 10:12
34:2 80:3

**southeastern**
55:9,21 56:3,12

**Southern** 5:12

**speak** 45:20
47:3 124:22
127:2 137:11

**speaking**
38:16,18 78:24

**specific** 8:2
132:9

**specifically**
7:23

**speculate** 26:2
42:14

**speculation**
64:13 133:4

**spell** 14:11

**spend** 9:11
127:3 129:18

**spent** 96:8

**split** 67:7

**spoke** 46:11,
17,20 48:14
64:20 69:12
79:2 81:1 82:11
91:15 123:1
137:3,17
141:17 142:4

**spoken** 48:9
119:13 127:1

**spot** 107:1
108:19,22
120:21 122:23
143:19

**squall** 37:19

**squalled**
122:15

**squalling**
24:14 26:11
30:7,16 36:22,
23 37:7

**SSI** 59:20

**standing** 29:15
120:22 124:14

**Staples** 5:15
6:4,7 43:9,14,
18,20 64:12
65:9,15 70:11
74:23 75:1 78:4
83:9 85:5 86:24
88:6,16 90:8
91:20 92:1
94:24 98:3
99:11,18,21
108:8 115:15
123:14 124:2,8
127:15 128:21
129:4 136:10
138:24 139:22
143:6 144:15,
21 145:15,23

**start** 6:5,8
22:13 25:18
36:5 51:5 68:9
108:13 128:13
138:9 140:2

**started** 12:9
16:14 17:13
18:2 25:20 31:3
32:22,24 43:19
62:15 64:21
65:7,10 82:3
95:21 111:12
112:2,5,21
113:16 114:14,
15 118:8
121:22 122:7
125:23 128:15
130:3 135:12

**starting** 26:17
58:15

**starts** 36:4

**state** 31:13,18,
20 38:16,21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

44:16 46:5,6,7,8 48:15,22 49:3,4 78:25 79:5 90:9 95:2 99:6 123:1 124:5 130:23 135:8 138:7,18,20 139:7 141:11,18,22 142:1 143:21 144:11 145:5,10,12

**state's** 31:11

**statement** 79:8 90:16 91:15 123:6,17 132:7,10,14,17 133:20,22,24 134:4 135:6,14 137:21,23 138:3,22 139:17 140:13,16,23 141:8,18,21 142:5,12 143:22

**statements** 45:11,12 123:5,12 136:2

**States** 5:11

**stating** 94:1

**stay** 17:7 39:11 53:2 66:23 67:2,4,8

**stayed** 16:6 54:2 68:9 115:4

**staying** 18:6

**steel** 24:18

**step** 33:21,24 114:18 122:19

**Stephanie** 5:2

**steps** 34:12,13 91:4

**Steve** 100:19

**Steven** 100:20

**stick** 24:18 26:18 27:4 28:12 29:24 30:18 35:23

36:15 130:4

**Stink** 55:23

**stole** 11:15 12:14

**stomach** 38:1,6 121:10,16

**stomped** 96:2

**stood** 35:19,21 36:3

**stop** 14:22 18:11,13 22:14,20 23:17 80:1

**stopped** 18:9 109:2

**stopping** 115:16

**store** 19:25 46:22 47:20 52:1,15,17,19 63:15 69:11 72:4 83:10,17 98:24,25 127:4 137:19

**stores** 64:4

**stories** 123:21,22 140:21

**story** 48:1 101:2 123:20 126:3,7 132:18 135:2 138:8 140:6 142:14 143:4,8,12,15,17 145:14,18

**straight** 31:6,7,22,23 32:19 52:25 103:25 104:2

**straightened** 127:11

**street** 13:18

**stretches** 34:2

**strike** 20:23 28:8 39:25 42:21

**strip** 8:17

**struck** 114:24

**stuck** 62:6

**stuff** 24:14 25:19,24 33:18 58:1,17,23 66:3 77:24 82:25 98:25 119:23 124:25 139:5 143:18 145:3

**subdue** 86:16

**Sue** 5:8 47:9,11 137:19

**sued** 59:25 60:1,3,17,22,25

**Suites** 5:6

**summer** 57:21 68:21,22 69:3,8,24,25 70:4

**sung** 15:7,10

**sunny** 34:7,8

**superior** 144:4

**suppose** 65:8

**Susanna** 56:9,11

**suspended** 75:17 76:18

**swear** 5:22

**swing** 23:9

**swinging** 33:16

**sworn** 5:20

———

**T**

**takes** 23:10,12 33:24

**taking** 32:11 49:1 114:18 120:10

**tale** 127:10

**talk** 6:16 13:19 14:12,25 16:15 47:25 69:12 81:7 83:19

91:23 97:18 125:21 127:2 129:9 142:9

**talked** 13:20 16:7 17:2 44:12,14,16,18 45:22,25 46:4 48:4 49:11,22 50:1 54:20,22 56:17 64:20 98:24 118:22 126:5 135:8,11

