**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| The Estate of JESSIE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-184 |
| | ) | |
| v. | ) | Hon.  ROBERT E. WIER |
| | ) | |
| KNOX COUNTY, ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# EXHIBIT 12

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

NO.6:17-cv-00184

# PEARLIE SUE GAMBREL, AS ADMINISTRATOR

# OF THE ESTATE OF JESSIE J. MILLS

# VS.

# KNOX COUNTY, ET AL.

# DEPONENT:

# MELINDA SMITH

# DATE:

# JANUARY 29, 2019



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          IN THE UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF KENTUCKY

3                 SOUTHERN DIVISION

4                    AT LONDON

5                NO. 6:17-CV-00184

6

7            PEARLIE SUE GAMBREL, AS

8      ADMINISTRATOR OF THE ESTATE OF JESSIE J. MILLS,

9                    PLAINTIFF

10

11

12                       V.

13

14            KNOX COUNTY, ET AL.,

15                  DEFENDANTS

16

17

18

19

20

21

22

23   DEPONENT:  MELINDA SMITH

24   DATE:       JANUARY 29, 2019

25   REPORTER:  LACEE TOWNSEND

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

## APPEARANCES

1
2
3   ON BEHALF OF THE PLAINTIFF, PEARLIE SUE GAMBREL, AS
4   ADMINISTRATOR OF THE ESTATE OF JESSIE J. MILLS:
5   AMY ROBINSON STAPLES
6   LOEVY & LOEVY
7   311 NORTH ABERDEEN STREET
8   THIRD FLOOR
9   CHICAGO, ILLINOIS 60607
10  TELEPHONE NO.: (312) 243-5900
11  E-MAIL: AMY@LOEVY.COM
12
13  ON BEHALF OF THE DEFENDANTS, KNOX COUNTY, JOHN MICHAEL
14  ASHURST, AND BRANDON BOLTON:
15  JASON WILLIAMS
16  WILLIAMS FARMER & TOWE
17  303 SOUTH MAIN STREET
18  LONDON, KENTUCKY 40741
19  TELEPHONE NO.: (606) 877-5291
20  E-MAIL: JASON@WFTLAW.COM
21
22  ALSO PRESENT: STEPHANIE NALLEY, VIDEOGRAPHER; KELLY
23  HYLTON, PARALEGAL
24
25

Page 3

## INDEX

|   |                                          | Page |
|---|------------------------------------------|------|
| 3 | PROCEEDINGS                              | 5    |
| 4 | DIRECT EXAMINATION BY MS. STAPLES        | 6    |
| 5 | CROSS EXAMINATION BY MR. WILLIAMS        | 53   |
| 6 | REDIRECT EXAMINATION: BY MS. STAPLES     | 115  |

### EXHIBITS

| Exhibit |                                         | Page |
|---------|-----------------------------------------|------|
| 1       | MAP                                     | 19   |
| 2       | MELINDA SMITH AUDIO CLIP - PL592        | 42   |
| 3       | STATEMENT NARRATIVE - PL620             | 43   |
| 4       | DRAWING                                 | 87   |
| 5       | DANIEL SMITH AUDIO CLIP - PL590         | 109  |

Page 4

## STIPULATION

1
2
3   The VIDEO deposition of MELINDA SMITH taken at HOLIDAY
4   INN EXPRESS & SUITES, 506 MINTON DRIVE, LONDON, KENTUCKY
5   40741 on TUESDAY, the 29TH day of JANUARY 2019 at
6   approximately 9:30 a.m.; said deposition was taken
7   pursuant to the KENTUCKY Rules of Civil Procedure. It is
8   agreed that LACEE TOWNSEND, being a Notary Public and
9   Court Reporter for the State of KENTUCKY, may swear the
10  witness.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

## PROCEEDINGS

2       VIDEOGRAPHER:  Okay.  My name is Stephanie
3   Nalley.  I'm the video technician today, and Lacee
4   Townsend is the court reporter.  Today is the 29th
5   day of January 2019.  The time is now 9:33 a.m.  We
6   are located at the Holiday Inn Express & Suites in
7   London, Kentucky to take the deposition of Melinda
8   Smith in the matter of Pearlie Sue Gambrel, as
9   Administrator of the Estate of Jessie J. Mills vs.
10  Knox County, et al., pending in the United States
11  District Court, Eastern District of Kentucky,
12  Southern Division at London, Case No. 6:17-CV-00184.
13  Would Counsel please identify themselves for the
14  record?
15      MS. STAPLES:  Amy Robinson Staples for the
16  plaintiff.
17      MR. WILLIAMS:  I'm Jason Williams, and I
18  represent the defendants.
19      VIDEOGRAPHER:  Okay, Ms. Smith, would you
20  please raise your right hand to be sworn in by the
21  reporter?
22      COURT REPORTER:  Do you solemnly swear or
23  affirm the testimony you are about to give will be
24  the truth, the whole truth, and nothing but the
25  truth?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

1     THE WITNESS:  Yes.
2     COURT REPORTER:  Thank you.
3          DIRECT EXAMINATION
4  BY MS. STAPLES:
5     Q   All right, ma'am.  Thank you for coming out
6  this morning.
7     A   You're welcome.
8     Q   We appreciate it.  Have you ever given a
9  deposition before?
10    A   No.  This would actually be my first time.
11    Q   Okay.
12    A   As far as this.
13    Q   I understand.  Well, let me just go over a few
14 brief rules --
15    A   Okay.
16    Q   -- and explain how things are going to happen.
17 We're going to start out with me asking you some
18 questions.
19    A   Okay.
20    Q   While I'm asking you some questions, Mr.
21 Williams may have some objections --
22    A   Okay.
23    Q   -- to the questions I'm asking you.  If you'll
24 allow him to get his objection stated --
25    A   Okay.

Page 7

1     Q   -- you'll then be able to proceed with
2  answering the question, because there's no judge here to
3  tell us --
4     A   Okay.
5     Q   -- who's right and who's wrong.  If you need a
6  break for any reason whatsoever --
7     A   Okay.
8     Q   -- we ask -- you know, you can have that, we
9  just ask that you tell us and finish the question that's
10 been asked of you first.
11    A   Okay.
12    Q   If I ask a question that is unclear, or that
13 you can't hear, or that you don't understand, let me
14 know that --
15    A   Okay.
16    Q   -- and I will rephrase that.  If you answer
17 the question, we're going to assume that you understood
18 what we were asking.
19    A   Okay.
20    Q   Is that fair?
21    A   That's fine.
22    Q   And because we have a court reporter here, if
23 you can answer verbally --
24    A   Yes.
25    Q   -- as you have been doing as opposed to

Page 8

1  nodding or uh-huh or --
2     A   Okay.
3     Q   -- you know, that kind of thing, that'll help
4  us as well, okay?
5     A   Okay.
6     Q   All right.  Do you have any questions about
7  the process?
8     A   No.
9     Q   All right.  Ma'am, are you a Knox County
10 resident?
11    A   Yes, I am.
12    Q   What's your current address?
13    A   ████████████████████████████
   ████████████████
15    Q   How long have you lived at that address,
16 ma'am?
17    A   I've lived at that address for going on 11
18 year now.
19    Q   Okay.  And prior to that address, did you also
20 live in Knox County?
21    A   Yes.  I've lived in Knox County all of my
22 life.
23    Q   Okay.  Are you employed?
24    A   Yes, I am.
25    Q   Where are you employed?

Page 9

1     A   At Dewitt Elementary, which is through the
2  Knox County Public Schools.
3     Q   Okay.  And how long have you been employed
4  there?
5     A   I've been employed there going on -- right at
6  four year.
7     Q   And what do you do at the elementary school?
8     A   I am a cook.
9     Q   So you were employed there in June of 2016,
10 correct?
11    A   Yes.  No, actually, not in June of 2016.  It
12 was after that.
13    Q   Oh, it was after that?
14    A   Yes.
15    Q   Okay.  Do you know when you started working
16 there?
17    A   It was probably -- actually, I think in
18 September -- was it September, October -- they'd
19 put me on the sub list starting out with as subbing
20 part-time, and then once I got on full-time, it was the
21 following -- at the end of that school year, I got hired
22 on the next year.
23    Q   Okay.  Did you have a job in June of 2016?
24    A   Not at that moment, I didn't.
25    Q   Are you married, ma'am?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Page 10**

1    A    I'm going through a divorce currently.

2    Q    Okay.  And who are you getting divorced from?

3    A    Daniel Wayne Smith, Junior.

4    Q    How long have the two of you been married?

5    A    We've been married going on 13 year.

6    Q    Okay.  I'm sorry about your divorce.  Do you

7 have any children?

8    A    Yes, I do.  I have three.

9    Q    And how old are they?

10    A    I have got a 10-year-old, a 8-year-old, and

11 then I have a 6-year-old.

12    Q    Okay.  So no children over 18?

13    A    No.

14    Q    And I'm assuming that means no grandchildren?

15    A    No.

16    Q    Okay.  And did you know Jessie Mills?

17    A    I've known him all of my life, pretty much.

18    Q    How did you know him?

19    A    Actually, far distant through his dad.  His

20 dad who was murdered.  We all went to school together,

21 which he was a year younger than I was, but I was a year

22 older.  But we all went through this elementary school

23 together, and then went through high school together,

24 and stuff.  But I was, like, a very distant relative to

25 him.  Not immediate family, but where we were all in the

**Page 11**

1 same community, everybody knew everybody.

2    Q    What was your maiden name?

3    A    Mills.

4    Q    Oh, it was Mills?

5    A    Yes.

6    Q    Okay.  Would you see him, like, at family

7 functions?

8    A    No.  As far as like family functions, no.  As

9 far as like the local community store that was in our

10 area, you would bypass him and stuff.  As far as like

11 you would run into him at times there and stuff, or, you

12 know --

13    Q    What store?

14    A    At that time, it was Bingham's Grocery, the

15 name of the store and stuff.

16    Q    Okay.

17    A    And, you know, there was another store, a

18 little local store, on down the road that was called

19 Mills' Grocery.  Sometimes you would, you know, meet him

20 there or whatever.  Or sometimes, you know -- I don't

21 know if Jessie really ever had a vehicle, but, like, you

22 would see him on the road, walking on the side of the

23 road and stuff.  Sometimes like when I'd be coming down

24 the road, coming off Stinking Creek and stuff, but as

25 far as like immediate family functions, no.

**Page 12**

1    Q    So was it normal for him -- for you to see him

2 walking down the road?

3    A    Sometimes, yeah.

4    Q    Okay.  And you'd recognize him if you saw him

5 then?

6    A    Oh, yes.  Jessie, I knew him all my life,

7 pretty much.

8    Q    Okay.  Ma'am, can you recall the evening of

9 June 29, 2016?

10    A    Yes.  As we were coming back up, like, from

11 25E, like, the main highway 25E, like, coming from

12 Barbourville to Stinking Creek, as we were coming up

13 Kentucky 223 that night, it was already dark, and at

14 first, I'm like, is -- you know, somebody had hit a deer

15 with their vehicle as we approached upon the scene.

16 Because we had no idea of what was taking place at that

17 time.

18    Q    And let me stop you.  When you refer to "we,"

19 who was with you that evening?

20    A    It was me, my husband Daniel, and my three

21 children were in the backseat at that time.

22    Q    Okay.  And who was driving?

23    A    I was.

24    Q    Okay.  So you're coming up 223 --

25    A    Yes.

**Page 13**

1    Q    -- from 25?

2    A    Yes.

3    Q    And what made you think that someone had hit a

4 deer?

5    A    Because there was, like, one vehicle that was,

6 like, slowed down like it was almost to a standstill,

7 and then there was, like -- I know there was one boy

8 that was outside that had, like, a tank top on -- a

9 white tank top.  I did not know the guy.  He was a

10 younger-like guy, but it was not Jessie, I do know that

11 much.  And they were in, like, a green Ford Ranger,

12 roughly body style from like a '93 to a '94, '95 body

13 style.  They motioned for us to come around them, and

14 then as we went to go around -- get in the opposite lane

15 and go around that pickup, then we got behind another

16 pickup.  And I'm like -- I had no idea what was going

17 on.  I'm like, okay, I'm like, "Did somebody hit a

18 deer?"  And they was like, "No."  And I'm like, okay,

19 maybe it's just a bunch of drunks fighting in the middle

20 of the road.

21    Q    Sure.

22    A    I had no idea at that time what had took

23 place.

24    Q    What kind of truck was the second vehicle --

25 the second truck you got behind?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 14

1    A    The second vehicle, to the best of my
2  knowledge, it was a white Dodge Ram pickup truck and it
3  was, like, an older body style, maybe like a 2002 to '05
4  body style.  It was not a new Dodge Ram.
5    Q    And what were you driving?
6    A    I was driving a 2007 Kia Spectra, and it was,
7  like, a navy blue color.
8    Q    Okay.  So you went around the green Ford
9  Ranger --
10   A    Yes.
11   Q    -- that was kind of in the road?
12   A    Yes.
13   Q    And then you came upon the white --
14   A    Uh-huh.
15   Q    -- Dodge Ram?
16   A    Yes.
17   Q    And what did you do then?
18   A    At that time, we wasn't for sure, you know, we
19  was still unsure of what was taking place.  And then my
20  husband, he got out, and then he --
21   Q    Did you stop behind the Dodge Ram, or did you
22  go around it?
23   A    No.  We didn't -- did not go around that Dodge
24  Ram truck.  We ended up getting, you know, to a
25  standstill behind it.

Page 15

1    Q    Okay.
2    A    But we was unsure of what was taking place,
3  and then, at one time, when we went to get in the
4  opposite lane to go to pass that Dodge Ram truck -- as I
5  got in the opposite lane, there was a vehicle that came
6  up behind me like flying, and all of a sudden, then the
7  blue lights turn on.  Because they did not have no
8  lights on coming around that curve in that straight area
9  there.  And then once the lights got turned on, then I
10  got back over in my lane behind the white truck.  And
11  that's when I came to a standstill, and we was behind
12  it, so we could not go around it because the cop car got
13  in front of the truck and sort of blocked everything off
14  at that time.
15   Q    What type of cop car was it?
16   A    It was a county -- a Knox County Sheriff's
17  car.  It was, like, I guess, a Dodge Charger, what they
18  drive.  But I do know it was a county -- a Knox County
19  Sheriff's car.
20   Q    I'm going to hand you a map.
21   A    Okay.
22   Q    Take a look at that for me.
23   A    Okay.
24   Q    All right.  So I want to make sure that we're
25  all on the same page.

Page 16

1    A    Yes.
2    Q    My understanding, according to this map -- can
3  you see here --
4    A    Yes.
5    Q    -- where this is Stinking Creek Road?
6    A    Yes.
7    Q    Okay.
8    A    Because right here is the school, and here's
9  the church, and here's where the road's split on either
10  side.
11   Q    Okay.  So down on the bottom --
12   A    This was --
13   Q    -- of this page is where 225 would be,
14  correct?
15   A    This is currently -- this main road right here
16  that goes all the way up, it's called Kentucky 223, that
17  road is.
18   Q    Okay.  And can you tell on this map where
19  Dewitt bridge would be?
20   A    Right in this vicinity, right there.
21   Q    Okay.  Can you mark that with an "X" for me?
22   A    Yes.  It's right there, pretty much.
23       MS. STAPLES:  Jason, can you see that?
24       MR. WILLIAMS:  I think I saw in the video.
25       MS. STAPLES:  Okay.

Page 17

1    Q    And so when you're traveling up 223, can you
2  tell me where on this map that you stopped kind of --
3    A    We were sort of --
4    Q    -- behind the Dodge Ram?
5    A    -- like where the little curve is at right
6  here, once you get in that little curve, like, right
7  past it.
8    Q    Okay.
9    A    Like right in this vicinity.
10   Q    Can you mark that for me?
11   A    It may not -- it's in that area.
12   Q    And the cop car came around where you just
13  marked and stopped; is that correct?
14   A    Yes.  When he came around and the blue lights
15  got turned on, then I got back over in my lane, and then
16  there was the white truck in front of me, the white
17  Dodge Ram truck, and then I was behind the white Dodge
18  Ram truck.
19   Q    When the Knox County Sheriff's car came around
20  you with the blue lights on, did they have on their
21  siren?
22   A    Not to my knowledge, they did not.
23   Q    Okay.  So once the Sheriff's car pulls in and
24  stops, what did you do?
25   A    I stayed in my car with my children.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1    Q    All right.  And what did your husband do?
2    A    He -- he ended up getting out of the car.  And
3 he walked up there, because we had no idea what was
4 going on, and then at one time, he walked back to me,
5 and he's like, "There's a guy kidnapped a kid," and I'm
6 like, "Who would kidnap a kid on Stinking Creek," you
7 know, just from our community.  And he ended up telling
8 me, he said, "It's a guy named Jessie."  And as soon as
9 he said "Jessie," it, you know, it just ringed a bell
10 with me, and I'm like, "Daniel," I'm like, "that's
11 Pearlie Sue's son, Jessie," which Daniel was not
12 acquainted with Jessie that good.  I knew Jessie all my
13 life because, you know, I'm from that community and
14 stuff.  And I'm like, I had no idea what really was
15 transpiring at that time.  All we knew was, you know,
16 that they said that there was a man kidnapped a kid is
17 what Daniel had made the statement to me.  And he said,
18 "There's a man named Jessie," and I'm like, "That's
19 Pearlie Sue's son."
20    Q    And why did you automatically think of Jessie
21 as Pearlie Sue's son?  Are there other Jessie's around
22 the area?
23    A    No.  Not no Jessie Mills, no.
24    Q    Okay.  Did he say the name "Jessie Mills"?
25    A    No.  He just said "Jessie."

Page 19

1    Q    Okay.
2    A    It just -- you know, just clicked a bell with
3 me, because I pretty well know, you know, how things are
4 and stuff.  But it just -- to me it clicked to be
5 Jessie, you know, Pearlie Sue's son.
6    Q    Okay.  I'm marking that --
7    A    Okay.
8    Q    -- as Exhibit 1.  So Daniel had walked --
9         (EXHIBIT 1 MARKED FOR IDENTIFICATION)
10   A    He walked up front, yes.
11   Q    Did he walk around the police officer's car?
12   A    Now, as far as that part, I don't know how
13 he walked up front, got out of the passenger seat and
14 walked up front, but as far as, like, going in front of
15 the car, or maybe over to the side of the car at an
16 angle, he -- I do know he was up front.  He was up past
17 the Dodge Ram truck.
18   Q    And I should be more specific in my question.
19   A    Yes.
20   Q    Could you see where Daniel walked when he got
21 up out of the car?
22   A    No.  Because the truck that was in front of
23 me, like, where they were at over to the right side, I
24 couldn't see in my view due to the fact -- the fact of
25 that truck sitting there in front of me.

Page 20

1    Q    So it blocked your --
2    A    Yes.
3    Q    -- your line of sight?  So at any point
4 between when the law enforcement officers arrived and
5 when Daniel came back to the vehicle to tell you that
6 someone had kidnapped a child --
7    A    Yes.
8    Q    -- could you see other individuals in the
9 road?
10   A    I know there were other people up there, but I
11 didn't know who they were.
12   Q    How did you know there were other people up
13 there?
14   A    Because you could hear them talking.
15   Q    Okay.  Could you hear what was being said?
16   A    No.
17   Q    You could just hear --
18   A    I mean, you could -- you could hear there was
19 voices up there, but as far as me identifying who those
20 people were, I didn't.
21   Q    Did you have your windows up or down at this
22 point?
23   A    I actually let my window down, because I was
24 trying to see what was going on myself.
25   Q    Of course.  I understand.  At any point, did

Page 21

1 you see Jessie Mills in the roadway?
2    A    The only time that I saw Jessie was when he
3 was down on the blacktop when they were tasering him.
4 When they sort of come back over to the middle of the,
5 you know, like, you've got your two lanes like coming on
6 Kentucky 223.  At one time, I did see him when he was
7 down on the ground when they were tasering him.  But as
8 far as seeing him before that, I didn't.
9    Q    So when you first stopped behind the Dodge Ram
10 until the point that Jessie was on the -- in the middle
11 of the road being tasered, you could not see Jessie?
12   A    No.
13   Q    Could you see any of the police officers in
14 between that time?
15   A    No.  I just -- I seen when -- when he was down
16 on the ground, because I'd never seen nobody tasered in
17 my life.  But at that time, when he was being tasered,
18 at one time, I did see him, you know, being tasered and
19 stuff.  But once everything, like, when they were back
20 up -- when he was back up, then they sort of moved back
21 over to the right side, and then that's like -- when
22 they moved over to the right side, the truck that was in
23 front of me, blocked, you know, like, blocked --
24   Q    Sure.
25   A    -- my view and stuff, so I didn't get to see.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1  Q   So when he was being tasered, was Jessie on
2  the ground, or was he standing up, if you could see?
3      A   At one time when I looked and realized he was
4  being tasered, he was down on the ground at that time.
5      Q   And how did you realize he was being tased?
6      A   Because there was -- I don't know if it was
7  the constable, or if it was the deputy, or who it was,
8  but there was one guy standing there, and Jessie was
9  laying down on the ground being tasered.  Because it
10 looked like it was like spikes in Jessie -- or on
11 Jessie, ever how the taser is, but that's -- I did see
12 that much.
13     Q   Could you hear the taser going off?
14     A   You could sort of hear, like, it popping or
15 whatever, because, I mean, that's the first I've ever
16 seen anything like that.
17     Q   Sure.  At any point did you see Jessie's
18 daughter, Maya (phonetic), there at the scene?
19     A   The only time that I seen Maya was after
20 Jessie was shot.
21     Q   Okay.  So you did not see her prior to the --
22     A   Not before, no.
23     Q   -- shooting at all?  And the first time that
24 you saw Jessie is when he was on the ground being
25 tasered?

