UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| PEARLIE SUE GAMBREL, *Personal Representative of the Estate of Jessie J. Mills*, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 6:17-CV-184-REW-HAI |
| v. | ) ) | ORDER |
| MIKEY ASHURST, & BRANDON BOLTON, | ) ) ) ) | |
| Defendants. | | |

*** *** *** ***

Plaintiff Pearlie Sue Gambrel moves for "Approval of Settlement and Apportionment of Settlement Proceeds." DE 195. Gambrel also moves to file DE 195 and its attachments under seal. *See* DE 194. Defendants Mikey Ashurst and Brandon Bolton responded without opposition, but "request that the order require[] the Administratrix and Guardian to execute a binding release." DE 196 at 3. The Court **REFERS** the matters pending to United States Magistrate Judge Hanly A. Ingram for him to conduct such hearings, take such actions, make such orders, and enter such recommendations as he deems fit and proper.

This the 12th day of September, 2023.



Signed By:
*Robert E. Wier*  REW
United States District Judge