**talking** 9:16 13:23,24 21:5 29:6 35:18 47:7 57:22 63:4 69:2 72:11 74:12 83:19 84:10,16,17 103:14 111:13 112:2,5,21 113:16 125:24 138:5

**tall** 47:24

**tame** 85:20

**Tanya** 54:15

**tape** 80:2,23 99:17 134:21

**tased** 90:4

**taser** 92:15

**Tasha** 125:12,15,20 126:8,9,21

**taxes** 68:8

**tazed** 29:25 30:1,2,6,8,12,13,15 31:8

**tazered** 130:21

**tazing** 24:16 30:13

**technician** 5:3

**telephone** 9:25

**telling** 58:6 73:3,25 81:11 98:1 125:25 143:16

**tells** 6:22

**ten** 123:20,21

**tend** 59:4

**Tennessee** 77:5

**terms** 127:9

**testified** 94:9,17,25 98:3 116:5 131:6 132:21 139:18

**testimony** 5:23 43:6 45:20 78:1,16,21 88:8 90:3 91:14 92:7 93:8,21 95:23 114:24 119:16 129:24 138:18,21 139:21 145:16

**thing** 14:15 44:13 72:22 76:19 77:23 79:20 87:5 108:7 122:8 128:5 133:19 138:13

**things** 82:17 94:17 118:13

**thinking** 21:13

**thought** 11:24 33:5,22 37:21 48:20 49:5,8 118:23 122:16 143:9 144:2

**threatened** 135:22,25

**three-quarters** 19:18

**throwed** 60:16 139:7

**throwing** 132:23

**till** 30:21

**time** 5:5 9:2,11 10:1,4,25 11:17,19 14:8 25:8,15,16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

27:16 28:16
29:5 32:8 33:11
35:15,20,22
37:12,17 40:11
43:23 44:1,18
46:4 48:12,23
49:19 60:8,11,
12,13,22 61:7
63:20 64:5
65:10 66:14,20
67:19 68:2,8,
13,19 69:15
74:1,3 77:3,8
80:14 82:17
84:21,25 87:16,
21,23 88:5
92:21 95:17
110:6 115:20,
23 117:3 118:1,
11 121:13
124:6 127:3,4
129:9,10,18
133:17 139:6
145:25

**times** 14:17
28:7,19 33:9,
10,14 40:17,24
41:2,7 44:17
48:19 49:9,12,
13,25 63:8,18,
22 64:7,17
65:23 67:1,4,7,
23 69:20 74:21
77:10 87:9,11
95:9 98:24
108:20 120:15
121:15,18,19
129:6 142:11

**tired** 60:9 82:6

**today** 5:3,4
6:22 9:16 42:23
43:1,6 45:4,8,
19,23 48:20
49:1 67:24 69:2
78:10,16,21
91:15 92:4
94:9,22,25 95:1
96:15,24 119:8
123:9,13 137:8
139:18 140:21

**told** 18:20,25
48:1,2,20,22
57:12 66:16
73:1 79:6 81:23

82:9,22 83:3
84:15 85:11,23
87:15 88:19,22
89:1,15 90:10,
24 91:1,5,17,18
92:14 95:23
97:9 99:8,16,20
121:3 124:5
125:2,25 126:2,
6,14,21,23
128:3 130:13,
17 132:18
134:9,18,21
138:6,9 139:25
140:3,6 142:10,
16 143:9,17,23
144:5