Page 23

1      A   Yes.
2      Q   Did you -- other than when the law enforcement
3  officers pulled up in the Knox County Sheriff's car --
4      A   Yeah.
5      Q   -- could you see them at any point between
6  them getting out of the car and Jessie being tased?
7      A   No.
8      Q   Okay.  You could hear the taser popping and
9  you could hear people talking.  Could you hear anything
10 specific that was being said?
11     A   No.  The only thing that I did hear that was,
12 like, spoken out where you could hear it from my
13 vehicle, at one time I heard a man say, "Get down on the
14 ground, get down on the ground."  And then, when I say
15 shortly thereafter, very quickly, then I heard one
16 gunshot, and then I heard a second gunshot, and that's -
17 - that's what I did pretty much hear clearly that I
18 could hear from my car window.  You know, just trying to
19 be nosy.
20     Q   How quickly would you guess it was between
21 hearing someone say, "Get down on the ground," and to
22 hearing the first gunshot?
23     A   Just roughly -- a roughly estimation, I don't
24 know, maybe a couple of minutes.
25     Q   Okay.

Page 24

1      A   And that's just a roughly estimation.
2      Q   Sure.
3      A   Because it seemed like everything happened so
4  quick.
5      Q   And how many -- what would you approximate the
6  time was between hearing the first gunshot and the
7  second gunshot?
8      A   Not very long.  I'd say -- I don't even know,
9  maybe a minute.
10     Q   Okay.
11     A   Maybe -- not even two minutes at the most.
12 Something roughly in between that vicinity.
13     Q   At any point, did you hear Jessie say anything
14 whatsoever?
15     A   No.  I couldn't tell that.  Like, I mean, the
16 only thing that I did for sure hear clearly was a guy
17 saying, "Get down on the ground, get down on the
18 ground."  But as far as, like, what was being said
19 directly up there in between them, I didn't.
20     Q   So you never personally could hear -- you
21 never heard Jessie threatening the officers?
22     A   No.  I couldn't hear that part, ma'am.
23     Q   Did you hear Jessie say anything violent
24 whatsoever?
25     A   No.

Page 25

1      Q   Okay.  And from your vantage point, could you
2  see the officers hitting Jessie?
3      A   Not from my view.
4      Q   Okay.
5      A   The only part that I did see was when he was
6  being tasered at that one time.
7      Q   Okay.  So you saw him being tased, but you
8  didn't see him being hit by a flashlight --
9      A   No.
10     Q   -- or a baton?
11     A   No.
12     Q   And you didn't actually see when he was shot;
13 is that accurate?
14     A   No.  I didn't get to see that part.
15     Q   Okay.  At any point, from what you could see,
16 did you see Jessie with a weapon?
17     A   Not to my knowledge.
18     Q   Okay.
19     A   Because, to be honest with you, beforehand, I
20 didn't even see Jessie.  I just heard -- you know, as
21 far as like when Daniel got out of the car, he came back
22 to me when we were at a standstill after the cop and
23 stuff had come, and he's like -- he's like, "There's a
24 guy kidnapped a kid," and I'm like, "Who in the world
25 would kidnap a kid on Stinking Creek?"  You know, and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 26

1  he's like, "It's a man named Jessie."  And when he said
2  Jessie, I'm like, "It has to be Pearlie Sue's son."  You
3  know, that's what clicked in my mind.  But as far as
4  seeing Jessie beforehand, I didn't.  The time that I
5  seen Jessie was when he was down on the blacktop being
6  tasered that one time.
7      A    And I want to ask you about that again: You
8  say you automatically thought of Pearlie Sue's son.  Did
9  you automatically -- why did you automatically think of
10  Pearlie Sue's son when you heard that someone may just
11  have kidnapped someone?
12      A    There's not nobody else that I know of named
13  Jessie, as far as being from our community, you know.
14  Because Jessie -- I know he did the drugs, I'm not
15  denying that, but as far as me seeing him do drugs, no.
16  I can't say that I ever seen Jessie do drugs.
17      Q    So you had heard he had done drugs?
18      A    But you know, it's just hearsay because the
19  way the community is, I know how the community is, you
20  know.  Hearsay and, you know, hearsay handed from one to
21  another.
22      Q    Okay.  So Jessie's name is the first -- Jessie
23  Mills' is what --
24      A    That -- that just clicked in my --
25      Q    -- popped in your head --

Page 27

1      A    Yes, it did.
2      Q    -- because you've known him and --
3      A    Yes.
4      Q    So you couldn't actually see Jessie when he
5  was shot by Deputy Ashurst --
6      A    No.
7      Q    -- is that correct?  Approximately how long
8  after you saw the Knox County Sheriff's vehicle arrive,
9  did you hear the gunshots?
10      A    Oh, my gosh.  I don't know.  Maybe within -- I
11  don't know if it was between ten to 15 minutes, just
12  roughly estimation.
13      Q    Okay.
14      A    It may not have been that long, but that's
15  just the best of my knowledge that I could recall.
16      Q    I understand.  Did you have any reaction
17  personally to hearing the gunshots?
18      A    Yes, I did.
19      Q    What was that?
20      A    Because the girl -- I'm trying to think if her
21  name was Rebecca Harmon.  I know her first name was
22  "Rebecca."  Like, she had talked to me at one time, and
23  we were actually talking trying to look to see what was
24  going on because I wouldn't get out of my vehicle.
25      Q    Okay.

Page 28

1      A    Because I had my three children in the car.
2      Q    All right.  So let's back up about that.
3  Someone had walked up to your vehicle?
4      A    Yeah.  She had talked to me before Jessie had
5  got shot.  Rebecca Harmon.
6      Q    And what did she talk about?
7      A    And we were just talking, and she's like, you
8  know, talking about the situation, and I told her, I
9  said, "I don't want to see nobody get killed because," I
10  said, you know, "my brother had got killed a couple of
11  years before that."  And shortly -- and actually, to the
12  best of my knowledge, she was probably still standing
13  beside of my car door when the gunshots went off.  And
14  when the first gunshot went off, and I'm like, "They've
15  shot him," and then shortly, then we heard a second
16  gunshot.
17      Q    And why did -- I understand you said that your
18  -- you had a brother who was killed --
19      A    Yes.
20      Q    -- but why was your first thought that someone
21  may get killed that night?
22      A    I didn't expect that to happen.
23      Q    Okay.
24      A    That was something I had no intentions on of
25  happening that night, to be there when that happened.

Page 29

1      Q    Based on what you could see, were you
2  surprised when he was shot?
3      A    It was just unexpected.  I'll just be honest
4  with you, I -- I guess you could say, I was surprised,
5  but it was something that I didn't expect to happen that
6  night.  Not to be behind something like that.
7      Q    Okay.  So after you hear the gunshots, what
8  did you do next?
9      A    The first thing I done, I've ended up -- I'm
10  not for sure if Daniel come running to me.  He came back
11  to the car, and Daniel had never seen nobody killed, and
12  he's like, "He's laying up there dying."  He's like,
13  "They're letting him lay up there and die in the middle
14  of the road."  He wanted me to call the cops.  I'm like,
15  "Daniel," I'm like, "what am I supposed to do?"  And
16  then I ended up holding my phone out the car window,
17  because, like, right there in that area, sometimes you
18  will lose reception on your cell phone.  So I held my
19  phone out the car window, put it on speaker phone, I've
20  got one bar of service, I called my mom and dad's house,
21  and I told my mom -- she did not answer the first time,
22  she was on the phone.  So I called straight back again,
23  and I told her, I'm like, "You need to go to -- go over
24  at Steven and Michelle's," which is Jessie's oldest
25  sister and her husband's house.  I said, "You need to



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1  tell them that Jessie got shot."  And she's like, "Are
2  you joking me?" and I said, "No, I'm not joking you."
3  I'm like, "Jessie's laying here in the middle of the
4  road here."
5      Q    Okay.  Let me back you up just a little bit.
6  On this map, show me where you -- where Jessie was when
7  you could see him being tasered.
8      A    Probably more like in this vicinity.  I guess
9  right in there in that vicinity.
10      Q    Okay.  Can you circle that?
11      A    Yes.
12      Q    Okay.  You said you couldn't see Daniel once
13  he got out of the car originally?
14      A    Yes.
15      Q    When he came back to the car to tell you that
16  someone had kidnapped a child --
17      A    Yes.
18      Q    -- and you figured it was Jessie, did Daniel
19  leave the vehicle again at that point?
20      A    He went back up front.  He was actually up
21  front when Jessie got shot.  He was up there when
22  everything took place.
23      Q    Could you see Daniel at any point after he
24  left your vehicle that second time?
25      A    No.  He pretty much stayed up front --

Page 31

1      Q    So --
2      A    -- in front of that Dodge Ram truck that was
3  in front of us.
4      Q    Am I accurate to say you didn't see him again
5  until he came back to your vehicle?
6      A    Until after he came back to me after Jessie
7  had got shot.
8      Q    And what is it that he said at that point?
9      A    He told me, he's like -- he was wanting me,
10  I'm assuming, to call the police, and I'm like, "What am
11  I supposed to do?" and he's like, "He's laying up there
12  dying," so...
13      Q    There were already police there, right?
14      A    There -- there was the cop car that was there,
15  that come past me.
16      Q    Again, so he was wanting you to call
17  additional law enforcement to the scene?
18      A    I'm assuming.  Yes.
19      Q    After Daniel told you that, what did he do?
20  Did he stay at the car with you?
21      A    No.  He actually went back up front.
22      Q    He went back up front?
23      A    Uh-huh.
24      Q    What did you do at that point?
25      A    I just still stayed in my car.  And like I

Page 32

1  said, I held my cell phone out of the car window
2  because, like, you will lose reception at that area
3  right there.  I put it on speaker phone.  I contacted my
4  mom and dad.  She didn't answer the first time.  I
5  immediately called back, had her on speaker phone where
6  I could keep my cell phone out of the car window to keep
7  service there and stuff, and she answered, and I'm like,
8  "Listen," I'm like, "You need to go over to Steven and
9  Michelle's," which is Jessie's oldest sister and her
10  husband, and I said, "You need to tell them Jessie just
11  got shot."  And she's like, "Are you joking me?"  I
12  said, "No, I'm not."  I said, "He's laying here on the
13  blacktop."
14      Q    Okay.  So it's you and your three children --
15      A    Yes.
16      Q    -- in the vehicle at this point?  Were you
17  there when additional law enforcement officers did
18  arrive?
19      A    Yes, I was.
20      Q    Okay.  And did they come up from behind you
21  from --
22      A    They came up from behind, like, as I was going
23  up Kentucky 223, they came from up behind me, until they
24  started parking, you know, blocking the opposite side of
25  the lane off and stuff.

Page 33

1      Q    And what type of law enforcement vehicles did
2  you see at that point?
3      A    To the best of my knowledge, the first cop car
4  that came up, you know, besides the county -- the county
5  deputy car that was done there, was a Kentucky State
6  Police car, to the best of my knowledge, now.
7      Q    Sure.  Did you see any other type of law
8  enforcement vehicles?
9      A    There was like a bunch of people finally came.
10  I mean, it just, like, city cops come -- city cop cars
11  and everybody just rode in.
12      Q    When the first vehicle arrived, to your
13  knowledge, did they have on lights and sirens?
14      A    I'm thinking they may have had on lights, but
15  I'm not for sure about the sirens, to the best of my
16  knowledge.
17      Q    And how quickly did that car arrive at the
18  scene after you heard the gunshots?
19      A    I don't know, maybe -- I'd say over five
20  minutes, roughly, give or take.
21      Q    It could have been sooner?
22      A    It could have been sooner.  You know, just
23  estimate it roughly.  I --
24      Q    And, I mean, I know it's difficult.  It was a
25  couple of years ago and --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 34

1    A    Yeah.

2    Q    -- I would assume, a traumatic experience.

3    A    Yeah.

4    Q    We're just asking you to, you know, tell us to

5 the best of your knowledge.

6    A    Yes.

7    Q    We understand it may not be 100 percent --

8    A    Yeah.

9    Q    -- accurate.  How long did you and your

10 children remain at the scene after Jessie was shot?

11   A    I don't know.  It seems -- I would say not an

12 hour, maybe 45 minutes.  Maybe an hour at the longest.

13   Q    And was --

14   A    Because there was a -- there was a state

15 police come up to me, and he told me, he's like, "You

16 need to turn around and leave," and I'm like, "I can't

17 leave," I said, "because my husband is up there when

18 Jessie just got shot."  And he's like, "Well, you just

19 stay still."  And then finally, he came back to me, and

20 he told me, he said, "Listen, take your children on

21 home."  And he ended up telling me, he said, "We will

22 bring Daniel home."  So I ended up going on home, going

23 back down the road, going up a side road, and coming

24 around the scene, and going on home on with my three

25 children until that morning.

Page 35

1    Q    Okay.  Do you know who that KSP officer was

2 that came to you?

3    A    I'm not for sure.

4    Q    Was it the same individual that came to you

5 initially, and that said, "You need to leave," and then

6 --

7    A    Yes.

8    Q    -- that came back to you and said --

9    A    Yes.

10   Q    -- "Go ahead home"?

11   A    I do know he was a state police, but I don't

12 know him.

13   Q    Do you have any idea of what he looked like?

14   A    To the best of my knowledge, he was bald-

15 headed.  He was sort of slim.

16   Q    Did he have on a uniform that night?

17   A    He did have on a uniform.  Yes.

18   Q    Other than this KSP officer that you talked

19 with, did you speak with anyone else at the scene --

20   A    No.

21   Q    -- after Jessie was shot?

22   A    No.  Not -- not that night, I didn't.

23   Q    Okay.  So did you just remain in your car?

24   A    I stayed in my car.  I never did get out.

25 After he was shot, I didn't get out.

Page 36

1    Q    Okay.  What were your kids doing during this

2 time?

3    A    They were trying to see what was going on.

4 You know, kids can be kids.

5    Q    Of course.  Were they scared?

6    A    I think it -- it was something unexpected that

7 they didn't expect to happen, to be honest with -- you

8 know, like kids didn't expect to hear the gunshots,

9 especially.

10   Q    Were you scared?

11   A    I was just caught off guard, to be honest with

12 you.  It was just something unexpected that I didn't

13 expect to see that night.

14   Q    So other than the state police officer that

15 approached you and told you you could go on home, you

16 don't recall speaking with anyone else at the scene that

17 evening?

18   A    No.

19   Q    Is that correct?

20   A    Yes.

21   Q    So you said you found an alternate way around

22 --

23   A    Yes.

24   Q    -- the scene and you --

25   A    And I went on home.

Page 37

1    Q    Did you go straight home?

2    A    Yes, I went straight on home.

3    Q    At some point, did Daniel come home that

4 evening?

5    A    The state police told me, he's like, "You need

6 to take your children on home," and he said, "We will

7 bring Daniel home to you."  About 1:50 that next

8 morning, Daniel called me from his cell phone and he's

9 like, "You need to come and pick me up."  I'm like,

10 "Okay."  I said, "I thought they was going to bring you

11 home."  So at that time, I contacted my mom and dad,

12 because my children were asleep and I was still up, and

13 I told my dad and mom, I'm like, "One of you is going to

14 have to come stay with the children because" I said, "I

15 don't want to wake them up."  So my dad come and stayed

16 with my children until I went back down there and picked

17 Daniel up that morning.

18   Q    And where did you pick him up?

19   A    Pretty much, roughly behind all the cop cars.

20 I went back -- back down the alternate route, because

21 when Daniel contacted me, he's like, "Listen," he said,

22 "when you come down here," he's like, "go left at Dewitt

23 Church, and go down the old road down there, and come

24 back up the way that we was, you know, behind the scene

25 and stuff, because" he said, "You need to avoid the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 6:17-cv-00184-REW-HAI   Doc #: 108-12   Filed: 02/10/20   Page: 13 of 46 - Page
ID#: 4689
The Deposition of  MELINDA SMITH, taken on February 9, 2018                    38..41

Page 38

1  family."  So I went back down the -- what they call the
2  "old road."  I don't know if it's the Walker Road or
3  whatever.  So I went back down that road, come back up
4  Kentucky 223, and waited until Daniel was finished.
5      Q    And do you know why he said you needed to
6  avoid the family?
7      A    I guess -- I really don't know.  He just told
8  me to try to avoid the family, and just go down the old
9  road, and come back up Kentucky 223, pretty much in the
10  same vicinity -- you know, roughly where we was sitting
11  at, until he got finished with the -- with the law
12  enforcement.
13     Q    Okay.  Do you recall speaking with a Kentucky
14  State Police detective named Josh Cox?
15     A    Yes.
16     Q    About the case?
17     A    Yes.
18     Q    And where did that conversation take place?
19     A    He actually -- I'm not for sure of the day,
20  but it was -- it seemed like a couple of days after
21  Jessie had got shot or whatever.  He -- I was at -- in
22  Williamsburg in Whitley County at the Kentucky Splash
23  Water Park, and he -- I guess he got in touch with them
24  to page me, and he came all the way down there when I
25  had my children down at the water park, and he came and

Page 39

1  talked to me down there.
2      Q    So they paged you at the water park?
3      A    Yes.  They paged me at the water park, and it
4  was like, "Melinda Smith come to the front office," and
5  I'm like, "Okay."  And it's like, "There's a Kentucky
6  State Police detective coming from Hazard, and you are
7  not to leave."  So I knew what it was about.
8      Q    You did?  Because I was going to say, did that
9  --
10     A    It pretty much ruined the day, yes.
11     Q    -- did that call -- did that call worry you or
12     A    No.  Once they told me, they're like, "There's
13  a Josh Cox coming from Hazard for you not to leave," so
14  I'm like, "Okay."  I pretty roughly had an idea of what
15  it was from.
16     Q    Okay.  And were your children with you --
17     A    Yes, they were.
18     Q    -- when you went up to the front?
19     A    We had to go upstairs, like, I guess it was a
20  conference room, and at that time, my oldest nephew was
21  with me, and they had one of the employees to stay with
22  my nephew and my three children while we went into a
23  room, and he shut the door, and talked to me, you know,
24  in private and stuff.
25     Q    Okay.  I'm going to play you a clip of what I

Page 40

1  believe is your interview with Detective Cox.  And if
2  you can listen to it and tell me, first of all, whether
3  or not this is you?
4      A    Yes.
5      Q    We'll go on from there.  If I can get my
6  computer to cooperate.  And this is PL592.
7           (INTERVIEW WITH DETECTIVE JOSH COX IS PLAYED)
8      Q    I'm just going to stop it there.
9      A    That is me.
10     Q    Did you recognize your voice?
11     A    Yes.
12     Q    That voice as being yours?  Let me ask you a
13  question about that:  At the beginning of the clip, did
14  you hear Detective Cox say that the two of you had
15  discussed the issue briefly.  Did you hear that?
16     A    He -- he had pretty much asked me, you know,
17  like, you know, that he was going to tape record me and
18  stuff, and, you know, from what I had seen that night,
19  that he was going to record that and stuff, but as far
20  as talking to me previously, no.  The only time he
21  talked to me was at the -- you know, at the water park
22  in Williamsburg.
23     Q    Okay.  So when he says that you guys had
24  talked briefly or --
25     A    Yes.

Page 41

1      Q    Actually, let me replay that so I've got the -
2  -- we've got it down exactly as he said it.
3           (MELINDA SMITH AUDIO CLIP PL592 PLAYED)
4      Q    Okay.  He said, "We've kind of spoken briefly
5  about it."
6      A    Yes.  It's sort of like, he'd asked me what I
7  did see before he actually started recording me and
8  stuff, but I just told him that, you know, basically
9  what I had seen and what little I had heard from my car
10  and stuff, because I never did get out of the car.  As
11  far as getting out to go up front.
12     Q    So you gave him information about what you saw
13  personally that evening?
14     A    Yes.
15     Q    Prior to him starting this recording of you?
16     A    Yes.  Because they wanted to know what all I
17  seen because, according to him, Daniel didn't think I
18  seen nothing.  But, I mean, I did witness when Jessie
19  was being tasered on the blacktop, but for my just -- my
20  personal aspect, I don't think Daniel wanted to stick me
21  in the middle of this.  Because where my brother had
22  been murdered before, we were still going through the
23  court process of that, and I don't think he wanted to
24  put me in the middle of that, so he didn't think I seen
25  him -- which he didn't ask me if I seen anything, but,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1  you know, Daniel had stayed down there that morning
2  until he called like at 1:50 that morning.  He's like,
3  "Hey, you've got to come down here and pick me up."
4       Q    Okay.
5       A    So
6       Q    Just for purpose of the record, I'll go ahead
7  and play this entire clip.
8       A    Okay.
9       Q    It's only -- it's less than eight minutes
10  long.
11       A    Okay.
12       Q    If you can listen to it, I have just a couple
13  of questions about --
14       A    Okay.
15       Q    -- about the statement.
16            (MELINDA SMITH AUDIO CLIP PL592 RESTARTED)
17       MS. STAPLES:  I'd like to mark that as Exhibit
18       2, please, and enter that.
19            (EXHIBIT 2 MARKED FOR IDENTIFICATION)
20  BY MS. STAPLES:
21       Q    Okay.  I have just a couple of questions about
22  the recording you just listed to.  First, have you ever
23  heard the recording of your statement before?
24       A    No, that's the first time I've heard that.
25       Q    Okay.  Is there anything that you told the

Page 43

1  detective that day that was left out of that recorded
2  statement that you can remember?
3       A    No.  That's pretty much it.
4       Q    What about after the statement concluded and
5  the audio was turned off?  Do you remember having any
6  further conversation with Detective Cox that day?
7       A    No.  That's the only time I spoke with him.
8       Q    I'm going to hand you what I've marked as
9  Exhibit 3.
10            (EXHIBIT 3 MARKED FOR IDENTIFICATION)
11       A    Okay.
12       Q    And this is a narrative of the statement that
13  we --
14       A    Okay.
15       Q    -- just listened to that was prepared by
16  Detective Cox, and it is PL620.  If you'll take a minute
17  just to look through that.  Specifically, I want to ask
18  you some questions about the bottom of page 624.
19       A    Okay.  Okay, are you talking the part about
20  Rebecca Harmon?
21       Q    Yeah, I am.
22       A    Okay.
23       Q    So you see there at the bottom of 624 where it
24  says that "Melinda Smith also provided me with the name
25  of another female named Becky Harmon who was standing