**top** 23:16 24:3,
19 35:17 38:9
54:7 89:25
104:1

**tore** 86:16,19
92:15 142:19

**total** 118:21

**touched** 70:22
72:14

**town** 21:8

**Townsend** 5:3

**track** 54:8

**traffic** 18:9,10,
21,24 111:15

**trailer** 9:21
38:20 52:4 53:1
68:5,7,11,22
116:18

**training** 42:16
85:15

**transcript** 57:6
71:10 133:20

**transcripts**
45:15

**tree** 58:23

**trees** 57:19

**trial** 60:5 136:9

**trips** 67:22

**trouble** 41:3
64:9 96:8,19

140:1

**truck** 10:21
11:4,9 13:4,5,8,
9

**true** 142:7

**truth** 5:24,25
127:16,19
128:3 135:5
136:2 138:6

**turn** 16:20 24:5
76:9

**turned** 16:24
24:14 30:3,11
34:22 63:10
64:19

**Turns** 104:19

**type** 22:4,7
44:13 51:25
57:16 58:3,20
59:4 62:3 64:18
76:19 108:7
131:20

**typed** 45:15

**typically** 58:16

---

**U**

**Uh-huh** 41:13
46:14 51:23
53:15 59:9,13
84:22 107:10
113:13,21

**Uh-uh** 41:11

**unable** 81:14

**unclear** 7:1

**understand**
7:1 44:8 57:9,
11,17 85:17
98:7 118:16
138:18 139:8,
12

**understanding**
9:16 62:20
126:20 140:1

**understood**
7:5 61:6 78:20
90:3 93:8

101:23 114:23
116:8 121:2
126:4

**uniform** 20:25
21:13 22:22,24
23:3,12,18
28:11,15 33:4
37:16 102:4
111:10 112:11,
12,13,15,19,20
124:16

**United** 5:10

---

**V**

**vehicle** 9:22
10:19,25 12:9
76:25 142:24

**vehicles** 13:14
16:11

**VERBAL** 100:4

**verbally** 46:15
57:2

**version** 94:9,
10,22,25

**versus** 5:10

**vest** 22:2,3,4,6,
8

**video** 5:3 57:6
80:18

**view** 29:20

**violating** 77:11

**violation** 74:18
76:7

**violations**
73:22

**violent** 97:7
131:17 135:25

**visit** 61:11 62:9
68:23

**visiting** 69:7

**voice** 6:21
11:19

**voices** 12:4

---

**W**

**waited** 17:6

**waiving** 18:8

**walk** 32:14
117:19,21

**walked** 15:18
24:12 38:3
116:8 117:16
122:11,18
131:6

**walking** 11:3,
20 12:9 13:18
15:2,5,15,16
17:13 18:2 19:2
20:5 34:15 87:3
90:15,16 92:22
95:7 109:6
110:5 116:6,10
131:24 132:22

**walks** 33:21

**wall** 23:11
29:17 89:17
113:25

**wanted** 60:13
82:16 134:17
135:1,4 139:4,5
140:3 142:11,
12 143:10

**wanting** 60:11
138:9,10,12

**wash** 62:11
68:3

**washed** 67:8

**watch** 120:25

**watched**
124:10

**watching** 24:5,
6 111:8

**Wayne** 125:25
126:13,18,20

**ways** 15:17
16:1,21 51:19
103:19,20

**weapon** 26:25
90:25 131:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

wearing 21:22, 24 22:1,2,5,7

weed 97:13

week 49:17 54:13

weekend 63:3

Welch 125:16, 18,19,20 126:10,21

whatsoever 131:21

wheeler 72:2

white 21:15,20 116:15,17,19

Whitney 64:21, 25 65:2,7 66:21,25 67:2, 7,10

Whitney's 64:24

whooped 41:7

wife 41:2 62:9 77:24 96:12 126:9

Williams 5:17 6:9,19 21:12 26:2 28:6 35:11 36:16 37:5 41:1,23,25 42:13,16 43:12, 15,19,21 44:4,6 74:25 75:3 79:24 80:1 115:17,25 129:1 131:3 133:4 136:8,14, 18,21,24 144:23 145:7, 20

Wilson 38:17 39:23 40:1

window 10:18 11:9 66:7,8,13

winter 59:15 68:6,7

wires 92:15

witnessed 93:22

witnesses 123:23

witnessing 42:22 92:23

woman 19:24 60:4 69:19 77:23

woman's 96:4

women 54:4 55:7

wood 59:16,17

word 15:8 32:22

words 89:3 90:22 130:22 139:2 140:22

work 8:16,17 57:16 58:3,17, 19,21 59:4,5,6 74:1 144:8 145:2

worked 8:22 19:24 57:18

working 8:22

world 128:23

worried 40:7

wrestled 89:16 113:24

wrestler 13:25 95:10

wrestlers 84:18

wrestling 83:22

write 45:17,18 57:13 105:10 106:14 109:15 114:8 144:6

writing 21:15, 19,20

writings 45:16

written 57:6 71:9

wrong 107:7 119:16

_____

**X**

_____

XX-XX-XXXX 71:13

XXXX 71:16

_____

**Y**

_____

yagging 60:10

yard 13:8,9 16:18 17:11 63:13

year 47:5 48:7 51:6 58:8,16 59:4 68:6

years 51:4 53:11,12 54:3 61:20 63:21 64:7 75:23 96:8,20 98:22

yelling 37:1,3

yellow 107:18, 19

you-all 13:17 18:1 20:13 47:25 62:14 81:7 118:21 137:18 142:9

younger 61:19

youngin 14:11

_____

**Z**

_____

zip 50:23

zone 107:17



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com