Page 44

1  next to Melinda's vehicle at the time of the incident"?
2       A    Yes.
3       Q    I know that you and I have talked about that
4  today.  At what point did you give Detective Cox Becky
5  Harmon's name and that information?
6       A    Because where she -- I don't know if it was
7  before the interview or if it might have been after the
8  interview, because that's the only day that I talked to
9  him was when he came to the water park where I was at
10  that day.
11       Q    Okay.
12       A    And I told him -- because we were talking, and
13  it was actually before Jessie had got shot because, you
14  know, like, people were trying to be nosy that didn't
15  know what was going on.  This was, I guess, before, you
16  know, the law started putting them back, because he
17  hadn't been shot at that time.  And she was talking and
18  stuff, and her and I got to talking, and she was sort of
19  standing beside the driver's side car -- car door,
20  because I was driving that night, and we just got to
21  talking and stuff, and I asked her who she was, you
22  know, because we didn't know what all was going on, and
23  I told her, I'm like -- and to the best of my knowledge,
24  she might -- may have actually walked up there for a
25  minute and then walked back, but I never did get out of

Page 45

1  my vehicle, now.  But when she told me who she was,
2  which, I mean, I didn't know the girl, but we was just
3  talking, you know, about what was going on and stuff,
4  and I told her, I said, "I'd hate to see anybody get
5  shot and killed."  And while she was still standing
6  there and stuff, and then, you know, pretty much, not
7  long thereafter, that's when you start hearing the
8  gunshots, you know.
9       Q    Sure.  So can you remember whether you told
10  Detective Cox about that before he started the tape
11  recording or at the end of the tape recording?
12       A    It could have been before because, like, once
13  he was finished with the interview, I didn't tell him no
14  more.  I mean, as far as once the interview was
15  concluded, I did not speak with him no more as far as
16  that day and stuff.  That was the only day that I spoke
17  with him.  But -- because he sort of wanted to know what
18  I did know --
19       Q    Sure.
20       A    -- before he actually started recording me and
21  stuff.  And that's sort of when I went over, like, what
22  I did know.
23       Q    Well, what I'm trying to figure out is did you
24  give Detective Cox any further information that you did
25  not hear in that recording, either before the recording

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 46

1   was turned on or at the conclusion of the recording?
2       A    I'm thinking it was before the recording, to
3   the best of my knowledge, now.
4       Q    So you talked with him about Ms. Harmon --
5       A    Yes.  I actually spoke with him before he
6   actually turned the tape recorded on.
7       Q    Do you know if you told him anything else that
8   we have not yet discussed today that was not in the
9   recorded interview?
10      A    Not to my knowledge.
11      Q    Okay.  At one point on that audio, and please
12  correct me if I'm wrong --
13      A    Yes.
14      Q    -- it sounded as though you were concerned
15  that your statement would get out.
16      A    Yes.
17      Q    Is that accurate?
18      A    Yes, it is.
19      Q    Okay.  And why were you concerned about that?
20      A    Because, you know, people knew Jessie done
21  drugs, and I didn't want them to have hard feelings.
22  But as far as me ever seeing Jessie do drugs, I can't
23  verify that.  You know how a community is, you know,
24  you'll hear this one say this and this one say that.
25  But as far as me seeing with my own two eyes to say,

Page 47

1   "Yes, I seen Jessie do drugs," I didn't.
2       Q    So you personally had never witnessed Jessie -
3   -
4       A    No, I had not.
5       Q    -- Jessie do drugs, but you were concerned
6   about the fact that you were --
7       A    Yes.
8       Q    -- telling the officer what you had heard?
9       A    Yes.
10      Q    Okay.  So I know you told me at the beginning
11  that you were distantly related to Jessie's father?
12      A    Yes.
13      Q    Do you know his mother, Pearlie Sue Gambrel?
14      A    I do know her.
15      Q    You do?
16      A    Yes, I do.
17      Q    And how long have you known her?
18      A    I've known her pretty much all of my life.  I
19  mean, ever since we were younger, until she went to
20  prison for killing his father.  I can remember all that.
21  But as far as like, you know, dealing with her
22  personally, I don't.  I mean, I'll speak to her when I
23  see her, but as far as talking to her or dealing with
24  her personally, I really don't.
25      Q    Did you-all have any type of personal

Page 48

1   relationship?
2       A    No.
3       Q    Okay.  And my understanding is that Jessie had
4   four siblings?
5       A    Yes.
6       Q    Do you know his brothers and sisters?
7       A    The oldest one would be Michelle Brown.  The
8   next sister, if I'm not mistaken, would be Tasha, but I
9   believe her actual first name is Wyome Tasha Brown or
10  Welch, and then I'm not for sure if it's Nikki Townsley,
11  the sister that's the next sibling, or if it goes to the
12  brother and then Nikki, which would be Lonnie Gambrel.
13      Q    Okay.
14      A    But it's in between roughly that age.  I do
15  know Michelle's the oldest sibling.
16      Q    And do you know Lonnie by any other name?
17      A    I've just known them to call him by Lonnie, as
18  far as I know.
19      Q    Okay.  I've heard people refer to him as
20  "Justin" as well.  Have you heard?
21      A    I mean, I don't know, I've just known him by
22  "Lonnie," but I don't deal with him --
23      Q    Sure.
24      A    -- you know, personally, as far as that.  I've
25  just known him by Lonnie.

Page 49

1       Q    Do you have a personal relationship with
2   Tasha, or Nikki, or Michelle, or Lonnie?
3       A    No.  I mean, I talk to Michelle.  Michelle's
4   the nicest one.  I mean, Tasha, she just minds her
5   business.  She's, you know, she's a good one and stuff.
6   But now as far as Lonnie, I don't talk to him.  I mean,
7   I might bypass him in the store or something, but as far
8   as a personal relationship, no.
9       Q    Have you personally spoken with any of
10  Jessie's siblings or his mother about what you saw occur
11  that night?
12      A    At one time, I did.
13      Q    Who did you speak with?
14      A    I talked to his sister, Michelle, because I
15  told her, I said, you know, I told her, I said, "I
16  didn't see who shot him and stuff," but I said, "Daniel
17  was up front."  But I said, you know, I said, "I
18  understand what you're going through because," I said,
19  "that was your brother," and I said, you know, "you want
20  to know the truth."  I said, "That's just the way it
21  is."  And I said, "But as far as me seeing who shot
22  Jessie, I can't tell you that because I didn't get out
23  of my car that night."
24      Q    And Michelle's the only one that you've
25  personally spoken to?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 50

```
1     A    Yes.
2     Q    How many conversations have you had with
3  Michelle about this incident?
4     A    Maybe two.  Because I actually went to the
5  funeral home, the viewing, and seen Jessie when they had
6  him, you know, as far as visitation and stuff.
7     Q    Sure.  During either conversation that you had
8  with Michelle, did you feel pressured to say one thing
9  or another?
10    A    No.  I didn't.
11    Q    Has anyone promised you anything for saying,
12  you know, for testifying the way that you testified
13  today?
14    A    No.
15    Q    Has anyone coerced you in any way --
16    A    No.
17    Q    -- to testify the way that you testified
18  today?
19    A    No.
20    Q    Have you spoken with anyone whatsoever that's
21  pressured you at all about the incident and what you saw
22  that evening?
23    A    No.
24    Q    Okay.  Is there anything else that I have not
25  asked you that you think I need to know about what you
```

Page 51

```
1  saw that night?
2     A    No.  The only one, as far as, like, the
3  interview with Josh Cox, when he was trying to say, you
4  know, "You said you didn't speak with the family," or
5  whatever, the only one -- I'm not for sure what day, I'd
6  have to actually go back on my messages and pull the
7  date back up, but the first one that I had actually got
8  in touch with -- I had told my mother, you know, to
9  contact Steven and Michelle the night that it actually
10  happened, and then later on, I did send Lonnie's wife,
11  Jessie's sister-in-law, a message to tell them, you
12  know, I was there, I seen some of it.  And I'm not for
13  sure if I put in that message, you know, that Daniel was
14  up front when Jessie was shot or whatever, but as far as
15  that, no.
16    Q    Okay.  And who is Lonnie's wife?
17    A    Brittany Gambrel.
18    Q    And have you spoken with Brittany personally
19  about the incident?
20    A    No, no.  I just sent her a message on Facebook
21  Messenger about it.  You know, what -- what I did see
22  and stuff.
23    Q    Did she reply to your message?
24    A    I'm not for sure if she did.  I'd have to
25  actually go back and pull that up, to be honest with
```

Page 52

```
1  you.
2     Q    Uh-huh.  But you don't recall ever having a
3  conversation with her?
4     A    No.  I just sent her a message and told her, I
5  did see some of the stuff, you know, as far as what
6  little I did see and stuff.  But as far as having a
7  conversation with her, no.
8     Q    Okay.  Well, just so I'm clear, at any point
9  whatsoever, did you see Jessie fighting with the police
10  officers?
11    A    I couldn't see that part.
12    Q    And I don't know that I asked you this, so if
13  I did --
14    A    Okay.
15    Q    -- I apologize --
16    A    That's fine.
17    Q    -- but when you saw the Knox County Sheriff's
18  car pull up at the scene, how many officers did you see
19  exit the vehicle?
20    A    To be honest with you, I couldn't see.
21    Q    You could not see?
22    A    No, I could not see.
23    Q    Okay.  At any point, did you see the officers
24  at the scene?
25    A    Besides when he was being tasered.
```

Page 53

```
1     Q    Okay.  And do you know who was tasing him?
2     A    No, I don't.
3     Q    You could not recognize --
4     A    No.
5     Q    -- who that officer was?
6     A    Because I didn't know neither one of them.
7     Q    Okay.  I just wanted to be clear about that.
8     A    Okay.
9          MS. STAPLES:  I believe that's all the
10  questions --
11    A    Okay.
12    Q    -- that I have for you at this time.
13          CROSS EXAMINATION
14  BY MR. WILLIAMS:
15    Q    Ma'am, I have some questions for you.
16    A    Okay.
17    Q    Would you like to take a break before I get
18  started, or are you good -- okay with going ahead?
19    A    No, you can go ahead, that's fine.
20    Q    Okay.  All right.  As I said earlier, I
21  represent the defendants in this case.  That's Mikey
22  Ashurst and Brandon Bolton --
23    A    Yes.
24    Q    -- and Knox County, so I have some questions
25  for you as well.  I'd like to start out by asking you:
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 54

1  Do you know any of those folks?  Do you know Mikey
2  Ashurst?
3      A   No, I do not.
4      Q   You never met him?
5      A   No.
6      Q   Never ran into him?
7      A   I've just heard his name being a county
8  deputy, but as far as knowing him, I don't know him.
9      Q   Okay.  How about Brandon Bolton, do you know
10 him?
11     A   No, I do not know him.  I know of his dad,
12 Carl Bolton.  But as far as knowing Brandon, I do not.
13     Q   What do you know of Carl Bolton?
14     A   I just know that he was a -- a county deputy,
15 and he works in the courtroom up at, you know, at the
16 Knox Courthouse and stuff, but besides that, I don't
17 know him, as far as personally.
18     Q   Okay.  But never met Brandon, and don't know
19 him?
20     A   No, I don't.
21     Q   All right.  How about anyone else on the Knox
22 County Sheriff's Department?  Do you know anyone else in
23 that department?
24     A   No.
25     Q   Have you ever been pulled over and/or arrested

Page 55

1  by anyone on the Knox County Sheriff's Department?
2      A   No.  I have been pulled over for no seat belt
3  before, but as far as -- I'm not for sure, but I think
4  that was actually state police at one time.  But as far
5  as knowing the rest of them, I don't.
6      Q   Okay.  You were pulled over one time by KSP?
7      A   Yes.
8      Q   Do you know what officer pulled you over?
9      A   No, not to be honest with you.  That's been a
10 while.
11     Q   Okay.  You mentioned earlier that your -- I
12 think you said your brother --
13     A   Yes.
14     Q   -- had been murdered?  And what was his name?
15     A   Donald Mills.
16     Q   And how long ago was that, ma'am?
17     A   That was May 9, 2014.
18     Q   And I'm sure that's difficult for you talk
19 about, but just briefly, what are the circumstances of
20 your brother's murder?
21     A   It was drugs and money, and there was three
22 people here from Laurel County that was involved, and we
23 had two people from Knox County, so we had a total of
24 five defendants.  The two men that went into his home
25 impersonated U.S. Marshals.  They went into his home at

Page 56

1  5:00 that morning and busted the door open.  And then
2  one of the guys took my sister-in-law, my two nephews,
3  and my oldest nephew's best friend hostage and put them
4  in the children's bedroom while the guy that shot my
5  brother had my brother in the master bedroom.
6      Q   Do you know what agencies, police agencies,
7  investigated that murder?
8      A   Yes.  The Kentucky State Police, the Knox
9  County Sheriff's Department actually came that morning,
10 because there was so many up there, and then at one
11 time, to the best of my knowledge, from what they had
12 told us, Rick Mahan (phonetic) or Macanahan (phonetic),
13 he was with the Federal -- the FBI, to the best of my
14 knowledge, he had offered to assist -- to help because
15 the type of crime, where it was a violent crime, and
16 then where they came in and impersonated being U.S.
17 Marshals.  But mostly, the Kentucky State Police handled
18 the case.  Brian Johnson was the detective over it.
19     Q   Did those charges result in convictions?
20     A   Yes.  We had one to pass away because she --
21 additionally, the last defendant that was arrested in my
22 brother's case, she had been in jail for ten months in
23 my brother's case, which was a state case, and then
24 while she was in jail, then the federal backed up and
25 put charges on her for a meth ring here in Laurel County

Page 57

1  that had happened before my brother had got killed.  And
2  she pled guilty to that.
3      Q   Was there a there a trial of anyone in that
4  case?
5      A   We had one, two -- we had two trials, and we
6  had two to do plea deals, and then one of them passed
7  away.
8      Q   Were you personally involved in that
9  investigation?
10     A   Yes, I was.
11     Q   Were you?
12     A   The whole time.
13     Q   Okay.  Were you satisfied or dissatisfied on
14 how the case came out?
15     A   I was satisfied with some, and then some, you
16 get a little discouraged because of how the justice
17 system can work, but we know the loops and the hoops
18 now.  So you just have to learn how to do some stuff on
19 your own and stuff and try to help.
20     Q   What parts of the case were you (coughs) --
21 excuse me -- dissatisfied with?
22     A   When we had the actual trigger guy to get out
23 on bond, a $500,000 bond, and he was living with a
24 social worker with an autistic child, and he was not on
25 in-home incarceration, and he run up and down the road,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 58

1  and be wherever he wanted to be.

2      Q     Other than the trigger guy being out on bond,
3  what other portions of that investigation or prosecution
4  were you dissatisfied with?

5      A     Really, there wasn't much more that you could
6  be dissatisfied with.  I mean, it's just the point of
7  waiting on the evidence, as far as, like, the Kentucky
8  State Police Crime Lab.  At one time they told us, on
9  some of the evidence, they were, like, backed up, I
10 think, from eight to 12 months on evidence, so that took
11 time as far as getting a court date scheduled and trial
12 dates.  But, I mean, we just had to wait it out.

13     Q     What involvement did the Knox County Sheriff's
14 Department have in your brother's murder investigation,
15 if you know?

16     A     As far as I know, they come to assist that
17 morning at the crime scene.  But as far as anything
18 else, I guess, you know, they were looking for the
19 vehicle and the two suspects helping and stuff, but as
20 far as, like, most of my brother's case was handled by
21 the KSP.

22     Q     Were you satisfied or dissatisfied with the
23 Knox County Sheriff's Department's involvement in your
24 brother's murder investigation?

25     A     I really didn't have nothing to do with them,

Page 59

1  as far as dealing with them.  The one that I dealt with
2  the most was the detective, which was Brian Johnson.
3  And, I mean, I was satisfied with what he did, because
4  anytime I had information or I needed to get in touch
5  with him, he always got in touch with me.

6      Q     Now, you testified that you knew Jessie --

7      A     Yes.

8      Q     -- all your life, I think you said?

9      A     Pretty much, yes.

10     Q     And you're still a young lady.

11     A     Yes.

12     Q     So tell us how old you are?

13     A     I'm 35 years old.

14     Q     Do you know when Jessie passed about how old
15 he was?

16     A     I'm thinking he might have been 29 or 30, to
17 the best of my knowledge.  He may have been 29 and
18 getting ready to turn -- because I think it was shortly
19 after he was killed, he had a birthday like within 30
20 days or something like that, roughly, give or take.

21     Q     You said that you were, I think, distantly
22 related --

23     A     Yes.

24     Q     -- to Jessie.  Your maiden name is "Mills,'
25 correct?

Page 60

1      A     Yes.

2      Q     Can you give us the family connection between
3  how you and Jessie would be related?

4      A     As far as being precise -- as far as, like,
5  knowing the -- I would say maybe seventh or eighth
6  cousins, give or take, but as far as immediate family,
7  no.

8      Q     Okay.  So as you were growing up, how far away
9  -- how far apart did you and Jessie live?

10     A     I'm trying to think, where did they live at
11 that time?  Because I've always lived up Salt Gum, so
12 I've lived there all of my life.  I'm thinking at one
13 time that they may have lived up Brown's Branch or Big
14 Creek one, which is Kentucky 718.  But now, they would
15 have lived, I guess, maybe about six to ten minutes away
16 from us.

17     Q     Okay.  During the time, let's say, you were in
18 elementary school, did you have any occasions to see
19 Jessie or be around him?

20     A     No.  Just besides, you know, being at school
21 and stuff.

22     Q     Okay.  When you were with him at school --

23     A     Yeah.

24     Q     -- were you-all in the same grade?

25     A     No.  I was actually a year older than him.  I

Page 61

1  was a grade higher than him.

2      Q     Okay.  Where did you-all attend school
3  together?

4      A     We went to elementary school at Dewitt
5  Elementary --

6      Q     Uh-huh.

7      A     -- and then we went to high school at Knox
8  Central High School.

9      Q     So you-all were in school for --

10     A     Pretty much.

11     Q     -- 12 years together --

12     A     Yeah.

13     Q     -- just about?

14     A     Yeah.

15     Q     Do you have any recollection as to what kind
16 of student he was?

17     A     I don't know for sure on that.

18     Q     Do you know if he finished school?

19     A     I'm -- I'm wanting to think he did.  I could
20 be wrong, because I know I seen his senior high school
21 picture, I remember that.  But as far as -- I'm thinking
22 he might have graduated.  I mean, to the best of my
23 knowledge, that I can remember.

24     Q     Do you know if he had any developmental
25 disabilities while he was in school?



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MELINDA SMITH, taken on February 19, 2019          62...65

Page 62

1    A    As far as I know, that I can recall, not that
2  I know of.
3    Q    Okay.  Did you ever know him to work a job?
4    A    I know he would always log, as far as like
5  helping loggers.  I guess, like, his cousins or whoever
6  he worked for and stuff that he -- he did -- would log.
7    Q    How were you aware that he would log?
8    A    Because you would see him with the -- the men
9  that logged, as far as, like, the company work truck and
10 stuff.
11   Q    Okay.
12   A    And then I've seen photos of him where he was
13 actually wearing a hard hat with a power saw standing by
14 a log I guess he had cut down.
15   Q    What occasion would you have to see family
16 photographs of Jessie?
17   A    The only time that I seen that one was
18 probably at his viewing -- when they had his visitation
19 and I watched the video play.
20   Q    So after you became an adult, after high
21 school was over, how often would you have occasion to
22 see Jessie?
23   A    As far as just running out into him in public
24 and stuff.
25   Q    Okay.  Where would you run into him at?

Page 63

1    A    More or less, like, the country store, one of
2  the country stores where we lived at in our community,
3  or, like, you know, sometimes you might see him walk up
4  and down the road.  But as far as seeing him every day,
5  I didn't.
6    Q    Okay.  How often would you see him?
7    A    Oh, my gosh.  Maybe once a week, every other
8  week or something, give or take.
9    Q    Would you speak with him?
10   A    I mean, if I seen him walking down the road
11 and I was coming down the road or whatever, I would
12 speak to him because he always spoke to me, Jessie did.
13 So I'd always, you know, like, throw my hand up and, you
14 know, in my vehicle and stuff.
15   Q    Would it be fair to say that you-all were on
16 friendly terms?
17   A    Pretty much, yeah.  Jessie never did -- done
18 nothing to me, you know, as far as not to speak to him.
19   Q    You have given testimony today about not
20 having personally seen Jessie use drugs --
21   A    Yep.
22   Q    -- but also having an understanding that he
23 was a drug user?
24   A    Yeah.
25   Q    What is your understanding of him being a drug

Page 64

1  user?
2    A    It's just, as far as, like, the rumors, and,
3  you know, hearsay and stuff in the community.  That's
4  where you get that from.  But as far as seeing Jessie
5  personally use a drug with my own two eyes, I've not.
6    Q    Okay.  What type of rumors or hearsay would
7  you hear about his drug use?
8    A    At one time, I heard he was on flakka, but as
9  far as, you know, what all he did, I don't know.  I
10 mean, that's -- you know, that's just community talk as
11 far as hearsay and stuff.  You know, people like to talk
12 in our community, that's just the way it is.
13   Q    What persons would have said that Jessie used
14 flakka?
15   A    I don't know.  I mean, that's just, you know,
16 hearsay from the community store.  You know, people
17 would talk.
18   Q    Okay.  Is it your testimony today that you
19 don't -- you can't recall who said he was using drugs?
20   A    No.  I mean, it's just -- it's just like you
21 go to a country store, there's, like, everybody there
22 that talks, and you hear the gossip and stuff.
23   Q    Did you ever personally see Jessie where, from
24 your observation, he appeared to be intoxicated?
25   A    Not to my knowledge, no.

Page 65

1    Q    He always seemed to be sober and --
2    A    Yes.
3    Q    -- and clear-headed?
4    A    Yes.  I mean, from what little I did run into
5  Jessie, because as far as Jessie ever doing anything bad
6  to me, he didn't.  We actually tried to get him to go to
7  church, because my dad would go get him on the church
8  bus at one time and try to get him to go to church.
9    Q    Now, aside from knowing Jessie and having a
10 distant relationship with him, you also apparently are
11 acquainted with his family, correct?
12   A    Some, yes.
13   Q    Okay.
14   A    Now, his oldest sister, I know her better as
15 far as in the others.  I mean, I know all of his
16 siblings and his mother, but as far as having a personal
17 relationship with them, I don't.
18   Q    All right.  Well, let's talk about Pearlie Sue
19 Gambrel.
20   A    Yes.
21   Q    What type of relationship do you have with
22 her?
23   A    I don't have one with her, to be honest with
24 you.  I mean, if she speaks to me, I'll speak to her.
25   Q    Okay.  And so have you ever spoken to Pearlie

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 66

1  Sue Gambrel about this case?
2      A    No.  I mean, I did go to the visitation, and I
3  didn't think she realized who I was because, you know,
4  she hadn't been out of prison long, not even maybe a
5  year before Jessie had got killed.  And I told her, you
6  know, I sat down beside of her and I'm like, "Do you
7  know who I am?" and she's like, "Yeah," she said, "I
8  know who you are."  And, but as far as her, no.  The
9  only one that I told -- like I said, I sent his sister-
10 in-law a message on Facebook, you know, telling her what
11 little I did see and stuff, which was Brittany Gambrel.
12 But now, as far as Nikki -- and I'm thinking she's the
13 baby sister, to the best of my knowledge, Nikki Townsley
14 -- as far as talking to her about it, I've not.  And
15 then, like, Brittany's husband, Lonnie, as far as
16 talking to him, I don't.  Like if I see him out in the
17 store and he speaks, then, you know, I'll speak back to
18 him and stuff, but as far as discussing it with him, I
19 don't.
20     Q    When you were at the funeral home, did any of
21 Jessie's family members talk to you about what they
22 thought had happened to Jessie?
23     A    You could hear, you know, hearsay and stuff,
24 but I told them, I said, you know, "We were down there
25 when it happened."  But I said, "As far as telling you

Page 67

1  which one shot him," I said, "I can't tell you that."
2      Q    I understand your testimony, but what I'm
3  really asking you is: Did any member of Jessie's family
4  tell you what they thought happened?  I'm not asking you
5  what you saw, but what they thought happened.
6      A    As far as -- hearing rumors at one time, yeah,
7  I heard rumors, but --
8      Q    Okay.  What did you hear?
9      A    I just heard that, you know, they was trying
10 to say that Mikey Ashurst didn't shoot him, but as far
11 as that, that's -- at one time, I did hear that.
12     Q    Who did you hear that from?
13     A    That -- I'm trying to think if that would have
14 been Jessie's stepdad.  I'm thinking the guy that --
15 that used to be married to Pearlie Sue.  And I'm
16 thinking his name is actually Lonnie Gambrel, too, as
17 well.
18     Q    Is Jessie -- Jessie's stepdad, is that someone
19 currently married to Pearlie Sue?
20     A    Not to the best of my knowledge.
21     Q    But you believe his name to be Lonnie Gambrel?
22     A    Yes.
23     Q    What is the -- to the best of your
24 recollection, what is Mr. Gambrel's version of what he
25 believed happened?

Page 68

1      A    I just heard them at one time just say they
2  didn't think, you know, Mikey Ashurst shot him, but...
3      Q    Do you have any idea why they thought that?
4      A    No.
5      Q    Other than Lonnie Gambrel, did you hear any
6  other member of Jessie's family discuss what they
7  thought happened to Jessie?
8      A    Not really.
9      Q    Okay.  You made reference in your statement to
10 Detective Cox that -- and I'll just quote the report,
11 it's marked PL623.  Your statement was, "Because at
12 first, they was hollering Reid Murphy shot him."
13     A    Yeah.
14     Q    Who was it that was hollering Reid Murphy shot
15 him?
16     A    That was just rumors and hearsay and people
17 was trying to say, you know, that Reid Murphy, which is
18 the constable in Knox County, and I believe he's
19 actually in District 2 because it's our district, but
20 people was just trying to say, you know, he got shot by
21 Reid Murphy.  Reid Murphy was not there when he got
22 shot.  Because everybody knows Reid Murphy.
23     Q    Is -- do you believe some member of Jessie
24 Mills' family was saying that Reid Murphy had shot
25 Jessie?

Page 69

1      MS. STAPLES:  Objection to form.
2      A    To the best of my knowledge, I -- I don't
3  know, to be honest with you.
4      Q    Just some -- when you use the word "they,"
5  you're saying that --
6      A    It's just, you know, like, gossip --
7      Q    Okay.
8      A    -- hearsay, and stuff.  You know how people,
9  you know, want to say this and want to say that, or
10 whatever.
11     Q    This statement that you gave Detective Cox was
12 taken close in time to the shooting, correct?
13     A    Yes.
14     Q    Between the time of being at the scene and
15 speaking with Detective Cox, who had you spoken with
16 about the incident?
17     A    He was the only detective that had actually
18 even taken a statement from me.  But as far as speaking
19 with another detective, I hadn't.  The only one I had
20 spoken with about this, as far as doing an interview,
21 was Joshua Cox.
22     Q    Joshua Cox?
23     A    Uh-huh.
24     Q    Okay.  And I may have asked -- I probably
25 asked a poor question.  What I'm trying to determine is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 70

1  between the night of the incident and speaking with
2  Detective Cox, who had you had occasion to speak with
3  who said that Reid Murphy had shot him?
4      A    That was just rumors.  People were saying, you
5  know, Reid Murphy had shot him," and I'm like, "Reid
6  Murphy was not even there at the scene at that time."
7      Q    And that's what I'm trying to determine.  What
8  people did you speak with between the time of the being
9  at the scene of the incident and speaking with Detective
10 Cox?
11     A    Yeah.  The only people that I had spoke with
12 would have been Jessie's aunt, his dad's sister, besides
13 sending his sister-in-law a message on Facebook, which
14 is Brittany Gambrel.
15     Q    You spoke with Jessie's aunt?
16     A    Yes.
17     Q    And who's that?
18     A    That's his dad's sister, Diane Brown.
19     Q    Diane Brown?
20     A    Yes.
21     Q    When did you speak with Ms. Brown?
22     A    That was after Jessie had got killed, I'm not
23 for sure exactly what day.
24     Q    Did you speak with her by telephone or in
25 person?

Page 71

1      A    No, I actually went into her store because I
2  had to go get some pop, and I had went in there, and
3  they were talking about it, and...
4      Q    Who else was there when you spoke with Ms.
5  Brown?
6      A    As far as I know, it was just her, to the best
7  of my knowledge, because she runs a little country store
8  up there.
9      Q    Okay.  So it was you and Ms. Brown talking
10 about what had happened that evening?
11     A    Yeah.
12     Q    Okay.  All right.  Other than Ms. Brown, who
13 had you spoken with following the incident but before
14 you spoke with Detective Cox?
15     A    Pretty much it would have been his aunt,
16 Diane, besides sending his sister-in-law a message,
17 Brittany Gambrel.
18     Q    Brittany Gambrel?
19     A    Yes.
20     Q    And the message you sent to Ms. Gambrel was
21 what?
22     A    That I was there when it happened and, you
23 know, what little I did see and stuff.
24     Q    Have you maintained a copy of the message that
25 you sent Ms. Gambrel?

Page 72

1      A    I could probably actually go back and pull
2  that back up.
3      Q    Do you think you might have that with you
4  today?
5      A    Let me see if I've got it on here.
6           MS. STAPLES:  Jason, while she's looking for
7      that, can we take a quick break, please.
8           MR. WILLIAMS:  Yeah.
9           VIDEOGRAPHER:  Okay.  The time is 10:49. We are
10     off the record.
11          (OFF THE RECORD)
12          VIDEOGRAPHER:  Okay.  The time is 10:53. We are
13     on the record.
14 BY MR. WILLIAMS:
15     Q    Ma'am, we took a short break there.  Were you
16 able to find your --
17     A    Yes.
18     Q    -- Facebook communication there?
19     A    Yes.  Here's --
20     Q    Okay.  Thank you.  All right.  So just for the
21 record, do you mind if I read this in --
22     A    That's fine.
23     Q    It just says, "Hey, my heart goes out to you-
24 all.  Daniel and I was behind it last night, and Daniel
25 seen them shoot him.  I was in the car watching as much

Page 73

1  as I could see.  I'll be praying for all of you."  And
2  then it looks like she responded, "Thank you so much."
3  Is there any -- is that the end of the conversation?
4      A    That -- that's the end of the conversation,
5  yes.
6      Q    Okay.  Would you -- could we just please ask
7  you until this case is over, would you maintain that?
8      A    Yes.
9      Q    So that we -- if we need a copy of it later --
10     A    Okay.
11     Q    -- we can -- all right, thank you.  So after
12 that Facebook communication with Brittany, did you have
13 any other conversations with her on Facebook --
14     A    No.
15     Q    -- or through any other media?
16     A    That was the last communication that I had
17 with her.
18     Q    Okay.  And just so I'm clear, this is my one
19 chance --
20     A    Yeah.
21     Q    -- to get to ask you questions: Do you have
22 any texts, Facebook communication, e-mail, or other
23 communication with the Mills -- Jessie Mills' family --
24     A    No.
25     Q    -- that we haven't discussed already today?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 6:17-cv-00184-REW-HAI    Doc #: 108-12    Filed: 02/10/20    Page: 22 of 46 - Page
ID#: 4698
The Deposition of MELINDA SMITH, taken on January 29, 2019

74..77

Page 74

1    A    No.
2    Q    So that one message --
3    A    This is the only one that I've actually sent
4  the message to.
5    Q    Okay, thank you.  Other than that
6  communication by Facebook, did you ever speak with
7  Brittany Gambrel personally or face-to-face or by
8  telephone about --
9    A    No.
10   Q    -- the case?  All right.  Other than Brittany
11 Gambrel and Diane Brown, any other members of Jessie
12 Mills' family that you've spoken to about the incident?
13   A    No.
14   Q    Okay.  Let me also ask you a question about
15 the statement you gave the police.  This is also on page
16 PL623, but it's at the top of the page.  You were asked
17 by Detective Cox whether you'd talked to anybody from
18 Jessie's family and told them that you saw everything --
19   A    Yeah.
20   Q    -- and your response there was, "No, because I
21 know some of his family, like one of his aunts made the
22 statement yesterday, 'He was down on his knees and they
23 shot him in the back.'"
24   A    Yeah.
25   Q    Who was the aunt who had made that statement

Page 75

1  to you that he had been shot in the back?
2    A    That would have been his aunt, Diane Brown.
3    Q    Diane Brown?
4    A    The run that runs the country store.
5    Q    Okay.  And when you refer to having seen her
6  yesterday, was that at her store where you had occasion
7  to talk with her?
8    A    Yes.  That's when I had actually went to her
9  store.
10        MS. STAPLES:  And just for the record, Jason, I
11        don't think it says that she saw her yesterday --
12        the statement itself.  Just so the record's clear.
13        MR. WILLIAMS:  Okay.
14 BY MR. WILLIAMS:
15   Q    So other -- strike that.  Did Ms. Brown
16 indicate to you when you spoke with her where she had
17 received the information that Jessie was down on his
18 knees and they shot him in the back?
19   A    No.
20   Q    Okay.  You also made reference in your
21 statement about a Becky Harmon?
22   A    Yes.
23   Q    How do you know Becky?
24   A    I don't know her personally.  Until we got to
25 talking that night and she was standing beside my car

Page 76

1  door when this was all taking place.
2    Q    So you had never met her before?
3    A    No, I had not.
4    Q    When you spoke with Ms. Harmon, I guess there
5  at your car window --
6    A    Yeah.
7    Q    -- what all did she tell you?
8    A    We was just talking about sort of what was
9  going on and she's like, "Somebody's kidnapped a kid,"
10 and I'm like, you know, what could you think really, you
11 know?  And then we ended up -- I'm not for sure if she -
12 - she may have actually been standing beside my car door
13 when her and I were talking when the gunshots went off.
14 But as far as knowing her personally, I'd never seen her
15 until that night because, you know, traffic was backed
16 up, and we were all at a standstill.
17   Q    Do you know how she arrived at the scene?
18   A    I'm not for sure.  I guess she was in the
19 vehicle behind us or maybe behind that vehicle.  I'm not
20 for sure what she was driving that night, but she was
21 not in front of me, I do know.  You know, as far as a
22 vehicle.
23   Q    That's what I'm trying to determine.  This
24 white Dodge Ram that was in front of you --
25   A    Yeah.

Page 77

1    Q    -- she -- to your knowledge, she wasn't in
2  that vehicle?
3    A    As far as my knowledge, she wasn't in that.
4  To the best of my knowledge.
5    Q    Okay.  When she came to your window, did she
6  come from behind?
7    A    She came from up behind.
8    Q    Well, tell me what that means?  Did she come
9  from the rear of your vehicle?
10   A    She come from the rear of my vehicle towards
11 the front of the vehicle.
12   Q    Thank you.  All right.  And about how old of a
13 lady is Becky?
14   A    Just by appearance, I don't know, probably
15 mid-20s.
16   Q    Fairly young?
17   A    Maybe late 20s, just give or take.
18   Q    Did she say anything to you that would make
19 you believe that she knew Jessie?
20   A    No.
21   Q    Okay.  Other than Becky Harmon, who did you
22 see at the scene that night?
23   A    I know my husband got out of the car and he
24 walked up front, but as far as when the county deputy
25 car, the Knox County deputy car went past, as far as me

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 6:17-cv-00184-REW-HAI   Doc #: 108-12   Filed: 02/10/20   Page: 23 of 46 - Page
ID#: 4699
The Deposition of MELINDA SMITH, taken on January 29, 2014
78..81

Page 78

1  going up there to see who else was up front, I didn't.
2      Q    You never got out of the car?
3      A    No.
4      Q    Is that correct?
5      A    I did not.
6      Q    And Ms. Harmon's the only person that came to
7  your window?
8      A    Yes.
9      Q    Aside from your husband leaving the vehicle --
10     A    And going up front, yes.
11     Q    -- and then, at one point, coming back to it?
12     A    Yes.
13     Q    So Becky Harmon would have been the only
14  person you spoke with at the scene that night?
15     A    Yes.
16     Q    At one point, you did mention though that one
17  of the state police officers told you to take the kids
18  on home?
19     A    Yes.
20     Q    And you believe that to be a KSP officer?
21     A    To the best of my knowledge, yes.
22     Q    All right.  Now, you testified that on this
23  occasion, you were driving the family vehicle?
24     A    Yes.
25     Q    Correct?

Page 79

1      A    Yes.
2      Q    And where were you-all going at that time?
3      A    I'd actually been home earlier that night.  I
4  had actually been mowing the yard, and Daniel, he was
5  working at the garage that he works at, because he's a
6  mechanic, and the garage that he works at is roughly 25
7  to 30 minutes away from our home, and he had contacted
8  me, and the whole reason that I went off Stinking Creek
9  was to go pick him up because the starter had went out
10  on his pickup.  And I had to go out and pick him up, and
11  then we were on our way back home that night.
12     Q    All right.  You say he lived -- I'm sorry,
13  worked about 25 or 30 minutes away.
14     A    Yeah, where his garage is at.
15     Q    What community did he work in?
16     A    The Hinkle.  Kentucky 1304.
17     Q    Okay.  So you had taken the children and drove
18  to Hinkle --
19     A    Yes.
20     Q    -- picked up your husband and were heading to
21  Scalf area where you live?
22     A    Yes.
23     Q    And please don't be offended by these
24  questions, I have to ask them of every witness.
25     A    Okay.

Page 80

1      Q    Had you had -- in the 24 hours before you --
2  this incident, had you drank any alcoholic beverages?
3      A    No.
4      Q    To your knowledge, had your husband?
5      A    No.
6      Q    Had either of you used any prescription drugs
7  in the 24 hours before this, to your knowledge?
8      A    No.  The only prescription drug that I have to
9  take is my levothyroxine, which is for my thyroids.
10     Q    Would that cause you to have --
11     A    No.
12     Q    -- lack of memory --
13     A    No.
14     Q    -- or you're sleepy or anything like that?
15  And how about your husband?  Do you know if he had used
16  any legal or illegal drugs --
17     A    No.
18     Q    -- before observing what he saw that evening?
19     A    No.
20     Q    Okay.  Now, you testified that there -- I
21  think the first thing you said you saw as you came down
22  223 was a Ford Ranger?
23     A    Yes.
24     Q    And did you recognize that vehicle?
25     A    No.

Page 81

1      Q    Okay.  But -- and again, correct me if I'm
2  wrong about this, but you think you saw two people in
3  it?
4      A    No.  They were actually -- a guy was standing
5  outside walking.  Like it was slowed up and they
6  motioned for us to go around them.  So we go around it,
7  and then I guess there's people on up in the road, I
8  guess -- I'm assuming where Jessie was at with, you
9  know, with the child and stuff.  And then there was the
10  white Dodge Ram pickup truck.  And finally, I told
11  Daniel, I'm like, "What is it?" And he's like, "Well, go
12  on around."  And so when I pull out in the opposite lane
13  to pass that Dodge Ram truck, well then, as I'm getting
14  ready to pull out, then there's a vehicle that comes up
15  behind me, and then they turn on the blue lights, so I
16  get back in the lane that I was supposed to be in.  And
17  that's when we came to a standstill.
18     Q    All right.  So you're heading in the direction
19  of your home --
20     A    Yes.
21     Q    -- at the time that you first encountered --
22     A    Yes.
23     Q    -- the Ranger pickup truck?
24     A    Yep.
25     Q    And is it stopped in the road?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 82

1     A    It was pretty much, like, slowed completely
2  down.
3     Q    Okay.  And somebody operating it, though?
4     A    I'm not for sure who was in the truck, if
5  there was one in the truck at that time, but I remember
6  seeing a younger-like guy that had, like, a white tank
7  top shirt on, but I don't know who he was.  But they
8  motioned for us to go on around them, so we go around
9  that vehicle, and then once we get around that vehicle,
10  and then we're like, "What's going on," you know, when
11  we get behind the white Dodge Ram truck.  And then come
12  to find out, as I go to get in the opposite lane to pass
13  that white Dodge Ram truck, then there's a car comes
14  behind me and throws the blue lights on, so I have to
15  get back over in my lane.
16     Q    Okay.  So is the Ranger in a lane of travel
17  when you come up behind it?
18     A    It's in a lane of travel as far as going
19  towards my home.  They were in the Dewitt Community, but
20  it was in a lane.  As far as, like, being pulled over to
21  the side of the road, it was not.
22     Q    Okay.  So the Ranger wasn't partially off the
23  roadway, correct?
24     A    No.  They were just pretty much like
25  completely slowed down in the middle of the road or in

Page 83

1  that lane, I'll put it that way.
2     Q    Okay.  That's what I'm trying to understand.
3  Were they astraddle of the center line?
4     A    No, they were in the lane.
5     Q    Okay.
6     A    Like, the lane going -- that I was going home
7  to.
8     Q    All right.  And you didn't know the persons in
9  that vehicle --
10     A    No.
11     Q    -- or around it?
12     A    No.
13     Q    And you decided to pass that vehicle?
14     A    Yes.  They motioned for us to come on around,
15  so we passed them.
16     Q    And you passed them in the oncoming lane?
17     A    Yes.
18     Q    And then, is the next thing that happened, you
19  encountered the white Dodge pickup?
20     A    Yes.
21     Q    And how far away from the Ranger was the white
22  Dodge?
23     A    I don't know really, roughly, to be honest
24  with you.
25     Q    Okay.  Was the white Dodge in a lane of

Page 84

1  travel?
2     A    It was actually in the same lane as like I was
3  going home in.  The same lane that I was in, like going
4  up Kentucky 223.
5     Q    Okay.  So again, just so I'm clear, the white
6  Dodge is not in the middle of the road?
7     A    No, it was in an actual lane.
8     Q    Okay.  And you pulled up behind it?
9     A    Yes.
10     Q    How closely did you pull up behind it?
11     A    I would say within a car length.
12     Q    Okay.
13     A    One-and-a-half car length, roughly.
14     Q    And how many folks were in the white Dodge
15  pickup truck?
16     A    At that time, to be honest with you, I don't
17  know if anybody was in that truck.  As far as being on
18  the inside of it.
19     Q    You never did see anybody in it?
20     A    No.
21     Q    And you never did speak with anyone --
22     A    No.
23     Q    -- that said it was theirs?
24     A    No.
25     Q    All right.  After you stopped your vehicle,

Page 85

1  did you put in in park --
2     A    Yes.
3     Q    -- and turn it off?
4     A    I turned it off.
5     Q    Okay.  And how many vehicles came up behind
6  you after that?
7     A    I know it was the white Dodge Ram truck, it
8  was my car, and I know the green Ford Ranger was, like,
9  still behind us, but not, like, close to my vehicle and
10  stuff.  But as far as how many, I couldn't really tell
11  you that night.
12     Q    Was it -- was there another vehicle that came
13  in behind yours?
14     A    To be honest with you, I can't -- as far as
15  being behind me, I couldn't tell you that.
16     Q    Okay.  So after you stopped, you never looked
17  in your rearview or behind you --
18     A    No.
19     Q    -- to see if there were any other vehicles
20  behind you?
21     A    No.
22     Q    Nor did you notice whether there were any
23  headlights shining in your rearview mirror --
24     A    I'm sure there was --
25     Q    -- or to the back of your head?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 86

1    A    -- cars that came up, because, you know, they
2  were directing traffic to go back the other way, you
3  know, after he had gotten shot and stuff.  But now as
4  far as, like, the Rebecca Harmon, as far as what she
5  came in, I don't know, because I remember she came up
6  walking beside my car.  So, you know, once everybody was
7  saying, you know, "There was a guy kidnapped a kid," you
8  know, and stuff, and we -- her and I got to talking, but
9  as far as me knowing her personally, I didn't know her.
10    Q    If I gave you a piece of paper, would you be
11  able to kind of roughly draw out for me where the white
12  pickup truck was --
13    A    Yeah.
14    Q    -- where your vehicle was, where the Ranger
15  was?
16    A    Yep.  Do you want me to do, like, a roadway,
17  just roughly, like, a little road?
18    Q    It would be helpful if you could kind of draw
19  both lanes of travel.
20    A    Okay.
21    Q    This is a two-lane road there, correct?
22    A    Yes.
23    Q    Maybe draw both lanes of travel, and then if
24  you could position your vehicle and where the white
25  truck was --

Page 87

1    A    Okay.
2    Q    -- we can start there.
3    A    I'm going to just say this is the -- and then
4  the white truck was actually in front -- I'll just use
5  this for the white truck.
6    Q    Okay, thank you.  So you've drawn the roadway
7  and then also designated the white truck, what you've
8  called "my car" --
9    A    Yeah.
10    Q    -- and the green truck?
11    A    Yeah.
12    Q    Okay.  And is this 2 -- was yours 1?
13         MS. STAPLES:  Mine was -- the map was 1 -- 2, 3
14  -- this is 4, correct?
15         COURT REPORTER:  We're on Exhibit 4.
16         MR. WILLIAMS:  This will be Exhibit 4, and I'll
17  let you look back at this when I ask you questions.
18         (EXHIBIT 4 MARKED FOR IDENTIFICATION)
19         THE WITNESS:  Okay.  That's fine.
20  BY MR. WILLIAMS:
21    Q    You've already testified that you think that
22  when you stopped, there was about a car length between
23  your car and the white truck, correct?
24    A    Yes.
25    Q    So you weren't right up on that truck's

Page 88

1  bumper?
2    A    No, I was not as far as, like, being right on
3  his bumper, no.
4    Q    Okay.  And do you know about how many car
5  lengths it would have been back to the green truck?
6    A    Probably, to the best of my knowledge, I don't
7  know, maybe one to two car lengths, roughly, give or
8  take.
9    Q    All right.  So -- and the green truck we're
10  talking about is the Ranger?
11    A    Yes, the little Ford Ranger.
12    Q    You're saying it was either stopped or almost
13  stopped?
14    A    Yeah.
15    Q    So after you passed the green Ranger or truck,
16  you only drove about one or two car lengths before you
17  stopped --
18    A    Yes.
19    Q    -- behind the white pickup?
20    A    Yes.
21    Q    Okay.  And did you ever leave the driver's
22  seat of the car that you were in?
23    A    No.
24    Q    You stayed in it the whole time?
25    A    I stayed in the whole time.

Page 89

1    Q    So each and every observation that you've
2  testified that you made today would have been from the
3  driver's seat of your vehicle?
4    A    Yes.
5    Q    Okay.  And did you -- are the observations
6  that you made, were those -- did you -- were you hanging
7  your head out the window?
8    A    I was trying, yes.
9    Q    Or were you just sitting there in your seat
10  looking ahead through the window?
11    A    No.  At one point in time, I was -- I stuck my
12  head out the window just trying to see what I could see
13  from, you know, my driver's front seat.
14    Q    Okay.  As I understand it, you're saying that
15  the only part of the incident that you witnessed was
16  Jessie on the ground --
17    A    When he was being tasered.
18    Q    -- being tased?
19    A    Yes.
20    Q    And you've testified that you had never
21  witnessed anyone being tased before?
22    A    No.
23    Q    Correct?
24    A    Uh-huh.
25    Q    Do you have any knowledge about how a taser

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 90

1  operates?

2       A    No.  Never had one.

3       Q    Do you have any prior knowledge about what a
4  taser sounds like?

5       A    No.

6       Q    Okay.  And you've already testified clearly, I
7  think, that you can't say who was doing the tasing?

8       A    No.  Because I know -- I did not know neither
9  one of those police.

10      Q    Okay.  What exactly did you see that lead you
11 to believe that someone was being tased?

12      A    When he was on the blacktop, at one point in
13 time, it was like you could hear a noise.

14      Q    Okay.

15      A    It seemed like it was, like, crackling,
16 frying, or popping, or whatever.

17      Q    Uh-huh.

18      A    But it looked like what appeared to be like
19 little spikes that was on Jessie.  So I'm assuming it
20 was a taser.  I mean, from the best of the appearance
21 that I could see.

22      Q    Okay.  Had you ever seen a taser operate
23 before?

24      A    I've seen a person with a taser, but not
25 nothing like that.

Page 91

1       Q    Okay.  So how long did this, if we can call it
2  a tasing, how long did it take?  How long did it last?

3       A    Not -- I don't know, not -- not very long.  I
4  mean, just like -- it went from that to everything else,
5  you know.  It just seemed like everything happened so
6  quickly.

7       Q    Okay.  And do you know if there was more than
8  one tasing?

9       A    No.  As far as what I seen, I just seen that
10 one.

11      Q    Okay.  Now, at this point, do you recognize
12 Jessie Mills on the road?

13      A    Yes.

14      Q    Okay.  You could recognize him from knowing
15 him?

16      A    Yes.

17      Q    Were your car headlights on?

18      A    I don't think they were at that time, because
19 I'd actually turned my car off.

20      Q    Okay.  Were the Dodge Ram's pickup truck
21 lights on?

22      A    I'm not for sure, to be honest with you.

23      Q    Now, you've talked in car length distances as
24 to how far you were from the other vehicles.

25      A    Yes.

Page 92

1       Q    In your car, how many car lengths were you
2  from what you believe to be Jessie Mills on the roadway?

3       A    I'd say give or take, roughly -- I would say
4  two car lengths, maybe two-and-a-half at the most.

5       Q    Okay.  So as I understand it, your car is what
6  you believe to be one car length behind the white truck?

7       A    Yeah.

8       Q    The truck would obviously be another car
9  length?

10      A    Yeah.

11      Q    So is it your testimony that what you're
12 seeing is occurring less than a car length in front of
13 the white truck?

14      A    Yeah.

15      Q    Okay.  And is what you're observing, is the --
16 assuming for the purposes of my question that this is
17 Jessie Mills you're seeing, is he in the middle of the
18 road laying down, or in the oncoming lane, or...

19      A    He looked like he was, like -- sort of like in
20 the oncoming lane.  You know, like, that divides the
21 lanes up as far as, like, the traffic, you know, as far
22 the yellow lanes and stuff.

23      Q    All right.  How long do you think your total
24 observation was of what you've testified you saw today?

25      A    As far as from the time it started till it

Page 93

1  ended?

2       A    No.  What I'm trying to determine is, I
3  understand that what you actually saw as far as Jessie
4  on the roadway was a very short interval; is that
5  correct?

6       A    Yes.  Yes.

7       Q    If you could give me your best estimate as to
8  how long you observed him being tased there?

9       A    I'd say, I don't know if it would have even
10 been a minute.

11      Q    Okay.  Now, what, if anything, was
12 illuminating the roadway in this area?

13      A    I don't know at that time.

14      Q    Were there --

15      A    I mean, there was the white truck in front,
16 you know, as far as looking directly in front of me.
17 There was the white Dodge Ram truck, but as far as
18 anything on the opposite side of me to illuminate that
19 besides where the cop car had come and pulled up in
20 front of the truck, that was pretty much it, you know,
21 at that time until they got there.

22      Q    To your knowledge, how far in front of the
23 white Dodge truck was this cop car parked?

24      A    It appeared to be not far.  I don't even know
25 if I'd even say -- I don't know if you'd even say 100 to



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 94

1  200 feet or something like that, give or take.
2      Q    And was -- when the police car was parked, was
3  it facing you or was it away from you?
4      A    No.  It was actually in front, you know,
5  because it came up from my rearview, and come to the
6  front, and then there was the truck in front of me, the
7  white Dodge Ram truck, and then the cop car was in front
8  it -- got in front of it when they actually arrived up
9  there.
10     Q    If you looked forward then from your vantage
11 point, you would have seen the tail end of the police
12 car?
13     A    Yes, you'd have been looking at the tail end
14 of the cop car.
15     Q    Okay.  Is it fair to say then that the police
16 car's headlights were not shining on the area where you
17 witnessed Jessie Mills?
18     A    It could have been, because I'm trying to
19 think if they were, like, sort of caddy cornered, you
20 know, once they pulled in there and stuff.
21     Q    Can you testify today one way or the other
22 whether the police car's lights were shining on the area
23 where you saw Jessie Mills?
24         MS. STAPLES:  Objection.  Asked and answered.
25     A    As far as I know, their lights were on, but as

Page 95

1  far as shining on Jessie, I can't really say.
2      Q    Okay.  Did you see any kind of a spotlight on
3  Jessie?
4      A    Not to the best of my knowledge.
5      Q    Okay.  Were there any street lights
6  illuminating the area where you saw Jessie?
7      A    No.  There's no street lights right there in
8  that area.
9      Q    This occurred after dark, correct?
10     A    Yes, it was already dark when we approached
11 and came up on it.
12     Q    Were there any bystanders shining a light, or
13 a spotlight, or anything on the area where you saw
14 Jessie?
15     A    There were -- the bystanders that were there
16 were -- the green Ford Ranger that we came upon, there
17 was a guy outside the truck in a white tank top, and I'm
18 not for sure if they had a flashlight in their hand or
19 not, to be honest with you.  And then they motioned for
20 us to come on past them, and that's when we went around
21 the green Ford Ranger.
22     Q    At the time you saw Jessie on the ground, did
23 you see anyone shining a light on the area where he was
24 lying on the ground?
25     A    Not that I can recall.

Page 96

1      Q    Do you know about how long it was from the
2  time you stopped your vehicle until when you heard the
3  gunshot?
4      A    I would say from the time I stopped my vehicle
5  until the cop car come and everything that took place, I
6  would say, give or take, roughly, I don't know, 15 --
7  I'd say, I don't know, maybe 15 minutes, just give or
8  take.
9      Q    And the only thing that you were able to hear
10 and make out, as I understand your testimony, was
11 someone saying, "Get down on the ground, get down on the
12 ground"?
13     A    Yes.
14     Q    As we sit here today, can you recall hearing
15 anything else being said by the persons that were in
16 front of you there?
17     A    No.
18     Q    Okay.  All right.  Did you -- do you know
19 Ricky Hobbs?
20     A    Yes, I do know of him.
21     Q    Okay.  Did you see Ricky Hobbs at the scene?
22     A    As far as me personally seeing from my car,
23 no, I didn't.
24     Q    You did not see Ricky Hobbs?
25     A    No.

Page 97

1      Q    Okay.  How are you acquainted with Mr. Hobbs?
2      A    I just know him as far as, like, the community
3  store and stuff.  You know, like, bypassing on the road
4  and stuff, sort of similar to Jessie.
5      Q    You know him from the community store?
6      A    Yes.  We know him from the community.
7  Everybody knows of him.
8      Q    You say that with a little bit of a laugh?
9      A    It's a small community, talk gets around.
10 Because I can tell you from personal experience from my
11 brother's case, talk gets around.
12     Q    Well, what is it about Mr. Hobbs that makes
13 you giggle a little bit?
14     A    He's -- it just depends on what mood he's in.
15 He's just -- he's -- he just tells you like it is.
16     Q    What type of moods does he have?
17     A    He's just -- he's always been nice to me.  I
18 mean, he's never been out of the way as far as being,
19 you know, caught off guard or anything by him and stuff.
20 He's just -- we know him as far as the sun -- it's his
21 nickname by "Sun Granny."  That's what everybody knows
22 him by.  "Sun Granny" is his nickname.
23     Q    Do you know whether Ricky Hobbs and Jessie
24 were acquainted with each other?
25     A    They -- as far as I know, they -- I mean, they

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 6:17-cv-00184-REW-HAI   Doc #: 108-12   Filed: 02/10/20   Page: 28 of 46 - Page
ID#: 4704
The Deposition of MELINDA MEETH, Taken on January 29, 2019

98..101

Page 98

1    knew each other, but as far as how well acquainted, no.
2    I mean, everybody knows them.
3        Q    Have you ever talked to Ricky Hobbs about what
4    happened that night?
5        A    At one time, he would try to tell a little
6    bit, but he really would not talk about it, to be honest
7    with you.
8        Q    The one time he tried to talk about it, when
9    was that?
10       A    That's probably shortly after it happened, and
11   he really wouldn't say a whole lot about it.
12       Q    What did he say that you can recall?
13       A    That he was supposed to -- to the best of my
14   knowledge, he was supposed to have been, you know, up
15   front on the other side where I couldn't see at, as far
16   as being in front of the white Dodge Ram truck or
17   somewhere in that area, that vicinity.  Up front, I
18   guess, where the actual accident took place at.
19       Q    Other than him just saying he was up there;
20   did you see anything else that you can recall?
21       A    No.
22       Q    Ricky Hobbs has provided testimony in this
23   case that the police, Kentucky State Police, when they
24   interviewed him, made a statement to him.  I'm
25   paraphrasing it --

Page 99

1        A    Yeah.
2        Q    -- because I don't have his testimony here,
3    but something to the effect of "We just want to hear
4    about how Jessie resisted."
5        A    Yeah.
6        Q    When you spoke with the KSP, did they tell you
7    that they just wanted to hear about how Jessie resisted?
8        A    No.  That wasn't mentioned to me.
9        Q    Okay.  Did they just indicate to you that they
10   wanted to know what happened?
11       MS. STAPLES:  Objection to form.
12       A    As far as at first, before he actually started
13   recording me, Joshua Cox, he just wanted to know what I
14   had seen, and I told him, you know, what I had seen --
15   what little I had seen and stuff.  And then beforehand,
16   like, when he turned on his tape recorder, you know, he
17   give his name information, I had to tell what I had told
18   him beforehand.
19       Q    You had mentioned on the tape towards the end
20   there --
21       A    Yeah.
22       Q    -- when you mentioned flakka, that you had
23   already spoken to the state police --
24       A    Yeah.
25       Q    -- and told them about Jessie was supposed to

Page 100

1    be on flakka that day?
2        A    Yeah.
3        Q    Before you spoke with Josh Cox, who had you
4    spoken with from the Kentucky State Police?
5        A    He was the guy that actually arrived on the
6    scene, but I do not know what his name is.
7        Q    It was someone from the KSP that you spoke
8    with at the scene that night?
9        A    Yes.
10       Q    Tell me to the best of your recollection what
11   you told him that night.
12       A    I just, you know, told them, because
13   everybody's like, you know, to hear them tell it, that
14   Jessie was a going off and stuff, and I told them, I'm
15   like, you know, "The rumor is that he was supposedly on
16   flakka that night and stuff."  But as far as me saying I
17   seen Jessie take flakka, I can't -- I mean, I can't say
18   that because I didn't see Jessie take flakka.  You know,
19   that's just rumors from the community and stuff.
20       Q    Somewhere from somebody at the scene that
21   night --
22       A    Yeah.
23       Q    -- had given you information that Jessie was
24   on flakka?
25       MS. STAPLES:  Objection to form.

Page 101

1        A    That was actually beforehand, before the
2    accident ever even took place.
3        Q    Okay.
4        A    Because the drug dealer, the woman who had
5    been arrested for all this stuff that had done been a
6    convicted felon, everybody knew who she was, and
7    everybody was talking about her, you know, dealing the
8    flakka and stuff.  And to me, I named it the Burger
9    King," because I'm like, you know, "You can drive up and
10   get it.  It's like going through a drive-thru and paying
11   for it at Burger King, driving up and getting off and
12   I'm like if they don't do something with her, then
13   somebody's going to get killed.  Everybody in the
14   community knew about her.
15       Q    Who's this lady you're referring to?
16       A    Glenna Sue Mills.
17       Q    Glenna Sue Mills?
18       A    Yes.  And she's a convicted felon.  She's been
19   in trouble in the past before, this is nothing new for
20   her.  But, you know, as far as me going to her and
21   purchasing flakka and narcotics, I've not ever done
22   that.
23       Q    But prior to the evening of the incident, you
24   had heard that Jessie had obtained flakka from her?
25       A    That was hearsay.



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 102

1    Q    Do you remember who it was who had told you
2  that?
3    A    No.  That was just from -- from where the talk
4  had come from was the local community store.
5    Q    Okay.  Did you say anything else to the police
6  officer that night that you can recall?
7    A    No.
8    Q    Why did you think it was important to tell him
9  about the flakka?
10   A    Because at one time, they was trying to say,
11 you know, that they didn't know what was wrong with
12 Jessie, and I'm like, I didn't know.  But as far as
13 anything else, no.
14   Q    Now, Jessie -- did you know Jessie's wife?
15   A    Whitney, no.  I knew of her, but as far as
16 personally knowing her, no, I didn't.
17   Q    Have you ever spoken to her about this case?
18   A    No, I have not.
19   Q    Did you know Jessie's girlfriend?
20   A    He had one girlfriend named Rosaline
21 (phonetic).  I mean, I didn't know her, I just seen her
22 with him at one time, but I did not know her.  I'm not
23 for sure what her last name is, I just know they called
24 her Rosaline.
25   Q    Were you acquainted with her before?

Page 103

1    A    No.
2    Q    Okay.  You don't know how they got together --
3    A    No.
4    Q    -- or anything like that?  Now, just so I can
5  move on and quit asking you questions --
6    A    Yes.
7    Q    -- about it, have we covered all the
8  conversations that you've had with anyone in Jessie's
9  family?
10   A    Yes.
11   Q    Have we talked about all of those things
12 already?
13   A    Yes.
14   Q    Okay.  Now, you've already heard the recording
15 of -- that you gave to the Kentucky State Police and
16 I'll -- have you still got that statement there in front
17 of you?
18        COURT REPORTER: (Sneezes.)
19        MS. STAPLES: Bless you.
20        MR. WILLIAMS: Bless you.
21        COURT REPORTER: Thank you.
22   A    Yes, I do.
23 BY MR. WILLIAMS:
24   Q    I'm looking on page PL621, and there's a
25 pretty good quote of yours towards -- I'm going to say

Page 104

1  it's three-fourths of the way down the page.  And I'll
2  just quote it here, it says, "And at one time, I did see
3  Jessie on the ground sort of like on the yellow line in
4  the middle of the road where they were tasering him."
5  Correct?
6    A    Yes.
7    Q    So does that refresh your recollection about
8  where you saw Jessie laying that night?
9    A    That was when he was being tasered.
10   Q    Okay.  So he was on -- actually on the yellow
11 line is where you're saying you saw him?
12   A    Roughly, yes.  Pretty much.
13   Q    And then you go on to say, "And then shortly
14 after he was tasered, he was back up."
15   A    Yes.
16   Q    So after you saw -- as I understand it, he was
17 on the ground when you saw him tasered?
18   A    Yes.
19   Q    But then after that, you saw him back up,
20 standing up?
21   A    When -- he was back up, and they were over
22 more to the right side, which was in front of the white
23 Dodge Ram pickup in front of us, and then there on
24 out, I didn't see nothing else.
25   Q    But after having seen Jessie tasered, as

Page 105

1  you've described it, you saw him back up on his feet?
2    A    He was not on the ground at that time.  After
3  he had got tasered and they were back over more to the
4  right side in the front of the white Dodge Ram truck,
5  and I didn't see what happened after that until, like I
6  stated, as far as, like, I heard somebody say, "Get down
7  on the ground, get down on the ground."  And then
8  shortly after that, that's when I heard one gunshot, and
9  then I heard the second gunshot.
10   Q    All right.  Was Jessie on the ground or
11 standing up when you saw him tasered?
12   A    At the time that I had witnessed, when I had
13 seen him down on the ground, he was on the ground.
14   Q    Was that when you saw him tasered?
15   A    Yes.
16   Q    Okay.  After you saw him tasered, did you see
17 him get back up?
18   A    I don't actually say that I saw him got up,
19 when he was actually getting up, but then they were over
20 to the side, the next thing, you know, as far as
21 witnessing and stuff, because you couldn't see no more
22 of what was going on.
23   Q    Again, I'm trying to understand your
24 statement, which is, "And then shortly after he was
25 tasered, he was back up."



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 106

1    A    They -- yes.
2    Q    And now, when I see, "he was back up," that
3  indicates to me that he was down and got up?
4    A    Yeah.
5    Q    Is that correct?
6    A    Yes.
7    Q    So your testimony is that you saw him get back
8  up after he was tasered?
9    A    Yes.
10   Q    Okay.  After you saw him get back up, what did
11  you observe after that?
12   A    After that, that's when they were more in
13  front of the pickup, the white Dodge Ram truck, and then
14  I didn't see no more after that, besides, you know, what
15  I said as far as some guy saying, "Get down on the
16  ground, get down on the ground."  And then, shortly, I
17  heard one gunshot, and then there was a second gunshot.
18  But as far as me witnessing anything else to see, I
19  didn't.
20   Q    So just so we can kind of keep it on a
21  timeline, you observed the tasing occur, correct?
22   A    Yes.
23   Q    And then Jessie getting back up --
24   A    Yes.
25   Q    -- from the ground?  Moving out of your

Page 107

1  sightline --
2    A    Yes.
3    Q    -- after that, correct?
4    A    Yes.
5    Q    And then at some point, one of the officers
6  saying, "Get on the ground, get on the ground"?
7    A    Yes.
8    Q    After that point, you heard a gunshot?
9    A    Yes.
10   Q    Or shots?
11   A    Yes.
12       MR. WILLIAMS:  Amy, did you already make that
13  statement an exhibit?
14       MS. STAPLES:  I did.  It's Exhibit 3.
15       MR. WILLIAMS:  Did you say "3"?
16       MS. STAPLES:  Yes.
17       MR. WILLIAMS:  Thank you.
18  BY MR. WILLIAMS:
19   Q    Now, you were there that night with your
20  husband, correct?
21   A    Yes.
22   Q    Daniel Smith?  Do you have any reason to
23  believe that anything that he told the police was
24  incorrect?
25       MS. STAPLES:  Objection to form.

Page 108

1    A    To be honest with you, I'm not for sure what
2  all he did tell them.
3    Q    Okay.  Well, we have a recording of his
4  statement, and we'll let you listen to that, too.
5    A    Okay.
6    Q    We'll see how long it is before we --
7       MS. STAPLES:  Jason, I'm going to object.
8  She's already testified that she could not see her
9  husband, other than when he was at the car, so she
10  has no way of knowing if what he says in his
11  statement is what he actually witnessed or not.
12       MR. WILLIAMS:  Okay.  I'm just trying -- this
13  is a --
14       THE WITNESS:  Okay.
15       MR. WILLIAMS:  -- discovery deposition, so I'm
16  just trying to figure out what happened.  Now, we
17  can -- there may be motions --
18       THE WITNESS:  Okay.
19       MR. WILLIAMS:  -- later about you listening to
20  this and whether it's admissible at that time.
21       THE WITNESS:  Okay.
22       MR. WILLIAMS:  Do you have it?
23       MS. HYLTON:  Uh-huh.
24       MR. WILLIAMS:  How long is it?
25       MS. HYLTON:  It is five -- right at five

Page 109

1  minutes.
2       MR. WILLIAMS:  Five minutes.  Okay, it won't
3  take too long.
4       THE WITNESS:  Okay.
5       (DANIEL SMITH AUDIO CLIP IS PLAYED.)
6  BY MR. WILLIAMS:
7    Q    Okay.  Were you able to hear Daniel's
8  statement there?
9    A    Yes.
10   Q    Do you recognize his voice?
11   A    Yes, that's him.
12   Q    That's him?  And again, over Counsel's
13  objection, I'll just move to attach that --
14   A    Okay.
15   Q    -- as the next numbered exhibit for reference
16  as relation to these questions I'm going to be asking
17  you.  Were you able to hear his statement --
18       (EXHIBIT 5 MARKED FOR IDENTIFICATION)
19   A    Yes.
20   Q    -- that he gave to the police clearly?  As I
21  understand it, from your testimony previously, Daniel
22  didn't really know Jessie before --
23   A    No.
24   Q    -- any of this occurred?
25   A    Not -- not like I did, you know.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  MELINDA SMITH, taken on January 29, 2019

110..113

Page 110

1    Q    Do you know of any reason that he would have,
2  prior to speaking to police, why he would give any false
3  or incorrect version to them about what he saw?
4        MS. STAPLES:  Objection to form.
5    A    Not to my knowledge.
6    Q    Okay.  To your knowledge, he didn't have any
7  axe to grind with Jessie or --
8    A    No.
9    Q    -- any member of Jessie's family?
10       MS. STAPLES:  Objection.
11   A    (No verbal response.)
12   Q    You'll need to answer verbally then.
13   A    Okay.
14   Q    Do you know if he had any axe to grind with
15  Jessie --
16   A    No.
17   Q    -- or Jessie's family?  You heard the account
18  that he gave the state police officer at the time of
19  this statement.  Did Daniel also give you a similar
20  account of what he saw that night?
21   A    After what had happened, he would not really
22  even talk about it it to me.  He didn't want to even
23  discuss it.
24   Q    So it's your testimony that he never spoke to
25  you about what he saw that night?

Page 111

1    A    No, he really -- I know at one time he tried
2  to make a statement, something about the lights shining
3  on Jessie, and he was trying to say that he went off or
4  whatever, but as far as anything else, when I would try
5  to ask him about it, he would not discuss that with me.
6    Q    So even though you're relaying to the Mills
7  family that Daniel saw everything --
8    A    Yep.
9    Q    -- to your knowledge, did he ever speak with
10  the Mills family about what he saw?
11   A    Not to my knowledge.
12   Q    Now, you were asked some questions about
13  whether you ever saw Jessie with a weapon or whether you
14  saw any kind of fight occur?
15   A    Yes.
16   Q    As I understand it, you've testified to what
17  you did see?
18   A    Yes.
19   Q    You can't say as we sit here today whether or
20  not a fight occurred between Jessie and the officers
21  that lasted a long time, can you?
22   A    Yes.
23   Q    You cannot say that?
24   A    I can't say that because I didn't see what was
25  going on in front of the vehicle in front of me.

Page 112

1    Q    All right.  For all you know, everything that
2  your husband told police could have been just exactly
3  what he saw?
4        MS. STAPLES:  Objection to form.
5    A    Yes.
6        MR. WILLIAMS:  I'm just going to go through my
7  notes here --
8    A    Okay.
9        MR. WILLIAMS:  -- and see if there's anything
10  else I need to ask you.  Thank you.
11   Q    Do you ever recall seeing an ambulance arrive
12  at the scene while you were there?
13   A    Yes, I did.
14   Q    Okay.  Do you know about how long after you
15  arrived and had stopped behind the white Dodge Ram, how
16  long after that the ambulance arrived?
17   A    I don't know.  Give or take, it could have
18  been less than ten minutes.
19   Q    Okay.
20   A    I mean, that's just roughly estimation.  It
21  could have been less than ten minutes, just to the best
22  of my knowledge.
23   Q    All right.
24   A    Because I remember one of the ambulances that
25  pulled up, they ended up getting the ribbon out of the

Page 113

1  ambulance.  You know, I guess to tape everything off,
2  the area of the crime scene and stuff.
3    Q    Okay.  You mentioned earlier in your testimony
4  some statement your husband had made about, and again
5  I'm paraphrasing, but something about "they let him
6  die"?
7    A    Yes.
8    Q    This is something your husband said to you?
9    A    Yes, when he came back to the car.
10   Q    Okay.  Did he say anything else to you other
11  than that?
12   A    No.
13   Q    Okay.  He didn't --
14   A    I think everybody was in shock that that had
15  happened, to be honest with you.
16   Q    When you -- when we were listening to the
17  statement that he gave to the Kentucky State Police, I
18  noticed that he didn't make any similar statement.
19   A    No.
20   Q    From the scene, you testified you spoke with
21  someone and asked them to call Jessie's folks?
22   A    I actually contacted my mom and dad from my
23  cell phone, and I told my mom to go over to his sister's
24  house and husband's house, and I told her what had
25  happened and she's like, "Are you joking?" and I said,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 114

1   "No." And she's like, "I'm not going over there."
2   She's like, "I will call them." And she said, when she
3   called later that night when she had talked to me again,
4   she said, "When I had contacted them," she said,
5   "Michelle had answered the phone," Jessie's oldest
6   sister, and she said, "I told her," said, "I need to
7   speak to Steven." And she knew something was wrong, but
8   she wouldn't tell Michelle, but she told Michelle's
9   husband, and then that's when they came down there.
10   Q   What's your mom's name?
11   A   Phyllis Mills.
12   Q   And you think she spoke to Michelle when she
13   called?
14   A   Yes. Because I told her to contact --
15   actually, I told her to go to their house, but she's
16   like, "I'm not going over there." She said, "I will
17   call over there."
18   Q   So just so I'm clear, the only statement that
19   your husband, or soon to be ex-husband, made to you
20   following what he saw that night would have been to come
21   back to the car and say, "They let him die"?
22   A   Yes.
23   Q   That's the only conversation you ever had with
24   your husband, Daniel Smith, about what he saw that
25   night?

Page 115

1   A   Yes.
2   Q   And you've already spoken about speaking with
3   Michelle Brown, correct?
4   A   Yes.
5   Q   Did you ever speak with Wyome Tasha Welch?
6   A   No. I did not ever speak to her about it.
7   Q   Okay. How about Nikki Townsend [sic]?
8   A   No.
9   Q   Or Justin Lonnie Gambrel?
10   A   No. I had spoken to Justin's wife Brittany,
11   the one that I had sent that message to, but as far as
12   speaking to Lonnie Justin Gambrel, no.
13   Q   Okay.
14       MR. WILLIAMS: Thank you. I think that's all I
15   have. Thank you, ma'am.
16       THE WITNESS: Okay.
17       REDIRECT EXAMINATION:
18   BY MS. STAPLES:
19   Q   I have just a couple of --
20   A   Okay.
21   Q   -- to clarify. You testified that you could
22   see Jessie down on the ground on the yellow line?
23   A   Yes.
24   Q   Does that mean that there were lights
25   illuminating Jessie so you could see him?

Page 116

1   A   There -- to the best of my knowledge, there
2   had to be some light for me to remember seeing him on
3   that ground. But, I mean, it was dark at that time that
4   this took place.
5   Q   But you could see him?
6   A   Yes.
7   Q   Okay. So you're -- is it accurate to say
8   you're not sure where the lights were coming from?
9   A   No. I can't say.
10   Q   But you could actually see Jessie on the
11   ground?
12   A   Yes.
13   Q   Okay. Then did you actually see him get up,
14   or did you just no longer see him on the ground at the
15   yellow line?
16   A   At that time, I remember when he was down on
17   the ground when he was being tasered, and then at one
18   time, he was not on the ground. You know, that they
19   were over to the --
20   Q   Did you actually see him rise to his feet --
21   A   No.
22   Q   -- or you just looked back and he was no
23   longer there?
24   A   He was no longer there when I looked back.
25       MR. WILLIAMS: Objection. Asked and answered.

Page 117

1   Q   I'm sorry, you can finish your answer?
2   A   He was no longer there --
3   Q   Okay.
4   A   -- when I looked back.
5   Q   But you didn't physically see him get to his
6   feet?
7   A   No.
8       MR. WILLIAMS: Same objection.
9       MS. STAPLES: All right. That's all the
10   questions I have for you. Thank you, Ms. Smith.
11       THE WITNESS: Okay.
12       VIDEOGRAPHER: Okay. The time is 11:46. This
13   concludes the deposition.
14       (DEPOSITION CONCLUDED AT 11:47 A.M.)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MELINDA SMITH, taken on January 29, 2019                118

Page 118

1                    CERTIFICATE OF REPORTER

2                       STATE OF INDIANA

3

4        I do hereby certify that the witness in the foregoing

5     transcript was taken on the date, and at the time and

6     place set out on the Title page here of by me after

7     first being duly sworn to testify the truth, the whole

8     truth, and nothing but the truth; and that the said

9     matter was recorded stenographically and mechanically by

10    me and then reduced to typwritten form under my

11    direction, and constitutes a true record of the

12    transcript as taken, all to the best of my skill and

13    ability.  I certify that I am not a relative or employee

14    of either counsel, and that I am in no way interested

15    financially, directly or indirectly, in this action.

16

17

18

19

20

21

22    LACEE TOWNSEND,

23    COURT REPORTER/NOTARY

24    COMMISSION EXPIRES:  06/19/2024

25    SUBMITTED ON:  02/13/2019

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**EXH 1** 19:8,9

**EXH 3** 43:9,10
107:14

**EXH 4** 87:15,
16,18

---

**$**

**$500,000**
57:23

---

**0**

**05** 14:3

---

**1**

**1** 19:8,9 87:12,
13

**10-year-old**
10:10

**100** 34:7 93:25

**10:49** 72:9

**10:53** 72:12

**11** 8:17

**1193** 8:13

**11:46** 117:12

**11:47** 117:14

**12** 58:10 61:11

**13** 10:5

**1304** 79:16

**15** 27:11 96:6,7

**18** 10:12

**1:50** 37:7 42:2

---

**2**

**2** 42:18,19
68:19 87:12,13

**200** 94:1

**2002** 14:3

**2007** 14:6

**2014** 55:17

**2016** 9:9,11,23
12:9

**2019** 5:5

**20s** 77:17

**223** 12:13,24
16:16 17:1 21:6
32:23 38:4,9
80:22 84:4

**225** 16:13

**24** 80:1,7

**25** 13:1 79:6,13

**25E** 12:11

**29** 12:9 59:16,
17

**29th** 5:4

---

**3**

**3** 43:9,10 87:13
107:14,15

**30** 59:16,19
79:7,13

**35** 59:13

---

**4**

**4** 87:14,15,16,
18

**40982** 8:14

**45** 34:12

---

**5**

**5** 109:18

**5:00** 56:1

---

**6**

**6-year-old**
10:11

**624** 43:18,23

**6:17-CV-00184**
5:12

---

**7**

**718** 60:14

---

**8**

**8-year-old**
10:10

---

**9**

**9** 55:17

**93** 13:12

**94** 13:12

**95** 13:12

**9:33** 5:5

---

**A**

**a.m.** 5:5 117:14

**accident** 98:18
101:2

**account**
110:17,20

**accurate** 25:13
31:4 34:9 46:17
116:7

**acquainted**
18:12 65:11
97:1,24 98:1
102:25

**actual** 48:9
57:22 84:7
98:18

**additional**
31:17 32:17

**additionally**
56:21

**address** 8:12,
15,17,19

**Administrator**

5:9

**admissible**
108:20

**adult** 62:20

**affirm** 5:23

**age** 48:14

**agencies** 56:6

**ahead** 35:10
42:6 53:18,19
89:10

**alcoholic** 80:2

**alternate**
36:21 37:20

**ambulance**
112:11,16
113:1

**ambulances**
112:24

**Amy** 5:15
107:12

**and/or** 54:25

**angle** 19:16

**answering** 7:2

**anytime** 59:4

**apologize**
52:15

**apparently**
65:10

**appearance**
77:14 90:20

**appeared**
64:24 90:18
93:24

**approached**
12:15 36:15
95:10

**approximate**
24:5

**Approximately**
27:7

**area** 11:10 15:8
17:11 18:22
29:17 32:2
79:21 93:12

94:16,22 95:6,
8,13,23 98:17
113:2

**arrested** 54:25
56:21 101:5

**arrive** 27:8
32:18 33:17
112:11

**arrived** 20:4
33:12 76:17
94:8 100:5
112:15,16

**Ashurst** 27:5
53:22 54:2
67:10 68:2

**asleep** 37:12

**aspect** 41:20

**assist** 56:14
58:16

**assume** 7:17
34:2

**assuming**
10:14 31:10,18
81:8 90:19
92:16

**astraddle** 83:3

**attach** 109:13

**attend** 61:2

**audio** 41:3
42:16 43:5
46:11 109:5

**aunt** 70:12,15
71:15 74:25
75:2

**aunts** 74:21

**autistic** 57:24

**automatically**
18:20 26:8,9

**avoid** 37:25
38:6,8

**aware** 62:7

**axe** 110:7,14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**B**

baby 66:13

back 12:10
15:10 17:15
18:4 20:5 21:4,
19,20 25:21
28:2 29:10,22
30:5,15,20
31:5,6,21,22
32:5 34:19,23
35:8 37:16,20,
24 38:1,3,9
44:16,25 51:6,
7,25 66:17
72:1,2 75:1,18
78:11 79:11
81:16 82:15
85:25 86:2
87:17 88:5
104:14,19,21
105:1,3,17,25
106:2,7,10,23
113:9 114:21
116:22,24
117:4

back.' 74:23

backed 56:24
58:9 76:15

backseat
12:21

bad 65:5

bald- 35:14

bar 29:20

Barbourville
12:12

Based 29:1

basically 41:8

baton 25:10

Becky 43:25
44:4 75:21,23
77:13,21 78:13

bedroom 56:4,
5

beginning
40:13 47:10

believed 67:25

bell 18:9 19:2

belt 55:2

beverages
80:2

Big 60:13

Bingham's
11:14

birthday 59:19

bit 30:5 97:8,13
98:6

blacktop 21:3
26:5 32:13
41:19 90:12

Bless 103:19,
20

blocked 15:13
20:1 21:23

blocking 32:24

blue 14:7 15:7
17:14,20 81:15
82:14

body 13:12
14:3,4

Bolton 53:22
54:9,12,13

bond 57:23
58:2

bottom 16:11
43:18,23

boy 13:7

Branch 60:13

Brandon 53:22
54:9,12,18

break 7:6
53:17 72:7,15

Brian 56:18
59:2

bridge 16:19

briefly 40:15,
24 41:4 55:19

bring 34:22
37:7,10

believed 67:25 (column 3)

Brittany 51:17,
18 66:11 70:14
71:17,18 73:12
74:7,10 115:10

Brittany's
66:15

brother 28:10,
18 41:21 48:12
49:19 55:12
56:5 57:1

brother's
55:20 56:22,23
58:14,20,24
97:11

brothers 48:6

Brown 48:7,9
70:18,19,21
71:5,9,12 74:11
75:2,3,15 115:3

Brown's 60:13

bumper 88:1,3

bunch 13:19
33:9

Burger 101:8,
11

bus 65:8

business 49:5

busted 56:1

bypass 11:10
49:7

bypassing
97:3

bystanders
95:12,15

**C**

caddy 94:19

call 29:14
31:10,16 38:1
39:11 48:17
91:1 113:21
114:2,17

called 11:18
16:16 29:20,22
32:5 37:8 42:2

87:8 102:23
114:3,13

car 15:12,15,
17,19 17:12,19,
23,25 18:2
19:11,15,21
23:3,6,18 25:21
28:1,13 29:11,
16,19 30:13,15
31:14,20,25
32:1,6 33:3,5,6,
17 35:23,24
41:9,10 44:19
49:23 52:18
72:25 75:25
76:5,12 77:23,
25 78:2 82:13
84:11,13 85:8
86:6 87:8,22,23
88:4,7,16,22
91:17,19,23
92:1,4,5,6,8,12
93:19,23 94:2,
7,12,14 96:5,22
108:9 113:9
114:21

car's 94:16,22

Carl 54:12,13

cars 33:10
37:19 86:1

case 5:12
38:16 53:21
56:18,22,23
57:4,14,20
58:20 66:1 73:7
74:10 97:11
98:23 102:17

caught 36:11
97:19

cell 29:18 32:1,
6 37:8 113:23

center 83:3

Central 61:8

chance 73:19

Charger 15:17

charges 56:19,
25

child 20:6
30:16 57:24

81:9

children 10:7,
12 12:21 17:25
28:1 32:14
34:10,20,25
37:6,12,14,16
38:25 39:16,22
79:17

children's
56:4

church 16:9
37:23 65:7,8

circle 30:10

circumstance
s 55:19

city 33:10

clarify 115:21

clear 52:8 53:7
73:18 75:12
84:5 114:18

clear-headed
65:3

clicked 19:2,4
26:3,24

clip 39:25
40:13 41:3
42:7,16 109:5

close 69:12
85:9

closely 84:10

coerced 50:15

color 14:7

communicatio
n 72:18 73:12,
16,22,23 74:6

community
11:1,9 18:7,13
26:13,19 46:23
63:2 64:3,10,
12,16 79:15
82:19 97:2,5,6,
9 100:19
101:14 102:4

company 62:9

completely
82:1,25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

computer 40:6

concerned
46:14,19 47:5

concluded
43:4 45:15
117:14

concludes
117:13

conclusion
46:1

conference
39:20

connection
60:2

constable 22:7
68:18

contact 51:9
114:14

contacted
32:3 37:11,21
79:7 113:22
114:4

conversation
38:18 43:6 50:7
52:3,7 73:3,4
114:23

conversations
50:2 73:13
103:8

convicted
101:6,18

convictions
56:19

cook 9:8

cooperate
40:6

cop 15:12,15
17:12 25:22
31:14 33:3,10
37:19 93:19,23
94:7,14 96:5

cops 29:14
33:10

copy 71:24
73:9

cornered
94:19

correct 9:10
16:14 17:13
27:7 36:19
46:12 59:25
65:11 69:12
78:4,25 81:1
82:23 86:21
87:14,23 89:23
93:5 95:9 104:5
106:5,21 107:3,
20 115:3

coughs 57:20

Counsel 5:13

Counsel's
109:12

country 63:1,2
64:21 71:7 75:4

county 5:10
8:9,20,21 9:2
15:16,18 17:19
23:3 27:8 33:4
38:22 52:17
53:24 54:7,14,
22 55:1,22,23
56:9,25 58:13,
23 68:18 77:24,
25

couple 23:24
28:10 33:25
38:20 42:12,21
115:19

court 5:4,11,22
6:2 7:22 41:23
58:11 87:15
103:18,21

Courthouse
54:16

courtroom
54:15

cousins 60:6
62:5

covered 103:7

Cox 38:14
39:13 40:1,7,14
43:6,16 44:4
45:10,24 51:3
68:10 69:11,15,

21,22 70:2,10
71:14 74:17
99:13 100:3

crackling
90:15

Creek 11:24
12:12 16:5 18:6
25:25 60:14
79:8

crime 56:15
58:8,17 113:2

CROSS 53:13

current 8:12

curve 15:8
17:5,6

cut 62:14

_____

D

dad 10:19,20
32:4 37:11,13,
15 54:11 65:7
113:22

dad's 29:20
70:12,18

daniel 10:3
12:20 18:10,11,
17 19:8,20 20:5
25:21 29:10,11,
15 30:12,18,23
31:19 34:22
37:3,7,8,17,21
38:4 41:17,20
42:1 49:16
51:13 72:24
79:4 81:11
107:22 109:5,
21 110:19
111:7 114:24

Daniel's 109:7

dark 12:13
95:9,10 116:3

date 51:7 58:11

dates 58:12

daughter
22:18

day 5:5 38:19

39:10 43:1,6
44:8,10 45:16
51:5 63:4 70:23
100:1

days 38:20
59:20

deal 48:22

dealer 101:4

dealing 47:21,
23 59:1 101:7

deals 57:6

dealt 59:1

decided 83:13

deer 12:14
13:4,18

defendant
56:21

defendants
5:18 53:21
55:24

denying 26:15

department
54:22,23 55:1
56:9 58:14

Department's
58:23

depends 97:14

deposition 5:7
6:9 108:15
117:13,14

deputy 22:7
27:5 33:5 54:8,
14 77:24,25

designated
87:7

detective
38:14 39:6
40:1,7,14 43:1,
6,16 44:4
45:10,24 56:18
59:2 68:10
69:11,15,17,19
70:2,9 71:14
74:17

determine
69:25 70:7

76:23 93:2

developmenta
l 61:24

Dewitt 9:1
16:19 37:22
61:4 82:19

Diane 70:18,19
71:16 74:11
75:2,3

die 29:13 113:6
114:21

difficult 33:24
55:18

DIRECT 6:3

directing 86:2

direction
81:18

directly 24:19
93:16

disabilities
61:25

discouraged
57:16

discovery
108:15

discuss 68:6
110:23 111:5

discussed
40:15 46:8
73:25

discussing
66:18

dissatisfied
57:13,21 58:4,
6,22

distances
91:23

distant 10:19,
24 65:10

distantly 47:11
59:21

district 5:11
68:19

divides 92:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Division 5:12

divorce 10:1,6

divorced 10:2

Dodge 14:2,4, 15,21,23 15:4, 17 17:4,17 19:17 21:9 31:2 76:24 81:10,13 82:11,13 83:19, 22,25 84:6,14 85:7 91:20 93:17,23 94:7 98:16 104:23 105:4 106:13 112:15

Donald 55:15

door 28:13 39:23 44:19 56:1 76:1,12

drank 80:2

draw 86:11,18, 23

drawn 87:6

drive 15:18 101:9

drive-thru 101:10

driver's 44:19 88:21 89:3,13

driving 12:22 14:5,6 44:20 76:20 78:23 101:11

drove 79:17 88:16

drug 63:23,25 64:5,7 80:8 101:4

drugs 26:14, 15,16,17 46:21, 22 47:1,5 55:21 63:20 64:19 80:6,16

drunks 13:19

due 19:24

dying 29:12

31:12

---

**E**

e-mail 73:22

earlier 53:20 55:11 79:3 113:3

Eastern 5:11

effect 99:3

eighth 60:5

elementary 9:1,7 10:22 60:18 61:4,5

employed 8:23,25 9:3,5,9

employees 39:21

encountered 81:21 83:19

end 9:21 45:11 73:3,4 94:11,13 99:19

ended 14:24 18:2,7 29:9,16 34:21,22 76:11 93:1 112:25

enforcement 20:4 23:2 31:17 32:17 33:1,8 38:12

enter 42:18

entire 42:7

Estate 5:9

estimate 33:23 93:7

estimation 23:23 24:1 27:12 112:20

et al 5:10

evening 12:8, 19 36:17 37:4 41:13 50:22 71:10 80:18 101:23

everybody's 100:13

evidence 58:7, 9,10

ex-husband 114:19

EXAMINATION 6:3 53:13 115:17

excuse 57:21

exhibit 19:8,9 42:17,19 43:9, 10 87:15,16,18 107:13,14 109:15,18

exit 52:19

expect 28:22 29:5 36:7,8,13

experience 34:2 97:10

explain 6:16

Express 5:6

eyes 46:25 64:5

---

**F**

face-to-face 74:7

Facebook 51:20 66:10 70:13 72:18 73:12,13,22 74:6

facing 94:3

fact 19:24 47:6

fair 7:20 63:15 94:15

Fairly 77:16

false 110:2

family 10:25 11:6,8,25 38:1, 6,8 51:4 60:2,6 62:15 65:11 66:21 67:3

68:6,24 73:23 74:12,18,21 78:23 103:9 110:9,17 111:7, 10

father 47:11,20

FBI 56:13

federal 56:13, 24

feel 50:8

feelings 46:21

feet 94:1 105:1 116:20 117:6

felon 101:6,18

female 43:25

fight 111:14,20

fighting 13:19 52:9

figure 45:23 108:16

figured 30:18

finally 33:9 34:19 81:10

find 72:16 82:12

fine 7:21 52:16 53:19 72:22 87:19

finish 7:9 117:1

finished 38:4, 11 45:13 61:18

flakka 64:8,14 99:22 100:1,16, 17,18,24 101:8, 21,24 102:9

flashlight 25:8 95:18

flying 15:6

folks 54:1 84:14 113:21

Ford 13:11 14:8 80:22 85:8 88:11 95:16,21

form 69:1 99:11 100:25 107:25 110:4 112:4

forward 94:10

found 36:21

friend 56:3

friendly 63:16

front 15:13 17:16 19:10,13, 14,16,22,25 21:23 30:20,21, 25 31:2,3,21,22 39:4,18 41:11 49:17 51:14 76:21,24 77:11, 24 78:1,10 87:4 89:13 92:12 93:15,16,20,22 94:4,6,7,8 96:16 98:15,16, 17 103:16 104:22,23 105:4 106:13 111:25

frying 90:16

full-time 9:20

functions 11:7,8,25

funeral 50:5 66:20

---

**G**

Gambrel 5:8 47:13 48:12 51:17 65:19 66:1,11 67:16, 21 68:5 70:14 71:17,18,20,25 74:7,11 115:9, 12

Gambrel's 67:24

garage 79:5,6, 14

gave 41:12 69:11 74:15 86:10 103:15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

109:20 110:18
113:17

**giggle** 97:13

**girl** 27:20 45:2

**girlfriend**
102:19,20

**give** 5:23 33:20
44:4 45:24
59:20 60:2,6
63:8 77:17 88:7
92:3 93:7 94:1
96:6,7 99:17
110:2,19
112:17

**Glenna** 101:16,
17

**good** 18:12
49:5 53:18
103:25

**gosh** 27:10
63:7

**gossip** 64:22
69:6

**grade** 60:24
61:1

**graduated**
61:22

**grandchildren**
10:14

**Granny** 97:21,
22

**green** 13:11
14:8 85:8 87:10
88:5,9,15
95:16,21

**grind** 110:7,14

**Grocery** 11:14,
19

**ground** 21:7,
16 22:2,4,9,24
23:14,21 24:17,
18 89:16 95:22,
24 96:11,12
104:3,17 105:2,
7,10,13 106:16,
25 107:6
115:22 116:3,

11,14,17,18

**growing** 60:8

**guard** 36:11
97:19

**guess** 15:17
23:20 29:4 30:8
38:7,23 39:19
44:15 58:18
60:15 62:5,14
76:4,18 81:7,8
98:18 113:1

**guilty** 57:2

**Gum** 8:13
60:11

**gunshot**
23:16,22 24:6,7
28:14,16 96:3
105:8,9 106:17
107:8

**gunshots**
27:9,17 28:13
29:7 33:18 36:8
45:8 76:13

**guy** 13:9,10
18:5,8 22:8
24:16 25:24
56:4 57:22 58:2
67:14 81:4 82:6
86:7 95:17
100:5 106:15

**guys** 40:23
56:2

---

**H**

**hand** 5:20
15:20 43:8
63:13 95:18

**handed** 26:20

**handled** 56:17
58:20

**hanging** 89:6

**happen** 6:16
28:22 29:5 36:7

**happened**
24:3 28:25
51:10 57:1
66:22,25 67:4,

5,25 68:7
71:10,22 83:18
91:5 98:4,10
99:10 105:5
108:16 110:21
113:15,25

**happening**
28:25

**hard** 46:21
62:13

**Harmon** 27:21
28:5 43:20,25
46:4 75:21 76:4
77:21 78:13
86:4

**Harmon's** 44:5
78:6

**hat** 62:13

**hate** 45:4

**Hazard** 39:6,13

**head** 26:25
85:25 89:7,12

**headed** 35:15

**heading** 79:20
81:18

**headlights**
85:23 91:17
94:16

**hear** 7:13
20:14,15,17,18
22:13,14 23:8,
9,11,12,17,18
24:13,16,20,22,
23 27:9 29:7
36:8 40:14,15
45:25 46:24
64:7,22 66:23
67:8,11,12 68:5
90:13 96:9
99:3,7 100:13
109:7,17

**heard** 23:13,
15,16 24:21
25:20 26:10,17
28:15 33:18
41:9 42:23,24
47:8 48:19,20
54:7 64:8 67:7,
9 68:1 96:2

101:24 103:14
105:6,8,9
106:17 107:8
110:17

**hearing** 23:21,
22 24:6 27:17
45:7 67:6 96:14

**hearsay** 26:18,
20 64:3,6,11,16
66:23 68:16
69:8 101:25

**heart** 72:23

**held** 29:18 32:1

**helpful** 86:18

**helping** 58:19
62:5

**Hey** 42:3 72:23

**high** 10:23
61:7,8,20 62:20

**higher** 61:1

**highway** 12:11

**Hinkle** 79:16,
18

**hired** 9:21

**hit** 12:14 13:3,
17 25:8

**hitting** 25:2

**Hobbs** 96:19,
21,24 97:1,12,
23 98:3,22

**holding** 29:16

**Holiday** 5:6

**hollering**
68:12,14

**Hollow** 8:13

**home** 34:21,
22,24 35:10
36:15,25 37:1,
2,3,6,7,11 50:5
55:24,25 66:20
78:18 79:3,7,11
81:19 82:19
83:6 84:3

**honest** 25:19
29:3 36:7,11

51:25 52:20
55:9 65:23 69:3
83:23 84:16
85:14 91:22
95:19 98:6
108:1 113:15

**hoops** 57:17

**hostage** 56:3

**hour** 34:12

**hours** 80:1,7

**house** 29:20,
25 113:24
114:15

**husband** 12:20
14:20 18:1
32:10 34:17
66:15 77:23
78:9 79:20
80:4,15 107:20
108:9 112:2
113:4,8 114:9,
19,24

**husband's**
29:25 113:24

**HYLTON**
108:23,25

---

**I**

**idea** 12:16
13:16,22 18:3,
14 35:13 39:14
68:3

**IDENTIFICATI
ON** 19:9 42:19
43:10 87:18
109:18

**identify** 5:13

**identifying**
20:19

**illegal** 80:16

**illuminate**
93:18

**illuminating**
93:12 95:6
115:25

**immediately**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

32:5

**impersonated**
55:25 56:16

**important**
102:8

**in-home** 57:25

**in-law** 66:10

**incarceration**
57:25

**incident** 44:1
50:3,21 51:19
69:16 70:1,9
71:13 74:12
80:2 89:15
101:23

**incorrect**
107:24 110:3

**individual** 35:4

**individuals**
20:8

**information**
41:12 44:5
45:24 59:4
75:17 99:17
100:23

**initially** 35:5

**Inn** 5:6

**inside** 84:18

**intentions**
28:24

**interval** 93:4

**interview** 40:1,
7 44:7,8 45:13,
14 46:9 51:3
69:20

**interviewed**
98:24

**intoxicated**
64:24

**investigated**
56:7

**investigation**
57:9 58:3,14,24

**involved** 55:22
57:8

**involvement**
58:13,23

**issue** 40:15

---

**J**

**jail** 56:22,24

**January** 5:5

**Jason** 5:17
16:23 72:6
75:10 108:7

**Jessie** 5:9
10:16 11:21
12:6 13:10
18:8,9,11,12,
18,20,23,24,25
19:5 21:1,2,10,
11 22:1,8,10,
11,20,24 23:6
24:13,21,23
25:2,16,20
26:1,2,4,5,13,
14,16,22 27:4
28:4 30:1,6,18,
21 31:6 32:10
34:10,18 35:21
38:21 41:18
44:13 46:20,22
47:1,2,5 48:3
49:22 50:5
51:14 52:9
59:6,14,24
60:3,9,19
62:16,22 63:12,
17,20 64:4,13,
23 65:5,9 66:5,
22 67:18 68:7,
23,25 70:22
73:23 74:11
75:17 77:19
81:8 89:16
90:19 91:12
92:2,17 93:3
94:17,23 95:1,
3,6,14,22 97:4,
23 99:4,7,25
100:14,17,18,
23 101:24
102:12,14
104:3,8,25
105:10 106:23
109:22 110:7,
15 111:3,13,20

115:22,25
116:10

**Jessie's** 18:21
22:17 26:22
29:24 30:3 32:9
47:11 49:10
51:11 66:21
67:3,14,18 68:6
70:12,15 74:18
102:14,19
103:8 110:9,17
113:21 114:5

**job** 9:23 62:3

**Johnson** 56:18
59:2

**joking** 30:2
32:11 113:25

**Josh** 38:14
39:13 40:7 51:3
100:3

**Joshua** 69:21,
22 99:13

**judge** 7:2

**June** 9:9,11,23
12:9

**Junior** 10:3

**justice** 57:16

**Justin** 48:20
115:9,12

**Justin's**
115:10

---

**K**

**Kentucky** 5:7,
11 8:14 12:13
16:16 21:6
32:23 33:5
38:4,9,13,22
39:5 56:8,17
58:7 60:14
79:16 84:4
98:23 100:4
103:15 113:17

**Kia** 14:6

**kid** 18:5,6,16
25:24,25 76:9
86:7

**kidnap** 18:6
25:25

**kidnapped**
18:5,16 20:6
25:24 26:11
30:16 76:9 86:7

**kids** 36:1,4,8
78:17

**killed** 28:9,10,
18,21 29:11
45:5 57:1 59:19
66:5 70:22
101:13

**killing** 47:20

**kind** 8:3 13:24
14:11 17:2 41:4
61:15 86:11,18
95:2 106:20
111:14

**King** 101:9,11

**knees** 74:22
75:18

**knew** 11:1 12:6
18:12,15 39:7
46:20 59:6
77:19 98:1
101:6,14
102:15 114:7

**knowing** 54:8,
12 55:5 60:5
65:9 76:14 86:9
91:14 102:16
108:10

**knowledge**
14:2 17:22
25:17 27:15
28:12 33:3,6,
13,16 34:5
35:14 44:23
46:3,10 56:11,
14 59:17 61:23
64:25 66:13
67:20 69:2 71:7
77:1,3,4 78:21
80:4,7 88:6
89:25 90:3
93:22 95:4
98:14 110:5,6
111:9,11
112:22 116:1

**kidnap** ...

**Knox** 5:10 8:9,
20,21 9:2
15:16,18 17:19
23:3 27:8 52:17
53:24 54:16,21
55:1,23 56:8
58:13,23 61:7
68:18 77:25

**KSP** 35:1,18
55:6 58:21
78:20 99:6
100:7

---

**L**

**Lab** 58:8

**Lacee** 5:3

**lack** 80:12

**lady** 59:10
77:13 101:15

**lane** 13:14
15:4,5,10 17:15
32:25 81:12,16
82:12,15,16,18,
20 83:1,4,6,16,
25 84:2,3,7
92:18,20

**lanes** 21:5
86:19,23 92:21,
22

**lasted** 111:21

**late** 77:17

**laugh** 97:8

**Laurel** 55:22
56:25

**law** 20:4 23:2
31:17 32:17
33:1,7 38:11
44:16

**lay** 29:13

**laying** 22:9
29:12 30:3
31:11 32:12
92:18 104:8

**lead** 90:10

**learn** 57:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | | | |
|---|---|---|---|---|
| **leave** 30:19 34:16,17 35:5 39:7,13 88:21 | **log** 62:4,6,7,14 | **main** 12:11 16:15 | **men** 55:24 62:8 | 72:21 |
| **leaving** 78:9 | **logged** 62:9 | **maintain** 73:7 | **mention** 78:16 | **minds** 49:4 |
| **left** 30:24 37:22 43:1 | **loggers** 62:5 | **maintained** 71:24 | **mentioned** 55:11 99:8,19, 22 113:3 | **Mine** 87:13 |
| **legal** 80:16 | **London** 5:7,12 | **make** 15:24 77:18 96:10 107:12 111:2 113:18 | **message** 51:11,13,20,23 52:4 66:10 70:13 71:16,20, 24 74:2,4 115:11 | **minute** 24:9 43:16 44:25 93:10 |
| **length** 84:11, 13 87:22 91:23 92:6,9,12 | **long** 8:15 9:3 10:4 24:8 27:7, 14 34:9 42:10 45:7 47:17 55:16 66:4 91:1,2,3 92:23 93:8 96:1 108:6,24 109:3 111:21 112:14, 16 | **makes** 97:12 | | **minutes** 23:24 24:11 27:11 33:20 34:12 42:9 60:15 79:7,13 96:7 109:1,2 112:18, 21 |
| **lengths** 88:5,7, 16 92:1,4 | | **man** 18:16,18 23:13 26:1 | **messages** 51:6 | **mirror** 85:23 |
| **letting** 29:13 | | **map** 15:20 16:2,18 17:2 30:6 87:13 | **Messenger** 51:21 | **mistaken** 48:8 |
| **levothyroxine** 80:9 | **longer** 116:14, 23,24 117:2 | **mark** 16:21 17:10 42:17 | **met** 54:4,18 76:2 | **mom** 29:20,21 32:4 37:11,13 113:22,23 |
| **life** 8:22 10:17 12:6 18:13 21:17 47:18 59:8 60:12 | **longest** 34:12 | **marked** 17:13 19:9 42:19 43:8,10 68:11 87:18 109:18 | **meth** 56:25 | **mom's** 114:10 |
| | **Lonnie** 48:12, 16,17,22,25 49:2,6 66:15 67:16,21 68:5 115:9,12 | | **Michelle** 48:7 49:2,3,14 50:3, 8 51:9 114:5,8, 12 115:3 | **moment** 9:24 |
| **light** 95:12,23 116:2 | | **marking** 19:6 | | **money** 55:21 |
| **lights** 15:7,8,9 17:14,20 33:13, 14 81:15 82:14 91:21 94:22,25 95:5,7 111:2 115:24 116:8 | **Lonnie's** 51:10,16 | **married** 9:25 10:4,5 67:15,19 | **Michelle's** 29:24 32:9 48:15 49:3,24 114:8 | **months** 56:22 58:10 |
| | **looked** 22:3,10 35:13 85:16 90:18 92:19 94:10 116:22, 24 117:4 | **Marshals** 55:25 56:17 | **mid-20s** 77:15 | **mood** 97:14 |
| | | **master** 56:5 | **middle** 13:19 21:4,10 29:13 30:3 41:21,24 82:25 84:6 92:17 104:4 | **moods** 97:16 |
| **list** 9:19 | | **matter** 5:8 | | **morning** 6:6 34:25 37:8,17 42:1,2 56:1,9 58:17 |
| **listed** 42:22 | **loops** 57:17 | **Maya** 22:18,19 | | |
| **listen** 32:8 34:20 37:21 40:2 42:12 108:4 | **lose** 29:18 32:2 | **means** 10:14 77:8 | **Mikey** 53:21 54:1 67:10 68:2 | **mother** 47:13 49:10 51:8 65:16 |
| | **lot** 98:11 | **mechanic** 79:6 | **Mills** 5:9 10:16 11:3,4 18:23,24 21:1 55:15 73:23 91:12 92:2,17 94:17, 23 101:16,17 111:6,10 114:11 | **motioned** 13:13 81:6 82:8 83:14 95:19 |
| **listened** 43:15 | **lying** 95:24 | **media** 73:15 | | |
| **listening** 108:19 113:16 | | **meet** 11:19 | | **motions** 108:17 |
| **live** 8:20 60:9, 10 79:21 | ——— **M** | **melinda** 5:7 39:4 41:3 42:16 43:24 | | **move** 103:5 109:13 |
| **lived** 8:15,17, 21 60:11,12,13, 15 63:2 79:12 | **Macanahan** 56:12 | **Melinda's** 44:1 | | **moved** 21:20, 22 |
| | **made** 13:3 18:17 68:9 74:21,25 75:20 89:2,6 98:24 113:4 114:19 | **member** 67:3 68:6,23 110:9 | **Mills'** 11:19 26:23 68:24 73:23 74:12 | **Moving** 106:25 |
| **living** 57:23 | | **members** 66:21 74:11 | | **mowing** 79:4 |
| **local** 11:9,18 102:4 | **Mahan** 56:12 | | **Mills,'** 59:24 | **murder** 55:20 |
| **located** 5:6 | **maiden** 11:2 59:24 | **memory** 80:12 | **mind** 26:3 | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

56:7 58:14,24

**murdered**
10:20 41:22
55:14

**Murphy** 68:12,
14,17,21,22,24
70:3,5,6

———

**N**

———

**Nalley** 5:3

**named** 18:8,18
26:1,12 38:14
43:25 101:8
102:20

**narcotics**
101:21

**narrative**
43:12

**navy** 14:7

**needed** 38:5
59:4

**nephew** 39:20,
22

**nephew's** 56:3

**nephews** 56:2

**nice** 97:17

**nicest** 49:4

**nickname**
97:21,22

**night** 12:13
28:21,25 29:6
35:16,22 36:13
40:18 44:20
49:11,23 51:1,9
70:1 72:24
75:25 76:15,20
77:22 78:14
79:3,11 85:11
98:4 100:8,11,
16,21 102:6
104:8 107:19
110:20,25
114:3,20,25

**Nikki** 48:10,12
49:2 66:12,13
115:7

**nodding** 8:1

**noise** 90:13

**normal** 12:1

**nosy** 23:19
44:14

**notes** 112:7

**notice** 85:22

**noticed** 113:18

**numbered**
109:15

———

**O**

———

**object** 108:7

**objection** 6:24
69:1 94:24
99:11 100:25
107:25 109:13
110:4,10 112:4
116:25 117:8

**objections**
6:21

**observation**
64:24 89:1
92:24

**observations**
89:5

**observe**
106:11

**observed** 93:8
106:21

**observing**
80:18 92:15

**obtained**
101:24

**occasion**
62:15,21 70:2
75:6 78:23

**occasions**
60:18

**occur** 49:10
106:21 111:14

**occurred** 95:9
109:24 111:20

**occurring**
92:12

**October** 9:18

**offended**
79:23

**offered** 56:14

**office** 39:4

**officer** 35:1,18
36:14 47:8 53:5
55:8 78:20
102:6 110:18

**officer's** 19:11

**officers** 20:4
21:13 23:3
24:21 25:2
32:17 52:10,18,
23 78:17 107:5
111:20

**older** 10:22
14:3 60:25

**oldest** 29:24
32:9 39:20
48:7,15 56:3
65:14 114:5

**oncoming**
83:16 92:18,20

**One-and-a-
half** 84:13

**open** 56:1

**operate** 90:22

**operates** 90:1

**operating** 82:3

**opposed** 7:25

**opposite** 13:14
15:4,5 32:24
81:12 82:12
93:18

**originally**
30:13

———

**P**

———

**paged** 39:2,3

**paper** 86:10

**paraphrasing**
98:25 113:5

**park** 38:23,25
39:2,3 40:21
44:9 85:1

**parked** 93:23
94:2

**parking** 32:24

**part** 19:12
24:22 25:5,14
43:19 52:11
89:15

**part-time** 9:20

**partially** 82:22

**parts** 57:20

**pass** 15:4
56:20 81:13
82:12 83:13

**passed** 57:6
59:14 83:15,16
88:15

**passenger**
19:13

**past** 17:7 19:16
31:15 77:25
95:20 101:19

**paying** 101:10

**Pearlie** 5:8
18:11,19,21
19:5 26:2,8,10
47:13 65:18,25
67:15,19

**pending** 5:10

**people** 20:10,
12,20 23:9 33:9
44:14 46:20
48:19 55:22,23
64:11,16 68:16,
20 69:8 70:4,8,
11 81:2,7

**percent** 34:7

**person** 70:25
78:6,14 90:24

**personal**
41:20 47:25
49:1,8 65:16

97:10

**personally**
24:20 27:17
41:13 47:2,22,
24 48:24 49:9,
25 51:18 54:17
57:8 63:20
64:5,23 74:7
75:24 76:14
86:9 96:22
102:16

**persons** 64:13
83:8 96:15

**phone** 29:16,
18,19,22 32:1,
3,5,6 37:8
113:23 114:5

**phonetic** 22:18
56:12 102:21

**photographs**
62:16

**photos** 62:12

**Phyllis** 114:11

**physically**
117:5

**pick** 37:9,18
42:3 79:9,10

**picked** 37:16
79:20

**pickup** 13:15,
16 14:2 79:10
81:10,23 83:19
84:15 86:12
88:19 91:20
104:23 106:13

**picture** 61:21

**piece** 86:10

**PL592** 40:6
41:3 42:16

**PL620** 43:16

**PL621** 103:24

**PL623** 68:11
74:16

**place** 12:16
13:23 14:19
15:2 30:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

38:18 76:1 96:5
98:18 101:2
116:4

**plaintiff** 5:16

**play** 39:25 42:7
62:19

**PLAYED** 40:7
41:3 109:5

**plea** 57:6

**pled** 57:2

**point** 20:3,22,
25 21:10 22:17
23:5 24:13
25:1,15 30:19,
23 31:8,24
32:16 33:2 37:3
44:4 46:11
52:8,23 58:6
78:11,16 89:11
90:12 91:11
94:11 107:5,8

**police** 19:11
21:13 31:10,13
33:6 34:15
35:11 36:14
37:5 38:14 39:6
52:9 55:4 56:6,
8,17 58:8 74:15
78:17 90:9
94:2,11,15,22
98:23 99:23
100:4 102:5
103:15 107:23
109:20 110:2,
18 112:2
113:17

**poor** 69:25

**pop** 71:2

**popped** 26:25

**popping** 22:14
23:8 90:16

**portions** 58:3

**position** 86:24

**power** 62:13

**praying** 73:1

**precise** 60:4

**prepared**
43:15

**prescription**
80:6,8

**pressured**
50:8,21

**pretty** 10:17
12:7 16:22 19:3
23:17 30:25
37:19 38:9
39:10,14 40:16
43:3 45:6 47:18
59:9 61:10
63:17 71:15
82:1,24 93:20
103:25 104:12

**previously**
40:20 109:21

**prior** 8:19
22:21 41:15
90:3 101:23
110:2

**prison** 47:20
66:4

**private** 39:24

**proceed** 7:1

**PROCEEDING
S** 5:1

**process** 8:7
41:23

**promised**
50:11

**prosecution**
58:3

**provided**
43:24 98:22

**public** 9:2
62:23

**pull** 51:6,25
52:18 72:1
81:12,14 84:10

**pulled** 23:3
54:25 55:2,6,8
82:20 84:8
93:19 94:20
112:25

**pulls** 17:23

**purchasing**
101:21

**purpose** 42:6

**purposes**
92:16

**put** 9:19 29:19
32:3 41:24
51:13 56:3,25
83:1 85:1

**putting** 44:16

———

**Q**

**question** 7:2,9,
12,17 19:18
40:13 69:25
74:14 92:16

**questions**
6:18,20,23 8:6
42:13,21 43:18
53:10,15,24
73:21 79:24
87:17 103:5
109:16 111:12
117:10

**quick** 24:4 72:7

**quickly** 23:15,
20 33:17 91:6

**quit** 103:5

**quote** 68:10
103:25 104:2

———

**R**

**raise** 5:20

**Ram** 14:2,4,15,
21,24 15:4
17:4,17,18
19:17 21:9 31:2
76:24 81:10,13
82:11,13 85:7
93:17 94:7
98:16 104:23
105:4 106:13
112:15

**Ram's** 91:20

**ran** 54:6

**Ranger** 13:11
14:9 80:22
81:23 82:16,22
83:21 85:8
86:14 88:10,11,
15 95:16,21

**reaction** 27:16

**read** 72:21

**ready** 59:18
81:14

**realize** 22:5

**realized** 22:3
66:3

**rear** 77:9,10

**rearview**
85:17,23 94:5

**reason** 7:6
79:8 107:22
110:1

**Rebecca**
27:21,22 28:5
43:20 86:4

**recall** 12:8
27:15 36:16
38:13 52:2 62:1
64:19 95:25
96:14 98:12,20
102:6 112:11

**received** 75:17

**reception**
29:18 32:2

**recognize** 12:4
40:10 53:3
80:24 91:11,14
109:10

**recollection**
61:15 67:24
100:10 104:7

**record** 5:14
40:17,19 42:6
72:10,11,13,21
75:10

**record's** 75:12

**recorded** 43:1
46:6,9

**recorder** 99:16

**recording**
41:7,15 42:22,
23 45:11,20,25
46:1,2 99:13
103:14 108:3

**REDIRECT**
115:17

**refer** 12:18
48:19 75:5

**reference** 68:9
75:20 109:15

**referring**
101:15

**refresh** 104:7

**Reid** 68:12,14,
17,21,22,24
70:3,5

**related** 47:11
59:22 60:3

**relation** 109:16

**relationship**
48:1 49:1,8
65:10,17,21

**relative** 10:24

**relaying** 111:6

**remain** 34:10
35:23

**remember**
43:2,5 45:9
47:20 61:21,23
82:5 86:5 102:1
112:24 116:2,
16

**rephrase** 7:16

**replay** 41:1

**reply** 51:23

**report** 68:10

**reporter** 5:4,
21,22 6:2 7:22
87:15 103:18,
21

**represent** 5:18
53:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

resident 8:10

resisted 99:4,7

responded 73:2

response 74:20 110:11

rest 55:5

RESTARTED 42:16

result 56:19

ribbon 112:25

Rick 56:12

Ricky 96:19, 21,24 97:23 98:3,22

ring 56:25

ringed 18:9

rise 116:20

road 8:13 11:18,22,23,24 12:2 13:20 14:11 16:5,15, 17 20:9 21:11 29:14 30:4 34:23 37:23 38:2,3,9 57:25 63:4,10,11 81:7,25 82:21, 25 84:6 86:17, 21 91:12 92:18 97:3 104:4

road's 16:9

roadway 21:1 82:23 86:16 87:6 92:2 93:4, 12

Robinson 5:15

rode 33:11

room 39:20,23

Rosaline 102:20,24

roughly 13:12 23:23 24:1,12 27:12 33:20,23 37:19 38:10

39:14 48:14 59:20 79:6 83:23 84:13 86:11,17 88:7 92:3 96:6 104:12 112:20

route 37:20

ruined 39:10

rules 6:14

rumor 100:15

rumors 64:2,6 67:6,7 68:16 70:4 100:19

run 11:11 57:25 62:25 65:4 75:4

running 29:10 62:23

runs 71:7 75:4

—————

S

Salt 8:13 60:11

sat 66:6

satisfied 57:13,15 58:22 59:3

Scalf 8:13 79:21

scared 36:5,10

scene 12:15 22:18 31:17 33:18 34:10,24 35:19 36:16,24 37:24 52:18,24 58:17 69:14 70:6,9 76:17 77:22 78:14 96:21 100:6,8, 20 112:12 113:2,20

scheduled 58:11

school 9:7,21 10:20,22,23 16:8 60:18,20, 22 61:2,4,7,8,9, 18,20,25 62:21

Schools 9:2

seat 19:13 55:2 88:22 89:3,9,13

send 51:10

sending 70:13 71:16

senior 61:20

September 9:18

service 29:20 32:7

seventh 60:5

Sheriff's 15:16,19 17:19, 23 23:3 27:8 52:17 54:22 55:1 56:9 58:13,23

shining 85:23 94:16,22 95:1, 12,23 111:2

shirt 82:7

shock 113:14

shoot 67:10 72:25

shooting 22:23 69:12

short 72:15 93:4

shortly 23:15 28:11,15 59:18 98:10 104:13 105:8,24 106:16

shot 22:20 25:12 27:5 28:5,15 29:2 30:1,21 31:7 32:11 34:10,18 35:21,25 38:21 44:13,17 45:5 49:16,21 51:14 56:4 67:1 68:2, 12,14,20,22,24 70:3,5 74:23 75:1,18 86:3

shots 107:10

show 30:6

shut 39:23

sibling 48:11, 15

siblings 48:4 49:10 65:16

sic 115:7

side 11:22 16:10 19:15,23 21:21,22 32:24 34:23 44:19 82:21 93:18 98:15 104:22 105:4,20

sight 20:3

sightline 107:1

similar 97:4 110:19 113:18

siren 17:21

sirens 33:13, 15

sister 29:25 32:9 48:8,11 49:14 65:14 66:13 70:12,18 114:6

sister's 113:23

sister- 66:9

sister-in-law 51:11 56:2 70:13 71:16

sisters 48:6

sit 96:14 111:19

sitting 19:25 38:10 89:9

situation 28:8

sleepy 80:14

slim 35:15

slowed 13:6 81:5 82:1,25

small 97:9

Smith 5:8,19 10:3 39:4 41:3 42:16 43:24 107:22 109:5 114:24 117:10

Sneezes 103:18

sober 65:1

social 57:24

solemnly 5:22

somebody's 76:9 101:13

son 18:11,19, 21 19:5 26:2,8, 10

sooner 33:21, 22

sort 15:13 17:3 21:4,20 22:14 35:15 41:6 44:18 45:17,21 76:8 92:19 94:19 97:4 104:3

sounded 46:14

sounds 90:4

Southern 5:12

speak 35:19 45:15 47:22 49:13 51:4 63:9,12,18 65:24 66:17 70:2,8,21,24 74:6 84:21 111:9 114:7 115:5,6

speaker 29:19 32:3,5

speaking 36:16 38:13 69:15,18 70:1,9 110:2 115:2,12

speaks 65:24 66:17

specific 19:18 23:10

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Specifically** 43:17

**Spectra** 14:6

**spikes** 22:10 90:19

**Splash** 38:22

**split** 16:9

**spoke** 43:7 45:16 46:5 63:12 70:11,15 71:4,14 75:16 76:4 78:14 99:6 100:3,7 110:24 113:20 114:12

**spoken** 23:12 41:4 49:9,25 50:20 51:18 65:25 69:15,20 71:13 74:12 99:23 100:4 102:17 115:2, 10

**spotlight** 95:2, 13

**standing** 22:2, 8 28:12 43:25 44:19 45:5 62:13 75:25 76:12 81:4 104:20 105:11

**standstill** 13:6 14:25 15:11 25:22 76:16 81:17

**Staples** 5:15 6:4 16:23,25 42:17,20 53:9 69:1 72:6 75:10 87:13 94:24 99:11 100:25 103:19 107:14, 16,25 108:7 110:4,10 112:4 115:18 117:9

**start** 6:17 45:7 53:25 87:2

**started** 9:15 32:24 41:7 44:16 45:10,20

53:18 92:25 99:12

**starter** 79:9

**starting** 9:19 41:15

**state** 33:5 34:14 35:11 36:14 37:5 38:14 39:6 55:4 56:8,17,23 58:8 78:17 98:23 99:23 100:4 103:15 110:18 113:17

**stated** 6:24 105:6

**statement** 18:17 42:15,23 43:2,4,12 46:15 68:9,11 69:11, 18 74:15,22,25 75:12,21 98:24 103:16 105:24 107:13 108:4, 11 109:8,17 110:19 111:2 113:4,17,18 114:18

**States** 5:10

**stay** 31:20 34:19 37:14 39:21

**stayed** 17:25 30:25 31:25 35:24 37:15 42:1 88:24,25

**stepdad** 67:14, 18

**Stephanie** 5:2

**Steven** 29:24 32:8 51:9 114:7

**stick** 41:20

**Stinking** 11:24 12:12 16:5 18:6 25:25 79:8

**stop** 12:18 14:21 40:8

**stopped** 17:2, 13 21:9 81:25 84:25 85:16 87:22 88:12,13, 17 96:2,4 112:15

**stops** 17:24

**store** 11:9,13, 15,17,18 49:7 63:1 64:16,21 66:17 71:1,7 75:4,6,9 97:3,5 102:4

**stores** 63:2

**straight** 15:8 29:22 37:1,2

**street** 95:5,7

**strike** 75:15

**stuck** 89:11

**student** 61:16

**stuff** 10:24 11:10,11,15,23, 24 18:14 19:4 21:19,25 25:23 32:7,25 37:25 39:24 40:18,19 41:8,10 44:18, 21 45:3,6,16,21 49:5,16 50:6 51:22 52:5,6 54:16 57:18,19 58:19 60:21 62:6,10,24 63:14 64:3,11, 22 66:11,18,23 69:8 71:23 81:9 85:10 86:3,8 92:22 94:20 97:3,4,19 99:15 100:14,16,19 101:5,8 105:21 113:2

**style** 13:12,13 14:3,4

**subbing** 9:19

**sudden** 15:6

**Sue** 5:8 47:13 65:18 66:1 67:15,19

101:16,17

**Sue's** 18:11, 19,21 19:5 26:2,8,10

**Suites** 5:6

**sun** 97:20,21, 22

**supposed** 29:15 31:11 81:16 98:13,14 99:25

**supposedly** 100:15

**surprised** 29:2,4

**suspects** 58:19

**swear** 5:22

**sworn** 5:20

**system** 57:17

———

**T**

**tail** 94:11,13

**taking** 12:16 14:19 15:2 76:1

**talk** 28:6 49:3,6 55:18 64:10,11, 17 65:18 66:21 75:7 97:9,11 98:6,8 102:3 110:22

**talked** 27:22 28:4 35:18 39:1,23 40:21, 24 44:3,8 46:4 49:14 74:17 91:23 98:3 103:11 114:3

**talking** 20:14 23:9 27:23 28:7,8 40:20 43:19 44:12,17, 18,21 45:3 47:23 66:14,16 71:3,9 75:25 76:8,13 86:8 88:10 101:7

**talks** 64:22

**tank** 13:8,9 82:6 95:17

**tape** 40:17 45:10,11 46:6 99:16,19 113:1

**tased** 22:5 23:6 25:7 89:18,21 90:11 93:8

**taser** 22:11,13 23:8 89:25 90:4,20,22,24

**tasered** 21:11, 16,17,18 22:1, 4,9,25 25:6 26:6 30:7 41:19 52:25 89:17 104:9,14,17,25 105:3,11,14,16, 25 106:8 116:17

**tasering** 21:3,7 104:4

**Tasha** 48:8,9 49:2,4 115:5

**tasing** 53:1 90:7 91:2,8 106:21

**technician** 5:3

**telephone** 70:24 74:8

**telling** 18:7 34:21 47:8 66:10,25

**tells** 97:15

**ten** 27:11 56:22 60:15 112:18, 21

**terms** 63:16

**testified** 50:12, 17 59:6 78:22 80:20 87:21 89:2,20 90:6 92:24 108:8 111:16 113:20 115:21

**testify** 50:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

94:21

**testifying** 50:12

**testimony** 5:23 63:19 64:18 67:2 92:11 96:10 98:22 99:2 106:7 109:21 110:24 113:3

**texts** 73:22

**that'll** 8:3

**thing** 8:3 23:11 24:16 29:9 50:8 80:21 83:18 96:9 105:20

**things** 6:16 19:3 103:11

**thinking** 33:14 46:2 59:16 60:12 61:21 66:12 67:14,16

**thought** 26:8 28:20 37:10 66:22 67:4,5 68:3,7

**threatening** 24:21

**three-fourths** 104:1

**throw** 63:13

**throws** 82:14

**thyroids** 80:9

**till** 92:25

**time** 5:5 6:10 11:14 12:17,21 13:22 14:18 15:3,14 18:4,15 21:2,6,14,17,18 22:3,4,19,23 23:13 24:6 25:6 26:4,6 27:22 29:21 30:24 32:4 36:2 37:11 39:20 40:20 42:24 43:7 44:1,17 49:12 53:12 55:4,6

56:11 57:12 58:8,11 60:11, 13,17 62:17 64:8 65:8 67:6, 11 68:1 69:12, 14 70:6,8 72:9, 12 79:2 81:21 82:5 84:16 88:24,25 89:11 90:13 91:18 92:25 93:13,21 95:22 96:2,4 98:5,8 102:10, 22 104:2 105:2, 12 108:20 110:18 111:1, 21 116:3,16,18 117:12

**timeline** 106:21

**times** 11:11

**today** 5:3,4 44:4 46:8 50:13,18 63:19 64:18 72:4 73:25 89:2 92:24 94:21 96:14 111:19

**told** 28:8 29:21, 23 31:9,19 34:15,20 36:15 37:5,13 38:7 39:12 41:8 42:25 44:12,23 45:1,4,9 46:7 47:10 49:15 51:8 52:4 56:12 58:8 66:5,9,24 74:18 78:17 81:10 99:14,17, 25 100:11,12, 14 102:1 107:23 112:2 113:23,24 114:6,8,14,15

**top** 13:8,9 74:16 82:7 95:17

**total** 55:23 92:23

**touch** 38:23 51:8 59:4,5

**Townsend** 5:4 115:7

**Townsley** 48:10 66:13

**traffic** 76:15 86:2 92:21

**transpiring** 18:15

**traumatic** 34:2

**travel** 82:16,18 84:1 86:19,23

**traveling** 17:1

**trial** 57:3 58:11

**trials** 57:5

**trigger** 57:22 58:2

**trouble** 101:19

**truck** 13:24,25 14:2,24 15:4, 10,13 17:16,17, 18 19:17,22,25 21:22 31:2 62:9 81:10,13,23 82:4,5,11,13 84:15,17 85:7 86:12,25 87:4, 5,7,10,23 88:5, 9,15 91:20 92:6,8,13 93:15,17,20,23 94:6,7 95:17 98:16 105:4 106:13

**truck's** 87:25

**truth** 5:24,25 49:20

**turn** 15:7 34:16 59:18 81:15 85:3

**turned** 15:9 17:15 43:5 46:1,6 85:4 91:19 99:16

**two-and-a-half** 92:4

**two-lane** 86:21

**type** 15:15 33:1,7 47:25 56:15 64:6 65:21 97:16

———

**U**

**U.S.** 55:25 56:16

**uh-huh** 8:1 14:14 31:23 52:2 61:6 69:23 89:24 90:17 108:23

**unclear** 7:12

**understand** 6:13 7:13 20:25 27:16 28:17 34:7 49:18 67:2 83:2 89:14 92:5 93:3 96:10 104:16 105:23 109:21 111:16

**understanding** 16:2 48:3 63:22,25

**understood** 7:17

**unexpected** 29:3 36:6,12

**uniform** 35:16, 17

**United** 5:10

**unsure** 14:19 15:2

**upstairs** 39:19

**user** 63:23 64:1

———

**V**

**vantage** 25:1 94:10

**vehicle** 11:21 12:15 13:5,24 14:1 15:5 20:5 23:13 27:8,24 28:3 30:19,24 31:5 32:16

33:12 44:1 45:1 52:19 58:19 63:14 76:19,22 77:2,9,10,11 78:9,23 80:24 81:14 82:9 83:9,13 84:25 85:9,12 86:14, 24 89:3 96:2,4 111:25

**vehicles** 33:1, 8 85:5,19 91:24

**verbal** 110:11

**verbally** 7:23 110:12

**verify** 46:23

**version** 67:24 110:3

**vicinity** 16:20 17:9 24:12 30:8,9 38:10 98:17

**video** 5:3 16:24 62:19

**view** 19:24 21:25 25:3

**viewing** 50:5 62:18

**violent** 24:23 56:15

**visitation** 50:6 62:18 66:2

**voice** 40:10,12 109:10

**voices** 20:19

———

**W**

**wait** 58:12

**waited** 38:4

**waiting** 58:7

**wake** 37:15

**walk** 19:11 63:3

**walked** 18:3,4 19:8,10,13,14,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

20 28:3 44:24,
25 77:24

**Walker** 38:2

**walking** 11:22
12:2 63:10 81:5
86:6

**wanted** 29:14
41:16,20,23
45:17 53:7 58:1
99:7,10,13

**wanting** 31:9,
16 61:19

**watched** 62:19

**watching**
72:25

**water** 38:23,25
39:2,3 40:21
44:9

**Wayne** 10:3

**weapon** 25:16
111:13

**wearing** 62:13

**week** 63:7,8

**Welch** 48:10
115:5

**whatsoever**
7:6 24:14,24
50:20 52:9

**white** 13:9
14:2,13 15:10
17:16,17 76:24
81:10 82:6,11,
13 83:19,21,25
84:5,14 85:7
86:11,24 87:4,
5,7,23 88:19
92:6,13 93:15,
17,23 94:7
95:17 98:16
104:22 105:4
106:13 112:15

**Whitley** 38:22

**Whitney**
102:15

**wife** 51:10,16
102:14 115:10

**Williams** 5:17
6:21 16:24
53:14 72:8,14
75:13,14 87:16,
20 103:20,23
107:12,15,17,
18 108:12,15,
19,22,24 109:2,
6 112:6,9
115:14 116:25
117:8

**Williamsburg**
38:22 40:22

**window** 20:23
23:18 29:16,19
32:1,6 76:5
77:5 78:7 89:7,
10,12

**windows**
20:21

**witnessed**
47:2 89:15,21
94:17 105:12
108:11

**witnessing**
105:21 106:18

**woman** 101:4

**word** 69:4

**work** 57:17
62:3,9 79:15

**worked** 62:6
79:13

**worker** 57:24

**working** 9:15
79:5

**works** 54:15
79:5,6

**world** 25:24

**worry** 39:11

**wrong** 7:5
46:12 61:20
81:2 102:11
114:7

**Wyome** 48:9
115:5

---

**Y**

**yard** 79:4

**year** 8:18 9:6,
21,22 10:5,21
60:25 66:5

**years** 28:11
33:25 59:13
61:11

**yellow** 92:22
104:3,10
115:22 116:15

**yesterday**
74:22 75:6,11

**you-** 72:23

**you-all** 47:25
60:24 61:2,9
63:15 79:2

**young** 59:10
77:16

**younger** 10:21
47:19

**younger-like**
13:10 82:6

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com